UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FULL CIRCLE UNITED, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>BAY TEK ENTERTAINMENT, INC.,<br><br>*Defendant*. | Case No. 1:20-cv-03395-BMC |

**RESPONSE TO ORDER TO SHOW CAUSE**

On July 29, 2020, the Court issued an Order to Show Cause why this case should not be dismissed for lack of subject matter jurisdiction in light of Plaintiff Full Circle United, LLC's failure to properly allege its citizenship. An LLC takes the citizenship of its members for diversity purposes. *Bayerische Landesbank, New York Branch v. Aladdin Capital Mgmt., LLC*, 692 F.3d 42, 49 (2d Cir. 2012).

Plaintiff Full Circle United, LLC has one member, Eric Pavony, and Mr. Pavony is domiciled in New York. Plaintiff submits that there is no cause to dismiss this action for lack of subject matter jurisdiction because there is complete diversity of citizenship between the parties. *See* Complaint ¶ 15 (alleging that Defendant Bay Tek Entertainment, Inc. is incorporated and has its principal place of business in Wisconsin); *see also id.* ¶¶ 17, 240, 246, 276 (alleging that the amount in controversy is greater than $75,000).

Dated: July 29, 2020

Respectfully submitted,

/s/ *Shawn P. Naunton*_____
Shawn P. Naunton
Jon R. Fetterolf (*pro hac vice* forthcoming)

ZUCKERMAN SPAEDER LLP
485 Madison Avenue
10th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (212) 704-4256
Email: snaunton@zuckerman.com
Email: jfetterolf@zuckerman.com

Ezra B. Marcus (*pro hac vice* forthcoming)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, DC 200036
Tel: (202) 778-1800
Fax: (202) 822-8106
Email: emarcus@zuckerman.com

Paul Thanasides (*pro hac vice* forthcoming)
Christina Casadonte-Apostolou (*pro hac vice* forthcoming)
McINTYRE THANASIDES BRINGGOLD ELLIOT GRIMALDI GUITO & MATTHEWS, P.A.
500 E Kennedy Blvd, Suite 200
Tampa, FL 33602
Tel: (813) 223-0000
Fax: (813) 225-1221
Email: Paul@mcintyrefirm.com
Email: Christina@mcintyrefirm.com