UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FULL CIRCLE UNITED, LLC

CIVIL ACTION NO.: 1:20-CV-03395-BMC

vs

*Plaintiff*

BAY TEK ENTERTAINMENT, INC.

*Defendant*

## AFFIDAVIT OF SERVICE

State of Wisconsin }
County of Brown } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Wisconsin,

That on **07/29/2020** at **4:32 PM** at **1077 E. Glenbrook Drive, Pulaski, WI 54162**

deponent served a(n) **Summons in a Civil Action and Complaint, Civil Cover Sheet, Rule 73 Notice, Individual Practices of Judge Brian M. Cogan, and Eastern District of New York's cm/ECF User's Guide**

on **Bay Tek Entertainment, Inc.**, a domestic corporation,

by delivering thereat a true copy of each to **Shannon Herbst, Director of Operations** personally,

deponent knew said corporation so served to be the corporation described in said documents as said defendant and knew said individual to be **authorized to accept service** thereof.

Description of Person Served:
Gender : Male
Skin :  White
Hair : Brown
Age : 36 - 50 Yrs.
Height : 5' 9" - 6' 0"
Weight :141-170 Lbs.
Other :

Sworn to before me this
3rd day of August, 2020

_____
NOTARY PUBLIC

_____
William LuMaye

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160