UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FULL CIRCLE UNITED, LLC,<br><br>      *Plaintiff*,<br><br>v.<br><br>BAY TEK ENTERTAINMENT, INC.,<br><br>      *Defendant*. | Case No. 1:20-cv-03395-BMC |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.1 of the Local Criminal Rules and Rule 1.3 of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Christina Casadonte-Apostolou, hereby move this Court for an Order for admission to practice Pro Hac Vice and to appear as counsel for Plaintiff Full Circle United, LLC in the above-captioned action.

I am a member in good standing of the Bar of the State of Florida and there are no pending disciplinary proceedings against me in any court. Certificate of good standing from the Supreme Court of Florida, dated August 14, 2020, is attached hereto as Exhibit A.

Dated:  August 27, 2020

Respectfully submitted,

/s/ *Christina Casadonte-Apostolou*
Christina Casadonte-Apostolou
McINTYRE THANASIDES BRINGGOLD
ELLIOT GRIMALDI GUITO &
MATTHEWS, P.A.
500 E Kennedy Blvd, Suite 200
Tampa, FL 33602
Tel: (813) 223-0000
Fax: (813) 225-1221
Email: Christina@mcintyrefirm.com
**Counsel for Plaintiff Full Circle United, LLC**

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on August 27, 2020, a true and correct copy of the foregoing was electronically filed using the Court's CM/ECF system, which will provide electronic notice to all counsel of record, including:

Christine Lepera
Mitchell Silberberg & Knupp LLP
12 E 49th Street
30th Floor
New York, NY 10017
212-509-3900
Fax: 212-509-7239
Email: ctl@msk.com
Counsel for Defendant Bay Tek Entertainment, Inc.

Jeffrey Mark Movit
Mitchell Silberberg & Knupp LLP
12 East 49th Street
30th Floor
New York, NY 10017
917-546-7708
Fax: 917-546-7678
Email: jmm@msk.com
Counsel for Defendant Bay Tek Entertainment, Inc.

Leo Martin Lichtman
Mitchell Silberberg & Knupp LLP
437 Madison Avenue
25th Floor
New York, NY 10022
917-546-7696
Fax: 917-546-7759
Email: lml@msk.com
Counsel for Defendant Bay Tek Entertainment, Inc.

Ezra B. Marcus
Zuckerman Spaeder LLP
1800 M Street NW
Ste 1000
Washington, DC 20036
202-778-1800
Email: emarcus@zuckerman.com
Counsel for Plaintiff Full Circle United, LLC

Jon Fetterolf
Zuckerman Spaeder LLP
1800 M Street, Nw
Suite 1000
Washington, DC 20036
202-778-1800
Email: jfetterolf@zuckerman.com
Counsel for Plaintiff Full Circle United, LLC

Shawn Patrick Naunton
Zuckerman Spaeder LLP
485 Madison Avenue
10th Floor
New York, NY 10022
212-704-9600
Email: snaunton@zuckerman.com
Counsel for Plaintiff Full Circle United, LLC

                                                           */s/ Christina Casadonte-Apostolou*
                                                           Attorney