**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FULL CIRCLE UNITED, LLC,<br><br>　　　　　　　*Plaintiff*,<br><br>　　v.<br><br>BAY TEK ENTERTAINMENT, INC.,<br><br>　　　　　　　*Defendant*. | Case No. 1:20-cv-03395-BMC<br><br>AFFIDAVIT OF CHRISTINA CASADONTE-APOSTOLOU IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

**Exhibit A**

# Supreme Court of Florida

## Certificate of Good Standing

*I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

**CHRISTINA MARIE CASADONTE-APOSTOLOU**

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **OCTOBER 5, 2012**, *is presently in good standing, and that the private and professional character of the attorney appear to be good.*



*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this August 14, 2020.*

_____
Clerk of the Supreme Court of Florida