UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

FULL CIRCLE UNITED, LLC,

    *Plaintiff*,

v.

BAY TEK ENTERTAINMENT, INC.,

    *Defendant*.

---

Case No. 1:20-cv-03395-BMC

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.1 of the Local Criminal Rules and Rule 1.3 of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Paul Thanasides, hereby move this Court for an Order for admission to practice Pro Hac Vice and to appear as counsel for Plaintiff Full Circle United, LLC in the above-captioned action.

I am a member in good standing of the Bar of the State of Florida and there are no pending disciplinary proceedings against me in any court. Certificate of good standing from the Supreme court of Florida, dated August 14, 2020, is attached hereto as Exhibit A.

Dated:  September 4, 2020

Respectfully submitted,

/s/ Paul Thanasides
Paul Thanasides
McINTYRE THANASIDES BRINGGOLD
ELLIOT GRIMALDI GUITO &
MATTHEWS, P.A.
500 E Kennedy Blvd, Suite 200
Tampa, FL 33602
Tel: (813) 223-0000
Fax: (813) 225-1221
Email: Paul@mcintyrefirm.com
***Counsel for Plaintiff Full Circle United, LLC***