UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FULL CIRCLE UNITED, LLC,<br><br>        *Plaintiff*,<br><br>v.<br><br>BAY TEK ENTERTAINMENT, INC.,<br><br>        *Defendant*. | Case No. 1:20-cv-03395-BMC<br><br>AFFIDAVIT OF PAUL THANASIDES IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

STATE OF FLORIDA       )
                                  ) ss:
COUNTY OF HILLSBOROUGH  )

      Paul Thanasides, being duly sworn, hereby deposes and says as follows:

      1.      I am a partner at the law firm of McIntyre Thanasides Bringgold Elliot Grimaldi Guito & Matthews, P.A.

      2.      I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

      3.      As shown in the Certificate of Good Standing annexed hereto as Exhibit A, I am a member in good standing of the Bar of the State of Florida.

      4.      I have never been the subject of a disciplinary sanction or criminal conviction.

      5.      I have never been censured, suspended, disbarred or denied admission or readmission by any court.

      6.      There are no pending disciplinary proceedings against me.

      7.      Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff Full Circle United, LLC.

FURTHER AFFIANT SAYETH NAUGHT.

_____
PAUL THANASIDES

Sworn to (or affirmed) and subscribed before me by means of ☐ physical presence or ☐ online notarization or ☒ using AV equipment as authorized by AOSC20-23 and AOSC20-23 Amendment 2 (using video and audio), this 4th day of September, 2020 by Paul Thanasides.

Print Name: BRET YEE
Commission # GG 928849
Expires November 4, 2023
My Commission Expires: Bonded Thru Budget Notary Services

Personally Known  OR Produced Identification
Type of Identification Produced:

2