**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FULL CIRCLE UNITED, LLC,<br><br>        *Plaintiff*,<br><br>   v.<br><br>BAY TEK ENTERTAINMENT, INC.,<br><br>        *Defendant*. | Case No. 1:20-cv-03395-BMC<br><br>AFFIDAVIT OF PAUL THANASIDES IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

**Exhibit A**

# Supreme Court of Florida
## Certificate of Good Standing

*I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

**PAUL B. THANASIDES**

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **JANUARY 17, 1997,** *is presently in good standing, and that the private and professional character of the attorney appear to be good.*



*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this August 14, 2020.*

**Clerk of the Supreme Court of Florida**