# EXHIBIT B

# (Exhibit Filed Manually)