# EXHIBIT C

# (Exhibit Filed Manually)