# EXHIBIT D

# (Exhibit Filed Manually)