# EXHIBIT E

# (Exhibit Filed Manually)