# EXHIBIT F

# (Exhibit Filed Manually)