AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

FULL CIRCLE UNITED, LLC,
    *Plaintiff,*
v.
BAY TEK ENTERTAINMENT, INC.,
    *Defendant,*

Civil Action No. 1:20-CV-03395

BAY TEK ENTERTAINMENT, INC.,
    *Counterclaim Plaintiff,*
v.
FULL CIRCLE UNITED, LLC,
    *Counterclaim Defendant,*

-and-

ERIC PAVONY,
    *Additional Counterclaim Defendant,*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
    Eric Pavony
    111 Wolcott St. Apt. 1,
    Brooklyn, NY 11231-2694

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Christine Lepera, Esq.
    Jeffrey M. Movit, Esq.
    Leo Lichtman, Esq.
    Mitchell Silberberg & Knupp LLP
    437 Madison Avenue, 25th Floor
    New York, NY 10022
    Tel. No. 212-509-3900
    *Attorneys for Counterclaim Plaintiff Bay Tek Entertainment, Inc.*

12509794.1

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

# DOUGLAS C. PALMER

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

12509794.1

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

12509794.1