# McIntyre Thanasides

*Reply to:*
paul@mcintyrefirm.com

November 9, 2020

**VIA ECF**
Hon. Brian M. Cogan
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: *Full Circle United, LLC v. Bay Tek Entertainment, Inc.*, No. 20-cv-3395-BMC

Dear Judge Cogan:

The deadline for Full Circle United, LLC ("Full Circle") and Eric Pavony ("Pavony") to file an answer and affirmative defenses to Bay Tek Entertainment, Inc.'s ("Bay Tek") counterclaim in the above-referenced case is due today, November 9, 2020. Full Circle and Pavony have been informed by Bay Tek that Bay Tek intends to amend its counterclaim today, in conformity with the deadline for same in the Scheduling Order. Accordingly, the parties have agreed to request from the Court a new deadline for Full Circle and Pavony to answer Bay Tek's anticipated amended counterclaim of November 23, 2020, which will be two weeks from the filing of the forthcoming amended counterclaim later today.

Thank you for Your Honor's continued attention to this matter and to the parties' scheduling requests.

Sincerely,

/s/ *Paul Thanasides*
Paul Thanasides