# McIntyre Thanasides

*Reply to:*
Paul Thanasides
paul@mcintyrefirm.com

April 12, 2021

**VIA ECF**
Hon. Brian M. Cogan
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Full Circle United, LLC v. Bay Tek Entertainment, Inc.*, No. 20-cv-3395-BMC

Dear Judge Cogan:

We write on behalf of all parties in this case to respectfully request an extension of dates provided in the Case Management Plan (ECF No. 23) so that the parties have additional time to complete discovery and related activities, and entry of the proposed order annexed hereto reflecting proposed modified dates. Good cause exists for the requested extension.

First, the parties have worked diligently on exchanging and narrowing their respective search terms and protocols list, but the amount of ESI remains tremendous and continued work is needed to reduce the volume of hits. Second, a number of discovery disputes on both sides remain pending despite attempts by the parties to resolve them. The parties have a discovery conference set for Tuesday, April 13, to continue working through their respective discovery issues without intervention by the Court.

Accordingly, the parties request an extension of the deadline to complete fact discovery by three months, *i.e.*, from June 11, 2021 until September 13, 2021, and an extension to the interim deadline for service of subpoenas by forty-five (45) days, until May 27, 2021.

This is the first request for a discovery extension that has been made in this case. If granted, it would affect the deadline for filing letters requesting premotion conferences to file dispositive motions, since the deadline is calculated as one week after the current discovery cut-off date. It would also affect a number of interim deadlines for discovery activities provided in the attachment to the Case Management Plan (ECF No. 23).

If the request for discovery extension is granted, the parties ask that the Court grant commensurate extensions of time to complete these activities, so that the deadline for filing premotion conference letters is a week after the extended discovery cut-off date, September 20, 2021, and the extensions to other interim deadlines to complete discovery activities are as reflected on the proposed order.

Re: *Full Circle United, LLC v. Bay Tek Entertainment, Inc.*, No. 20-cv-3395-BMC
April 12, 2021
Page 2

Respectfully,

/s/ *Paul Thanasides*
Paul Thanasides

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FULL CIRCLE UNITED, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>BAY TEK ENTERTAINMENT, INC.,<br><br>*Defendant*.<br><br>BAY TEK ENTERTAINMENT, INC.,<br><br>*Counterclaim Plaintiff*,<br><br>v.<br><br>FULL CIRCLE UNITED, LLC,<br><br>*Counterclaim Defendant,*<br><br>and<br><br>ERIC PAVONY,<br><br>*Additional Counterclaim Defendant.* | Civ. Action No. 1:20-cv-03395<br><br>**[PROPOSED] ORDER EXTENDING DISCOVERY DEADLINES IN CASE MANAGEMENT PLAN** |

The following modifications are hereby made to the dates provided in the Case Management Order and interim deadlines on Attachment A thereto:

| Activity | Current Date | Modified Date |
|---|---|---|
| Completion of Non-Expert Discovery | June 11, 2021 | September 13, 2021 |
| Last Day to File Premotion Letter | June 18, 2021 | September 20, 2021 |

1

| | | |
|---|---|---|
| Party Depositions | June 11, 2021 | September 13, 2021 |
| Service of Rule 45 Subpoenas | April 12, 2021 | May 27, 2021 |
| Parties serve initial expert reports in support of claims or counterclaims | July 28, 2021 | November 26, 2021 |
| Parties serve responsive expert reports in opposition to claims or counterclaims | September 13, 2021 | January 18, 2022 |
| Parties serve rebuttal expert reports in support of claims or counterclaims | October 4, 2021 | February 4, 2022 |
| Expert depositions complete | November 12, 2021 | February 28, 2022 |

SO ORDERED:

_____

2