

MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Jeffrey M. Movit
A Professional Corporation
(917) 546-7708 Phone
(917) 546-7678 Fax
jmm@msk.com

June 15, 2021

**VIA ECF**
Hon. Brian M. Cogan, U.S.D.J.
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     *Full Circle United, LLC v. Bay Tek Entm't, Inc.*, **No. 1:20-cv-03395-BMC**

Dear Judge Cogan:

We write on behalf of Defendant/Counterclaim Plaintiff Bay Tek Entertainment, Inc. ("Bay Tek") for clarification of Your Honor's April 28, 2021 Order (ECF No. 63), which extended fact discovery until September 30, 2021.

Specifically, Bay Tek wishes to clarify that pre-motion letters on a dispositive motion shall be filed no later than October 7, 2021, *i.e.,* one week after the completion date for non-expert discovery.

Counsel for Plaintiff/Counterclaim Defendant Full Circle United, LLC and additional Counterclaim Defendant Eric Pavony do not oppose Bay Tek's request for clarification.

We thank the Court for its consideration of this matter.

Respectfully,

/s/ Jeffrey M. Movit

Jeffrey M. Movit
A Professional Corporation for
MITCHELL SILBERBERG & KNUPP LLP

cc:     All counsel of record (by ECF)

437 Madison Ave., 25th Floor, New York, New York 10022-7001
Phone: (212) 509-3900 Fax: (212) 509-7239 Website: WWW.MSK.COM

13256637.3