# EXHIBIT E

| From: | Lichtman, Leo |
|---|---|
| To: | "Stephen Shaw"; Movit, Jeffrey |
| Cc: | Lepera, Christine; Paul Thanasides; All CL Staff; Reid Skibell; Christina Casadonte-Apostolou |
| Bcc: | "Bay Tek Entertainment_Inc_Full Circle United_LLC_51102_00001_E_Mails" |
| Subject: | RE: FCU - Confidential - Search Hit Report Fifth Revised Proposed Search Terms and Protocol |
| Date: | Wednesday, July 21, 2021 11:25:00 PM |

Stephen,

As discussed, below are the search hit results for proposed keywords without our additional modifiers. Note that there is also a search run for Jeff w/2 Hudson or jhudson@skeeball.com, but without modifiers.

The total unique hits, reflected at the bottom, is 45,078; with 20,396 attachments. This is far more hits than the last search results, which took account of the additional modifiers (19,806 hits and 9,236 attachments), and which, as explained in my prior email, we believe make the searches more directly in line with Justice Kornreich's view that the searches should be narrowed and appropriately targeted to the case. The number is also far more than Full Circle's hits.

The other issues raised in your and Christina's emails are being taken under consideration.

## Search Report

| Keyword | Metric | Total |
|---|---|---|
| skee* or *skee   (7/17/2014 --> 1/1/2016) | Docs | 2219 |
| | MB | 547 |
| Search 1A TOTAL   (7/17/2014 --> 1/1/2016) | Docs | 2219 |
| | MB | 547 |
| Twitch AND (skee* OR Full OR Eric OR license)   (7/17/2014 --> ) | Docs | 473 |
| | MB | 876 |
| ESPN AND (skee* OR Full OR Eric OR license)   (7/17/2014 --> ) | Docs | 423 |
| | MB | 2483 |
| YouTube AND (skee* OR Full OR Eric OR license)   (7/17/2014 --> ) | Docs | 6114 |
| | MB | 6472 |
| Brewsk*   (7/17/2014 --> ) | Docs | 915 |
| | MB | 3038 |
| (Eric w/2 (Cooper or Wikman or Pavony))  AND NOT (Eric w/2 Schadrie)   (7/17/2014 --> ) | Docs | 992 |
| | MB | 2675 |
| Pavony   (7/17/2014 --> ) | Docs | 1387 |
| | MB | 3077 |
| "FCU" OR "Full Circle"   (7/17/2014 --> ) | Docs | 2995 |
| | MB | 5364 |

| Query | Type | Count |
|---|---|---|
| "SBI" OR "Skeeball, Inc." OR "Skee Ball, Inc." OR "Skee-Ball, Inc."   (7/17/2014 --> ) | Docs | 1576 |
| | MB | 5602 |
| Tourn* AND (skee* OR Full OR Eric OR license)   (7/17/2014 --> ) | Docs | 3106 |
| | MB | 4965 |
| League AND (skee* OR Full OR Eric OR license)   (7/17/2014 --> ) | Docs | 3743 |
| | MB | 5865 |
| (Stream* OR *stream) AND (skee* OR Full OR Eric OR license)   (7/17/2014 --> ) | Docs | 6767 |
| | MB | 12612 |
| Broadcast AND (skee* OR Full OR Eric OR license)   (7/17/2014 --> ) | Docs | 849 |
| | MB | 1338 |
| Sladek   (7/17/2014 --> ) | Docs | 662 |
| | MB | 2371 |
| BEEB   (7/17/2014 --> ) | Docs | 728 |
| | MB | 2513 |
| (Skee OR *skee OR skee*) AND sport*   (7/17/2014 --> ) | Docs | 2224 |
| | MB | 6115 |
| (Skee OR *skee OR skee*) AND Compet*   (7/17/2014 --> ) | Docs | 3442 |
| | MB | 6720 |
| Skeeson* OR skee-son*   (7/17/2014 --> ) | Docs | 109 |
| | MB | 68 |
| App* w/25 lane*   (7/17/2014 --> ) | Docs | 1491 |
| | MB | 3839 |
| App* w/10 scor*   (7/17/2014 --> ) | Docs | 925 |
| | MB | 3460 |
| "Petro" OR gpetro@playmechanix.com   (7/17/2014 --> ) | Docs | 194 |
| | MB | 1998 |
| Mechanix   (7/17/2014 --> ) | Docs | 221 |
| | MB | 796 |
| NSBL   (7/17/2014 --> ) | Docs | 2465 |
| | MB | 3651 |
| "Skee-Ball Live" OR "Skeeball Live" OR "Skee Ball Live" OR "SB Live"   (7/17/2014 --> ) | Docs | 791 |
| | MB | 2602 |
| "live play" OR "liveplay"   (7/17/2014 --> ) | Docs | 658 |
| | MB | 2296 |
| "Skeemature Ejaculation"   (7/17/2014 --> ) | Docs | 41 |
| | MB | 69 |
| "Hepatitis Skee"   (7/17/2014 --> ) | Docs | 38 |
| | MB | 69 |

| Search | Type | Count |
|---|---|---|
| "K. Skee Anthony"   (7/17/2014 --> ) | Docs | 36 |
| | MB | 68 |
| "One More Around the Mug"   (7/17/2014 --> ) | Docs | 15 |
| | MB | 3 |
| "Bottom Up Champs"   (7/17/2014 --> ) | Docs | 26 |
| | MB | 38 |
| "Skeefer Madness"   (7/17/2014 --> ) | Docs | 33 |
| | MB | 58 |
| (Jeff w/2 Hudson) OR jhudson@skeeball.com   (7/17/2014 --> ) | Docs | 6604 |
| | MB | 5341 |
| Search 1B TOTAL   (7/17/2014 --> ) | Docs | 32577 |
| | MB | 28226 |
| state* w/2 ("fifteen" OR "15")   (7/17/2014 --> ) | Docs | 238 |
| | MB | 695 |
| Search 1C TOTAL   (7/17/2014 --> ) | Docs | 238 |
| | MB | 695 |
| "Wik" OR "Wikman"   (1/1/2015 --> ) | Docs | 1692 |
| | MB | 4272 |
| Roy w/3 Hinoyosa   (1/1/2015 --> ) | Docs | 10 |
| | MB | 1 |
| Brewbacca   (1/1/2015 --> ) | Docs | 125 |
| | MB | 1677 |
| Live w/20 (lane* OR *lane)   (1/1/2015 --> ) | Docs | 556 |
| | MB | 2189 |
| Live w/20 alley*   (1/1/2015 --> ) | Docs | 285 |
| | MB | 2135 |
| Live w/20 machine*   (1/1/2015 --> ) | Docs | 456 |
| | MB | 1121 |
| Live w/20 unit*   (1/1/2015 --> ) | Docs | 780 |
| | MB | 1113 |
| Live w/20 game*   (1/1/2015 --> ) | Docs | 2842 |
| | MB | 4859 |
| Live w/20 product*   (1/1/2015 --> ) | Docs | 1858 |
| | MB | 3839 |
| Search 1D TOTAL   (1/1/2015 --> ) | Docs | 6546 |
| | MB | 8299 |
| Rev* w/3 shar*   (1/1/2016 --> ) | Docs | 2139 |
| | MB | 4517 |
| Rev* w/3 agree*   (1/1/2016 --> ) | Docs | 1690 |
| | MB | 3309 |
| Rev* w/3 deal   (1/1/2016 --> ) | Docs | 428 |
| | MB | 2332 |

| | | |
|---|---|---|
| "Roll for Ohio"   (1/1/2016 --> ) | Docs | 10 |
| | MB | 1 |
| To/From/CC/BCC (Eric w/2 (Wikman or Pavony or Cooper)) (1/1/2016 --> ) | Docs | 786 |
| | MB | 271 |
| Search 1E TOTAL   (1/1/2016 --> ) | Docs | 4339 |
| | MB | 5748 |
| To/From/CC/BCC ((Gaetan w/2 Philippon) OR gjphilippon@yahoo.com OR Gaetan.Philippon@menasha.com)   (1/1/2017 --> ) | Docs | 1222 |
| | MB | 12 |
| Search 1F TOTAL   (1/1/2017 --> ) | Docs | 1222 |
| | MB | 12 |
| "Beer ball"   (1/1/2010 --> ) | Docs | 4757 |
| | MB | 5430 |
| Search 1G TOTAL   (1/1/2010 --> ) | Docs | 4757 |
| | MB | 5430 |
| Overall TOTAL | Docs | 45078 |
| | MB | 33887 |
| Email Attachments TOTAL | Docs | 20396 |
| | MB | 13260 |



**Leo M. Lichtman** | **Associate**
T: 917.546.7696 | lml@msk.com
**Mitchell Silberberg & Knupp LLP** | www.msk.com
437 Madison Ave., 25th Floor, New York, NY 10022

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

**From:** Stephen Shaw <sshaw@mcintyrefirm.com>
**Sent:** Wednesday, July 21, 2021 9:02 PM
**To:** Movit, Jeffrey <jmm@msk.com>; Lichtman, Leo <lml@msk.com>
**Cc:** Lepera, Christine <ctl@msk.com>; Paul Thanasides <paul@mcintyrefirm.com>; All CL Staff <AllCLStaff@mcintyrefirm.com>; Reid Skibell <rskibell@hs-law.com>; Christina Casadonte-Apostolou <christina@mcintyrefirm.com>
**Subject:** [EXTERNAL] Re: FCU - Confidential - Search Hit Report Fifth Revised Proposed Search Terms and Protocol

-EXTERNAL MESSAGE-

Good evening,

In addition to Christina's email below, please advise on the status of Bay Tek's revised report containing the hit counts for the terms FCU requested Bay Tek run, modified with the July 17, 2015 to present date range.

As Christina indicated on Monday, FCU reserves all rights as to its objection to the date range.

Thanks,

Stephen J. Shaw
sshaw@mcintyrefirm.com
cell: 860.885.4732

McIntyre Thanasides Bringgold Elliott
  Grimaldi Guito & Matthews, P.A.
main: 813.223.0000 | fax: 813.225.1221
www.mcintyrefirm.com
Offices in Tampa, Sarasota, and Lakeland

This e-mail transmission, including any attachments, contains information that may be confidential and/or privileged. The information is intended to be for the use of the individual or entity to whom the communication is addressed.  If you have received this electronic transmission in error, please immediately notify us by telephone at 813.223.0000.

> On Jul 21, 2021, at 8:26 PM, Christina Casadonte-Apostolou <christina@mcintyrefirm.com> wrote:
>
> Hello,
>
> Please see the attached search term hit report. It includes the agreed revised term 36: (skee OR skeeball OR skeeballs OR "skee-ball" OR "Brewskee-Ball" OR Brewskee OR NSBL) w/20 (trademark OR trademarks OR trademarking OR trademarked) AND (right* OR license*). It also includes application of the time limiter (July 17, 2014).
>
> Thanks,
>
> Christina

**Christina Casadonte-Apostolou**
McIntyre Thanasides Bringgold Elliott Grimaldi Guito & Matthews, P.A.
500 E. Kennedy Blvd., Suite 200, Tampa, Florida 33602
813.223.0000 (t) | 813.225.1221 (f) | 813.373.7054 (d)
christina@mcintyrefirm.com | www.mcintyrefirm.com

<image001.png>

Confidentiality Statement: This e-mail transmission, including any attachments, may be confidential and/or privileged. The information is intended to be for the use of the individual or entity to whom the communication is addressed. If you are not the intended recipient, please be aware that any disclosure, copying, distribution or use of the contents of this e-mail is prohibited. If you have received this electronic transmission in error, please immediately notify us by telephone at 813.223.0000. Disclaimer under IRS Circular 230: Unless expressly stated otherwise in this transmission, nothing contained in this message is intended or written to be used, nor may it be relied upon or used, (1) by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer under the Internal Revenue Code of 1986, as amended, and/or (2) by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed in this message. Disclaimer regarding Uniform Electronic Transactions Act ("UETA") (Florida Statutes s. 668.50): If this communication concerns negotiation of a contract or agreement, UETA does not apply to this communication.

<210721 CONFIDENTIAL Search Term Hit Report (Fifth Revised Proposed Search Terms and Protocol).pdf>