# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FULL CIRCLE UNITED, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> BAY TEK ENTERTAINMENT, INC., <br><br> *Defendant.* <br><br><br> BAY TEK ENTERTAINMENT, INC., <br><br> *Counterclaim Plaintiff,* <br><br> v. <br><br> FULL CIRCLE UNITED, LLC, <br><br> *Counterclaim Defendant,* <br><br> and <br><br> ERIC PAVONY, <br><br> *Additional Counterclaim Defendant.* | Civ. Action No. 1:20-cv-03395 <br><br> **FULL CIRCLE UNITED, LLC AND ERIC PAVONY'S OBJECTION TO SPECIAL MASTER'S REPORT AND RECOMMENDATION TITLED ORDER NO. 9 SIGNED FEBRUARY 22, 2022** |

Plaintiff/Counterclaim Defendant Full Circle United, LLC ("Full Circle") and Counterclaim Defendant Eric Pavony ("Pavony"), through undersigned counsel and pursuant to Rule 53(f)(2), Fed. R. Civ. P., hereby file this objection to the Special Master's Report and Recommendation titled "Order 9", signed February 22, 2022 (the "R&R"). While the Special Master does not appear to have yet filed the R&R, a copy of the R&R was included as an attachment to the letter filed by Jeffrey Movit on February 22, 2022. [R&R attached as DE 102-1 to the Movit letter].

1

Full Circle objects to the portion of the R&R, Paragraph 8 "Joint Letter", that would require Full Circle to make a statement to the Court, in a joint letter, that Full Circle does not wish to make. Full Circle's positions before the Court are its own to take, not decided by Bay Tek or anyone else. Full Circle does not wish to say to the Court what the R&R would require because Full Circle believes the Court can rule on the motion for leave to amend in the normal course in accordance with its own decisions about how to manage its docket.

For these reasons, Full Circle and Pavony respectfully request that the Court modify or reverse Paragraph 8 of the R&R to excuse Full Circle and Pavony from the requirement of saying something to the Court that they do not wish to say in a joint letter to the Court.

Dated: February 23, 2022

        Respectfully submitted,

        */s/ Paul Thanasides*
        Paul Thanasides
        paul@mcintyrefirm.com
        clservice@mcintyrefirm.com
        Christina Casadonte-Apostolou
        christina@mcintyrefirm.com
        complexlit@mcintyrefirm.com
        McIntyre Thanasides Bringgold Elliott
           Grimaldi Guito & Matthews, P.A.
        500 E. Kennedy Blvd., Suite 200
        Tampa, FL 33602
        Telephone: 813.223.0000
        Facsimile: 813.225.1221

        Reid Skibell
        rskibell@glennagre.com
        Glenn Agre Bergman & Fuentes
        55 Hudson Yards 20th Floor
        New York, NY 10001
        Telephone: 212-358-5600

        **Counsel for Full Circle United, LLC and Eric Pavony**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 23, 2022, a true and correct copy of the foregoing was electronically filed using the Court's CM/ECF system, which will provide electronic notice to all counsel of record, including.

Christine Lepera ctl@msk.com
Jeffrey Movit jmm@msk.com
Leo M. Lichtman
lml@msk.com
Mitchell Silberberg & Knupp LLP
437 Madison Avenue, 25th Floor
New York, NY 10022
Telephone: 212.509.3900
Facsimile: 212.509.7239
***Counsel for Defendant/Counterclaim***
***Plaintiff Bay Tek Entertainment, Inc.***

                                                      */s/ Paul Thanasides*
                                                     Attorney