

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Jeffrey M. Movit
A Professional Corporation
(917) 546-7708 Phone
(917) 546-7678 Fax
jmm@msk.com

March 18, 2028

**VIA ECF ONLY**
Hon. Brian M. Cogan, U.S.D.J.
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Full Circle United, LLC v. Bay Tek Entm't, Inc.*,
 No. 1:20-cv-03395-BMC (the "E.D.N.Y. Action")

Dear Judge Cogan:

We are counsel for Bay Tek Entertainment, Inc. ("Bay Tek") in the above matter. We write in response to the letter to the Court dated March 17, 2022 of Paul Thanasides, Esq., counsel for Full Circle United, LLC ("Full Circle").

*First*, in his letter, Mr. Thanasides requests unspecified modifications to the Stipulated Confidentiality Order in this E.D.N.Y. Action, which Full Circle asserts it would wish to use in a hypothetical lawsuit that Full Circle states it is contemplating filing, but has not actually filed, in Wisconsin (the "Hypothetical Wisconsin Lawsuit"). Full Circle asserts that the Hypothetical Wisconsin Lawsuit would assert the same cause of action for alleged breach of a Non-Disclosure Agreement ("NDA") that is contained in Full Circle's Proposed Third Amended Complaint in this E.D.N.Y. Action.

Full Circle's request should be denied. It is not only vague (in that Full Circle fails to specify the precise modifications that it seeks to the Stipulated Confidentiality Order), but moreover, it is entirely premature and unnecessary. As we have already advised Mr. Thanasides, to the extent that Full Circle wishes to re-plead the allegations in the Proposed Third Amended Complaint in the E.D.N.Y. Action in the Hypothetical Wisconsin Lawsuit, Bay Tek will not argue that doing so would be a violation of the Confidentiality Order. Indeed, the Proposed Third Amended Complaint in this E.D.N.Y. Action is a publicly available document, so there is no confidentiality which attaches to it in any event.

However, to the extent that Full Circle seeks to obtain permission at this time from this Court to re-use the discovery record from the current E.D.N.Y. Action in the Hypothetical Wisconsin Lawsuit, that relief is improperly speculative and premature. Again, the Hypothetical Wisconsin Lawsuit has not even been filed, let alone proceeded to the discovery phase.

437 Madison Ave., 25th Floor, New York, New York 10022-7001
Phone: (212) 509-3900 Fax: (212) 509-7239 Website: www.msk.com

14069823.1



Paul Thanasides
March 18, 2028
Page 2

*Second*, in its March 17, 2022 letter, Full Circle wrongly asserts, without any evidentiary citation or supporting detail whatsoever, that "Full Circle learned of the breach of the NDA via discovery produced by Bay Tek in this case in October 2021." For the avoidance of doubt, Bay Tek adamantly disputes that it has committed any breach of the NDA.

We thank the Court for its consideration of this matter.

Respectfully,

/s/ Jeffrey M. Movit

Jeffrey M. Movit
A Professional Corporation for
MITCHELL SILBERBERG & KNUPP LLP

cc:     All counsel of record (by ECF)