JAMS ARBITRATION
REF. NO.: 1425035132
-----------------------------------------------------------------X
FULL CIRCLE UNITED, LLC,

        Plaintiff,

   v.

BAY TEK ENTERTAINMENT, INC.,

        Defendant.
-----------------------------------------------------------------X        Civ. Action No.:
BAY TECH ENTERTAINMENT, INC.,        1:20-cv-03395

        Counterclaim-Plaintiff,

   v.

FULL CIRCLE UNITED, LLC,

        Counterclaim-Defendant,

   and

ERIC PAVONY,

        Additional Counterclaim Defendant.
-----------------------------------------------------------------X

**ORDER 14:**

      As a result of multiple letters from counsel, a zoom conference took place on May 12, 2022. The conference was transcribed and rulings were made on the record. Additionally, as a result of that conference, the following order was issued.

1. The parties were represented on the call as follows:

**Plaintiff & Counterclaim-Defendants (Plaintiff, Full Circle or FCU):**
McIntyre Thanasides
500 E. Kennedy Blvd., suite 200

Tampa, FL 33602
813-223-0000
By: Christina Casadonte-Apostolou

Harris St. Laurent & Wechsler LLP
40 Wall St., 53rd fl.
New York, NY  10005
212-397-3370
By:  Reid Skibell
	rskibell@hs-law.com

**Defendant & Counterclaim-Plaintiff (Defendant or Bay Tek):**
Mitchell Silberberg & Knupp, LLP
437 Madison Ave., 25th fl.
New York, NY 10022
212-509-3900
By:  Jeffrey M. Movit
	jmm@msk.com
	Mark Humphrey

## 2.  Stenographer
Melanie Keefe

## 3.  Special Master:
Hon. Shirley Werner Kornreich (ret.)
JAMS
620 Eighth Ave., 34th fl.
New York, N.Y. 10018
212-607-2929 (917-623-3350)
skornreich@jamsadr.com
address for sending documents:
450 Main St.
Westhampton Beach, NY  11978

## 4.  Case Manager:
John Graber
JAMS
620 Eighth Ave., 34th fl.
New York, N.Y. 10018
212-607-2765
Jgraber@jamsadr.com

**5. Depositions**

The deposition of Mr. Cooper will take place on a jointly selected day between May 14 and June 11, 2022, excluding May 25 and 26. The parties will send the Special Master a joint letter setting forth the deposition schedule on or before May 13, 2022.

**6.** Mr. Dragon need not respond to Full Circle's subpoena.

**7. Privilege Logs**

The Special Master is unable to rule on the disputed privilege issues without an in-camera review. Accordingly, the parties will each submit a letter-brief, no longer than 10, single-spaced pages, and the disputed documents on or before June 3, 2022, also, to be filed on JAMS Access. The letter-briefs further will address the issues surrounding Brett Pavony, Mr. Bork, Dimensional and the insurance agents.

**8.** Any issues not directly addressed in this order were ruled upon on the stenographic record. Indeed, that record more fully addresses the topics discussed herein.


Dated: May 12, 2022                  _/s/ Shirley Werner Kornreich_
                                     SHIRLEY WERNER KORNREICH

# PROOF OF SERVICE BY E-Mail

Re: Full Circle United, LLC vs. Bay Tek Entertainment, Inc.
Reference No. 1425035132

I, John Graber, not a party to the within action, hereby declare that on May 12, 2022, I served the attached Order No.14 on the parties in the within action by electronic mail at New York, NEW YORK, addressed as follows:

Paul Thanasides Esq.
Christina Casadonte-Apostolou Esq.
McIntyre Thanasides Bringgold Elliott Grimaldi Guito & Matth Fuentes
500 E. Kennedy Blvd
Suite 200
Tampa, FL 33602
Phone: 813.223.0000
paul@mcintyrefirm.com
christina@mcintyrefirm.com
   Parties Represented:
   Eric Pavony
   Full Circle United, LLC

Mr. Reid Skibell
Megan M. Reilly
Glenn Agre Bergman &
55 Hudson Yards
20th Floor
New York, NY 10001
Phone: 212-358-5600
rskibell@glennagre.com
mreilly@glennagre.com
   Parties Represented:
   Eric Pavony
   Full Circle United, LLC

Christine T. Lepera Esq.
Jeffrey M. Movit Esq.
Leo Lichtman Esq.
Mitchell Silberberg & Knupp, LLP
437 Madison Avenue
25th Floor
New York, NY 10022
Phone: 212-509-3900
ctl@msk.com
jmm@msk.com
lml@msk.com
   Parties Represented:
   Bay Tek Games, Inc.

Eric Pavony
Full Circle United, LLC
Austin, TX 78702
complexlit@mcintyrefirm.com
   Parties Represented:
   Eric Pavony
   Full Circle United, LLC

Elaine Nguyen Esq.
Mitchell Silberberg & Knupp, LLP
437 Madison Avenue
25th Floor
New York, NY 10022
Phone: 212-509-3900
eln@msk.com

Parties Represented:
Bay Tek Games, Inc.

I declare under penalty of perjury the foregoing to be true and correct. Executed at New York, NEW YORK on May 12, 2022.

*/s/ John Graber*
John Graber
JAMS
JGraber@jamsadr.com