Case 1:20-cv-03395-BMC    Document 153-1    Filed 12/23/22    Page 1 of 1 PageID #: 3076

(Exhibit 1 submitted with initial Declaration of Jeffrey Movit filed Sept. 30, 2020)

Case 1:20-cv-03395-BMC    Document 153-1    Filed 12/23/22    Page 1 of 1 PageID #: 3076