Conditionally Filed Under Seal Pending Letter Motion for Leave to File Under Seal

# EXHIBIT 3