# EXHIBIT 06

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF NEW YORK
 3
 4   _____
                                   )
 5   FULL CIRCLE UNITED, LLC,      )
                                   )
 6         Plaintiff,              )   Case No.
                                   )   1:20-cv-03395
 7   vs.                           )
                                   )
 8   BAY TEK ENTERTAINMENT, INC.,  )
                                   )
 9         Defendant.              )
     _____)
10   BAY TEK ENTERTAINMENT, INC.,  )
                                   )
11         Counterclaim Plaintiff, )
                                   )
12   vs.                           )
                                   )
13   FULL CIRCLE UNITED, LLC,      )
                                   )
14         Counterclaim Defendant, )
     -and-                         )
15   ERIC PAVONY,                  )
                                   )
16         Additional              )
           Counterclaim Defendant. )
17   _____)
18
19             DEPOSITION OF LAURA SMITH
20             (Via Zoom Videoconference)
21                  July 6, 2022
22
23
24   Reported by:  John L. Harmonson, RPR
25   Job No. 211446
```

Page 126

```
 1                    L. SMITH
 2          MS. REILLY:  It's not even a question.
 3   Why are you arguing?
 4          MR. WILLIAMS:  I'm not arguing.  I
 5   made a statement.
 6          MS. REILLY:  Yeah.  It's not your
 7   testimony to be giving.  Can we just stick to
 8   questions, please?
 9          MR. WILLIAMS:  I think I've been doing
10   pretty well all day, and I think the record will
11   reflect that.
12          MS. REILLY:  Yeah, except for just
13   now.
14          MR. WILLIAMS:  I'm not going to get
15   into a back-and-forth about this.
16   BY MR. WILLIAMS:
17       Q.   Ms. Smith, would you opine that the
18   amounts of damages in your reports are reasonably
19   certain?
20       A.   Well, first of all, the amount of
21   damages really can't be reasonably certain.  They
22   can be -- and they don't need to be under the
23   law.  Forecasts and projections and sales and
24   stuff that didn't occur because of somebody's bad
25   action can't be proven to be certain.  What needs
```

Page 186

1                       L. SMITH

2                    C E R T I F I C A T E

3

4    DISTRICT OF COLUMBIA

5              I, JOHN L. HARMONSON, a Notary Public

6    within and for the District of Columbia, do

7    hereby certify that LAURA SMITH, the witness

8    whose deposition is hereinbefore set forth, was

9    duly sworn by me and that such deposition is a

10   true record of the testimony given by such

11   witness.

12             That before completion of the

13   proceedings, review and signature of the

14   transcript was not requested.

15             I further certify that I am not related

16   to any of the parties to this action by blood or

17   marriage; and that I am in no way interested in

18   the outcome of this matter.

19             IN WITNESS WHEREOF, I have hereunto set

20   my hand this 18th day of July, 2022.

21

22             *John L. Harmonson* (signature)

                _____
23              JOHN L. HARMONSON, RPR

24              My commission expires: 04/14/26

25

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FULL CIRCLE UNITED, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>BAY TEK ENTERTAINMENT, INC.,<br><br>*Defendant.*<br>BAY TEK ENTERTAINMENT, INC.,<br><br>*Counterclaim Plaintiff,*<br><br>v.<br><br>FULL CIRCLE UNITED, LLC,<br><br>*Counterclaim Defendant,*<br><br>*and*<br><br>ERIC PAVONY,<br><br>*Additional Counterclaim Defendant.* | Civ. Action No. 1:20-cv-03395<br><br>**ERRATA SHEET** |

Laura Smith, being duly sworn, deposes and says:

1. I have reviewed the transcript of my deposition taken on July 6, 2022. The following changes are necessary to correct my testimony:

| Page/Line | Corrected Testimony | Reason for Correction |
|---|---|---|
| 19 / 7 | "the lost profits calculation, which **would include**…" | Delete "not" - Misquoted |
| 21 / 17 | "because **no costs**, real…" | Typo - delete comma after "no" |
| 23 / 11 | "Because it's **a** contract dispute." | Misquote |
| 39 / 16 | "electronically **linked games**…" | Delete "to" - Misquoted |
| 44 / 20 | "There was one mining case **where** that…" | Misquoted |
| 69 / 25 | "revenue and other **cost**" | Misquoted |
| 81 / 18 | "But for **'18**, the reported revenue…" | Misquoted the year |

| 90 / 2 | "didn't include a lot of damages **over**" | Typo/misquoted |
|---|---|---|
| 94 / 10-11 | Witness "No" Q. "Sorry. **I'll repeat my question just for clarity.**" | Witness did not say the second part. |
| 110 / 8-9 | "includes **1,740** lanes, or **1,750** lanes" | Typo |
| 112 / 16 | "so after the operators **or** venues are paid" | Typo |
| 113 / 25 | "**I don't list the** name" | Typo/Misquote |
| 122 / 7 | "so **B**ay Tek has…" | Typo |
| 141 / 4 | "had an initial call with **them** and we…" | Typo/Misquote |
| 143 / 20 | "maintained **the 11th** prototype **lane** to …" | Typo/Misquote |
| 160 / 2-4 | "The way I get the information from the call **is** that I **work it into** the report**, I work it** into my draft." | Typo/Misquote |
| 174 / 25 | "is supported by **the** source in footnote 45" | Typo/Misquote |
|  |  |  |
|  |  |  |

_/s/ Laura Smith_
LAURA SMITH

District of Columbia: SS

Sworn to and subscribed before me on
the 4th day of August, 2022

_/s/_
Notary Public's Signature
My Commission Expires 6/14/24

