# EXHIBIT 09

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 1

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF NEW YORK
 2   _____
 3   FULL CIRCLE UNITED, LLC,     VIDEO CONFERENCE VIDEO
                                  DEPOSITION OF:
 4         Plaintiff,
                                  ERIC SCHADRIE
 5      vs.
                                  MARCH 8, 2022
 6   BAY TEK ENTERTAINMENT, INC.,
 7         Defendant.
     _____  CASE NO. 1:20-cv-03395
 8
 9   BAY TEK ENTERTAINMENT, INC.,
10      Counterclaim Plaintiff,
11      vs
12   FULL CIRCLE UNITED, LLC,
13      Counterclaim Defendant,
14      and
15   ERIC PAVONY,
16      Additional Counterclaim
        Defendant.
17   _____/
18         ***CONFIDENTIAL ATTORNEYS EYES ONLY***
19     VIDEO CONFERENCE VIDEO DEPOSITION OF ERIC SCHADRIE
20        TAKEN BY:  The Plaintiff/Counterclaim Defendant
21           TAKEN AT:  Via Zoom Videoconference
22             8:36 a.m. CST - 5:11 p.m. CST
23               REPORTED BY NANSI CASPER
24            VIDEOGRAPHY BY KRAIG HILDAHL
25
```

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 113

1  A.  Eleven.
2  Q.  In your own words, how would you describe the
3      differences between Skee-Ball Live lanes and
4      Skee-Ball Classic lanes?
5          MR. WILLIAMS:  Objection to form.
6  BY MS. CASADONTE-APOSTOLOU:
7  Q.  Okay.  Let me start over.  In 2016, did Bay Tek
8      produce any alley rollers?
9          MR. WILLIAMS:  Asked and answered.
10 A.  2016, Bay Tek produced Skee-Ball Classic lanes and
11     Skee-Ball -- what we called our Skee-Ball lanes.
12 BY MS. CASADONTE-APOSTOLOU:
13 Q.  And what you called what?
14 A.  Our standard Skee-Balls.  Skee-Ball lanes.
15 Q.  So Skee-Ball Classic lanes are standard Skee-Ball
16     lanes?
17 A.  No.  There's two variations of our Skee-Ball
18     product in 2016.
19 Q.  Okay.
20 A.  One was the classic and one was a higher end
21     feature, feature model.
22 Q.  Did the higher end feature model have a name?
23 A.  No.  Just Skee-Ball.
24 Q.  So in 2016 Bay Tek produced Skee-Ball Classic lanes
25     and a Skee-Ball lane?

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 114

1  A.  Correct.
2  Q.  Do you recall the differences, if any, between
3      Skee-Ball Classic lanes and the Skee-Ball lanes
4      manufactured by Bay Tek in 2016?
5  A.  Yes. I do recall some features.
6  Q.  Can you share what you recall about the differences
7      between the Skee-Ball Classic lanes and Skee-Ball
8      lanes produced by Bay Tek in 2016?
9  A.  I can recall some of them. And, so the bigger
10     differences, the Skee-Ball lane was green. It had
11     more lights along the rails. It had blue balls.
12     It had some chase lighting effect happening, and it
13     had a different display type in the head.
14          Skee-Ball Classic was mostly maroon with
15     yellow rails. It had a more dated lighting scheme;
16     white lights, I believe. Just a second. And a
17     smaller dot matrix display. Different sound
18     effects. Different themed graphics.
19 Q.  In 2017, do you recall whether Bay Tek manufactured
20     any type of alley roller in 2017?
21 A.  I believe we manufactured those same alley rollers
22     that I just gave you.
23 Q.  Okay. Do you know if the Skee-Ball lanes were
24     different in any way from the Skee-Ball Classic
25     lanes manufactured by Bay Tek in 2017?

Page 115

```
 1              MR. WILLIAMS:  Objection to form.  Asked and
 2         answered.
 3    A.   The timeframe is hazy here, but at some point, we
 4         were manufacturing the Skee-Ball as Skee-Ball
 5         manufactured it, and at some point, Bay Tek looked
 6         at our manufacturing efficiencies and changed it.
 7         It still looked the same, but it had different
 8         components in it.
 9    BY MS. CASADONTE-APOSTOLOU:
10    Q.   I'm sorry, can you explain what two things you're
11         comparing?  What looked -- what looked the same?
12    A.   The Skee Classic -- Skee-Ball version versus the
13         Skee-Ball Classic Bay Tek version.  Call it 1.0 and
14         2.0.  Essentially, when you bought Skee-Ball, we
15         sold their product as they existed -- as it existed
16         and as they built it.  At some point after the
17         acquisition, we dug into the design and changed it
18         to have manufacturing efficiencies.
19    Q.   Do you recall whether the Skee-Ball lanes
20         manufactured by Bay Tek were ticket redemption
21         games?
22    A.   Yes.
23    Q.   Were they?
24    A.   Yes.  They were.
25    Q.   They were ticket redemption.  Would you consider
```

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 116

1   the Skee-Ball Classic lanes manufactured by Bay Tek
2   in 2017 coin operated games?
3   A.  Yes.  They were.
4   Q.  Do you know whether the Skee-Ball Classic lanes
5       manufactured by Bay Tek in 2017 had the credit
6       setting set to free play?
7   A.  No.  They did not.
8   Q.  They did not.  Did they have the ability to be set
9       to free play?
10  A.  Yes.
11  Q.  Is there a way to set Skee -- in 2017, did Bay Tek
12      enable the Skee-Ball Classic lanes it manufactured
13      with the ability to be set to free play that didn't
14      require an external button?
15          MR. WILLIAMS:  Objection to form.
16  BY MS. CASADONTE-APOSTOLOU:
17  Q.  Let me change the question on you.  In 2017, do you
18      know how Skee-Ball Classic lanes manufactured by
19      Bay Tek would be set to free play?
20  A.  I don't recall.
21  Q.  Are you familiar with the phrase free play button
22      as you --
23  A.  Yes.
24  Q.  -- in connection with Skee-Ball lanes?  Can you
25      describe to me what that phrase Skee-Ball -- free

Page 122

1       you looking for names?
2  BY MS. CASADONTE-APOSTOLOU:
3  Q.   If you remember the identity of anybody that you
4       worked with to build the Skee-Ball Live lanes, yes,
5       please share.
6  A.   Mark Johnson was my software engineer.  Will Jensen
7       was my electronics engineer.  Chris Vanden Hausen
8       was my mechanical engineer.  And Rick Moreau was my
9       prototyper.
10 Q.   Can you describe what you mean by prototyper?
11 A.   Sure.  Prototyper is essentially a mechanical
12      engineer that is not quite as experienced.  So.
13      They don't have all the technical skills to design
14      a game, but they are learning, and typically they
15      are the builders of our prototypes.
16 Q.   Turning back to the Skee-Ball Classic lanes
17      manufactured by Bay Tek in 2017.  Do you recall the
18      different -- any differences in features between
19      those lanes and the Skee-Ball Live lanes
20      manufactured by Bay Tek for FCU?
21          MR. WILLIAMS:  Object to form.
22 A.   I feel like the ones that I listed already.  Right?
23      Had a TV screen, had a camera.  Different cork
24      color.  A drink holder and a phone holder.  There
25      was an iteration of it that had smaller 100 pull

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 123

1 targets. And then the cabinet was shaped slightly
2 different.
3 BY MS. CASADONTE-APOSTOLOU:
4 Q. When you say there was an iteration of it that had
5 smaller 100 targets, what are you -- which one are
6 you referring to?
7 A. Well, there was -- out of -- out of the eleven
8 prototypes, we were asked to make two -- two of
9 them that had a slightly different play field. And
10 those play fields would be for the more skilled.
11 So they had a smaller diameter, essentially just
12 larger than the size of the ball. Much harder to
13 hit.
14 Q. Can you think of any other Skee-Ball alleys
15 manufactured by Bay Tek in 2017 that had a TV
16 screen on it, other than the Skee-Ball Live lanes?
17 A. None that we manufactured in 2017. No.
18 Q. In 2016?
19 A. No. I guess I don't know. I don't think so.
20 Q. Who would know at Bay Tek whether there were any
21 other Skee-Ball alleys manufactured by Bay Tek in
22 2016 that had TVs on them other -- on them?
23     MR. WILLIAMS: Objection to form. Calls for
24 speculation.
25 A. I don't know who necessarily would know that for

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 247

1  STATE OF WISCONSIN)
                    SS
2  COUNTY OF OUTAGAMIE)

3

4          I, NANSI CASPER, a Professional Court
5  Reporter and Notary Public in and for the State of
6  Wisconsin, do hereby certify that the preceding video
7  conference video deposition was recorded by me and
8  reduced to writing under my personal direction.
9          I further certify that the preceding
10 video conference video deposition was held via Zoom
11 Videolink on the 8th day of March, 2022, commencing at
12 8:36 a.m. CST and concluding at 5:11 p.m. CST.
13         I further certify that I am not a
14 relative or employee or attorney or counsel of any of
15 the parties, nor a relative or employee of such attorney
16 or counsel, or financially interested directly or
17 indirectly in this action.
18         In witness whereof, I have hereunto set
19 my hand at Appleton, Wisconsin, this 23RD day of March,
20 2022.

21

22

                                    _____
23                                  Nansi Casper, Court Reporter
24                                  My commission: 07-03-24

25

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FULL CIRCLE UNITED, LLC,

    *Plaintiff*,

v.

BAY TEK ENTERTAINMENT, INC.,

    *Defendant.*

BAY TEK ENTERTAINMENT, INC.,

    *Counterclaim Plaintiff*,

v.

FULL CIRCLE UNITED, LLC,

    *Counterclaim Defendant*,

and

ERIC PAVONY,

    *Additional Counterclaim Defendant.*

Case No. 1:20-cv-03395-BMC

**ERRATA SHEET**

Eric Schadrie, being duly sworn, deposes and says:

1. I have reviewed the transcript of my deposition taken on March 8, 2022. The following changes are necessary to correct my testimony:

| Page/Line | Corrected Testimony | Reason for Correction |
|---|---|---|
| Page 28, Line 16 | "More" should be "Moore" | Transcription error |
| Page 28, Line 17 | "Vanden Hausen" should be "Van Den Elzen" | Transcription error |
| Page 46, Lines 16- | "prepared" should be "prepare" and "to" should | Transcription |

14163276.1

| 17 | be "a" | error/clarification |
| --- | --- | --- |
| Page 53, Line 6 | "frequently" should be "frequent" | Transcription error |
| Page 63, Lines 9-15 | "Gold Rush," "Alley Oops" and "Grand Finale" should be "Goal Rush," "Alley Ooop," and "Grand Fun-Alley" | Transcription error/clarification |
| Page 70, Line | Add "room" between "game" and "for" | Clarification |
| Page 122, Line 7 | "Vanden Hausen" should be "Van Den Elzen" | Transcription error |

_____
ERIC SCHADRIE