# EXHIBIT 10

Page 1

```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF NEW YORK

   FULL CIRCLE UNITED, LLC,

         Plaintiff,
   vs.                        Civ. Action No. 1:20-cv-03395
   BAY TEK ENTERTAINMENT, INC.,
         Defendant.
   _____/

   BAY TEK ENTERTAINMENT, INC.,

         Counterclaim Plaintiff,
   vs.
   FULL CIRCLE UNITED, LLC,
         Counterclaim Defendant,
   and

   ERIC PAVONY,

         Additional Counterclaim Defendant.
   _____/

   VIDEOTAPED
   DEPOSITION OF:      GEORGE PETRO

   TAKEN BY:           The Plaintiff/Counterclaim
                       Defendants
   DATE TAKEN:         Friday, January 21, 2022
   TIME:               10:17 a.m. - 5:40 p.m.
   PLACE:              Via Zoom Videoconference
   REPORTED BY:        Tonya H. Magee, Registered
                       Professional Reporter and Notary
                       Public, State of Florida at Large
```

Page 73

```
1    up -- when they would bring up their ideas, I would ask
2    questions, yes.
3         Q.   And at this time, the only information that
4    you had about Full Circle came directly from them?
5         A.   Yes.
6         Q.   Was the only information that you had about
7    the NSBL from Full Circle as well?
8         A.   Yes.
9         Q.   What about information about building a
10   national league of Skee-Ball competitions?
11        A.   From Eric Pavony specifically.
12        Q.   Did you ever discuss that topic with anyone
13   else?
14        A.   No.
15        Q.   Have you discussed that topic with anyone else
16   since 2017?
17        A.   No, other than in relation to the fact that
18   I'm a witness in this case.
19        Q.   Did you ever discuss Eric Pavony with Bay Tek?
20        A.   I had mentioned his name at one point, yes.
21        Q.   Do you recall when?
22        A.   It was in a conversation with Rick Rochetti.
23        Q.   Do you recall when that conversation took
24   place?
25        A.   I believe it was 2018.
```

Page 74

1   Q.  Do you remember what month?
2   A.  It was in the fa -- near the fall, I believe.
3   I don't know what month exactly.
4   Q.  Do you remember how you communicated with him?
5   A.  Cell phone.
6   Q.  How do you know Mr. Rochetti?
7   A.  From the business.  I've known Mr. Rochetti
8   for approximately 35 years.
9   Q.  Would you call him a friend?
10  A.  I would call him a business associate.
11  Q.  Did you talk to anyone else at Bay Tek, other
12  than Mr. Rochetti, about Mr. Pavony?
13  A.  No.
14  Q.  Did you talk to Mr. -- did you talk to anyone
15  else at Bay Tek about Full Circle?
16  A.  No.
17  Q.  Did you talk to anyone else at Bay Tek about
18  Full Circle's business?
19  A.  No.
20  Q.  Did you talk to anyone else about the NSBL?
21  A.  No.
22      MS. VORBERG:  I'm going to object to the -- to
23      the form and foundation.
24  Q.  (BY MS. CASADONTE-APOSTOLOU)  Did you talk to
25  anyone else, other than Mr. Rochetti, about modifying

1    together, but if you're talking about at the specific
2    time of calling Rick Rochetti, no.  So...
3        Q.   You said you called Rick Rochetti in the fall
4    of 2018.
5        A.   Yes.
6        Q.   From the correspondence, it seems like that
7    was likely -- I don't know.  I suspect you'd be
8    speculating.
9            Do you remember what month it was, now that
10   we've gone through some correspondence?
11       A.   I -- I can assume it was in the fall of 2018,
12   that's it.  Based on correspondence, looks like early
13   fall.
14       Q.   And you communicated to Full Circle that that
15   conversation took place?
16       A.   Yes.
17       Q.   So I'm talking about the time period when that
18   information was conveyed to Full Circle.
19       A.   Okay.  I understand.
20       Q.   So you conveyed to Full Circle that Bay Tek
21   was not willing to move forward, correct?
22       A.   I --
23           MR. MOVIT:  Object to the form.
24           THE DEPONENT:  I'm sorry.
25       A.   I did not convey that at all.  I conveyed to

Page 171

1    Okay.
2        Q.   So you're done through 183, Mr. Petro?
3        A.   Oh, 183?
4             MS. VORBERG:  183, yeah.
5        A.   That's the small paragraph.  Yeah, okay.  I
6    see that.  Okay.  Sounds good.
7             MR. MOVIT:  Okay.  If you could, please go up,
8        Elaine, to 179.
9        Q.   (BY MR. MOVIT)  So paragraph 179 says, "Play
10   Mechanix agreed in principle with Full Circle to
11   purchase stock Classic Lanes from Bay Tek and pay all
12   the expenses to modify the lanes for live play, pursuant
13   to a revenue share agreement with Full Circle."
14            Is this allegation about an alleged agreement
15   in principle, is it true or false?
16       A.   It's false.
17       Q.   So it's correct that Play Mechanix never had
18   any agreement in principle with Full Circle?
19       A.   Correct.
20       Q.   Thank you, sir.
21            The second sentence of paragraph 180 states,
22   "Play Mechanix agreed to leverage its network of
23   operators to promote Full Circle's Skee-ball live
24   concept, providing Full Circle instant access to
25   thousands of potential locations to place its Skee-Ball

Page 172

1  live lanes."
2           Is that sentence true or false?
3       A.  I think this would -- would be something that
4  was, yeah, a potential in discussion.  So we never
5  agreed, so it would be false.
6       Q.  Thank you, sir.
7           MR. MOVIT:  Okay.  Could you please scroll
8       down, Elaine, to 182.
9       Q.  (BY MR. MOVIT)  Is paragraph 182, Mr. Petro, is
10  it true or false?
11      A.  It's false.
12      Q.  Okay.  Did Mr. Rochetti make any threat to you
13  whatsoever?
14      A.  No.
15      Q.  Did anyone at Bay Tek ever make any threat to
16  you whatsoever?
17      A.  No.
18      Q.  On this phone call with Mr. Rochetti to which
19  you testified about today in or about the fall of 2018,
20  did Mr. Rochetti have anything negative to say about
21  Full Circle on that call?
22      A.  No.
23          MR. MOVIT:  Okay.  Elaine, could you please
24      put up the Smith report, which will be our next
25      exhibit.

Page 175

1    telling me what exhibit number this is?  I just
2    want to confirm.
3         THE COURT REPORTER:  Exhibit 14.
4    A.   Okay.
5    Q.   (BY MR. MOVIT)  Do you see where it says, "As
6    part of the arrangement, Play Mechanix would purchase
7    stock lanes from Bay Tek and assume all costs to modify
8    the lanes for live play"?
9    A.   Yes.
10   Q.   Did Play Mechanix ever make any commitment to
11   do so?
12   A.   No.
13   Q.   And then the next sentence says, "As such and
14   in exchange for paying a portion of the revenues to Play
15   Mechanix, Full Circle would not incur any costs
16   associated with purchasing or modifying even the lanes
17   that the NSBL owned"?
18   A.   Yes, I see it.
19   Q.   Okay.  Did Play Mechanix ever make any
20   commitment for the financial arrangements discussed in
21   this sentence?
22   A.   No.
23   Q.   Was there ever any agreement in principle for
24   Play Mechanix to buy any number of Skee-Ball lanes?
25   A.   No agreement.

Page 176

1    Q.   Is it correct that there was never a deal
2  sheet with Full Circle and Play Mechanix?
3    A.   That's correct.
4    Q.   There was no letter memo between Full Circle
5  and Play Mechanix; is that correct?
6    A.   That's correct.
7    Q.   Would you agree that there were never any
8  concrete terms for a deal between Full Circle and Play
9  Mechanix?
10   A.   I would agree that in -- in the form of any
11 kind of letter memo, there was nothing or any formal
12 agreement drawn up.
13   Q.   Would you agree that Play Mechanix never made
14 any commitment, whether formal or informal, to Full
15 Circle to purchase any number of Skee-Ball lanes?
16   A.   I would agree with that.
17   Q.   Would you agree that there was never any
18 certainty that there would be a deal between Full Circle
19 and Play Mechanix?
20   A.   Say that one more time, please.
21   Q.   Sure.  Would you agree that there was never
22 any certainty that a deal would proceed between Full
23 Circle and Play Mechanix?
24   A.   I would agree with that.
25   Q.   Did you ever consent to Full Circle recording

Page 239

1   CERTIFICATE OF OATH
2   STATE OF FLORIDA:
3   COUNTY OF HILLSBOROUGH:
4
5           I, Tonya H. Magee, Registered Professional
6   Reporter, Notary Public, State of Florida, certify that
7   GEORGE PETRO personally appeared before me on January
8   21, 2022, and was duly sworn.
9
10          Witness my hand and official seal this 3rd day
11  of February 2022.
12
13
14
15              *(signature: Tonya H. Magee)*
16              Tonya H. Magee,
                Registered Professional Reporter
17              Notary Public, State of Florida
                My Commission No. GG 947928
18              Expires:  March 8, 2024
19
20
21  Type of Identification Produced:  Illinois Driver's
    License
22
23
24
25

Page 240

1              CERTIFICATE OF REPORTER
2    STATE OF FLORIDA:
3    COUNTY OF HILLSBOROUGH:
4
5           I, Tonya H. Magee, Registered Professional
6    Reporter, Court Reporter, and Notary Public, certify
7    that I was authorized to and did stenographically report
8    the deposition of GEORGE PETRO; that a review of the
9    transcript was requested; and that the foregoing
10   transcript, pages 5 through 238, is a true and accurate
11   record of my stenographic notes.
12           I FURTHER CERTIFY that I am not a relative,
13   employee, attorney, or counsel of any of the parties,
14   nor am I a relative or employee of any of the parties'
15   attorney or counsel connected with the action, nor am I
16   financially interested in the action.
17
18       DATED this 3rd day of February 2022.
19
20
21
22
23
24                    Tonya H. Magee, RPR
25