# EXHIBIT 11

CONFIDENTIAL

Page 1

1                 UNITED STATES DISTRICT COURT
2                 EASTERN DISTRICT OF NEW YORK
3        = = = = = = = = = = = = = = = = = = = = = = = = =
4        FULL CIRCLE UNITED, LLC,
5                   Plaintiff,
6        -vs-                              Case No. 1:20-cv-03395
7        BAY TEK ENTERTAINMENT, INC.,
8                   Defendant.
9        = = = = = = = = = = = = = = = = = = = = = = = = =
10       BAY TEK ENTERTAINMENT, INC.,
11                  Counterclaim Plaintiff,
12       -vs-
13       FULL CIRCLE UNITED, LLC,
14                  Counterclaim Defendant,
15       -and-
16       ERIC PAVONY,
17                  Additional Counterclaim
                    Defendant.
18
         = = = = = = = = = = = = = = = = = = = = = = = = =
19
                    Remote Videotaped Deposition of:
20
21                        GAETAN PHILLIPON
22                        ***CONFIDENTIAL***
23                        Neenah, Wisconsin
24                        March 10, 2022
25                 Reporter:  Jessica Bolanos

1  Q   And during that period of time, to your knowledge,
2      did Bay Tek acquire any company?
3              MS. LEPERA:  Asked and answered,
4          but you can answer again, if you wish.
5  A   Yeah, we acquired Skee-Ball, Incorporated.
6  Q   No other companies other than Skee-Ball,
7      Incorporated?
8              MS. LEPERA:  Asked and answered.
9          Objection to form.
10             You can answer.
11             THE WITNESS:  Okay.
12 A   I don't recall any others.
13 Q   What do you recall about the acquisition of
14     Skee-Ball, Incorporated?
15             MS. LEPERA:  Objection; no
16         foundation, vague, and ambiguous.
17             You can answer to the extent you
18         understand the broad nature of the question.
19 A   My recollection is there was an opportunity that
20     was presented to us.  I did an investigation, some
21     conversations, which ultimately resulted in us
22     acquiring the assets of Skee-Ball in February of
23     2016.
24 Q   How would you describe the opportunity presented
25     to us, as you described it?

CONFIDENTIAL

Page 153

1      multipage document.  You can read the Bates
2      stamp numbers, if you want, into the record.
3              MS. CASADONTE:  I have done.
4              MS. LEPERA:  Got it.  Question
5      pending?
6              MS. CASADONTE:  I asked him -- I
7      asked Mr. Phillipon whether the -- the
8      settlement agreement that he's referring to
9      between Full Circle and SBI is the
10     confidential settlement agreement that's now
11     been marked as Exhibit 33.
12             MS. LEPERA:  Ask him if what --
13     the, the one you referred to a minute ago is
14     this?
15             MS. CASADONTE:  Yeah.
16             MS. LEPERA:  Again, in the context
17     of the objections to the prior question, I
18     just continue them, that he is not a lawyer,
19     and any question regarding the scope or the
20     content of a legal document calls for a legal
21     conclusion.
22  A  This appears to be the document.
23  Q  Do you recall whether you've reviewed this
24     document that's been marked as Exhibit 33 any time
25     between -- after the February 23rd, 2016, and

|   |   |   |
|---|---|---|
| 1 |   | on the acquisition of SBI by Bay Tek as of |
| 2 |   | January 15th, 2016? |
| 3 | A | They would not know. |
| 4 | Q | Who would not know? |
| 5 | A | I was the lead -- lead person with Joe |
| 6 |   | during -- at this -- at this stage of the process. |
| 7 |   | So it was not Larry Treankler.  It was -- it was |
| 8 |   | specifically Gaetan Phillipon, Joe Sladek, and our |
| 9 |   | respective counsel. |
| 10 | Q | Do you -- so we can agree that this closing of the |
| 11 |   | SBI acquisition by Bay Tek was executed on |
| 12 |   | February 23, 2016.  Do you recall who was present |
| 13 |   | during the closing of the acquisition of |
| 14 |   | Bay Tek -- of SBI by Bay Tek? |
| 15 |   | MS. LEPERA:  Objection to the |
| 16 |   | preamble, not a question; assumes facts not |
| 17 |   | in evidence that it was a physical closing, |
| 18 |   | but you can answer. |
| 19 | A | Yeah, representing SBI was Joe Sladek. |
| 20 |   | Representing Bay Tek was myself and Matt Connell. |
| 21 | Q | Who is Matt Connell?  Do you know? |
| 22 | A | He was Bay Tek's -- I don't remember his title -- |
| 23 |   | director of finance, that functionality. |
| 24 | Q | I'm going to share with you an exhibit that's been |
| 25 |   | marked as 38.  It's a three-page document Bates |

1       stamped BT0003832 to BT00 --
2                MS. LEPERA:  So --
3   Q   -- 03834.
4                (Exh. 38 marked for
5                identification.)
6   A   I've seen it.
7   Q   Do you recognize the document?
8   A   Yes.
9   Q   What is it?
10  A   That is the -- the signing of the -- acquisition.
11  Q   It's an email from you to Bay Tek all on
12      February 23rd, 2016, and in the body of the email,
13      you've included what appear to be a number of
14      photos.  And what -- do you recall where these
15      photos were taken -- where these photos were
16      taken?
17  A   I just know it was an official building in
18      Pennsylvania.
19               MS. LEPERA:  For the record,
20         BT0003832 through 34, highly confidential.
21         He's on it, so it's okay.
22  Q   Do you have any idea -- not disclosing
23      privilege -- I'm not asking for privileged
24      communications, but do you have any idea why
25      photos of the closing between -- the closing of

1      pictured on page 3 of Exhibit 38?

2  A   Going left to right, it's myself.  In the center

3      is Joe Sladek.  And I had forgotten he was there.

4      To the right is Michael Sladek, Joe's son.

5  Q   You testified previously that you could not recall

6      any other licenses that were acquired in

7      connection with the acquisition of SBI by Bay Tek

8      on February 23, 2016.  I'm marking as Exhibit 39 a

9      two-page document that was produced without Bates

10     marks because of a technical issue, I believe, but

11     it was produced by Bay Tek in connection with the

12     litigation.

13                 (Exh. 39 marked for

14                 identification.)

15                 MS. LEPERA:  I don't know why there

16         are not Bates stamp numbers on here.  There

17         should be.

18                 MS. CASADONTE:  Right.  The

19         document was produced with redactions with

20         Bates marked --

21                 MS. LEPERA:  Oh, and then you got

22         an unredacted copy?

23                 MS. CASADONTE:  We got a ruling

24         requiring unredacted copy to be produced.

25                 MS. LEPERA:  So we should have

CONFIDENTIAL

Page 209

```
 1            Bates stamped it separately then?  Okay.
 2                 MS. CASADONTE:  I don't -- there
 3            was a decision made on your end not to, for
 4            whatever reason.
 5                 MS. LEPERA:  No, no, that's fine.
 6            I was just saying to my team, we should do
 7            that.  Maybe reproduce it or something with
 8            the Bates stamp numbering for identification.
 9            But at any rate, go ahead.
10    Q   Do you recognize this document, Mr. Phillipon?
11    A   Yes, I do.
12    Q   Okay.  What is it?
13                 MS. LEPERA:  Again, don't -- with
14            respect to the objection in terms of calling
15            it anything relative to interpreting or
16            characterizing it from a legal conclusion
17            perspective, I object to.  Your understanding
18            is fine.
19    A   Yeah.  This was an agreement drafted by us, by
20        Bay Tek, with Skee-Ball to legalize the assumption
21        of the -- to pass along the licenses that were
22        found by our due diligence team.
23    Q   And you see here in the second whereas clause it
24        appears that four different licenses are
25        identified.  Do you agree?
```

CONFIDENTIAL

Page 323

```
STATE OF WISCONSIN)
                  )SS
COUNTY OF DANE    )
```

I, JESSICA BOLANOS, a Notary Public in and for the State of Wisconsin, do hereby certify that the foregoing deposition was taken before me via remote videoconference, on the 10th day of March 2022; that it was taken at the request of the counterclaim defendant upon verbal interrogatories; that it was taken in shorthand by me, a competent court reporter and disinterested person, approved by all parties in interest and thereafter converted to typewriting using computer-aided transcription; that said deposition is a true record of the deponent's testimony; that the appearances were as shown on Page 4 of the deposition; that the deposition was taken pursuant to notice; that said GAETAN PHILLIPON before examination was sworn by me to testify to the truth, the whole truth, and nothing but the truth relative to said cause.  Dated March 21, 2022.

_____

Notary Public, State of Wisconsin