# EXHIBIT 16



**FULL CIRCLE BAR**
November 25, 2020

FCB will be closed tomorrow. Have a happy, yummy and safe Thanksgiving. Skee ya Friday ya gobble heads!

👍 2

Like   Comment   Share

Write a comment...

Exhibit 18