# EXHIBIT 20

| | |
|---|---|
| From: | Gaetan Philippon <gphilippon@baytekgames.com> |
| Sent: | February 23, 2016 12:17 PM |
| To: | Bay Tek All |
| Subject: | Skee Ball |

Hey Bay Tekkers,

It's official!  We officially own the assets of Skee Ball Incorporated!

Attached is a pic of the signing with Joe Sladek, previous owner of Skee Ball.



Gaetan



EXHIBIT
038
FCU v. BayTek

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

BT0003832



HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY



Sent from iPhone

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                                                                              BT0003834