# EXHIBIT 24





Home  Catalog











# ATX-Skeeson 16-Hepatitis Skee

BT0000066

$25.00

Size

Women's Large

ADD TO CART

Buy with G

More payment options

**Now Go And Rest Our Heroes!**

The Brewskee-Ball® Shield in all it's 8-bit glory is a throwback to the arcade roots of this beloved sport. The back features Hepatitis Skee fresh off their skeeson 15 Brewskee-Mug win. This shirt is a classic, full stop **GAME OVER!**

*NOTE: These shirts have been in storage for quite a while. Even though they have never been worn we suggest a quick cold wash before wearing.

SHARE    TWEET    PIN IT

YOU MAY ALSO LIKE



**JERKS-GOLD**
$25.00



**ATX-Skeeson 33-Bad Lanes!**
$25.00



**ATX-Skeeson 21-Skeesons in the Abyss**
$25.00



**ATX-Skeeson 34-Fight Claw!**
$25.00

[← BACK TO ALL PRODUCTS]

#### BREWSKEE-BALL® + SPINAGOGUE®

Let The Good Times Roll!

No Gelt. No Glory.

© 2020, Spinagogue Powered by Shopify

© 2020, Spinagogue Powered by Shopify