# EXHIBIT 42

**BREWSKEE-BALL.**



# JOIN THE LEAGUE!









# SKEESON XXXIV
### WEEK 8
### Sunday Division
### March 8 2020
## Rivalry Week!



## MAKE UP MATCHES AVAILABLE
**5:30 - 6:30**
Bourdain Gang Bang vs. Boy Skeets World
The Rolling Stoners vs. Total Skeecall
Gutter My Biscuit vs. Good, Matt & Utskee
Send Me The Skeets! vs. Skeep Austin Weird
**6:30 - 7:30**
Red's Backskee Bois vs. The Ballive Garden
Carpe Skee'em vs. Mighty Midweskees
Dwight, You Ignorant Skee vs. Skeelicious
Best Skeedaddle vs. Fantaskee
**7:30 - 8:30**
The Mexskeecans vs. Unda da Skee
The Ballive Garden vs. VCV Formats
No Place I'd Rather Skee vs. Skee Ya L8r Boi
Merskee Beaucoup vs. TBA
**8:30 - 9:30**
Bon Appeskeet vs. Onomatoskeea
Praise Skeesus vs. Skeebrawlerz 2
Epstein Didn't Skee vs. Faginal Rejuvenation
Merskee Beaucoup vs. Topo Skeeco
**9:30**
## MAKE UP MATCHES!!





# SKEESON XXXIV
### WEEK 8
### Monday Division
### March 9 2020
## Rivalry Week!





## MAKE UP MATCHES AVAILABLE
**6:30 - 7:30**
Skee Matthews Band vs. Texas Skeeroes
Riskee Ballsness vs. Skeerah, Princess Pow
Eff Lane 5 vs. Questioning Authoriskee
Your Mom vs. Brew Eyed Devill
**7:30 - 8:30**
Riskee Ballsness vs. Whiskee Business
Raised By Wolfskees vs. Skee's Company
Habitual Line Steppers vs.  I Drink & Roll Thing
Skee Matthews Band vs. TBA
**8:30 - 9:30**
Super Niceskees vs. W Skee W
Sin There Done That vs. Flock of Skeegulls
Back to the Jerskee Shore vs. SKEEt Ulrich
Skee's Company vs. Whiskee Business
**9:30**
## MAKE UP MATCHES!!

BT0000071




**SKEESON XXXIV**

WEEK 8
**Tuesday Division**
**March 10 2020**
**Rivalry Week!**

**MAKE UP MATCHES AVAILABLE**
**6:00 - 7:00**
That's What Skee Said vs. The Tossers
Skee You Next Tuesday vs. Spaghetti & Skeeballs
**7:00 - 8:00**
Alter Skeegos: Two Sides vs. SkeeBS
Bourgeiouskee vs. The Islanders
The Shame Wizards vs. #rollsist
**8:00 - 9:00**
The Shame Wizards vs. Your Mom
Skeenemax vs. Team Skeessou
Full Circle Jerks vs. Skeeva La Raza
**9:00 - 10:00**
Little House on the Cherry vs. Your Mom
Team Skeessou vs. Your Own Personal Skeesus
All Out of Bubblegum vs. Full Circle Jerks
Hepatitis Skee vs. Skeenemax
**10:pm**
Hungry for Hundos vs. Tipskee Tuesdays
Dad's Night Out vs. It Burns When I Skee
Skee No Evil vs. Skeemore Buttz





BT0000072





BT0000073









BT0000075





BT0000076







SKEESON 28







BT0000079





BT0000080











fffffl ⌐ |‾26



BT0000083





BT0000084





BT0000085



SKEESON 24



BT0000086







SKEESON 23





BT0000088







SKEESON 22

BT0000089













BT0000090

