# EXHIBIT 43

| | |
|---|---|
| Document title: | ATX-Skeeson 16-Hepatitis Skee – Spinagogue |
| Capture URL: | https://merch.brewskeeball.com/collections/all-products/products/atx-skeeson-16-hepatitis-skee#MainContent |
| Captured site IP: | 23.227.38.64 |
| Page loaded at (UTC): | Wed, 02 Sep 2020 00:18:04 GMT |
| Capture timestamp (UTC): | Wed, 02 Sep 2020 00:18:33 GMT |
| Capture tool: | v7.0.9 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | 42a2f0f9-d9f7-4636-957b-92fc573c01cd |
| User: | msk-general |

PDF REFERENCE #:     mydP7CgxE5bLUk9CFJNUwv

BT0000096



Home   Catalog



## ATX-Skeeson 16-Hepatitis Skee

**$25.00**

Size

Women's Large

**ADD TO CART**

**BUY IT NOW**

   

**Now Go And Rest Our Heroes!**

The Brewskee-Ball® Shield in all it's 8-bit glory is a throwback to the arcade roots of this beloved sport. The back features Hepatitis Skee fresh off their skeeson 15 Brewskee-Mug win. This shirt is a classic, full stop **GAME OVER!**

*NOTE: These shirts have been in storage for quite a while. Even though they have never been worn we suggest a quick cold wash before wearing.

SHARE   TWEET   PIN IT

### YOU MAY ALSO LIKE

   






**Now Go And Rest Our Heroes!**

The Brewskee-Ball® Shield in all it's 8-bit glory is a throwback to the arcade roots of this beloved sport. The back features Hepatitis Skee fresh off their skeeson 15 Brewskee-Mug win. This shirt is a classic, full stop **GAME OVER!**

*NOTE: These shirts have been in storage for quite a while. Even though they have never been worn we suggest a quick cold wash before wearing.

SHARE    TWEET    PIN IT

## YOU MAY ALSO LIKE



**ATX-Skeeson 34-Fight Claw!**
$25.00



**ATX-Skeeson 05-The Rise Of Skeewalker**
$25.00



**ATX-Skeeson 12-Roll v Wade**
$25.00



**ATX-SKEESON 01-The Original**
$25.00

← BACK TO ALL PRODUCTS

**BREWSKEE-BALL® + SPINAGOGUE®**

Let The Good Times Roll!

No Gelt. No Glory.

© 2020, Spinagogue Powered by Shopify