# EXHIBIT 44

Case 1:20-cv-03395-BMC   Document 153-44   Filed 12/23/22   Page 1 of 2 PageID #: 3397



BT0000095