# EXHIBIT 45

**BREWSKEE-BALL.**

HOME (/#HOME SECTION)   ABOUT (/#ABOUT SECTION)   MEDIA (/#MEDIA SECTION)   CONTACT (/#CONTACT SECTION)   CITIES   BEEB (/BEEB)   STATS (HTTP //STATS BREWSKEEBALL COM/)   HOST (/BREWSKEEBALL AT YOUR BAR)   HOF (/HOF)   SAFE CIRCLE (/SAFE CIRCLE)



# PHILADELPHIA



## JOIN THE LEAGUE!

SIGN UP (HTTP //WWW BREWSKEEBALL COM/PHILLY/)



BT0000099



# 1231 E PASSYUNK AVE

Philadelphia, PA 1 1

(http //stats brewskeeball com/skeesons/eoXhtynHnKLfBcH )







Townsend's Historic Rollers Win





BT0000100



(https://maps.google.com/maps?ll=39.930486,-75.158732&z=12&t=m&hl=en&gl=US&mapclient=apiv3)

( t     h      h  (ht

Code of Conduct
(/s/BB COC pdf)

©2020 Full Circle United, LLC. All Rights Reserved.

Brewskee Ball® is a registered trademark of Full Circle United, LLC
and may be used only with Full Circle United's permission.

BT0000101