# EXHIBIT 46

Case 1:20-cv-03395-BMC    Document 153-46    Filed 12/23/22    Page 2 of 2 PageID #: 3404



BT0000102