# EXHIBIT 1

```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF NEW YORK

FULL CIRCLE UNITED, LLC,

      Plaintiff,
vs.                           Civ. Action No. 1:20-cv-03395
BAY TEK ENTERTAINMENT, INC.,
      Defendant.
_____/

BAY TEK ENTERTAINMENT, INC.,

      Counterclaim Plaintiff,
vs.
FULL CIRCLE UNITED, LLC,
      Counterclaim Defendant,
and

ERIC PAVONY,

      Additional Counterclaim Defendant.
_____/

                    VOLUME II OF III
                   (Pages 210 - 374)
VIDEOTAPED
DEPOSITION OF:      HOLLY HAMPTON

TAKEN BY:           The Plaintiff/Counterclaim
                    Defendants
DATE TAKEN:         Wednesday, June 22, 2022
TIME:               9:07 a.m. - 3:13 p.m.
                    Central Standard Time

PLACE:              Via Zoom Videoconference

REPORTED BY:        Tonya H. Magee, Registered
                    Professional Reporter and Notary
                    Public, State of Florida at Large
```

1  Q.   You testified that Bay Tek made a decision, at
2  some point, to not continue to support the Skee-Ball
3  Live project, right, because of funding, I believe was
4  your testimony; is that right?
5  A.   It -- we chose to no longer support it,
6  meaning putting the prototype project on hold for
7  several reasons.  One of them is we did not want to
8  continue to fund it.
9  Q.   Did Betson want to fund the Skee-Ball Live
10 project?
11 A.   I -- I don't know.  I don't know.  I don't
12 know if I ever asked.  I can't imagine that that was a
13 conversation.
14 Q.   So if the Skee-Ball Live project was put on
15 hold until Full Circle obtained funding and Betson would
16 not have been a person to fund the project, what purpose
17 did you need to provide Betson information about the
18 Skee-Ball Live lane?
19 A.   So funding from them is to give us money to
20 continue to develop.  They could have helped fund it
21 from the financing they have.  They consider themselves
22 a financing entity and not a distributing entity.  So if
23 the product had ever come to market, that's when we
24 could have had -- could have helped fund Full Circle by
25 financing.

1    UNITED STATES DISTRICT COURT
2    EASTERN DISTRICT OF NEW YORK
    _____
3
     FULL CIRCLE UNITED, LLC,
4
         Plaintiff,
5
     vs.              Civ. Action No. 1:20-cv-03395
6
     BAY TEK ENTERTAINMENT, INC.,
7
         Defendant.
8    _____/
9    BAY TEK ENTERTAINMENT, INC.,
10       Counterclaim Plaintiff,
11   vs.
12   FULL CIRCLE UNITED, LLC,
13       Counterclaim Defendant,
14   and
15   ERIC PAVONY,
16       Additional Counterclaim Defendant.
    _____
17
18           Remote Videotaped Deposition of
19   HOLLY HAMPTON, Volume III of III, taken at the
20   instance of the Plaintiff/Counterclaim
21   Defendants, before KATHY P. PABICH, a Notary
22   Public in and for the State of Wisconsin,
23   taken from Green Bay, Wisconsin, on June 30,
24   2022, commencing at 12:49 p.m. and concluding
25   at 6:16 p.m., Central Standard Time.

1  like.  It's a public record.
2         MS. CASADONTE-APOSTOLOU:  She was supposed to
3  prepare.  It's part of testimony on this area of
4  inquiry.
5         MR. MOVIT:  She did.
6         MS. CASADONTE-APOSTOLOU:  Well, she said she
7  doesn't know, she doesn't know why --
8         MR. MOVIT:  You haven't showed her a picture.
9  Show her a picture.
10         THE WITNESS:  I don't know how I could
11  possibly remember and re -- and be -- remember every
12  single thing that has happened in the last six years
13  on this topic in -- in depth with those 36 corporate
14  topics.  I just -- I -- I apologize.  I --
15  BY MS. CASADONTE-APOSTOLOU:
16     Q   No one's asking you to remember every single
17  thing that happened in the last six years.  Anyway.
18  Okay.  So are there any plans -- are there any plans
19  to produce -- or sorry.  Strike that.
20         Are there any plans by Bay Tek to build more
21  Skee-Ball Live lanes?
22     A   No.
23     Q   Are there any plans by Bay Tek to use the
24  Skee-Ball Live mark in any -- any way?
25     A   No.

Veritext Legal Solutions
800-726-7007                                   305-376-8800

```
1   STATE OF WISCONSIN    )
                          ) ss.
2   COUNTY OF MILWAUKEE   )
3
4      I, KATHY P. PABICH, CSR, do hereby certify that
5   the preceding deposition was recorded by me and
6   reduced to writing under my personal direction.
7      I further certify that said deposition was taken
8   remotely from Green Bay, Wisconsin, on the 30th day
9   of June, 2022, commencing at 12:49 p.m. and
10  concluding at 6:16 p.m.
11     I further certify that I am not a relative or
12  employee or attorney or counsel of any of the
13  parties, nor a relative or employee of such attorney
14  or counsel, or financially interested directly or
15  indirectly in this action.
16     In witness whereof, I have hereunto set my hand at
17  Milwaukee, Wisconsin, this 5th day of July, 2022.
18
19
20
21              _Kathy Pabich_____
                KATHY P. PABICH, CSR
22
23
24
25
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FULL CIRCLE UNITED, LLC, <br><br> *Plaintiff*, <br> v. <br><br> BAY TEK ENTERTAINMENT, INC., <br><br> *Defendant*. | Case No.   1:20-cv-03395-BMC <br><br> **ERRATA SHEET** |
| BAY TEK ENTERTAINMENT, INC., <br><br> *Counterclaim Plaintiff*, <br> v. <br><br> FULL CIRCLE UNITED, LLC, <br><br> *Counterclaim Defendant*, <br><br> *and* <br><br> ERIC PAVONY, <br><br> *Additional Counterclaim Defendant*. | |

Holly Hampton, being duly sworn, deposes and says:

1. I have reviewed the transcript of my deposition taken on June 20, 22, and 30, 2022. The following changes are necessary to correct my testimony:

| Page/Line | Corrected Testimony | Reason for Correction |
|---|---|---|
| Page 51, lines 7-10 | I meant to say that Full Circle introduced themselves to us in 2015 before we bought SBI, and then we actually met them in-person in | Clarification |

| | 2016. | |
|---|---|---|
| Page 106, line 15 | "Bay Tek" should be "Full Circle" | Misspoke/Clarification |
| Page 111, line 17 | Insert "an" between "Jensen's" and "electrical " | Transcription error |
| Page 184, line 5 | Insert "the" between "use" and "Skee-Ball" | Clarification |
| Page 193, line 14 | Remove "and we" | Transcription error |
| Page 197, line 24 | "Pitch" should be "Rich." | Transcription error |
| Page 227, line 19 | "Simms" should be "Timm" | Transcription error |
| Page 231, line 7 | "Matusak" should be "Matuszak" | Transcription error |
| Page 231, line 8 | "Pralick" should be "Froelich" | Transcription error |
| Page 237, line 16 | "bowler" should be "roller" | Transcription error |
| Page 263, line 13 | "they're" should be "they were" | Transcription error |
| Page 265, line 18 | Insert "lane" after "Skee-Ball" | Transcription error/Clarification |
| Page 273, line 25 | "skew" should be "SKU" | Transcription error |
| Page 274, line 24 | "Jack Potrisen" should be "Jackpot Rising" | Transcription error |
| Page 284, line 4 | "who" should be "how" | Transcription error |
| Page 322, line 10 | "skews" should be "SKUs" | Transcription error |
| Page 394, line 21 | Remove "not" | Clarification |
| Page 450, line 11 | "exhausted" should be "exhaustive" | Transcription error/Clarification |
| Page 456, line 14 | Remove "well a" | Transcription error |
| Page 459, line 23 | "exhausted" should be "exhaustive" | Transcription error/Clarification |
| Page 462, line 9 | Insert "would" between "they" and "have" | Transcription error/Clarification |
| Page 467, lines 13-24 | The questioning refers to the use of the Skee-Ball mark by the Ohio State Lottery as a "permissible use of the Skee-Ball mark." This was not a "permissible use of the Skee-Ball mark." I did not know about this use of the Skee-Ball mark and did not endorse it. | Clarification based on mischaracterization of testimony in Full Circle's August 9, 2022 Response to Bay Tek's Pre-Motion Letter (ECF No. 129). |

_Holly Hampton_
HOLLY HAMPTON