# EXHIBIT 5

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF WISCONSIN
 3   - - - - - - - - - - - - - - - - - - - - - - - - - -
     FULL CIRCLE UNITED, LLC,
 4
                     Plaintiff,
 5
         vs.                             Case No.
 6                                       1:20-cv-03395
     BAY TEK ENTERTAINMENT, INC,
 7
                     Defendant.          CONFIDENTIAL
 8   _____
 9   BAY TEK ENTERTAINMENT, INC.,
10          Counterclaim Plaintiff,
11    vs.
12   FULL CIRCLE UNITED, LLC,
13          Counterclaim Defendant,
14    and
15   ERIC PAVONY,
16          Additional Counterclaim
            Defendant.
17
     - - - - - - - - - - - - - - - - - - - - - - - - - - -
18
                       CONFIDENTIAL
19         VIRTUAL VIDEO-RECORDED DEPOSITION OF:
                      LARRY TREANKLER
20
          TAKEN AT:  The Witness's Residence
21
           LOCATED AT:  6747 Kawula Lane
22               Sobieski, Wisconsin
23                 July 12, 2022
               9:24 a.m. to 7:12 p.m.
24
         REPORTED BY:  VICKY L. ST. GEORGE, RMR.
25   - - - - - - - - - - - - - - - - - - - - - - - - - - -
     JOB NO. 5304329
```

1  Q.   Have you ever had any communications via email with
2       Larry Seidman about revenue generated by the
3       Skee-Ball Live lanes prior to this litigation?
4              MS. LEPERA:  Object to the form of the
5       question.
6              THE WITNESS:  Yeah, there is no Skee-Ball
7       Live lane.  That's our trademark.  But what was the
8       question?
9  BY MS. CASADONTE-ASPSTOLOU:
10 Q.   Okay.  The lanes over at Full Circle United that were
11      manufactured by Bay Tek, they said Skee-Ball Live,
12      didn't they?
13             MS. LEPERA:  Objection to the form of the
14      question.
15             THE WITNESS:  No, they were NSBL lanes.
16 BY MS. CASADONTE-ASPSTOLOU:
17 Q.   It's your testimony that the lanes did not say
18      Skee-Ball Live at the time they were delivered from
19      Bay Tek to Full Circle?
20             MS. LEPERA:  On the actual Alley Rollers,
21      is that your question?
22             MS. CASADONTE-ASPSTOLOU:  Yes.
23             THE WITNESS:  To the best of my knowledge,
24      that was not on there.
25 BY MS. CASADONTE-ASPSTOLOU:

```
                    C E R T I F I C A T E
STATE OF WISCONSIN  )
                    ) SS
MILWAUKEE COUNTY    )
```

1–8     I, VICKY L. ST. GEORGE, Registered Merit Reporter and Notary Public in and for the State of Wisconsin, do hereby certify that the preceding deposition was recorded by me and reduced to writing under my personal direction.

9–12    I further certify that said deposition was taken at the witness's residence, 6747 Kawula Lane, Sobieski, Wisconsin on July 12, 2022, commencing at 9:24 a.m. and concluding at 7:12 p.m.

13–17   I further certify that I am not a relative or employee or attorney or counsel of any of the parties, or a relative or employee of such attorney or counsel, or financially interested directly or indirectly in this action.

18–20   In witness whereof, I have hereunto set my hand and affixed my seal of office at Milwaukee, Wisconsin, this 26th day of July, 2022.

*(signature: Vicky L. St. George)*

VICKY L. ST. GEORGE
Notary Public in and for the
State of Wisconsin
Commission Expires 1/29/2025

Veritext Legal Solutions
800-726-7007                                        305-376-8800

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FULL CIRCLE UNITED, LLC,

    *Plaintiff,*

v.

BAY TEK ENTERTAINMENT, INC.,

    *Defendant.*

Case No.   1:20-cv-03395-BMC

**ERRATA SHEET**

BAY TEK ENTERTAINMENT, INC.,

    *Counterclaim Plaintiff,*

v.

FULL CIRCLE UNITED, LLC,

    *Counterclaim Defendant,*

    *and*

ERIC PAVONY,

    *Additional Counterclaim Defendant.*

Larry Treankler, being duly sworn, deposes and says:

1. I have reviewed the transcript of my deposition taken on July 12, 2022. The following changes are necessary to correct my testimony:

| Page/Line | Corrected Testimony | Reason for Correction |
|---|---|---|
| Page 53, line 15 | Add "that" so it reads "that Skee-Ball retained anything" | Clarification |
| Page 90, line 8 | Remove "the," should read "Holly is a leader | Transcription Error |

| | of Bay Tek." | |
|---|---|---|
| Page 96, lines 9-11 | Should read "they tried to pay for them in part" | Clarification/Correction |
| Page 116, line 24 | Should read, "Yes, in part." | Clarification/Correction |
| Page 176, Line 14 | Should be "David Timm" | Correction |
| Page 199, Line 14 | Should read "That if we brought it to" | Clarification |
| | | |

_(signature)_

LARRY TREANKLER