# U.S. District Court

## New York Eastern - Brooklyn

Receipt Date: Jan 12, 2023 12:13PM

Mitchell Silberberg & Knupp LLP

| Rcpt. No: 100004120 | | Trans. Date: Jan 12, 2023 12:13PM | | | Cashier ID: #TT |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 118 | Sanctions/Contempt of court Fines | DNYE120CV003395<br>**FBO**: Bay Tek Entertainment, Inc | 1 | 1000.00 | 1000.00 |

| **CD** | **Tender** | | | **Amt** |
|---|---|---|---|---|
| CH | Check | #1080 | 01/12/2023 | $1,000.00 |
| | | | Total Due Prior to Payment: | $1,000.00 |
| | | | Total Tendered: | $1,000.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.