UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FULL CIRCLE UNITED, LLC,<br><br>    Plaintiff,<br>v.<br><br>BAY TEK ENTERTAINMENT, INC.,<br><br>    Defendant.<br><br>BAY TEK ENTERTAINMENT, INC.,<br><br>    Counterclaim Plaintiff,<br>v.<br><br>FULL CIRCLE UNITED, LLC,<br><br>    Counterclaim Defendant,<br><br>and<br><br>ERIC PAVONY,<br><br>    Additional Counterclaim Defendant. | CASE NO. 1:20-CV-03395 |

**BAY TEK ENTERTAINMENT, INC.'S FILING OF
INTENDED EXHIBITS AND DEPOSITION TESTIMONY
DESIGNATED BY FULL CIRCLE TO WHICH IT OBJECTS
<u>PART 1 OF 5</u>**