# EXHIBIT 5





# Service Manual

5-20-11

FCU000005247

# FACTORY CONTACT INFORMATION



*Our Vision:*

*We aspire to be the best in the world at developing and manufacturing coin operated games for our customers.*

### BAY TEK GAMES INC.
Pulaski Industrial Park
1077 East Glenbrook Drive
Pulaski, WI 54162 U.S.A.

## JOIN SERVICE FIRST NETWORK!

This free service is intended to keep you up to date on the latest game information, early notification of parts specials, pertinent technical bulletins, updates on retro fit parts, software upgrades, and much more.
Log on to:  www.baytekgames.com/parts
then click on the Parts N' Service icon.
8 AM - 5 PM  C.S.T. MON - FRI



**SALES**
P: 920.822.3951
F: 920.822.8936
sales@baytekgames.com

**PARTS**
P: 920.822.3951 x 1101
F: 920.822.1496
parts@baytekgames.com

**SERVICE:**
P: 920.822.3951 X 1102
F: 920.822.1496
service@baytekgames.com

All games proudly manufactured at our factory in Pulaski, Wisconsin U.S.A.

## GAME INSPECTION

Inspect the game for any damaged, loose, or missing parts.  If damage is found, please contact your freight carrier first.  Then, contact Bay Tek Games Service Department at 920.822.3951 or e-mail them at service@baytekgames.com for further assistance.

FCU000005248

# TABLE OF CONTENTS

| | |
|---|---|
| FACTORY CONTACT INFORMATION | 2 |
| INTRODUCTION | 4 |
| SPECIFICATIONS | 5 |
| SAFETY PRECAUTIONS | 5 |
| GAME ANATOMY | 6 |
| QUICK SET-UP | 7-8 |
| GAME MAIN MENU | 9 |
|     GAME SETUP | 10 |
|     DIAGNOSTICS | 11 |
|     NETWORK | 11 |
|     PRINTER SETTINGS | 12-13 |
|     TIME SET | 14 |
| BEER BALL VOCABULARY | 15 |
| PLAYER BUTTONS | 15 |
| SOCIA-BALL IDEAS | 16 |
| BEER BALL MANAGEMENT TOOL | 17 |
|     TOOLBAR | 18 |
|     LEAGUE SETUP | 19 |
|     LEAGUE MANAGEMENT | 20-22 |
|     STATISTICS REPORTS | 23 |
|     TOURNAMENT SETUP | 24 |
|     TOURNAMENT MANAGEMENT | 25-27 |
|     PRINTER SETUP | 28 |
|     LANES LIST | 29 |
| HOW TO: REMOVE / INSTALL BALL SHIELD | 30 |
| HOW TO: REPLACE TARGET SENSORS | 31 |
| HOW TO: REPLACE BALL TROUGH SENSORS | 32 |
| HOW TO: REMOVE BALL RELEASE | 33 |
| HOW TO: CHANGE ROUTER NAME/PASSWORD | 34 |
| HOW TO: ACCESS MONITOR & MOTHERBOARD | 35 |
| PINOUT DIAGRAMS | 36-39 |
| TROUBLESHOOTING GUIDE | 40-48 |
| PARTS LIST | 49-51 |
| MAINTENANCE LOG | 52 |
| TECH SUPPORT | 53 |
| WARRANTY | 54 |

FCU000005249

# WELCOME TO: Beer Ball

## *The Future of Bar Leagues!*

Let the good times roll with Bay Tek's new bar-piece, Beer Ball!

Men and women all over enjoy the nostalgic and social game play that Beer Ball offers. Play head-to-head for high score bragging rights or join a Beer Ball league for weekly fun!

Locations and operators can also offer special promotions by using the printer option to give away free items for certain score, like roll a 600 and win a free pizza!

Don't stop there—run a bracketed tournament once a month on slow nights for a big bar tab!

## Join the Beer Ball Phenomenon Today!

Please take a moment to read through this manual and be sure to contact our factory if you have any questions, or would like some more information.

Enjoy!

Your business is important to us and we hope you enjoy this game as much as we do!

*Your Friends at Bay Tek Games*

FCU000005250

# SPECIFICATIONS

| WEIGHT | |
|---|---|
| WEIGHT | 400 lbs. |
| SHIP WEIGHT | 500 lbs. |

| DIMENSIONS | |
|---|---|
| WIDTH | 30" |
| DEPTH | 114" |
| HEIGHT | 80" |

| OPERATING TEMPERATURE | |
|---|---|
| 70-80 Degrees | Fahrenheit |
| 21-27 Degrees | Celsius |

| POWER REQUIREMENTS | | | |
|---|---|---|---|
| INPUT VOLTAGE RANGE | 110 to 120 VAC | or | 220 to 240 VAC |
| INPUT FREQUENCY RANGE | 60 HZ | to | 50 HZ |

| MAX START UP CURRENT |
|---|
| 1.27 AMPS @ 115 VAC |
| .064 AMPS @ 230 VAC |

| OPERATING CURRENT |
|---|
| .66 AMPS @ 115 VAC |
| .33 AMPS @ 230 VAC |

# SAFETY PRECAUTIONS

 **DANGER** 

DO NOT perform repairs or maintenance on this game with the power ON. Unplug the unit from the wall outlet or shut off the power at the power strip located inside the game cabinet.

 **WARNING** 

Use of flammable substances can cause severe burns or serious injury.
Always use NON-FLAMMABLE solvents for cleaning.
DO NOT use gasoline, kerosene, or thinners.

 **CAUTION** 

Lifting heavy objects can cause back, neck, or other injuries. Be sure adequate lifting and moving devices are available when unloading, unpacking, and moving this game.

 **ATTENTION** 

Be sure the electrical power matches the game requirements. See the serial number decal located on the back of the game cabinet. Always plug game into a grounded circuit. If the supply cord is damaged, it must be replaced by a special cord or assembly available from the manufacturer or its service agent.

FCU000005251



MONITOR

TARGET CABINET

RAMP CABINET

COIN ACCEPTOR/ DBA

PLAYER BUTTONS

PRINTER

RAMP FRONT DOOR

**Patent Pending**

FCU000005252

# QUICK SET-UP GUIDE

1. Determine which game is to be your **server game, #1**, and which is to be your **client, #2** (look at the USB software stick in the motherboard behind the monitor– it will specify #1 or #2)



2. Push the target cabinets to the desired location, leaving enough room to access the power and network cables



3. Plug the **router power cord** into the power strip inside the top of the target cabinet of the **server game**, and attach the game's network cable to the router **port #1**



4. Connect the **client game** to the router on the server game, in **port #2**



5. Insert the router into the security box and secure with included silver screws

6. Mount the box to the top of the server game with included black wood screws



FCU000005253

4. Push the ramp cabinets to about a foot from the target cabinets, and plug in the three sets of cables as shown



5. Push the ramps flush with the target cabinets

6. Drop the 9 balls (found in a box inside the target cabinet) into the playfield



7. Insert the ball shield (see page 30 for instructions)

8. Plug the cabinets into a standard 110V electrical outlet



9. Open the front doors of the ramps and switch the power strips underneath the ramp to "on"

10. Load printer paper into the printers, and enter your desired prize information (see pages 13 and 28) **Replacement Paper # A5PA4100 (5 ROLLS)**



11. Once the games have booted up, look for a green bottlecap icon in the bottom left corner of each monitor. This means the games are connected and ready. If the bottlecap icon is red or yellow, turn to page 45 for troubleshooting tips.



**Congratulations!  You're Ready To Roll!**

FCU000005254

# DETAILED OPERATIONS

## MAIN MENU

1. Access the main menu by pressing the "MENU/SELECT" button inside the front door of the ramp.
2. Scroll through the menu options shown on the monitor by pressing "SCROLL" repeatedly.
3. Press the "MENU/SELECT" button to enter sub-menus.





| Clear Credits | Press "MENU/SELECT" to clear stored credits |
|---|---|
| Game Setup | Change basic game functions; coins per play, game volume, etc. |
| Diagnostics | Assists in troubleshooting target sensor and input problems |
| Network Menu | Displays game router I.P. address; sets server/client |
| Printer Menu | Allows customization of score and prize printouts |
| Time Set Menu | Sets time and date |

FCU000005255

# GAME SETUP MENU



Beer Ball Game Setup Menu

| Coins/Credits per Play | 4 |
| Game Volume | 2 |
| Attract Volume | 1 |
| Attract Timing | 10 min |
| League/Tourney Free Play | Disabled |
| League/Tourney Fee | 4 credits |
| League/Tourney Auto Play | On |
| Ball Timeout | Off |
| Exit Menu | |

| Coins/Credits per Game | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Game Volume | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | | | |
| Attract Mode Volume | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | | | |
| Attract Timing<br>How often the attract audio cues are played | off | 1 min | 5 min | 10 min | 15 min | | | | | | |
| League/ Tourney Free Play | disabled | | enabled | | | | | | | | |
| League/Tournament Fee<br>An additional joining fee for leagues and tournaments separate from credits per game | 0 | 4 | 8 | 12 | 16 | 20 | 24 | 28 | 32 | 36 | 40 |
| League/Tourney Player Buttons<br>When ON: players use the red and blue buttons to step through leagues/tournaments<br>When OFF: the league coordinator starts each team using the Beer Ball Management Tool | off | | on | | | | | | | | |
| Ball Timeout | off | 30 sec | 1 min | 2 min | 3 min | 5 min | | | | | |

FCU000005256

# DIAGNOSTICS MENU



Activating any switch, button or sensor in the game while in the diagnostics menu will assist you in determining if all inputs are working correctly.

If any of the inputs listed on the screen do not turn "on" when activated, call our service department and refer to pages 49-51 for replacement part numbers.

# NETWORK MENU



**IMPORTANT!**
Take note of the I.P. address shown in yellow– this will be your key to operating leagues and tournaments with a wireless device.

FCU000005257

# PRINTER FACTORY SETTINGS

| NO PRINTER | |
|---|---|
| Printers are a factory option, and are not included on all games. Refer to the parts list on page 39 to order a printer. | |
| **Thermal Printer** | Disabled |
| **WITH PRINTER** | |
| **Thermal Printer** | Enabled |
| **Score Prize 1** | 350 |
| **Score Prize 2** | 510 |
| **Score Prize 3** | 700 |
| **Location Name** | |
| **Prize 1** | Drink Special |
| **Prize 2** | Wrist Bands |
| **Prize 3** | Beer Ball T-Shirt |
| **Expires In** | Same Day |

See next page for a walk-through of changing the printer settings with the game buttons.
See page 28 to change the printer settings with a wireless device (recommended).

FCU000005258



## Printer Setup

Enable the Printer

Select scores for the 3 prize levels. If you don't want to have 3 prize levels, disable the ones you don't want.



Enter a location name by toggling through the on-screen keyboard with the red and blue player buttons (up to 12 characters).

Enter a prize description for each prize level (up to 12 characters).

Set an expiration date for the printed coupons (1 day, 7 days, 30 days, 90 days, etc).

**HINT:** You can hold off on entering this information and do it later with your wireless device. It is much faster and easier, as it updates both machines at one time. Refer to page 28 for instructions.



## Receipt Audit

This function allows you to double-check your incoming coupons to make sure they are legitimate. The date, time, random number code, score, and prize won will be displayed.

The Receipt Audit will also verify a failed print if a customer claims they got a winning score but did not receive a coupon.

FCU000005259

# TIME SET MENU



Each game leaves our factory set to Central Standard Time.
Enter the Time Set Menu to adjust the time to fit your time zone.

**IMPORTANT!**

The date and time are important, especially if prize coupons are set to expire in an allotted amount of time. The date and time will print on coupons, and a record of dispensed coupons will be kept in the game's memory according to date and time. If your date and time are incorrect, your coupons will also be incorrect!

# EXIT THE MAIN MENU



FCU000005260

# BEER BALL™ TERMS

- **CASUAL PLAY:** open rolling for up to four players.
- **LEAGUE PLAY:** a scheduled weekly competition between teams (personalized league, team and player data is entered into the game with a wireless device; see pages 18-12)
- **TOURNAMENT PLAY:** a one-time competition among a group of players. Two individuals play against each other; the winner advances to the next round while the loser is eliminated from the tournament. See page 23 to set up a tournament.
  - **FRAME:** 9 balls
  - **GAME:** a set number of frames
  - **SOCIA-BALL:** a designated frame in which all 9 balls are rolled in a fun, goofy manner
  - **KNOCK BALLS:** basic Beer Ball etiquette; it is customary for opponents to tap their balls together before rolling a frame as a sign of good sportsmanship.

# PLAYER BUTTONS

The player buttons located on the right side of the ramp have several important functions.

### In Casual Play:

The **blue** button flashes to indicate available credits. If it is pushed, more players will be added to the monitor. Up to four players can be displayed at once.

### In League Play:

The buttons allow league players to be in charge of their own schedules.
The **blue** button selects the displayed teams to roll while the **red** button bumps up the next set of teams if the current teams are unavailable.
Player buttons are NOT used if operating a SINGLE LANE league.

### In Tournament Play:

The **blue** button selects the match to be played, while the **red** button scrolls through the matches in the current round. The player buttons are NOT used if operating a SINGLE LANE tournament.



FCU000005261

# SOCIA-BALL™ IDEAS

**Bank Ball -** Bank each ball of the side of the ramp before hitting a target

**No Spill Round -** Hold a pitcher of beer or soda while rolling—without spilling a drop!

**Dizzy Round -** Spin around a pool cue or bar stool five times before rolling

**Super Man -** Balance on a bar-stool on your chest and roll

**Blind Fold -** Blind fold your part-ner with a mask or your hands. Verbal guidance is okay!

**Hand-Cuff -** Hand cuff the roller's dominant wrist to their partner's. Don't lose the keys!

**The Stool -** Sit on a bar stool and roll.

**Speed Round -** Roll all nine balls as fast as possible!

**Sit on the Floor -** Keep your butt on the floor as you roll.

**Oh My Achin' Back -** Team mate crouches down on all fours while the roller sits on their back and rolls.

**One Hand on the Ground Round -** Keep your dominant hand on the ground as you roll.

**Find The 40 -** Shoot only for 40's.

**Hundo Round -** Shoot only for "hundos" (100's)

**Fifty Under Pressure -** Shoot only for 50's.

**2 Timin' Baller -** Roll 2 balls at a time.

**Counting on You -** Shoot for each target in numerical order

**The Captain -** One foot must re-main on the ramp while rolling.

**On Your Knees -** Roll while on your knees.

**Team Play -** Players alternate rolling balls through the frame.

**Bend Over -** Turn backwards and roll between your legs!

**Bottoms Up -** Your "bottom" must be in the air to roll.

**20' Stranger -** Recruit a Beer Ball virgin sitting within 20 feet of you and have them roll your frame.

**More or Less -** With one hand, roll 1 ball, then 2 balls, then 3, then 2, then 1

**Tortoise & the Hare -** Roller rolls one ball (the Tortoise) slowly up to the ramp but only enough to let it roll back down. Player then rolls a second ball (the Hare) immedi-ately after releasing the first one. The ninth ball is straight in.

**Legger -** Place your team mate in front of the ramp with their legs apart. Roll between their legs.

**Kegs & Mitts -** Roll with a mitten on one hand a beverage in the other.

**Spin Me Right Round -** Have your team mate spin you around 3 times before you roll.

**Granny Roll -** Roll using a two-handed under-pitch.

**Back Handed -** Hold the ball in your palm like normal, but roll with the back of your hand forward in-stead of the palm.

**Holiday Socia-Ball Ideas**

**Tender Hands -** Hold hands with a team-mate and roll. (Valentines Day)

**Down on One Knee -** Get down on one knee and roll. (Valentines Day)

**"Kiss The Blarney Lane" -** Kiss the ramp and roll. (St. Patty's Day)

**The Hot Dog -** Hold 1 ball be-tween 2 other balls and roll. (Independence Day)

**Get Mummified -** Wrap your team mate's head in toilet paper and roll. (Halloween)

**Frankenround -** Be stiff like Frankenstein and roll without bending arms or legs. (Halloween)

**The Strut -** Strut, flap your wings, and gobble like a turkey and roll. (Thanksgiving)

**Hop Around Round -** Hop up and down while rolling. (Easter)

# Get Creative!
Socia-balls are a great way to attract new players and have fun!

FCU000005262

# BEER BALL™ MANAGEMENT TOOL

The Beer Ball Management Tool allows you to easily change game printer settings, creating scrolling advertisements, and set up and manage leagues and tournaments. You will need a wireless-capable device, such as a laptop, net-book, or iPad.

1. Find the wireless network connections menu on your wireless device. If you are using a windows-based device, click on the signal bars in the bottom corner of the screen. If you are using a Mac-OS device, such as and iPad, go to the settings icon.



2. Select the network named "BeerBall" with a number after it.

3. Select the network, and insert the password:

   • Password: **H@veFun2D@y**

   (see page 34 for instructions on changing the network name and access password)

3. Once the connection has been made, open your web browser (such as Internet Explorer, Mozilla Firefox, Safari, etc.)



4. Type the games' I.P. address (found in the network menu in yellow) into the browser bar: **Do not enter" www.".**

## 192.168.1.101



5. The Beer Ball Management Page will open on your screen, as well as a username and password box.

   • Username: **league**

   • Password: **admin**

**Continue to the next page to learn about the functions of the Beer Ball Management tool.**

17

FCU000005263

# MANAGEMENT PAGE FUNCTIONS



**LEAGUES**

**Leaague Setup**
**List Leaaues**

**TOURNAMENTS**

**Tournament Setup**
**List Tournaments**

**GAME OPTIONS**

**Setup Printers**
**List Lanes**

The left side toolbar on the Beer Ball Management Page is your gateway to all league and tournament functions.

**LEAGUES**
- "League Setup" will take you through the league setup wizard, described on page 16 of this manual
- "List Leagues" will show you all previously set up leagues, and will be your go-to page for all league management

**TOURNAMENTS**
- "Tournament Setup" will bring you through a setup wizard similar to the League Setup Wizard. It allows creation of single-elimination tournaments of up to 32 players
- "List Tournaments" will display all previously set up tournaments, and will be your go-to page for all tournament management

**GAME OPTIONS**
- "Setup Printers" allows you to adjust your promotional printer settings by adding a location name, changing prizes and prize values, and setting expiration dates for prize coupons.
- "List Lanes" brings you to a list of games linked to your server game, and allows you to stop games manually and add scrolling league and picture advertisements.

FCU000005264

# LEAGUE SET UP WIZARD

**Click on "Easy League Setup"**

**1. Enter General League Information**
- League name
- Number of players per team
- Number of frames in a game
- Socia-Ball enable

**3. Enter Teams and Players**
- Enter the first team name
- Enter players
  - First names
  - Last names
  - Nicknames (will be displayed on the monitors during league play)
- Click "add new team"
- Repeat for all teams and click "finish"
- You can have an odd number of teams; the game will automatically rotate a "bye week" among the teams, in which the team will not roll against an opponent, but their scores will still be added to their league stats.

**4. Create the League Schedule**
- Pick a start date from the drop-down calendar
- Enter how many weeks the league will meet
- Pick any exclusion dates that may apply, for example, holidays when the bar will be closed

**5. Click submit and view your league schedule**

**To view and print the league schedule, standings and stats, see page 23.**
**For help on adding, deleting or changing teams or players, see page 20.**









FCU000005265

# "LEAGUES LIST" PAGE

**Choose your league from the list**

From this menu you can change players and teams, create new schedules, view and print standings, and delete players, teams or leagues.

**List Teams**

List teams will bring you to the teams list, where each team in the league will be displayed. From here, you can **add new teams**, **select** teams (to edit, add, or delete players on the team), **change names** of teams, or **delete** the entire team.

**Add New Team**

Type the name of the new team to be added, and click on **"Add New Team"**. The team will be added to the Teams List, where you can then add players.

**Select**

Clicking the **"select"** button will bring up a list of players on the team. Clicking **"Add a Player"** at the top will allow you to add players to different teams. You can also get to the "Add a Player" page from the Leagues List by clicking **"List Players"**.

**New Schedule**

Clicking the **"New Schedule"** button will create a brand-new league schedule for the selected league, updating any changes made to teams or players.



20

FCU000005266

# DOUBLE LANE LEAGUES

### WEEKLY OPERATION

If League/Tournament Player Buttons are enabled, the buttons on the right side of the server game allow the players to take charge of their own leagues.

1. Click on **"List Leagues"** in the toolbar

2. Find your desired league, and click **"select"**

3. Using the "next round" link, find an open week and click **"start this week"**



- The monitors will display a message saying that "leagues will be starting shortly".

- Once the "now up" screen appears on the monitor, the blue and red buttons will allow the players to select which teams to play.

- If a team does not show, the League Coordinator must forfeit them using the Beer Ball Management Page. However, their opponent should still play to accumulate points towards their team statistics.



4. League mode can be turned off after all matches are complete by pushing the flashing button. If the button is not pushed, league mode will turn off automatically after 5 minutes.



For assistance viewing, saving and printing league schedules, standings, and player statistics, go to page 23.

FCU000005267

# SINGLE LANE LEAGUES

## WEEKLY OPERATION

**To operate a League using a single alley, the autoplay feature in the Game Setup Menu must be turned to OFF. Each match must be manually initiated with the wireless device.**



1. Click on **"List Leagues"** in the tool-bar

2. Find your desired league, and click **"select"**

3. Find an open week and click **"start this week"**



- With a single lane, you must click **"start rolling"** for each team to put their frame(s) up on the monitor

- Teams can be forfeited with the wireless device by clicking **"forfeit"**, but their opponent will still roll and contribute scores to their statistics

4. Once the week is completed, exit league mode by clicking on **"return to casual play"**. **If the button is not pushed, league mode will turn off automatically after 5 minutes.**

To view and print the tournament standings and results, see page 23.

FCU000005268

# STATISTICS REPORTS

## Team Schedule

The team schedule displays every match that will occur each week throughout the length of the league, including any bye weeks that may result from an odd number of teams.

## Standings Reports

Standings reports will provide a breakdown of each match that has occurred, giving a final score and noting which team was the winner.



## Team Reports

Team reports break down the matches even farther, providing individual team members' scores, total points, and frame averages for each match rolled.

## Saving and Printing

There are several ways to save and print reports:



- Copy and Paste the report into a text document
- Convert the HTML webpage to a PDF file (some browsers have shortcuts for this in their toolbars)
- Print directly from the webpage (either to a wireless printer, or via a cord)
- Connect to the internet and email the document to a desktop computer with printer

*There is really no wrong way to do this if it works for you.

FCU000005269

# "TOURNAMENT SETUP" WIZARD

**Click on "Tournament Setup" in the toolbar**

**Select a quick generic 8 or 16 player tournament**

**OR**

1. **Enter General Tournament Information**

   - Tournament name

   - Number of frames in a match

2. **Enter Players**

   - First names

   - Last names

   - Nicknames (will be displayed on the monitors during league play)

   - Click "add new player"

   - Repeat for all players

   - You can have an odd number of players or matches, however, the software will rotate a "bye" among them, in which the players will either automatically be placed in Round 2 of the tournament or just roll for fun and move on

3. Click **"finish"** and view your tournament bracket

To view and print the tournament bracket and standings, see page 23.



FCU000005270

# "TOURNAMENT LIST" PAGE

**Choose your tournament from the list**

From this menu you can change players, create new brackets, view and print reports, and delete players or tournaments.

**"List Players"**

List players will bring you to the teams list, where each player in the tournament will be displayed. You can change players' nicknames from here, and view tournament scores, as well as add and delete players.

**"Select"**

Clicking the **"select"** button will bring up a list of matches in the first open round.

**"New Tournament"**

Clicking the **"New Tournament"** button will create a brand-new tournament schedule, clearing all results from the previous bracket. Any changes in players will be updated at this time.



FCU000005271

# DOUBLE LANE TOURNAMENTS

### IMPORTANT!

League/Tournament Player Buttons must be enabled for brackets to appear on-screen (see page 10).



1. Click on **"List Tournaments"** in the toolbar

2. Find your desired tournament, and click **"select"**



3. Find Round 1 and click **"start this round"**

- A Round 1 bracket will appear on the screen, showing a match highlighted in blue. Pressing the blue player button will begin this match. Pressing the red player button will highlight the next match in the bracket.

- A league coordinator must forfeit a non-present player using the webpage, but their opponent will still roll and continue on to the next round

- If any match results in a tie score, the match must be re-rolled before the next round can be played. The match will appear blue in the bracket.

4. Once the round is completed, the monitor will prompt players to push the blue button. The next round will automatically appear on the monitor with the winners of the previous round.



FCU000005272

# SINGLE LANE TOURNAMENTS



**IMPORTANT!**

To operate a tournament on a single lane, the player buttons must be turned off (see page 10). Each match must be manually initiated with the wireless device.

1. Click on **"List Tournaments"** in the toolbar

2. Find your desired tournament, and click **"select"**



3. Find Round 1 and click **"start this round"**

- In tournament mode, you must click **"start rolling"** for each player to put their frame(s) up on the monitor

- Players can be forfeited with the wireless device, but their opponent will still roll and continue on to the next round

- If any match results in a tie score, the match must be re-rolled before the next round can be played. Click on **"previous round"** and find the tie match, then click on **"start over"** and start the players again.



4. Once the round is completed, click **"next round"** in the top right corner of the screen. The winners of the previous round will appear in the new round.

FCU000005273

# "SETUP PRINTER" PAGE

1. Click on **"Setup Printer"** in the toolbar

2. Enable the printer (or disable it)

3. Enter desired prize information

   - Enable prizes (if all 3 prize levels are not desired, turn the unwanted levels off)

   - Enter a minimum score required to win each prize

   - Enter a prize description (up to 14 characters)

   - Enter a location name (up to 14 characters)

   - Select an expiration date

4. Click on **"Change Printer Options"**

5. Double check the information entered on the following screen

6. Both games will update at the same time. The prize settings will scroll across the bottom of the screen while in attract mode and casual play. You may need to play a frame to get the scrolling prize information to update.

7. When a prize is won, the monitor will display a "Grab your Receipt" screen, and the printer will create a receipt with location name, prize won, date stamp, player's score, unique code, and expiration date. You can double check your redeemed receipts in the Receipt Audit menu (see page 14).







28

FCU000005274

# "LIST LANES" PAGE

**Click on "List Lanes" in the toolbar.**

The List Lanes page shows each game's current activity, whether it is available, rolling a league, rolling a tournament, or "busy" with a casual player. It also allows customization of the game's display.



## STOP GAME

Occasionally, it may be necessary to stop a game after it has begun. Clicking **"Stop Game"** will stop the current game, reverting the monitor back to its casual play attract mode. It does not, however, cancel stored credits that may be in the game in casual play. These credits must be played or cleared before the league or tournament can start.



## INSERTING ADVERTISEMENTS

Clicking **"Change Advertisement"** will allow you to add two picture ads to the attract mode on the monitor of the **server game**, as well as a scrolling text ad at the bottom of each screen during league and tournament play.



Photo adds should not exceed **1280 x 640 pixels** in size, but they can include anything imaginable; text and pictures, food specials, big winners, etc.

Scrolling text ads can be customized on each screen; one could offer free wings for Beer Ball league players, while the other could read "Welcome to Koala Pete's! We serve the best eucalyptus margaritas in town!".



29

FCU000005275

# HOW TO: REMOVE/INSTALL BALL SHIELD

1. Remove the Allen bolts from the corners of the ball shield brackets



2. Slide the shield downward, past the red stopper at the top of the cabinet, avoiding pinching fingers underneath by grasping the center of the ball shield

3. Flex the shield towards you to pop it out of the bracket grooves

4. Reverse instructions to replace ball shield



FCU000005276

# HOW TO: REPLACE TARGET SENSORS

**1. Power down the game**



2. Remove the ball shield and ball shield brackets

3. Grip the inside of the 50 target, and pull the playfield forward



4. Lay the playfield face-down on the ramp for servicing

5. Remove any damaged sensors; you may need to remove wire clamps



5. Replace the damaged sensor boards with **AACB2203**

6. Secure new boards in place and plug in



7. Replace playfield, ball shield brackets and ball shield

31

FCU000005277

# HOW TO: REPLACE RAMP SENSORS

**1. Power down the game**



2. Open the front left ramp door

3. Slide the ball trough cover towards you, and lift it off of the ramp



4. Pull the damaged sensor up and out of the trough

5. Unplug the sensor, being careful to pull enough cord out so it doesn't fall back down inside the ramp



6. Remove the screws holding the sensor board to the block

7. Replace with **A5BD2203**



8. Plug the new sensor into the cable, and replace the block into the grooves

9. Be sure to tuck the excess wire into the hole so it doesn't interfere with balls traveling through the trough

FCU000005278

# HOW TO: REMOVE BALL RELEASE

**1. Power down the game**

2. Open the front left ramp door



3. Slide the ball trough cover towards you, and lift it off of the ramp

4. Remove the balls from around the ball release mechanism



5. Remove the ball release sensor block, being careful not to let the cable fall inside the ramp

6. Remove the 4 Phillips head bolts holding the ball release in place



7. Lift the ball release mechanism up and out

8. Remove the cables and replace the necessary parts (see page 34 and call our service department for assistance)



9. Re-install the ball release mechanism by following these directions in reverse, being careful not to pinch any wires beneath the ball release

FCU000005279

# HOW TO: CHANGE ROUTER NAME/PASSWORD

1. Using your wireless device, locate the games' wireless signal. It will be named "BeerBall" with a number after it.

2. Select the network, and insert the password:

   - Password: **H@veFun2D@y**

3. Once the connection has been made, open your web browser (such as Internet Explorer, Mozilla Firefox, Safari, etc.)

4. Type the router's I.P. address into the browser bar:

## 192.168.1.1

5. Enter username and password

   **USERNAME:** support

   **PASSWORD:** Play-Games

6. The TP-Link webpage will appear as shown

7. Click on "Wireless" in the toolbar, and select "Wireless Settings" from the dropdown menu

8. Enter a new network name in the SSID field. From the factory, it comes named BeerBall followed by the game's serial number. You can choose to make this network name less obvious so it is less likely to be accessed without permission.

9. Enter a memorable yet complex letter, number and character sequence in the PSK Passphrase box. **WRITE THIS DOWN AND KEEP IT SAFE.**

10. Click "Save" and confirm your changes with the wireless device.

It is highly recommended that you change your wireless network name and password once the games are on location. If you do not change the password, any operator from any other location with a Beer Ball setup will be able to log on to your network if they visit your facility.

Please keep track of your new network name and passwords, as once you change them, Bay Tek will not be able to assist you in troubleshooting the network without this information.

Should you forget your password, call Bay Tek for assistance with the lengthy factory reset process.





FCU000005280

**1. Power down the game**



2. Slide the monitor covers up and out of the grooves

3. Remove the screws in the brackets on either side of the monitor

4. Slide the monitor back into the cabinet and tilt it forward, laying it down for service



5. From here, you have access to the upper power supply, motherboard and monitor mounting hardware, as well as the upper power strip



**To remove the monitor:**
Remove the three bolts and spacers shown

**To replace software:**
Remove the USB stick from the motherboard, and replace with new stick

FCU000005281



USB SOFTWARE STICK

NETWORK TO ROUTER

VGA TO MONITOR

ADAPTER TO PRINTER (CB2011)

4-PIN TO POWER SUPPLY

20-PIN TO POWER SUPPLY

**MOTHERBOARD PINOUT**

FCU000005282



MAINBOARD PINOUT

**Legend:**
- Blue — Ground
- Red — +12V
- Cyan — Low Side Driver
- Yellow — High Side Driver
- Green — +3.3V TTL Logic
- Magenta — +3.3V

| SPI Out - Display - (J10) | Chase Lights (J11,J12,J13,J14) |
|---|---|
| Pin 1 & Pin 3 - +12V | Pin 1 - Chase Output |
| Pin 2 - SCLK_BUS2 | Pin 2 - Chase Output |
| Pin 4 - SMOSI_BUS2 | Pin 3 - +12V |
| Pin 5 & Pin 7 - Ground | Pin 4 - Chase Output |
| Pin 6 - SCS2_BUS2 | Pin 5 - Chase Output |
| Pin 8 - SMISO_BUS2 | Pin 6 - +12V |

**BayTek Alley Bowler NEWGEN1 Hardware REV D Pinout - Version 1**

| Pin Type | Purpose | Ref | Pin # |
|---|---|---|---|
| LOWSIDE #1,w diode | Mechanical Count #1 Game | J22 | 1 |
| LOWSIDE #2, w diode | Mechanical Count #2 Coupon | J22 | 2 |
| LOWSIDE #3 | | J22 | 3 |
| LOWSIDE #4 | | J22 | 4 |
| LOWSIDE #5 | | J22 | 5 |
| LOWSIDE #6 | | J22 | 6 |
| LOWSIDE #7 | | J22 | 7 |
| LOWSIDE #8 | | J22 | 8 |
| LOWSIDE #9 | | J22 | 9 |
| +12 Volts | Mech. Count #1 Game +12V | J22 | 11 |
| +12 Volts | Mech. Count #2 Coupon +12V | J22 | 12 |
| +12 Volts | | J22 | 13 |
| +12 Volts | | J22 | 14 |
| +12 Volts | | J22 | 15 |
| +12 Volts | | J22 | 16 |

| Pin Type | Purpose | Ref | Pin # |
|---|---|---|---|
| HIGHSIDE #13 | | J25 | 1 |
| HIGHSIDE #14 | | J25 | 2 |
| PX10 | Menu/Select Button #1 | J25 | 3 |
| PX11 | Scroll Button #2 | J25 | 4 |
| Ground | Ground for Menu Buttons | J25 | 5 |
| Ground | | J25 | 6 |

| Pin Type | Purpose | Ref | Pin # |
|---|---|---|---|
| +12 Volts | Coin Door Power | J6 | 1 |
| PA05 | Coin Input | J6 | 2 |
| Ground | Coin Ground | J6 | 3 |

| | |
|---|---|
| =Low Side Driver | |
| =High Side Driver | |
| = TTL Input/Output | |
| = LED Constant Current Drive | |
| = 12 Volts | |
| = Ground | |

| Pin Type | Purpose | Ref | Pin # |
|---|---|---|---|
| Ground | Ground | J24 | 1 |
| Ground | Ground for Printer | J24 | 2 |
| +12 Volts | Power for Ball Track Sensors | J24 | 3 |
| +12 Volts | Power for Printer | J24 | 4 |
| PB7 | Ball Release Sensor Signal | J24 | 5 |
| LOWSIDE #12 | | J24 | 6 |
| PX29 | Ball Release Signal to AC Driver | J24 | 7 |
| HIGHSIDE #10 | Roll Now Light | J24 | 8 |
| HIGHSIDE #11 | Ball Count Sensor Signal | J24 | 9 |
| 3.3V | Bump Up Light Signal | J24 | 10 |

| Pin Type | Purpose | Ref | Pin # |
|---|---|---|---|
| PX37 | Ticket Notch #1 | J5 | 1 |
| Ground | Ground for Ticket Dispenser | J5 | 2 |
| PB18 | Ticket Motor #1 | J5 | 3 |
| +12 Volts | Power for Ticket Dispenser | J5 | 4 |

| Pin Type | Purpose | Ref | Pin # |
|---|---|---|---|
| PB16 | Low Ticket Switch | J9 | 1 |
| Ground | Ground for Low Ticket Switch | J9 | 2 |
| PB17 | Unused | J9 | 3 |
| +12 Volts | | J9 | 4 |

| Pin Type | Purpose | Ref | Pin # |
|---|---|---|---|
| PA06 | DBA Input | J8 | 1 |
| +12 Volts | NOTE-MISLABELED as J9 | J8 | 2 |
| Ground | This Connector is next to J6 | J8 | 3 |
| Ground | | J8 | 4 |

**MAINBOARD PINOUT GUIDE**

FCU000005284

| | | | |
|---|---|---|---|
| PB19 | 10 Point Sensor | J21 | 1 |
| PX39 | 20 Point Sensor | J21 | 2 |
| PX00 | 30 Point Sensor | J21 | 3 |
| PX01 | 40 Point Sensor | J21 | 4 |
| PB20 | 50 Point Sensor | J21 | 5 |
| PX02 | 100 Point Sensor Left | J21 | 6 |
| PB21 | 100 Point Sensor Right | J21 | 7 |
| PB22 | Not Used | J21 | 8 |
| PB23 | Not Used | J21 | 9 |
| PB24 | | J21 | 10 |
| Ground | Ground for Target Sensors | J21 | 11 |
| Ground | Ground for League Switches | J21 | 12 |
| Ground | | J21 | 13 |
| Ground | | J21 | 14 |
| +12 Volts | Power for Target Sensors | J21 | 15 |
| +12 Volts | | J21 | 16 |
| +12 Volts | | J21 | 17 |
| +12 Volts | Bump Up Light | J21 | 18 |
| PB25 | League Bump Up Switch | J21 | 19 |
| PB26 | League Roll Now League Switch | J21 | 20 |

***All Chase Lights TBD***

| | | | |
|---|---|---|---|
| Driver 1 | To AACB9101 Speaker Chase Lights | J12 | 1 |
| Driver 2 | To AACB9101 Speaker Chase Lights | J12 | 2 |
| +12 Volts | To AACB9101 Speaker Chase Lights | J12 | 3 |
| Driver 3 | To AACB9101 Speaker Chase Lights | J12 | 4 |
| Driver 4 | To AACB9101 Speaker Chase Lights | J12 | 5 |
| +12 Volts | To AACB9101 Speaker Chase Lights | J12 | 6 |

| | | | |
|---|---|---|---|
| Driver 5 | To AACB9101 Speaker Chase Lights | J11 | 1 |
| Driver 6 | To AACB9101 Speaker Chase Lights | J11 | 2 |
| +12 Volts | To AACB9101 Speaker Chase Lights | J11 | 3 |
| Driver 7 | To AACB9101 Speaker Chase Lights | J11 | 4 |
| Driver 8 | To AACB9101 Speaker Chase Lights | J11 | 5 |
| +12 Volts | To AACB9101 Speaker Chase Lights | J11 | 6 |

| | | | |
|---|---|---|---|
| Driver 9 | | J13 | 1 |
| Driver 10 | | J13 | 2 |
| +12 Volts | | J13 | 3 |
| Driver 11 | | J13 | 4 |
| Driver 12 | | J13 | 5 |
| +12 Volts | | J13 | 6 |

| | | | |
|---|---|---|---|
| Driver 13 | | J14 | 1 |
| Driver 14 | | J14 | 2 |
| +12 Volts | | J14 | 3 |
| Driver 15 | | J14 | 4 |
| Driver 16 | | J14 | 5 |
| +12 Volts | | J14 | 6 |

MAINBOARD PINOUT GUIDE

# DIP SWITCH SETTINGS

Access the dip switches on the main board inside the front door of the ramp.
**\*Factory default settings are shaded in gray.**



| DIP 4 | DO NOT ADJUST | ON | OFF |
|-------|---------------|-----|-----|
| DIP 3 | DO NOT ADJUST | ON | OFF |
| DIP 2 | DO NOT ADJUST | ON | OFF |
| DIP 1 | DO NOT ADJUST | ON | OFF |

FCU000005286

# TROUBLESHOOTING GUIDE

| Problem | Probable Cause | Remedy |
|---------|----------------|--------|
| No power to the game.  | Unplugged.<br><br>Connector loose between head and ramp.<br><br>Power strip turned off, or plugs unplugged.<br><br>Circuit breaker tripped.<br><br>Bad power supply. | Check wall outlet to line filter in back of game. (A5FI9010) <br>Check connection between head and ramp.<br><br>Check rocker switch on power strip. Ensure power cords are pushed up into power strip securely.<br>Reset power strip breaker switch or building circuit breaker. Attempt to determine cause.<br><br>See power supply diagnostic. Replace if faulty. (A5PS1010) |
| No Audio or Low Audio Sounds | Volume too low.<br><br>Loose wire at speaker, connector, or main board.<br><br>Faulty Main Board | Enter menu, go to Game Setup Menu to adjust volume.<br>Check audio cable connections from J19 connector at main board to speaker. Check continuity on wires.<br>Replace main board. (AANEWGEN1) |
| Fluorescent lighting not functioning. |  | Power strip is located in head behind display.<br>Ensure rocker switch is ON.<br>Ensure transformer is plugged securely into power strip. Replace if needed. (AACE2014A)<br>Replace fluorescent tube. (A5FL1003)<br>Examine socket, replace if needed. (AACE2013) |
| Monitor is frozen in game play.  Main Board in bottom of game has reset. | Surge from ball release solenoid.<br><br>Interference from florescent lamps.<br><br>Power supply not giving 12 Volt consistently.<br><br>Faulty main board. | Ensure surge suppressor (A5SS1000) is soldered securely across both leads of the ball release solenoid.<br><br>Unplug florescent lights from power strip.<br><br>Weak Power Supply. (A5PS1010)<br><br>Replace main board. (AANEWGEN1) |

FCU000005287

# TROUBLESHOOTING GUIDE

| Problem | Probable Cause | Remedy |
|---|---|---|
| Balls are not released.  | Ball release solenoid sticking.<br><br>AC Driver Board defective.  | Check for free movement of assembly. Check for 110 VAC pulse at solenoid.<br><br>Check for green LED pulse on driver board. If pulse ok: Replace fuse located in small box on AC driver board. (A5FUSE3) Replace AC Driver board. (AABD5029) If no pulse, check wires from AC driver to main board. Replace main board. (AANEWGEN1) |
| Too many balls are released. | Sensor at ball release blocked, dirty, or faulty.<br><br>Pinched, broken, or disconnected wiring. | Clean sensor. Green LED should only come on when blocked. Replace if needed. (AACB2203)<br><br>Check connections from sensor board to main board. Check continuity on wires. |
| Not enough balls are released.<br><br>Game is waiting for player to throw balls and there are none left in track. | Ball count opto sensor is defective. <br><br>Opto sensor at ball release is defective. | If this sensor misses a ball, the game will continue waiting until game time-outs. Replace sensor. (AACB2203)<br><br>If this sensor "sees" 2 balls instead of one. Replace sensor. (AACB2203) |
| Meters do not work. | Coupon meter should click as printer starts printing.<br><br>Game meter should click as game starts.<br><br>Pinched, broken, or disconnected wiring<br><br>Main board faulty. | Watch printer print a receipt. Replace counters (AACE2005)<br><br>Watch as next game starts. Replace counters (AACE2005)<br><br>Check connections from counters to main board. Check continuity on wires.<br><br>Replace main board. (AANEWGEN1) |
| Monitor problems<br><br>Blurry Monitor Too bright, or dim | Remove marquee in front of monitor. Press the far left button—black bar will appear on display. Press the far left button again to select Auto Adjustment. This may take a few seconds.<br><br>Verify that the screen looks good and image is centered.  | |

FCU000005288

# TROUBLESHOOTING GUIDE

| Problem | Probable Cause | Remedy |
|---|---|---|
| Game scores wrong. | Game starts with a score already on display or scores double points. | Sensor is defective under score target. Enter menu, go to Diagnostics Menu to check sensors. Replace defective sensor. (AACB2203) |
| **Game does not coin up.**<br><br>Game **has** audio track "clinking" sound from speakers when coin switch triggered. | Main Board and wiring to coin switch OK.<br><br>Check green LED's on Serial Interface board. "Power" solid ON<br><br>"TX" & "RX" blinking very fast, |  |
| | **If "Power" is not solid ON**<br><br>Ensure AACE2020 cable is plugged into blue "IN" socket on main board. (J16) Replace if needed.<br><br>Replace Serial Interface board. (AACB2204)<br><br>Replace main board. (AANEWGEN1)<br><br> | **If "TX" & "RX" are not blinking very fast**<br>Communication to Motherboard faulty. (Motherboard is located behind monitor.)<br><br>Check AACE2011 cable from Serial Interface board to coupler between head and ramp (A5CO2002) up to motherboard behind monitor. Check adaptor (A5CE2011)<br><br><br><br>Ensure fan on motherboard is turning.<br>If no—Go to Power Supply Diagnostics<br>If yes—Replace Serial Interface Board. (AACB2204) |
| **Game does not coin up.**<br><br>Game **does not have** audio track "clinking" sound from speakers when coin switch triggered. | One or both coin switches faulty.<br><br>Pinched, broken, or disconnected wiring.<br><br><br>Faulty Main Board | If one is held "closed" - the other will not work<br><br>Check connections from coin switches to "Coin" connector on main board. Check continuity on wires. (AACBL4A-DOOR & AACE2004)<br><br>Replace main board. (AANEWGEN1) |

43

| Problem | Probable Cause | Remedy |
|---|---|---|
| Dollar Bill Acceptor not functioning. | Ensure bill acceptor has 110 Volts AC.<br>**Note: Game will allow 12 Volt DBA to be installed.**<br><br>Dirt or debris in acceptor slot.<br><br>Ensure acceptor dipswitch is set to "always enable"<br><br>Pinched, broken, or disconnected wiring.<br><br>Check coin switch for function.<br><br>Bill acceptor problem. | Acceptor should cycle stacker at game power up. If not, check cable connections to power strip. **Caution – 110 Volts AC**<br><br>Clean with bill reader cleaning card. (A5CC9000)<br><br>There are dips on side of acceptor. Set to "always enable" (not harness enable)<br><br>Check wiring from bill acceptor to main board. Repair or replace wiring harness. (AACE2012)<br><br>If coin switch does not work—refer to "Game does not coin up" troubleshooting.<br><br>Refer to troubleshooting section of dollar bill acceptor manual included with this game or the diagnostics label of the back of the unit. |
| **Printer does not print.**<br><br>**First -** Power game down, wait 10 seconds, then power game ON to reset. | Top door on printer lifting up. This spring provides tension for the door.<br><br>Check power to printer. Press "Print" button to print test page. If printer does not print, check power cable to red/black square molex connector at main board. (AACE2023) Replace printer.( A5PRTH010)<br><br>If printer does print test page, communication to motherboard is faulty. Turn game power off, wait 10 seconds, turn game power ON and re-test.<br><br><br><br>Check USB cables. (A5CORD14, A5CORD23, A5CORD030)<br>**Note: There are connections under ramp itself, and between the head and ramp game sections.**<br><br> |

FCU000005290

# TROUBLESHOOTING GUIDE

| Problem | | Probable Cause | Remedy |
|---|---|---|---|
| **Monitor not working.**<br><br>Power down, wait 10 seconds and power up again. | Monitor says "NO SIGNAL" for 5 seconds after power-up.<br>Then dark. | Small 12 Volt power connector unplugged on motherboard.<br><br>Monitor VGA cable unplugged.<br><br>Large power connector unplugged on motherboard<br><br>Faulty or loose RAM<br><br>Faulty power supply - Check for 12 Volts and green LED on motherboard. Check for fan spinning on power supply.<br><br>Faulty motherboard - Replace faulty board. (AAMB6) |  |
| | Monitor has nothing at all on power up. | Power cable unplugged from monitor.<br><br>Faulty monitor. | Ensure power is plugged into back of monitor, down to power strip.<br><br>Replace monitor. (A5MO2200) |
| | Error on screen at power up.<br><br>Re-Boot game to see if problem still exists. | Display stops at "No bootable device -- insert boot disk and press any key"<br><br>Display shows "Puppy Video Wizard" or "Xorg"<br><br>Display shows "Kernel panic – unable to mount root" | Flashdrive unplugged from board or faulty.<br>Re-seat and try power on to game again.<br><br>Game is not recognizing monitor. Ensure VGA cable is secure to I/O board.<br>Replace monitor. (A5MO2200)<br><br>Faulty or loose RAM |

FCU000005291

# TROUBLESHOOTING OFFLINE ROUTER

The Wireless Router is located on the top, back of BeerBall #1.
The Motherboard behind the monitor will have #1 on the USB
software thumb drive.





The Motherboard will connect to the Router
into one of the 4 yellow sockets.



This example has 2 games connected.

Make sure the green power LED is ON.

If not:
   Ensure power cable is secure in router.
   Ensure power transformer is plugged into power
    strip in top of game behind monitor.
   Replace router if still has no power.



When the router is connected to the Beer Ball games properly:



The 2 communication
lights will be flashing.

A light will be solid ON for each Beer
Ball connected to router.

If Router's LED's not flashing correctly:
   Check communication cables from router to motherboards in Beer Ball games.
   Check power cable to power strip in top of game behind monitor.
   Replace router. (A5RO2002)

FCU000005292

# UPPER POWER SUPPLY DIAGNOSTICS

1.) Verify AC power to front of game. Check power strip in bottom front.



2.) Verify AC power at power strip in top of game behind monitor



3.) Check connection to power supply.



4.) Ensure Power Supply switch is set to 115V (or 230V)
      (Some model power supplies may not have this)

5.) Ensure Power switch is on.

6.) Ensure fan is turning.

## Verify Power to Motherboard



1.) Ensure fan is turning.

2.) Green LED should be ON.

3.) Check connections from power supply.
      Black and yellow wires. (12 Volts DC)
      Large power supply connection.

Note: The location of this connector
may vary depending on which version
motherboard is in game.



Motherboard "Jump Start"
If green Led is ON, but fan not
turning, you may start mother-
board by quickly touching these
2 red pins at the same time. If
fan starts turning, motherboard
will turn ON and boot normally.

47

FCU000005293

# LOWER POWER SUPPLY DIAGNOSTICS

Use the following procedure to check the lower main board power supply on Beer Ball games.

Check the small red LED light on the power supply circuit board. If the light is out there is a short somewhere. If the light dims, there is an overload in one of the circuits such as a bad motor



**Figure 1 Power Supply**

**12V/9A  Part # A5PS1010**

Turn power OFF. Disconnect all 12 volt output wires only. Turn power ON.

Red LED Light comes ON.

Red LED Light remains OFF.

Replace Power Supply.

Turn power OFF. Unplug all outputs from the Gen 5 Circuit Board. Reconnect the 12 volt output wires to the Power Supply. Turn power ON.

Red LED Light comes ON.

Red LED Light remains OFF.

Short in Main Board - Replace.

Turn power OFF. Reconnect the outputs at the Main Circuit Board <u>one at a time</u>. Wait 3 minutes between tests to turn power ON.

Red LED Light remains OFF.

That cable or related component is shorted out. See Jumper Cable Pin-Outs to see which component might be at fault.

Red LED Light dims.

A related component such as a solenoid is causing an overload. See Jumper Cable Pin-Outs to see which component might be at fault.

Red LED Light comes ON.

That cable is OK.

48

FCU000005294

# PARTS LIST

| PART NUMBER | DESCRIPTION | PRICE |
|---|---|---|
| A5AC1004 | Acrylic, Cover over Driver Board | $ 14.70 |
| A5BA2010 | Ball, Red, 9 per game | $ 4.60 |
| AABA2010-P20 | Package of 20 Balls | $ 87.00 |
| AABR2010 | Ball Release Assy., 110 volt | $ 100.00 |
| AABR2015 | Ball Release Assy., 220 volt | $ 110.00 |
| A5CA7000 | Carpet, Black, | $ 7.50 |
| A5EB9001 | Electrical Box | $ 12.30 |
| A5FI9010 | Filter, Inline | $ 38.00 |
| A5FL1003 | Fluorescent light, 3 per game | $ 15.00 |
| A5LK2000 | Lock, Cash Box, 631 | $ 7.00 |
| A5LK5001 | Lock, Doors, 644, 2 per game | $ 7.00 |
| AAMA2001 | Matting, Gray, 5'per game | $ 85.00 |
| A5ME2000 | Metal, DBA Door - Left Side | $ 65.00 |
| A5ME2001-BB | Metal, R-side, Opening for the balls & for the Printer | $ 65.00 |
| A5ME2002 | Metal, Elecronics Door | $ 46.00 |
| A5ME2003 | Metal, Front Guard on the Ramp | $ 15.00 |
| A5ME2004 | Metal, Coin Door Lower, 2 per game | $ 65.00 |
| A5ME2005 | Metal, Bracket, under the Return Covers, 6per game | $ 4.00 |
| A5ME2006 | Metal, Coin Door | $ 27.00 |
| A5ME2007 | Metal, Return Cover, Left | $ 72.00 |
| A5ME2009 | Metal, Return Cover, Right | $ 75.00 |
| A5ME2010 | Metal, Elecronics Door, Lower | $ 70.00 |
| A5ME2012 | Metal, Ball Release Plate | $ 15.00 |
| A5ME2013 | Metal, Ball Release Plunger | $ 10.00 |
| A5ME2016 | Metal, Ramp Jump | $ 48.00 |
| A5ME2017 | Metal, Ball Release Top Plate | $ 11.00 |
| A5ME2018 | Metal, Anti Cheat Shield Rails | $ 30.00 |
| A5ME2021 | Metal, Printer Plate W/O Printer | $ 30.00 |
| A5ME2025 | Metal Lock Cam | $ 5.00 |
| A5ME2026 | Metal Lock Bar | $ 12.00 |
| A5MO6000 | Molding, 9/16" Black | $ 2.50 |
| A5OU1000 | Outlet Strip | $ 12.00 |
| A5PB2001 | Push Button, Square, White/Red | $ 18.00 |
| A5PB2002 | Push Button, Square, Blue | $ 18.00 |
| A5PB6900 | Push Button, Red | $ 2.50 |
| A5PL9097 | Plate, Replaces the Bill Acceptor | $ 10.00 |
| A5PS1010 | Power Supply | $ 115.00 |
| AASO1001 | Solenoid, Ball Release | $ 42.00 |
| A5SP1050 | Speaker | $ 15.00 |
| A5TR2002 | Trim, 5/8" C Channel | $ 3.80 |
| A5TR2003 | Trim, 5/16" Edge Guard, Chrome | $ 2.25 |
| A5VF2002 | Cash Box | $ 25.00 |
| W5TM1316 | T-Molding, 13/16" Black & Silver | $ 2.00 |

FCU000005295

# PARTS LIST

## CABLES

| | | | |
|---|---|---|---|
| AACBL4A-DOOR | Cable, Coin Door | $ | 15.00 |
| AACE2002 | Cable, Main Board to Playfield | $ | 20.00 |
| AACE2003 | Cable, Ball Switch & Aux Driver Board | $ | 20.00 |
| AACE2004 | Cable, Coin Door, 1per | $ | 15.00 |
| AACE2005 | Cable, Coin Meter | $ | 45.00 |
| AACE2006 | Cable, Speakers | $ | 15.00 |
| AACE2007 | Cable, Power Supply to Main Board | $ | 15.00 |
| AACE2008 | Cable, Ball Release to Aux Driver Board | $ | 15.00 |
| AACE2009 | Cable, Aux Driver Board | $ | 25.00 |
| AACE2010 | Cable, Power Supply | $ | 25.00 |
| AACE2011 | Cable, Display Cable | $ | 20.00 |
| AACE2012 | Cable, DBA Power Cord | $ | 25.00 |
| AACE2013 | Cable, Light Sockets, 6per | $ | 15.00 |
| AACE2014 | Cable, Light Ballast, Power Strip to Flourescent | $ | 70.00 |
| AACE2015 | Cable, Ball Counter Display Ribbon | $ | 20.00 |
| AACE2016 | Cable, Playfield Cable,1per | $ | 15.00 |
| AACE2017 | Cable, Coin door ground | $ | 15.00 |
| AACE2018 | Cable, Push Button | $ | 30.00 |
| AACE2019 | Cable, Printer/Ticket ground,1per | $ | 15.00 |
| AACE2020 | Cable, Power Strip to Ramp | $ | 35.00 |
| AACE2021 | Cable, Line Filter to Ramp to Light Ballast | $ | 15.00 |
| AACE2022 | Cable, Main Board To Printer Board | $ | 15.00 |
| AACE8811 | Cable, Speaker Assy. | $ | 20.00 |
| AAJP4056 | Jumper, Tier Opto Sensor, Playfield | $ | 15.00 |
| AAJP4057 | Jumper, Cable Rack Opto Sensor | $ | 15.00 |
| AAPB2700 | Cable, Push Button | $ | 10.00 |

FCU000005296

# PARTS LIST

| DECALS AND PLEXI'S | | | |
|---|---|---|---|
| A5DE2000 | Decal, Marquee Front | $ | 80.00 |
| A5DE2001 | Decal, Marquee Back | $ | 80.00 |
| A5DE2002 | Decal, Playfield Back | $ | 50.00 |
| A5DE2003 | Decal, Playfield ,**Monitor version only** | $ | 90.00 |
| A5DE2004 | Decal, Playfield Number set | $ | 50.00 |
| A5DE2005 | Decal, Gutter-Ramp Cover, Left side | $ | 50.00 |
| A5DE2006 | Decal, Gutter-Ramp Cover, Right side | $ | 50.00 |
| A5DE2007 | Decal, Left Side Cabinet | $ | 50.00 |
| A5DE2008 | Decal, Right Side Cabinet | $ | 50.00 |
| A5DE2009 | Decal, Around the **Monitor** | $ | 80.00 |
| A5DE2010 | Decal, Menu | $ | 30.00 |
| A5DE2011 | Decal, Function Set | $ | 15.00 |
| AAAC7500 | Clear front Windshield | $ | 85.00 |
| AAAC7501 | Clear Plexi under Florescent Light | $ | 25.00 |
| **CIRCUIT BOARDS** | | | |
| AAMB6 | Motherboard | $ | 660.00 |
| A5CN1031 | 9-pin to Phone Cable Motherboard Adapter | $ | 10.00 |
| AABD5029 | Board, AC Driver | $ | 50.00 |
| AACB2203 | Board, Scoring Sensor, 9 per, (7 plyfd & 2 ramp) | $ | 21.00 |
| AACB2204 | Interface Board | $ | 31.00 |
| AANEWGEN1 | Mini Gen Main Board | $ | 295.00 |
| A5MO2200 | Monitor, 22" Widescreen | $ | 299.00 |
| **PRINTER SUPPLIES** | | | |
| AAPA4100 | Paper, 5 Rolls of Thermal Printer Paper | $ | 46.25 |
| A5PRTH003 | Replacement Printer (printer only) | $ | 440.00 |
| AAPR-BB/M | Printer Kit for Beer Ball– Monitor version | $ | 500.00 |

FCU000005297

# TECHNICAL SUPPORT

Excellent customer service is very important to Bay Tek Games!  We know that keeping your games in great operating condition is important to your business.  When you need us, we are here to help.  You can call us for free technical assistance, and you can count on us to have parts on-hand to support your game.  When you do need us, it's important that you know what to expect.  We offer options that fit your needs.

## Electronics / Circuit Boards - Repair Options

**Repair & Return** – If you have Circuit Board issues with your Bay Tek game, you can send the board to us and we'll repair it right away.  Most items sent to us are repaired and returned to you within two days.   This option is your best value as we offer this fast turn-around service at the most reasonable price.

**Advance Replacement** – If you have Circuit Board issues with your Bay Tek game, but you don't have time to send in your board in for repair, give us a call and ask for an Advance Replacement.  We'll send you a replacement board that same day (pending availability). When you get your new board, just repackage the defective board in the same box and send it back to us.  We make it easy by including a UPS Return Shipping label for you to put on the box (not available for international shipments). This is your best option when you need to get you game up and running as quickly as possible!

**Spare Parts** – Take matters into your own hands and purchase new spare Circuit Boards for your Bay Tek games.  Many of our games share the same main-board electronics.  This means you can buy one set of spare electronics to support many of your Bay Tek games.  Spare boards allow you to get your game up and running the quickest and provide you a valuable troubleshooting option.  Call our technicians to get recommendations for what you should keep on hand for spare parts!

## Technical Support:

"You" are the best tool for troubleshooting!  Your abilities to understand the game and your skills to repair the game are invaluable to us!   If you need help, you know you can call us.  It's not easy to diagnose a game remotely by phone, but our technicians do a great job.  They'll need your help to perform some troubleshooting steps and convey to them exactly what's happening with your game.

## Returns, Credits, & Fees:

**NOTICE!**  ALL ITEMS being sent to Bay Tek Games for repair or return, etc. require prior Return Authorization!  Bay Tek Games will provide a Product Return Form with an authorizing Ticket Number for each item to be returned.  Please be certain to include this document with all shipments!

**Late Fees and Non-Return Fees -** Advance Replacement and Warranty Replacement items require the defective items to be returned by Bay Tek Games promptly to avoid Late Fees.  We would expect items to be returned with 10 working days.  Late fees are invoiced monthly.  Late fees are non-refundable under any circumstance!  Any item not returned within 90 days will be invoiced in full as a replacement part!

**Bench Fees -** Bench fees will apply for each electronic item returned to Bay Tek Games (this includes unused Advance Replacement items).  This charge covers our cost to inspect, evaluate and retest each  item.  Please note that returned items that do not pas our tests will be charged accordingly as replacement items or advance replacements.

**Restocking Fees -**  Unused items returned for credit will be credited minus a restocking fee.  Items must be returned with in 30 days of purchase in order to qualify for any credit amount. No shipping charges will be credited.

FCU000005298

# WARRANTY

Bay Tek Games warrants to the original purchaser that all game components will be free of defects in workmanship and materials for a period of 6 months from the date of purchase. If you fill out the registration card in the cashbox of the game, Bay Tek will add another 3 months to your warranty, free of charge.

Bay Tek Games will, without charge, repair or replace defective component parts upon notification to the parts/service department while the game is under warranty.

Warranty replacement parts will be shipped immediately, via ground service, along with a Product Return Form for the return of defective parts.

Defective parts must be shipped back to Bay Tek Games unless otherwise instructed. Items not returned to Bay Tek Games will be invoiced as replacement parts.

This warranty does not apply in the event of any misuse or abuse to the product, or as a result of any unauthorized repairs or alterations. The warranty does not apply if any serial number decal is altered, defaced, or removed from its original position.



| ⚠ | **ATTENTION** | ⚠ |
| --- | --- | --- |
| | In order to maintain the safety & other compliance certifications of the game, ONLY approved parts may be used. For approved parts, refer to the parts list in this manual. | |

Should you need your game serviced, determine the serial number from the decal placed on the front of this manual, or locate it on the back of the game. Then contact our Service Department at: 920.822.3951 or e-mail: service@baytekgames.com

# NON-WARRANTY

Options and estimated charges will be provided to you for your approval.
Please remember that any items being sent to Bay Tek Games must include prior return authorization from our Parts & Service Department. This approval will include a Product Return Form which is required to be included with any incoming shipments. Repaired parts will be shipped back using the same method in which they were received. Repairs are warranted for 30 days from the date of return shipment.

FCU000005299