UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FULL CIRCLE UNITED, LLC, <br><br> Plaintiff, <br> v. <br><br> BAY TEK ENTERTAINMENT, INC., <br><br> Defendant. <br><br><br> BAY TEK ENTERTAINMENT, INC., <br><br> Counterclaim Plaintiff, <br> v. <br><br> FULL CIRCLE UNITED, LLC, <br><br> Counterclaim Defendant, <br><br> and <br><br> ERIC PAVONY, <br><br> Additional Counterclaim Defendant. | CASE NO. 1:20-CV-03395 |

**BAY TEK ENTERTAINMENT, INC.'S FILING OF
INTENDED EXHIBITS AND DEPOSITION TESTIMONY
DESIGNATED BY FULL CIRCLE TO WHICH IT OBJECTS
<u>PART 5 OF 5</u>**