**FULL CIRCLE'S DESIGNATED TESTIMONY FROM THE JULY 12, 2022 DEPOSITION OF LARRY TREANKLER TO WHICH BAY TEK ENTERTAINMENT, INC. OBJECTS**

Conditionally Filed Under Seal Pending Letter Motion for Leave to File Under Seal