**FULL CIRCLE'S DESIGNATED TESTIMONY FROM THE JUNE 30, 2022 DEPOSITION OF HOLLY HAMPTON TO WHICH BAY TEK ENTERTAINMENT, INC. OBJECTS**

Conditionally Filed Under Seal Pending Letter Motion for Leave to File Under Seal