UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FULL CIRCLE UNITED, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> BAY TEK ENTERTAINMENT, INC., <br><br> *Defendants*. | Civ. Action No. 1:20-cv-03395 |
| BAY TEK ENTERTAINMENT, INC., <br><br> *Counterclaim Plaintiff*, <br><br> v. <br><br> FULL CIRCLE UNITED, LLC, <br><br> *Counterclaim Defendant*, <br><br> and <br><br> ERIC PAVONY, <br><br> *Additional Counterclaim Defendant*. | |

## **PROOF OF SERVICE**

The undersigned hereby certifies that he has served Mr. Pavony, individually and on behalf of Full Circle United, LLC, with his Declaration filed *ex parte* pursuant to the Court's October 30, 2024 Order, as reflected in the attached email.

Dated: October 31, 2024

                                      Respectfully submitted,

                                       /s/ *L. Reid Skibell*
                                    L. Reid Skibell, Esq.
                                    GLENN AGRE BERGMAN & FUENTES LLP
                                    1185 Avenue of the Americas, 22nd Floor
                                    New York, New York 10036
                                    Telephone: (212) 970-1600
                                    rskibell@glennagre.com

                                    *Counsel for Full Circle United, LLC and Eric Pavony*

# Megan Reilly

| | |
|---|---|
| **From:** | Megan Reilly |
| **Sent:** | Thursday, October 31, 2024 8:10 PM |
| **To:** | Eric Pavony |
| **Cc:** | Reid Skibell; paul@mcintyrefirm.com |
| **Subject:** | SERVICE OF COURT DOCUMENT - Case 1:20-cv-03395-BMC Full Circle United, LLC v. Bay Tek |
| **Attachments:** | FCU v. BTE - Skibell Decl. ISO Motion to Withdraw as Counsel (As Filed).pdf |

Attached please find the Declaration of Lindsey Reid Skibell, as filed in the above-captioned action at docket number 218.

**Megan M. Reilly**
W: 212.970.1621
M: 516.551.4895
mreilly@glennagre.com



1185 Avenue of the Americas, 22nd Floor
New York, NY 10036