# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FULL CIRCLE UNITED, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>BAY TEK ENTERTAINMENT, INC.,<br><br>*Defendant.*<br>BAY TEK ENTERTAINMENT, INC.,<br><br>*Counterclaim Plaintiff,*<br><br>v.<br><br>FULL CIRCLE UNITED, LLC,<br><br>*Counterclaim Defendant,*<br><br>and<br><br>ERIC PAVONY,<br><br>*Additional Counterclaim Defendant.* | Civ. Action No. 1:20-cv-03395<br><br>**PROOF OF SERVICE** |

Undersigned hereby certifies that on November 1, 2024, he served Mr. Pavony, individually, and on behalf of Full Circle United, LLC, with the Court's November 1, 2024, Order Granting [215] Motion to Withdraw as Attorney, via Email at ericpavony@gmail.com, attached here to as **Exhibit A**, by FedEx Priority Over Night, attached here to as **Composite Exhibit B**, and by Regular U.S. Mail to:

Full Circle United, LLC,
Eric Pavony
1206 Leona Street, Unit A
Austin TX 78702

Full Circle United, LLC,
Eric Pavony
141 Devoe St, Suite 3
Brooklyn NY 11211

Dated: November 5, 2024

                                              Respectfully submitted,

                                              */s/ Paul Thanasides*
                                              Paul Thanasides
                                              paul@mcintyrefirm.com
                                              clservice@mcintyrefirm.com
                                              Christina Casadonte-Apostolou
                                              christina@mcintyrefirm.com
                                              complexlit@mcintyrefirm.com
                                              McIntyre Thanasides Bringgold
                                                Elliott Grimaldi & Guito, P.A.
                                              1228 E 7th Avenue, Suite 100
                                              Tampa, FL 33605
                                              Telephone: 813.223.0000
                                              Facsimile: 813.225.1221

                                              Reid Skibell
                                              rskibell@glennagre.com
                                              Glenn Agre Bergman & Fuentes
                                              55 Hudson Yards 20th Floor
                                              New York, NY 10001
                                              Telephone: 212-358-5600