**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FULL CIRCLE UNITED, LLC, *Plaintiff*, v. BAY TEK ENTERTAINMENT, INC., *Defendant*. | Civ. Action No. 1:20-cv-03395 **PROOF OF SERVICE** |
| BAY TEK ENTERTAINMENT, INC., *Counterclaim Plaintiff*, v. FULL CIRCLE UNITED, LLC, *Counterclaim Defendant*, and ERIC PAVONY, *Additional Counterclaim Defendant*. | |

**Exhibit A**

# Hyrum Thomson

| | |
|---|---|
| **From:** | Hyrum Thomson |
| **Sent:** | Friday, November 1, 2024 5:15 PM |
| **To:** | 'ericpavony@gmail.com' |
| **Cc:** | Paul Thanasides; Christina Casadonte-Apostolou; Garrett S. Severson; Mouhannad Atfeh; CL Service; ComplexLit E-Service; 'rskibell@glennagre.com'; 'mreilly@glennagre.com' |
| **Subject:** | SERVICE OF COURT DOCUMENT - Case No.: 1:20-cv-03395; Full Circle United, LLC v. Bay Tek Entertainment, Inc. |
| **Attachments:** | 241101 [Doc NA] Order Granting Motion to Withdraw as Attorney.pdf |

| Court Information: | United States District Court Eastern District of New York |
|---|---|
| Case Number: | 1:20-cv-03395 |
| Plaintiff: | Full Circle United, LLC |
| Defendant: | Bay Tek Entertainment, Inc. |
| Document: | Order Granting [215] Motion to Withdraw as Attorney |
| Service By: | Hyrum Thomson, Paralegal to the Complex Litigation Division |

**Hyrum Thomson**
Paralegal
hyrum@mcintyrefirm.com
main: 813.223.0000
direct: 813.373.7055

**MCINTYI**

Tampa | Sarasota | Orlando
www.mcintyrefirm.com

This e-mail transmission, including any attachments, contains information that may be confidential and/or privileged. The information is intended to be for the use of the individual or entity to whom the communication is addressed. If you have received this electronic transmission in error, please immediately notify us by telephone at 813.223.0000

1

| From: | ecf_bounces@nyed.uscourts.gov |
|---|---|
| To: | nobody@nyed.uscourts.gov |
| Subject: | Activity in Case 1:20-cv-03395-BMC Full Circle United, LLC v. Bay Tek Entertainment, Inc. Order on Motion to Withdraw as Attorney |
| Date: | Friday, November 1, 2024 1:08:25 PM |

**[*This email originated from outside of McIntyre*]**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 11/1/2024 at 1:06 PM EDT and filed on 11/1/2024
**Case Name:** Full Circle United, LLC v. Bay Tek Entertainment, Inc.
**Case Number:** 1:20-cv-03395-BMC
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER granting [215]. Plaintiff's counsel have demonstrated that the attorney-client relationship has irretrievably broken down and that they cannot continue to represent plaintiff in this case. The motion to withdraw is therefore granted on condition that plaintiff's counsel print out a copy of this Order, serve it on plaintiff by all known means of contact, and file proof that they have done so by 11/5/2024.**

**This case is stayed until 12/6/2024 and all scheduling orders are vacated so that plaintiff can obtain new counsel. Plaintiff is advised that as a limited liability company, it cannot represent itself but may only appear through counsel, so that if new counsel does not appear by 12/6/2024, the Court will strike the complaint and the reply to defendant's counterclaim, and the matter will proceed to default judgment against plaintiff. Ordered by Judge Brian M. Cogan on 11/1/2024. \*\*Attorneys Michael Morris; Megan Reilly; L. Reid Skibell; Paul Thanasides; Mouhannad Atfeh and Christina Casadonte-Apostolou terminated (PW)**

**1:20-cv-03395-BMC Notice has been electronically mailed to:**

Christine Lepera     ctl@msk.com

John Matthew Williams     mxw@msk.com, dea@msk.com, psb@msk.com, trs@msk.com

Elaine Nguyen     eln@msk.com

Megan Reilly     mreilly@glennagre.com, courtnotices@kasowitz.com

Paul Thanasides     paul@mcintyrefirm.com, clservice@mcintyrefirm.com, complexlit@mcintyrefirm.com, jcallaos@mcintyrefirm.com

Christina Casadonte-Apostolou     christina@mcintyrefirm.com, clservice@mcintyrefirm.com, complexlit@mcintyrefirm.com

L. Reid Skibell     rskibell@glennagre.com, mao@glennagre.com

Mark C Humphrey     mxh@msk.com, szm@msk.com

Michael Morris     michael@morrisadr.com, MAtfeh@mcintyrefirm.com, clservice@mcintyrefirm.com, complexlit@mcintyrefirm.com

Mouhannad Atfeh     matfeh@mcintyrefirm.com

Andrew Nietes     afn@msk.com

**1:20-cv-03395-BMC Notice will not be electronically mailed to:**

Full Circle United, LLC