**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FULL CIRCLE UNITED, LLC, *Plaintiff*, v. BAY TEK ENTERTAINMENT, INC., *Defendant*. | Civ. Action No. 1:20-cv-03395 **PROOF OF SERVICE** |
| BAY TEK ENTERTAINMENT, INC., *Counterclaim Plaintiff*, v. FULL CIRCLE UNITED, LLC, *Counterclaim Defendant*, and ERIC PAVONY, *Additional Counterclaim Defendant*. | |

**Composite Exhibit B**



After printing this label:
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



ORIGIN ID:MCFA  (813) 223-0000  SHIP DATE: 02NOV24
PAUL THANASIDES  ACTWGT: 0.10 LB
MCINTYRE THANASIDES  CAD: 111821689/INET4535
1228 E. 7TH AVENUE, SUITE 100

TAMPA, FL 33605  BILL SENDER
UNITED STATES US

TO ERIC PAVONY
FULL CIRCLE UNITED, LLC
1206 LEONA STREET, UNIT A

AUSTIN TX 78702
(813) 373-7055
INV:
PO:   REF: 24707-1
DEPT: COMPLEXLIT

58CJ6/2D2B/C6C4

FedEx Express

J244024091001uv

TRK# 7796 8577 1743  MON - 04 NOV 10:30A
0201                  PRIORITY OVERNIGHT

XA EFDA                78702
                       TX-US  AUS



November 04, 2024

Dear Customer:

Proof-of-delivery letters are being provided for the following shipments:

**7796857970044**   Brooklyn, NY
**779685771743**   Austin, TX

You may save or print this Batch Signature Proof of Delivery file for your records.

Thank You For Choosing Fedex.

FedEx

1.800.GoFedEx 1.800.463.3339



November 04, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 779685797044

| | |
|---|---|
| **Delivery Information:** | |
| **Status:** Delivered | **Delivered To:** Residence |
| **Signed for by:** Signature not required | **Delivery Location:** |
| **Service type:** FedEx Priority Overnight | |
| **Special Handling:** Deliver Weekday; Residential Delivery | Brooklyn, NY, |
| | **Delivery date:** Nov 4, 2024 11:03 |
| **Shipping Information:** | |
| **Tracking number:** 779685797044 | **Ship Date:** Nov 1, 2024 |
| | **Weight:** 0.5 LB/0.23 KG |
| **Recipient:** Brooklyn, NY, US, | **Shipper:** Tampa, FL, US, |

| | |
|---|---|
| **Reference** | 24707-1 |
| **Department Number** | ComplexLIT |

Thank you for choosing FedEx



November 04, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 779685771743

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery | | Austin, TX, |
| | | **Delivery date:** | Nov 4, 2024 10:43 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 779685771743 | **Ship Date:** | Nov 1, 2024 |
| | | **Weight:** | 0.5 LB/0.23 KG |

| **Recipient:** | | **Shipper:** | |
| Austin, TX, US, | | Tampa, FL, US, | |

| **Reference** | 24707-1 |
| **Department Number** | ComplexLIT |

Thank you for choosing FedEx