UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FULL CIRCLE UNITED, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BAY TEK ENTERTAINMENT, INC.,<br><br>    Defendant. | CASE NO. 1:20-CV-03395-BMC |
| BAY TEK ENTERTAINMENT, INC.,<br><br>    Counterclaim Plaintiff,<br><br>v.<br><br>FULL CIRCLE UNITED, LLC,<br><br>    Counterclaim Defendant,<br><br>and<br><br>ERIC PAVONY,<br><br>    Additional Counterclaim Defendant. | **ORAL ARGUMENT REQUESTED** |

**NOTICE OF MOTION *IN LIMINE* TO EXCLUDE
THE REPORTS AND TESTIMONY OF LAURA SMITH**

PLEASE TAKE NOTICE that pursuant to Rules 403, 702, and 703 of the Federal Rules of Evidence and upon the accompanying Memorandum of Law and the Declaration of Mark C. Humphrey dated January 15, 2025 and exhibits appended thereto, and all prior pleadings and proceedings herein, Defendant and Counterclaim Plaintiff Bay Tek Entertainment, Inc. hereby moves this Court to exclude from trial the opinions, reports, and testimony of Laura Smith,

offered by Plaintiff and Counterclaim Defendant Full Circle United, LLC as an expert witness on damages and for such other further relief as the Court may deem just and proper.

| | |
|---|---|
| DATED: New York, New York<br>January 15, 2025 | Respectfully submitted,<br><br>Mitchell Silberberg & Knupp LLP<br><br>By: */s/ Mark C. Humphrey*<br>Christine Lepera (CL 9311)<br>Andrew Nietes<br>437 Madison Ave., 25th Floor<br>New York, New York 10022-7001<br>Telephone: (212) 509-3900<br>Facsimile: (212) 509-7239<br>Email: ctl@msk.com<br>Email: afn@msk.com<br><br>Mark C. Humphrey (*pro hac vice*)<br>2049 Century Park East, 18th Floor<br>Los Angeles, California 90067-3120<br>Telephone: (310) 312-2000<br>Facsimile: (310) 312-3100<br>Email: mxh@msk.com<br><br>*Attorneys for Bay Tek Entertainment, Inc.* |