| From: | Tom Diedrich <tdiedrich@baytekgames.com> |
|---|---|
| Sent: | August 02, 2016 6:45 AM |
| To: | Lance Treankler;Holly Hampton;Larry Treankler |
| Cc: | Leadership Team;Eric Schadrie;Josh Bonnin |
| Subject: | RE: NSBL Investment |

All

Eric and Josh had a conference call with the NSBL guys yesterday to discuss design topics. The NSBL guys are pushing to come to Bay Tek for a week to pound things out. I'm not in favor of this, at least until we determine this arrangement has a future. Per their email below to Holly and Lance they are looking for money, likely hoping that with Gaetan no longer here that they will have a new ear. In my opinion we should not fund these guys, at least not until they show us something that resembles a solid business case. I'd like us to meet to discuss before we commit to another visit.

Tom

**From:** Lance Treankler
**Sent:** Friday, July 29, 2016 4:17 PM
**To:** Tom Diedrich
**Subject:** Fwd: NSBL Investment

Per our call

Sent from my iPhone

Begin forwarded message:

**From:** Eric Pavony <ericpavony@gmail.com>
**Date:** July 25, 2016 at 12:56:48 PM CDT
**To:** Holly Hampton <hhampton@baytekgames.com>, Lance Treankler <lancetreankler@baytekgames.com>, Eric Wikman <eric@wikman.com>
**Subject: NSBL Investment**

Hi Holly and Lance,

Happy happy Monday.

I'm loving the lane and ball conversations that are in the works. Excellent stuff.

I wanted to reach out to you guys specifically regarding NSBL investment. As you know, we've been talking with potential investors and narrowing down our search for the best fit. We put the company fundraising on hold to prep for and pull off The BEEB, but in the coming weeks we'll be meeting with some of our top investor candidates.

I know that we spoke briefly with you guys and Gaetan in April about Bay Tek investing in the NSBL and you mentioned then that you wanted to hold off. I think it would be constructive to have the discussion again. Now that we know each other a great deal better and now that Larry has stepped in as interim CEO, I

CONFIDENTIAL BT0004504

think it would be excellent to discuss the benefits of Bay Tek being the investor. Keeping it, "in the family", as it was stated at that awesome Lambeau Field dinner.

Let me know if and when you would like to set up an initial call to discuss this. We are currently looking to raise $850,000.

Also, it's become apparent that we should soon take another trip to Pulaski for R & D purposes regarding the NSBL lane. Perhaps then, we could have a more focused and detailed in person meeting about the merits of Bay Tek being the investor and how it could be structured.

Thanks so much and chat more soon.

For the love of the lane,
-eric

CONFIDENTIAL

BT0004505