```
 1            IN THE UNITED STATES DISTRICT COURT
 2           FOR THE EASTERN DISTRICT OF NEW YORK
 3   FULL CIRCLE UNITED, LLC        )
 4                 Plaintiff        )
 5   VS.                            )CIVIL ACTION
 6   BAY TEK ENTERTAINMENT, INC.,   )NO.: 1:20-CV-03395
 7                 Defendant        )
     _____
 8
 9   BAY TEK ENTERTAINMENT, INC.,   )
10     Counterclaim Plaintiff       )
11   VS.                            )
12   FULL CIRCLE UNITED, LLC        )
13     Counterclaim Defendant       )
14   and                            )
15   ERIC PAVONY,                   )
16    Additional Counterclaim       )
17    Defendant                     )
18   _____)
19        -----------------------------------------
            VIDEOTAPED REMOTE ORAL DEPOSITION OF
20
                          ERIC COOPER
21
                         JUNE 6, 2022
22
                          VOLUME 1
23        -----------------------------------------
24   REPORTED BY KATHRYN R. BAKER, RPR, CSR #6955
25   JOB #212203
```

1  ERIC COOPER

2    A.   Yes.

3    Q.   So this is January 1st, 2014.

4        Do you see that?

5    A.   I do.

6    Q.   Well, before -- before I go through that.

7        This is the First Circle United, LLC, Chase

8 bank account that was introduced at Mr. Wikman's

9 deposition.

10       And do you see the date here, January 1st,

11 2014, correct?

12    A.   Okay, yes.

13    Q.   And then at the end here, the date is December

14 31st, 2014.

15       Do you see that?

16    A.   Yes.

17    Q.   So you understand that Exhibit 17 is the bank

18 account for the entire year of 2014?

19    A.   Understood.

20    Q.   Okay.  Now I'm going to show you Exhibit 18.

21 Which I will put up.

22       Okay.  Do you see this, Mr. Cooper?

23    A.   Okay.

24    Q.   So I'll represent to you, again, this was

25 Exhibit 18 marked at Mr. Wikman's deposition.

```
 1                      ERIC COOPER
 2                  This is the Full Circle United, LLC, Chase
 3    bank account.  And if you look at the upper right-hand
 4    corner, the first date here is January 1st, 2015.
 5                  Do you see that?
 6        A.    Yes.
 7        Q.    And then the final date in here, once this
 8    loads, is May 3rd, 2016.
 9                  Do you see that?
10        A.    Yes.
11        Q.    And then do you see at the top of this page
12    here, it says, Insufficient funds fee.
13                  Do you see that, Mr. Cooper?
14        A.    Yes.
15        Q.    Are you aware of the Full Circle United bank
16    account being closed at any point?
17        A.    I am not aware of that.
18        Q.    Okay.  So I want you to think about these dates
19    again.
20                  So the document I showed you a moment ago
21    was all of 2014, correct?
22        A.    Right.  And then is 2015 through --
23        Q.    May of 2016.
24        A.    -- May of 2016.
25        Q.    Right.
```

```
 1                        ERIC COOPER
 2      A.   Yeah.
 3      Q.   Now, your bank account that I showed you was
 4  January 1st, 2018, through September 30th, 2018, correct?
 5      A.   My bank account was 2018.
 6      Q.   Yes.
 7      A.   The UFCU account.
 8                Is that what you're talking about?
 9      Q.   Correct.
10      A.   Okay.  Yes.
11      Q.   And then I showed you -- I had shown you another
12  Full Circle account that was 2018 through 2021.
13                Do you recall looking at that one?
14      A.   Yeah, I recall it, yes.
15      Q.   Okay.  The reason I'm asking you this is because
16  these documents that I just showed you were produced as
17  being Full Circle's bank accounts for this period of time.
18                And it was represented by Mr. Wikman that
19  your bank account, that one that we showed you from
20  University Federal Credit Union was functioning as Full
21  Circle's bank account for that period of time.
22                Does that sound familiar to you at all?
23                MR. SKIBELL:  Objection to form.
24                I mean, how would -- he hasn't seen Eric
25  Wikman's deposition.  How would he be familiar with it?
```

ERIC COOPER

2           MR. HUMPHREY:  I am -- I'm not asking about
3   if he's familiar with the deposition.
4           MR. SKIBELL:  Okay.
5           MR. HUMPHREY:  I'm asking if he's familiar
6   with the idea of his bank account being used as Full
7   Circle's.  Was he ever told that.
8       A.  If that's what it was -- I mean --
9           MR. SKIBELL:  Eric, don't speculate about
10  what other -- he's asking you merely, do you know if your
11  bank account was used for Full Circle?
12      A.  I don't recall exactly why I had to open that --
13  I opened that bank account.  I was asked to open that bank
14  account.
15      Q.  (BY MR. HUMPHREY)  Well --
16      A.  It sounds like you got the answer from
17  Mr. Wikman.
18      Q.  No.  Well, I'm asking you.
19          MR. HUMPHREY:  And Reid, respectfully, you
20  should refrain from couching here.
21      Q.  (BY MR. HUMPHREY)  The question I'm asking here
22  is:  Do you have any knowledge of why Mr. Wikman would
23  have said your bank account was being used as Full
24  Circle's?
25          MR. SKIBELL:  Objection, calls for

ERIC COOPER

2  speculation as to Eric Wikman's state of mind.

3              You can answer.

4       A.   I don't recall the specifics of why.  I thought

5  it had something to do with technology.

6       Q.   (BY MR. HUMPHREY)  So Mr. Wikman was the one

7  who asked you to open the bank account in your name,

8  correct?

9       A.   Yes.

10      Q.   Mr. Pavony didn't ask you that?

11      A.   I believe he was privy to the concept, but I

12  don't believe he was -- I think it was Eric Wikman.

13      Q.   When you say "concept," what do you mean?

14      A.   Whatever -- I meant opening an account.

15      Q.   Was the reason you were asked to open the

16  account was because Full Circle's bank account had been

17  closed for having insufficient funds?

18              MR. SKIBELL:  Objection, calls for

19  speculation.

20      A.   I don't know the answer to that.

21      Q.   (BY MR. HUMPHREY)  So they told you to open a

22  bank account in your own name and you can't remember why

23  they asked you to do that?

24              MR. SKIBELL:  Objection, misstates the

25  testimony.

1  ERIC COOPER

2  You can answer.

3  A. I don't remember why they asked me to do that.

4  I -- I'm not saying I did it blindly.

5  Whatever -- whatever the point was at the time was

6  probably valid, but insignificant enough for me not to

7  remember at this point.

8  Q. (BY MR. HUMPHREY) So you don't know one way or

9  another?

10  A. I don't -- like I said, if -- everything I'm

11  going to say is speculation. I thought it -- like I said,

12  I thought it had to do with technology and the payment

13  app.

14  Q. Did you ask Mr. Wikman why he wanted you to do

15  this, do you recall?

16  A. I don't remember. I'm sure --

17  MR. SKIBELL: Eric, you've got to go slower

18  so I can object.

19  But that's fine. Sorry.

20  Q. (BY MR. HUMPHREY) Do you remember when this

21  conversation with Mr. Wikman took place?

22  A. No. I would -- I would imagine it was prior to

23  the opening of the account.

24  Q. If you look at the dates on these statements

25  that I showed you, the one that I have up on the screen

ERIC COOPER

2  Q.  (BY MR. HUMPHREY)  Are you aware of Full Circle
3  United having any bank accounts between May 2016 and
4  January 2018?
5            MR. SKIBELL:  Objection, asked and
6  answered.
7  A.  Yeah, same answer.  I'm not -- I do not
8  remember.
9  Q.  (BY MR. HUMPHREY)  Full Circle United, you
10 don't remember?
11 A.  I don't.
12 Q.  Okay.  Do you have any knowledge of Full Circle
13 United's recordkeeping during this time?
14 A.  I do not.
15 Q.  At all?
16 A.  (Witness nods head negatively.)
17 Q.  So do you recall during the period of May 2016
18 through January 2018, we looked earlier, and we saw that
19 there were some payments being made from Full Circle
20 United to Extra Positive Land and to you?
21 A.  What was the time frame again?  I apologize.
22 Q.  From May 3rd, 2016, to January 2018, but we
23 don't appear to have records.
24 A.  Uh-huh.
25 Q.  During that period of time, how were expenses