```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF NEW YORK
 2           CIV. ACTION NO.:  1:20-cv-03395
 3   FULL CIRCLE UNITED, LLC,
 4           Plaintiff,
     v.
 5
     BAY TEK ENTERTAINMENT, INC.,
 6
             Defendant.
 7   _____/
 8   BAY TEK ENTERTAINMENT, INC.,
 9           Counterclaim Plaintiff,
     v.
10
     FULL CIRCLE UNITED, LLC,
11
             Counterclaim Defendant,
12   and
13   ERIC PAVONY,
14           Additional Counterclaim
             Defendant.
15   _____/
16                         Monday, June 20, 2022
                           10:08 a.m. EST - 4:59 p.m. EST
17
18                    CONFIDENTIAL
19   VIDEOTAPED DEPOSITION TAKEN BY REMOTE VIDEOCONFERENCE
20      OF HOLLY HAMPTON, Individually and as 30(b)(6)
21                 VOLUME I - Pages 1 - 209
22
23      Taken on behalf of the Plaintiff before Yvonne
     Corrigan, RPR, CRR, Notary Public in and for the State
24   of Florida at Large, pursuant to Notice in the above
     cause.
25
```

1          A.    Are you asking during deposition prep,
2    or --
3          Q.    No time frame.
4          A.    I watched a recording by Mr. Pavony
5    entitled something around Mr. Pavony's neighborhood.
6                I mean, there's been news clips, TV clips
7    that I've seen throughout the years, but -- I did watch
8    parts of a recorded conversation with Mr. Pavony and
9    Mr. Cravens.  I did see clips of a recording of
10   Mr. Pavony on the phone with Mr. Philippon.
11               There was a recording of Mr. Pavony on a
12   phone call with some Bay Tek employees, I couldn't make
13   out who they were.  It sounded like R&D-type employees.
14               Again, I watched a little -- a few clips
15   of it, but it wasn't getting -- it wasn't providing much
16   value.
17         Q.    What do you mean, "it wasn't providing
18   much value"?
19         A.    There was no need for me to watch all of
20   these videos.  I watched some clips of it, and that's
21   it.
22         Q.    You mentioned a recording of Mr. -- that
23   you characterized as "Mr. Pavony's neighborhood."  Can
24   you provide any information or recall about that
25   recording?

1    A.   Somebody made us aware of it shortly
2    after it was put out on the internet and we watched it,
3    I watched it.  I think it was passed internally at
4    Bay Tek by a couple of us.
5    Q.   When you say someone made you aware of
6    it, do you recall who the individual was that made you
7    aware of the recording that you characterized as
8    "Mr. Pavony's neighborhood"?
9    A.   I do not.
10   Q.   Do you recall what time frame you were
11   made aware of the recording that you characterize as
12   "Mr. Pavony's neighborhood"?
13   A.   It was summer -- summer, I -- within the
14   last few years.
15   Q.   When you say "few years," was it in the
16   last three years?
17   A.   Probably.
18   Q.   Anything else that you can recall about
19   viewing the recording you characterized as "Mr. Pavony's
20   neighborhood"?
21   A.   Can you repeat the question, please?
22   Q.   Is there anything else that you recall
23   about the recording that you characterize as
24   "Mr. Pavony's neighborhood"?
25        Do you recall --

1                MR. MOVIT:  Object to the form.
2                Do you mean anything about the video at
3         all, or anything about communications with
4         Bay Tek folks about the video?
5                MS. CASADONTE-APOSTOLOU:  I mean
6         anything.
7                MR. MOVIT:  Okay.  So the question is, do
8         you recall anything about the video that you
9         haven't testified about, Holly?
10               THE WITNESS:  We were disappointed in
11        Mr. Pavony's description of Bay Tek and
12        Mr. Treankler.
13   BY MS. CASADONTE-APOSTOLOU:
14        Q.    Why were you disappointed?
15        A.    He called us unhonest.  That's
16   disappointing because it's -- I would not represent us
17   as dishonest people or dishonest organization.
18        Q.    Would you represent that Bay Tek --
19   you're referring to Bay Tek; is that correct?
20        A.    Yes, ma'am.
21        Q.    Would you refer to Bay Tek as an honest
22   organization?
23        A.    Yes, I would.
24        Q.    You mentioned -- did someone say
25   something?  No.