UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

= = = = = = = = = = = = = = = = = = = = = = = = = = = = =

FULL CIRCLE UNITED, LLC,

       Plaintiff,

-vs-                     Case No. 1:20-cv-03395

BAY TEK ENTERTAINMENT, INC.,

       Defendant.

= = = = = = = = = = = = = = = = = = = = = = = = = = = = =

BAY TEK ENTERTAINMENT, INC.,

       Counterclaim Plaintiff,

-vs-

FULL CIRCLE UNITED, LLC,

       Counterclaim Defendant,

-and-

ERIC PAVONY,

       Additional Counterclaim

       Defendant.

= = = = = = = = = = = = = = = = = = = = = = = = = = = = =

Remote Videotaped Deposition of:

GAETAN PHILLIPON

***CONFIDENTIAL***

Neenah, Wisconsin

March 10, 2022

Reporter: Jessica Bolanos

1  Q  Do you recall whether you formed an understanding
2     that the license agreement was ambiguous prior to
3     April 2016 when Full Circle -- Eric Pavony and two
4     others came to Pulaski, Wisconsin?
5  A  Yes.
6              MS. LEPERA:  I'm also going to
7         object to the issue with respect to him using
8         this phrase, if it comes from counsel.  Any
9         kind of privileged communication we're not
10        waiving, certainly.  We haven't even talked
11        about and I would caution you with respect to
12        any issues that you have learned with counsel
13        back in the day, even, not to disclose
14        saying.  You haven't even said, you know,
15        anything with respect to what, if anything,
16        is ambiguous.  So I'm just simply saying no
17        waiver of privilege here.
18 Q  Well, did you at any time prior to leaving
19    Bay Tek's employment in May 2016 convey to
20    Eric Pavony or did anyone else in the company come
21    to Bay Tek during the meeting in Pulaski that you
22    had an understanding that the license agreement
23    was ambiguous?
24             MS. LEPERA:  Object to the form of
25        the question.  Again, vague -- this is vague

```
1              and ambiguous.  I don't know what he's even
2              talking about.
3     A    It was unclear to us what they wanted.
4                   MS. LEPERA:  That's a different
5              question.
6     Q    Yeah, that's a different question.  What -- and
7          when you say "us," when you're talking --
8     A    Larry and I.
9     Q    Larry.  Okay.  And when do you recall, if you do
10         recall, having this understanding that it was
11         unclear what Full Circle wanted?
12    A    Probably right from the very beginning of
13         discovery of the document.
14    Q    And when you say "discovery of the document," do
15         you -- are you referring to when you were first
16         presented a copy of the license agreement and
17         settlement agreement between SBI and Full Circle?
18    A    Yes.
19    Q    Between the time you obtained a copy of the
20         license agreement and settlement agreement between
21         SBI and Full Circle for the first time and April
22         of 2016 when Full Circle, Eric -- including
23         Eric Pavony visited Bay Tek for the first time,
24         are you aware of any communications concerning an
25         understanding by anyone at Bay Tek that the
```