1              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF NEW YORK
2             CIV. ACTION NO.:  1:20-cv-03395
3    FULL CIRCLE UNITED, LLC,
4              Plaintiff,
     v.
5
     BAY TEK ENTERTAINMENT, INC.,
6
               Defendant.
7    _____/
8    BAY TEK ENTERTAINMENT, INC.,
9              Counterclaim Plaintiff,
     v.
10
     FULL CIRCLE UNITED, LLC,
11
               Counterclaim Defendant,
12   and
13   ERIC PAVONY,
14             Additional Counterclaim
               Defendant.
15   _____/
16                        Thursday, March 3, 2022
                          9:57 a.m. EST - 5:50 p.m. EST
17
18                    CONFIDENTIAL
19   VIDEOTAPED DEPOSITION TAKEN BY REMOTE VIDEOCONFERENCE
20                    OF PAT SCANLAN
21   *** EXCERPTS OF THIS TRANSCRIPT, PAGES 116-118, HAVE
     BEEN DECLARED HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
22   AND ARE SEALED UNDER SEPARATE COVER ***
23        Taken on behalf of the Plaintiff before Yvonne
     Corrigan, RPR, CRR, Notary Public in and for the State
24   of Florida at Large, pursuant to Notice in the above
     cause.
25

```
 1              THE WITNESS:  It's a vague -- vague
 2         question.  Can you be more specific, or --
 3    BY MS. CASADONTE-APOSTOLOU:
 4         Q.    Yeah.
 5              I thought I heard you say that products
 6    get transitioned from research and development to
 7    preproduction planning; is that correct?
 8              MR. LICHTMAN:  Object to form.
 9              THE WITNESS:  Yes, as part of the normal
10         process, when R&D has a product that is ready
11         to be launched into production, that is when
12         the preproduction team would start to get
13         involvement.  That's under normal
14         circumstances.
15              The preproduction resources are another
16         set of hands that also have been pulled into
17         R&D activities to help build prototypes,
18         especially in the case where there might be a
19         request or need for multiple prototypes at a
20         smaller window of time.  Generally R&D builds
21         a prototype or two at a time, but if there's a
22         request for more, we'll leverage resources
23         from throughout the business to help.
24    BY MS. CASADONTE-APOSTOLOU:
25         Q.    I see.
```

1                    Do you know whether the preproduction

2    planning team built any alley rollers for Full Circle?

3                    MR. LICHTMAN:  Object to form.

4                    THE WITNESS:  I don't -- I don't recall,

5               but they could have given that there were ten

6               of them built in a relatively short amount of

7               time.

8    BY MS. CASADONTE-APOSTOLOU:

9               Q.   Who would know?

10                   MR. LICHTMAN:  Object to form.

11                   THE WITNESS:  Who would know if the

12              preproduction team built alleys for

13              Full Circle?

14   BY MS. CASADONTE-APOSTOLOU:

15              Q.   Yes.

16              A.   I think the project manager assigned to

17   the prototype build-out would know.

18              Q.   Do you know who the -- that manager was?

19              A.   Yes.

20              Q.   Who was it?

21              A.   Eric Schadrie.

22              Q.   So as project manager, is Eric Schadrie

23   part of the operations team?

24                   MR. LICHTMAN:  Object to form.

25                   THE WITNESS:  No, he's -- sorry.  He's

1           part of R&D.

2     BY MS. CASADONTE-APOSTOLOU:

3           Q.   So the project manager -- okay.

4                MS. CASADONTE-APOSTOLOU:  I'm ready for

5           lunch if you guys are.

6                MR. WILLIAMS:  Lunch, how long do you

7           want to take?

8                MS. CASADONTE-APOSTOLOU:  What do you

9           need, Mr. Scanlan?

10               MR. WILLIAMS:  Let's go off the record.

11          We don't have to do this on the record.

12               THE VIDEOGRAPHER:  We're going off the

13          record.  The time is 12:42 p.m.

14               (Recess taken -- 12:42 p.m.)

15               (Return from recess -- 1:18 p.m.)

16               THE VIDEOGRAPHER:  We're going back on

17          the record.  The time is 1:18 p.m.

18     BY MS. CASADONTE-APOSTOLOU:

19          Q.   Hello.

20               So you testified that you became director

21     of research and development in October 2017, correct?

22               MR. LICHTMAN:  Objection.  Prior

23          testimony speaks for itself.

24               Go ahead.

25               THE WITNESS:  Correct.

1           Mr. Schadrie was referring to.

2    BY MS. CASADONTE-APOSTOLOU:

3           Q.    So you have -- sitting here today, you

4    have no idea what he's referring to by the next build of

5    25 games in this email dated October 29th -- October 9,

6    2017 to you?

7                    MR. LICHTMAN:  Asked and answered.

8                    THE WITNESS:  Correct, I do not.

9    BY MS. CASADONTE-APOSTOLOU:

10          Q.    Was it your understanding that the only

11   lanes that Bay Tek intended to build for Full Circle

12   were the 10 or 11 prototype lanes manufactured by

13   research and development?

14                   MR. LICHTMAN:  Object to form.  Lacks

15              foundation.

16                   Again, that's not in this document.

17                   MS. CASADONTE-APOSTOLOU:  I'm asking

18              questions, Mr. Lichtman.  I don't have to only

19              be referring to the contents of the document.

20                   MR. LICHTMAN:  Still, lacks foundation.

21   BY MS. CASADONTE-APOSTOLOU:

22          Q.    You testified, Mr. Scanlan, that research

23   and development manufactured 10 or 11 prototype lanes

24   for Full Circle; is that correct?

25          A.    That is correct.

1          Q.    Is it your understanding that those were

2   the only games that Bay Tek intended to manufacture for

3   Full Circle?

4          A.    To my knowledge, yes.

5          Q.    Do you know who would know if Bay Tek

6   intended to manufacture any other games for Full Circle?

7               MR. LICHTMAN:  Object to form.

8               Speculation.  Vague.

9               THE WITNESS:  I don't know specifically

10              who would know that.

11  BY MS. CASADONTE-APOSTOLOU:

12         Q.    If Mr. Schadrie was making changes to the

13  prototype lanes -- strike that.

14              Does the phrase "development spot" mean

15  anything to you?

16              MR. LICHTMAN:  Object to form.

17              THE WITNESS:  I'm familiar with that

18              term, yes.

19  BY MS. CASADONTE-APOSTOLOU:

20         Q.    How are you familiar with that term?

21              MR. LICHTMAN:  Object to form.

22              THE WITNESS:  It's terminology we use

23              internally about parts of our process.

24  BY MS. CASADONTE-APOSTOLOU:

25         Q.    Can you explain to me what that means?

1          specific to this email.

2    BY MS. CASADONTE-APOSTOLOU:

3          Q.   If the Skee-Ball Live lanes were taking a

4    development spot, does that suggest to you that Bay Tek

5    intended on producing additional Skee-Ball Live lanes

6    that were not prototypes?

7               MR. LICHTMAN:  Objection.  Again, lacks

8          foundation.  This is based on a representation

9          of counsel of a document that is in front of

10         the witness who has already represented he

11         does not recall seeing.

12              THE WITNESS:  So a project can take a

13         development spot, but it does not guarantee

14         that that product will actually launch and be

15         manufactured.  In fact, we've killed off

16         numerous products that have been funded, have

17         made prototypes of and tested in the field but

18         didn't actually make it to manufacturing for a

19         variety of reasons.  It's all part of the

20         process.

21   BY MS. CASADONTE-APOSTOLOU:

22              Q.   Do you recall any examples of the reasons

23   why a product that took a development spot didn't get

24   produced by Bay Tek?

25              MR. LICHTMAN:  Object to form.  Calls for

1              hypotheticals.
2                    THE WITNESS:  Again, yeah, there's a lot
3       of reasons why.  It could be a budget doesn't
4       support it.  It could be a change in direction
5       based on market factors or needs; could be
6       based on the performance of the product, both
7       physical, mechanical, and/or revenue-wise;
8       could be customer driven.  There's a lot of --
9       a lot of reasons why a project would start and
10      then stop.
11 BY MS. CASADONTE-APOSTOLOU:
12                    Q.   Have there been any instances of products
13 that have taken a development spot that have been
14 stopped, as you said, that were -- where those products
15 were not developed by Bay Tek internally?
16                    MR. LICHTMAN:  Object to form.
17                    THE WITNESS:  Yes, there are numerous
18      products that started in development but were
19      shelved or killed and not worked on any
20      further.
21
22              (The following EXCERPT has been declared
23      HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY:)
24
25

1      MR. LICHTMAN:  Object to form.  Lacks

2          foundation.

3          THE WITNESS:  I don't recall seeing --

4          see them when?  Is there a specific time

5          period?  Or see them where?  See them -- just

6          see them, did I see them?

7   BY MS. CASADONTE-APOSTOLOU:

8      Q.   Ever.

9          MR. LICHTMAN:  Same objections.

10          THE WITNESS:  I don't recall.

11   BY MS. CASADONTE-APOSTOLOU:

12      Q.   Do you know where the prototype lanes

13   manufactured by Bay Tek R&D for Full Circle were

14   manufactured?

15          MR. LICHTMAN:  Object to form.  Lacks

16          foundation.

17          THE WITNESS:  I -- I don't know

18          specifically, but they could have been --

19          could have been built in two places.  Either

20          over at the R&D concept building or in the R&D

21          shop.

22   BY MS. CASADONTE-APOSTOLOU:

23      Q.   Where is the R&D concept building

24   located?

25      A.   It's on the same block as Bay Tek

1          Q.    Is this a typical email for you to send

2     after a prototype visit, Pat?

3                    MR. LICHTMAN:  Object to form.

4                    THE WITNESS:  No, this isn't typical.

5     BY MS. CASADONTE-APOSTOLOU:

6          Q.    What is -- what is atypical about this

7     email to you?

8                    MR. LICHTMAN:  Object to form.  Lacks

9          foundation.

10                    THE WITNESS:  The level of interest in

11          early prototype testing by the leadership team

12          is atypical.

13     BY MS. CASADONTE-APOSTOLOU:

14          Q.    Do you have any idea why there was --

15     excuse me, strike that.

16                    The level of interest -- when you say

17     "level of interest," do you mean that the level of

18     interest of the leadership team was higher than typical?

19                    MR. LICHTMAN:  Object to form.  Lacks

20          foundation.

21                    This is all based on two documents that

22          the witness does not recall.

23                    MS. CASADONTE-APOSTOLOU:  Please don't

24          engage in speaking objections.

25                    MR. LICHTMAN:  I'm just stating the

1          projects that are very early on.  It could be
2          ideas, it could be cardboard prototype.  It
3          could be a very initial prototype.  It's items
4          that we don't know yet if it's going to be a
5          game or not.
6   BY MS. CASADONTE-APOSTOLOU:
7          Q.    Is there a difference -- excuse me -- are
8   you familiar with the phrase "development project" as
9   that phrase is used at Bay Tek?
10                MR. LICHTMAN:  Objection.  Lacks
11          foundation.
12                THE WITNESS:  Yes, I am.
13  BY MS. CASADONTE-APOSTOLOU:
14         Q.    Can you explain how the phrase
15  "development project" is used at Bay Tek, as far as you
16  understand it?
17         A.    Yeah, generally a concept project
18  transitions to a development project when there is
19  belief that an end product is possible, that we could
20  make something we could sell.  It doesn't guarantee it,
21  but it means there's a further understanding that this
22  could turn into something.
23         Q.    And as a director of research and
24  development for Bay Tek, are -- are you the person
25  responsible for designating something a concept project?

1            MR. LICHTMAN:  Asked and answered.

2            THE WITNESS:  No, I'm not.

3    BY MS. CASADONTE-APOSTOLOU:

4       Q.   Who was -- do you know who was the person

5    responsible for making that designation whether

6    something is a concept project?

7       A.   It -- it's not so much an official

8    designation, but it's anything that the concept

9    resources would be working on.

10      Q.   And by resource -- and by "concept

11   resources," do you mean people?

12      A.   People.

13      Q.   Do you know whether the NSBL lanes

14   provided to Full Circle were part of a concept project?

15           MR. LICHTMAN:  Objection.  Lacks

16           foundation.

17           THE WITNESS:  Yeah.  I don't -- I don't

18           recall if they were given a designation.

19           Again, that project was underway as I was

20           joining R&D.  I don't know if there was an

21           official classification of what they were or

22           not.  I know they were just spoken about as

23           prototypes and that they needed to get done

24           quick.

25