```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF WISCONSIN
 3   - - - - - - - - - - - - - - - - - - - - - - - - - - -
     FULL CIRCLE UNITED, LLC,
 4
                    Plaintiff,
 5
         vs.                           Case No.
 6                                     1:20-cv-03395
     BAY TEK ENTERTAINMENT, INC,
 7
                    Defendant.         CONFIDENTIAL
 8   _____
 9   BAY TEK ENTERTAINMENT, INC.,
10           Counterclaim Plaintiff,
11    vs.
12   FULL CIRCLE UNITED, LLC,
13           Counterclaim Defendant,
14    and
15   ERIC PAVONY,
16           Additional Counterclaim
             Defendant.
17
     - - - - - - - - - - - - - - - - - - - - - - - - - - - -
18
                       CONFIDENTIAL
19        VIRTUAL VIDEO-RECORDED DEPOSITION OF:
                      LARRY TREANKLER
20
           TAKEN AT:  The Witness's Residence
21
           LOCATED AT:  6747 Kawula Lane
22                Sobieski, Wisconsin
23                 July 12, 2022
                9:24 a.m. to 7:12 p.m.
24
           REPORTED BY:  VICKY L. ST. GEORGE, RMR.
25   - - - - - - - - - - - - - - - - - - - - - - - - - - -
     JOB NO. 5304329
```

```
1    Q.    Did SBI retain any rights under the license agreement
2          at the time of the acquisition?
3                    MS. LEPERA:  Again, same problem, calls
4          for a legal conclusion.  Again --
5                    MS. CASADONTE-ASPSTOLOU:  Your objection
6          is --
7                    MS. LEPERA:  You can answer.  I'm not
8          telling him he can't answer.  You're asking for a
9          legal conclusion.
10                   MS. CASADONTE-ASPSTOLOU:  You're wasting
11         my time with speaking objections.
12                   MS. LEPERA:  I said it calls for a legal
13         conclusion.
14                   THE WITNESS:  As a layperson, I don't
15         think they agreed to anything, Skee-Ball retained
16         anything.
17   BY MS. CASADONTE-ASPSTOLOU:
18   Q.    When you say anything, do you mean anything under the
19         license agreement?
20                   MS. LEPERA:  Same objection, note my
21         objection, calls for a legal conclusion.  You can
22         answer to the extent you understand as a layperson.
23                   THE WITNESS:  Yes.
24   BY MS. CASADONTE-ASPSTOLOU:
25   Q.    Okay.  Are you aware of any rights under the
```