# PX EXHIBIT 6

**From:** "mr. cooper <ghostarm@hotmail.com>" <ghostarm@hotmail.com>
**Sent:** Fri, 22 Apr 2016 00:31:14 +0000
**To:** katesculley@gmail.com
**Subject:** Brewskee-Ball Florida

---

Hey Kate,

This is Cooper, Brewskee-Ball Austin Skee E. O.

Pavony forwarded me the correspondence Between the 2 of you. I just wanted to drop you a line, say what's up and let you know that I am gonna be the point person on Brewskee-Ball expansion for the next year or 5.

Right now everything is focused on making the Beeb happen, but I wanted to at least get some introductions down so we can Pre-Start the process of possibly setting up a league.

After the Beeb expansion will be one of my main duties.

You or your dad are more than welcome to send me any info that you think is pertinent.

City in Florida, Venue, Possible Skee E.O.

Hopefully we can chat at the Beeb too.

Let's get these balls rollin!

-Coop

917-202-5546

---

Date: Tue, 1 Mar 2016 12:36:14 -0600
Subject: Fwd: Heyyyy Eric
From: ericpavony@gmail.com
To: ghostarm@hotmail.com

Coop,

This is the email from Kate about her dad who wants to start Brewskee-Ball in South Florida.

-e

---------- Forwarded message ----------
From: **Eric Pavony** <ericpavony@gmail.com>
Date: Fri, Feb 19, 2016 at 9:39 PM
Subject: Re: Heyyyy Eric

To: Kate Sculley <katesculley@gmail.com>

Skullzzzz!

So great to hear from you lady : ) Sorry I haven't hit you back until now. Been playing a little catch up.

There are lots of crazy sweet things going on behind the scenes right now regarding the league, general expansion and the larger National Skee-Ball League model. Good good stuff.

We just launched the Los Angeles Brewskee-Ball league. The Philly league launches in a few weeks. Most likely Sacramento, Seattle and Portland next. Still up in the air at this point though.

That said, we def plan on expanding Brewskee-Ball to many more cities over the coming years . Hopeful for 32 cities eventually. But, we just got the wheels going on two more and now we gotta focus on The BEEB and getting the NSBL off the ground.

I LOVE that your dad is so into the league, that rocks. What does he do that he knows venues down there? We certainly are going to want to get in to Florida at some point down the road. It's a little too early to tell what our expansion plans for Brewskee-Ball will be, other than a couple new cities per year right now.

I miss you too Scullhead and The BEEB is going to be outrageous. Can't wait to hug ya and take awkward pics of you on a BATTLESHIP! ; )

Have a great night and let's keep this FLA idea alive as things progress. Tell me more.

-loveric

On Thu, Feb 11, 2016 at 1:12 PM, Kate Sculley <katesculley@gmail.com> wrote:
> Hi Eric!
>
> I hope you've been well.  So, my dad, who has been very intrigued by my involvement with the league is very interested in talking to you (or someone) about bringing it down to South Florida.

FCU000012944
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

He loves the sport and has ideas about venues that he thinks would be a great fit.  He KEEPS pushing me to talk to you, and I'm finally getting around to it now.

I love you guys and don't know what kind of conversations this would lead to, but figured I'd at least put out a feeler to you to see if you had anything in the works or if FLA sounded of any interest to you.

Anyway, MISS YOU.  Can't wait to see you at the BEEB.

(sry if this email is rambling on.. i'm multitasking but wanted to shoot you a note before I forgot)

xx

Kate

FCU000012945

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY