# PX EXHIBIT 8

| **From:** | Holly Hampton </O=BAY TEK INC/OU=BAY-TEK/CN=RECIPIENTS/CN=HOLLY> |
|---|---|
| **Sent:** | June 08, 2016 5:07 PM |
| **To:** | Eric Schadrie;Lance Treankler;Tom Diedrich |
| **Subject:** | RE: Brewskee Ball/NSBL deck |
| **Attachments:** | Brewskee Ball Deck.pdf |
| **Importance:** | Normal |

Boom!

LMK if you want it printed and binded?

**From:** Eric Schadrie
**Sent:** Wednesday, June 08, 2016 2:01 PM
**To:** Holly Hampton; Lance Treankler; Tom Diedrich
**Subject:** Brewskee Ball/NSBL deck

Do any of you have the powerpoint deck that the NSBL guys handed out. I either mis-placed or discarded it, so I could use a copy if you have it.

**ERIC SCHADRIE**
R&D PROJECT MANAGER

**Bay Tek Games, Inc.**
1077 E. Glenbrook Dr., Pulaski, WI 54162
W: baytekgames.com
P: 920.822.3951 x 1617

FACEBOOK • TWITTER • CATALOG

CONFIDENTIAL

BT0004372



Turning Skee-Ball into a national sport

# NSBL
## National Skee-Ball League

CONFIDENTIAL 2016

CONFIDENTIAL

# Team
## Meet The Erics



**NSBL**
National Skee-Ball League

### Eric Pavony
### CEO



Founded Brewskee-Ball in 2005 while publishing Block, a North Brooklyn news and arts magazine. Creator of Major League Dreidel and inventor of the Spinagogue, the first-ever dreidel stadium, which has been sold at Bed, Bath & Beyond and around the world. Holds a patent for his game Five Hole Cornhole.

### Eric Wikman
### CTO



CTO of Everycontractor.com for 6 years and VP of Operations for the last 8 years at Epicom, an Austin software development firm. His role at both companies included overseeing the engineering department and acting as lead architect of product development. He has ample experience building software products and plays the role of both software engineer and manager of all technology projects.

### Eric Cooper
### COO



20 years in the music industry operating live venues and managing both national and worldwide tours. Ran the Austin Brewskee-Ball chapter for 8 years, making it the most successful league in the country. Chief Event Coordinator for National Skee-Ball Championships.

BT0004373

CONFIDENTIAL

# Advantage



## NSBL
### National Skee-Ball League

## WE ARE THE ONLY ONES WHO CAN DO THIS

We recently acquired the **exclusive and perpetual rights** from Skee-Ball, Inc. to run competitive live play Skee-Ball worldwide

**Patentable NSBL Lane Technology**

**We already own the exclusive live play rights**

**Patentable NSBL App Technology**







**We own NSBL.com**

BT0004374

CONFIDENTIAL



**In 2005 we put Skee-Ball into NYC bars and forever changed the game.**

"Long confined to Coney Island, Skee-Ball has now rolled into the East Village bar scene thanks to Brewskee-Ball, the world's first beer-fueled Skee-Ball league."



# Out There
A street-smart guide to New York news and newsmakers

**Brew's crews** Long confined to Coney Island, skee-ball has now rolled into the East Village bar scene thanks to Brewskee-Ball, the world's first beer-fueled skee-ball league. Thirty-two teams—boasting such colorful monikers and appropriately themed costumes as Skee3PO and Skee's Company—battle Wednesdays and Sundays for the honor of qualifying triumphantly from the Brewskee-Ball Mug at the championship game on August 27. Says Will Guidara of reigning champs Skee Patrol: "We play for companionship and victory, that's it. Oh, and beer." For info visit brewskeeball.com. —*Arina Balkrishna*

Time Out New York June 2–July 5, 2006                        TIMEOUTNEWYORK.COM

## The sporting life

Shooting pool? Passé. Blasting bucks in Deer Hunter? Ho hum. Trivia nights? The answer is no. Bar owners are banking that arcade games will bring in the boozers.
By Joshua M. Bernstein



**EAT OUT**

SKEE TRIP Ace Bar in the East Village sports two large Skee-Ball machines.

**Skee-Ball**

**Miniature golf**

**Ping-Pong**

## High on Skee-ball
*The good times roll in the East Village*

BY STEVE BLOOM



A league meets twice a week for bragging rights of New York's best Skee-Ball team.

*For more info, go to brewskeeball.com. Steve Bloom's blog is bloomideas.blogspot.com. He can be reached at steve-bloomingideas@yahoo.com.*

BT0004375

CONFIDENTIAL

# History



**NSBL**
National Skee-Ball League

## Since 2005 we have turned Skee-Ball into a:

**Recreational Bar Game**     **Competitive Adult Sport**     **Community**





- The first-ever competitive Skee-Ball league
- 1,000+ active rollers in 6 cities
- Over 400 sanctioned Skee-Ball events in 2016
- Hosted Six National Championships
- Sponsors: MillerCoors, Anheuser Busch, Pernod Ricard
- Media: ESPN, NY Times, LA Times, NPR, Wall Street Journal, The Economist, SNL Weekend Update
- In 2009 we created "The Skee-Ball Bar". We own and operate two locations – Brooklyn, NY and Austin, TX

"Now, Skee-Ball has the one thing it needs to make it a bona fide sport: a national champion."

*–NPR, All Things Considered*

BT0004376

CONFIDENTIAL

# BREWSKEE-BALL®
## Austin, TX – League Growth 2009–2016



# NSBL
## National Skee-Ball League

| Skeeson | Teams | Revenue |
|---|---|---|
| 01 | 25 | $7,500 |
| 02 | 24 | $7,200 |
| 03 | 33 | $9,900 |
| 04 | 41 | $12,300 |
| 05 | 51 | $15,300 |
| 06 | 51 | $15,300 |
| 07 | 57 | $17,100 |
| 08 | 66 | $19,800 |
| 09 | 58 | $17,400 |
| 10 | 67 | $20,100 |
| 11 | 60 | $18,000 |
| 12 | 79 | $23,700 |
| 13 | 61 | $18,300 |
| 14 | 59 | $17,700 |
| 15 | 60 | $18,000 |
| 16 | 65 | $19,500 |
| 17 | 52 | $15,600 |
| 18 | 55 | $16,500 |
| 19 | 77 | $23,100 |
| 20 | 80 | $24,000 |
| 21 | 90 | $27,000 |
| 22 | 95 | $28,500 |

A match is played with 3 rollers on a team. Each roller plays 10 frames. A regular "skeeson" is 8 weeks, plus the Brewskee Mug Tournament and other "post-skeeson" events. There are 3 skeesons in a year.



Mugbloods – Skeeson 21 Brewskee Mug Champions

BT0004377

CONFIDENTIAL

# The Perfect Game
## Why Skee-Ball Has It All



**NSBL**
**National Skee-Ball League**



Recreational Bar Games

Buck Hunter
Golden Tee

Video Games "eSports"

Darts
Billiards

LoL
Dota 2
Hearthstone

Professional Sports "ESPN Coverage"

**Like Darts & Billiards, Skee-Ball:**

-is a classic, 100-year old iconic game with nostalgia

-has a tactillity & physicallity that is unique and satisfying to players

-is a great spectator sport

**Like Buck Hunter, Skee-Ball will:**

-be an online network of games with national leaderboards

-have HD screens for animation, gamefication and advertising

-be manufactured and managed exclusively by one company

**Like eSports, Skee-Ball will:**

-offer massive prize pools to players

-attract big name sponsors

-utilize in-game microtransactions

BT0004378

CONFIDENTIAL

# If We Build It...



## NSBL
### National Skee-Ball League

# THEY WILL ROLL







**Big Buck HD:**

**7,000 +** machines

**2,200 +** networked locations

**10,000 +** active ranked players

**4.5** players per machine

**$75,000** championship purse

**220,000 +** live stream viewers

**Brewskee-Ball "Core 4 Cities"**

**12** machines

**4** locations

**693** active ranked players

**57.8** rollers per machine

**$6,000** championship purse

**NSBL: 5 Years From Now**

**1650** machines

**825** networked locations

**82,500** active ranked players

**50.0** rollers per machine

**$425,000** championship purse

BT0004379

CONFIDENTIAL

# Market Opportunity



**NSBL**
*National Skee-Ball League*

**We're building a similar infrastructure and environment around Skee-Ball, to what eSports companies have created around competitive gaming**

## Why NOW is the perfect time in history to launch the National Skee-Ball League

ESPN just started to aggressively cover competitive gaming as a real sport with a dedicated section.

The most successful venture capitalists (Mark Cuban), pro sports icons (David Stern) and the biggest companies (Amazon) are actively investing in competitve gaming.

Major brands like Coca Cola, Red Bull and Intel are deeply involved in and currently sponsoring competitive gaming, driving tournament prize pools into the millions of dollars.

Total eSports prize money in 2015 was $65 million.

There were 12,367 active professional players in 2015.

Over 200 pro gamers make a living just playing video games, from $40k to $2 million a year in prize money. $40,000 in prize money is what the 150th-ranked male tennis player and the 330th-ranked golfer earn in winnings.

36 million people watched the 2015 League of Legends Championships. 20 million people watched the 2015 NBA Finals.

## Why SKEE-BALL will rival and even surpass the success of eSports in America

**DEMOGRAPHICS:**
eSports players are 75% male, 18-34 years old.

Skee-Ball players are 50/50 men and women, 21-45 years old.

**RECOGNIZABILITY:**
eSports games are not well known by the vast majority of Americans.

Nearly every American knows what Skee-Ball is by an early age. Skee-Ball is iconic, a national pastime. It is beloved by all.

**APPROACHABILITY:**
There is a steep learning curve for eSports games.

Skee-Ball is universally easier to pick up and play for any generation.

**LENGTH OF CAREER:**
eSports pros burn out as early as 21 years old.
eSports games are often changed, forcing some pros to retire.

People can play Skee-Ball at a high level beyond 60 years old. Skee-Ball will always be Skee-Ball, like billiards and darts.

**SOCIAL:**
eSports is predominantly an online interactive experience.

Skee-Ball is an online interactive experience and an in person social event happening at great bars like billiards and darts.

**LEGITAMCY:**
ESPN has already validated Skee-Ball as a real sport.

BT0004380

BTO004381

## HOW TO:

# HURL A HUNDO

**THE BROTY ISN'T EXACTLY THE HEISMAN.** But the Best Roller of the Year award, given to the top skee-baller by the Brewskee-Ball league, offers its own cachet. <span style="color:red">Andrew Jackson Litz</span> has three of them. What he doesn't have is a U.S. Skee-Ball Championship—because the inaugural event is only now upon us (Feb. 12-14, New York City). The March Madnessy showdown features the land's 64 top rollers. Here, Litz flashes the form that could earn the title.   -RICHARD MORGAN

  





LET LITZ SHOW YOU HOW TO BE A PRINCE OF THE POCKETS.
GO TO ESPN.COM AND SEARCH: SKEE-BALL VIDEO

**1. LEGS** The lefthanded Litz, who rolls as "William Ocean," presses his right shin against the right side of the lane and aligns his left leg a couple of feet back from the center. Knees bent, he leans 12 inches over the lane. It's a stance honed over three and a half years of competitive rolling. With his league's 10-week seasons running throughout the year, Litz, who daylights as a corporate events planner, plays 12 days a month and makes five road trips annually. For the championships, he's on home turf: NYC's Full Circle Bar.

**2. HANDS** Ball in left hand, Litz brings his arm back six inches behind his butt. Then, with elbow locked, he swings it forward, gently releasing the orb a couple of feet over the lane. He points his fingertips toward the targeted cup, typically the 40-pointer because it allows the widest margin for error: Toss too soft, and you still tally 30; overthrow, and it's a 50. A solid nine-roll round gets 360, or as it's known around the arcade, a "full circle."

**3. EYES** When rolling for 40s, Litz aims at the center of the ramp. When he rolls for the 100-point ("hundo") cup at the right, he aims four inches right of center. He takes the first three shots of every round at the hundos. If any miss, he refocuses on 40s. If he makes all three, he sticks with 100s for the rest of the round. Litz's high score is 810. A similar roll in the post-skeeson will almost surely earn him the inaugural national title—plus a bar tab of $100 and an iPod Touch.

CONFIDENTIAL

# Market Size


**NSBL**
National Skee-Ball League

Based on our target demographic of social gamers between the ages of 21 and 45, a national Simmons survey said **37.9 million people** would want to compete in an eSports environment like the National Skee-Ball League

**$143 million**
in 2015 eSports revenue (North America)

**27 million people**
play League of Legends daily

**$31 million**
in 2015 Dota 2 prize money

**Over 60,000**
Classic Buck Hunter machines nation wide

**Over 7,000**
Big Buck Hunter HD machines nation wide

**ESPN / BBC / TBS**
broadcasting eSports in 2016

BT0004382

CONFIDENTIAL

# Product



**NSBL**
National Skee-Ball League

The NSBL will create an eSports environment around Skee-Ball, while enhancing social & competitive face-to-face play

### NSBL App

Encourages and facilitates competitive live play Skee-Ball
and community around the sport

### NSBL Lanes

Modernizing the classic Skee-Ball lane by building a network of machines
that are linked to the league app. This will allow for the gamefication of Skee-Ball

### NSBL Championships

Recurring regional tournaments and national majors will be held
over the course of an NSBL year. Thousands of players will qualify
and compete at these live play events for substantial cash prizes

BT0004383

CONFIDENTIAL

# Product



**NSBL**
National Skee-Ball League







## NSBL APP HIGHLIGHTS

-Bars and rollers can host their own tournaments through the network

-Rollers can play matches remotely vs. anyone in the network live on camera

-Rollers can play various types of timely released custom NSBL games

-Rollers can unlock rewards for quality of play, career milestones and high rankings on weekly / monthly statistical leaderboards

-Rollers can purchase avatars, skins, unique functionality and NSBL gear through microtransactions

-Rollers can win game tokens and NSBL Shop discounts for quality of play

-Rollers can follow the careers of their friends and favorite NSBL players

-Rollers can locate NSBL lanes and compete wherever their travels take them

-NSBL Match Maker pairs rollers up with players of similar stats and abilities

## NSBL LANE HIGHLIGHTS

-Animation and cut scenes

-Sponsor and bar advertising

-NSBL event promotion, standings, stats and video coverage

-Social media integration, direct from the lane to the app to the web

-NSBL Roller Profiles are customizable with photos, stats and achievements

## NSBL CHAMPIONSHIP HIGHLIGHTS

-Hundreds of rollers will play, thousands of fans will watch live and online

-Major rock clubs, venues and arenas, with sporting event/festival atmosphere

BTO004384

CONFIDENTIAL

BT0004385

# User Experience



**NSBL**
**National Skee-Ball League**

## A Skee-Ball lover walks into a bar...

| They see a NSBL Lane | They download the NSBL App | They play 10 free NSBL games | They pay for an NSBL Plan |
|---|---|---|---|



**The screen will also say:**
-Download NSBL app
-10 free games
-Current prize pool

The app is free and it will link to their Facebook account

The 10 free games include a tutorial with tips and info about NSBL features

They also have the option to continue by paying $1 per game



# NSBL
## 2017
## SCHEDULE



**TRACY**
Wilmington, NC

| JANUARY | FEBRUARY | MARCH |
|---|---|---|
| **NSBL** Cycle 1 | **NSBL** Cycle 1 | **NSBL** Cycle 1 / **NSBL** The Cycle 1 Championship |
| APRIL | MAY | JUNE |
| **NSBL** Cycle 2 | **NSBL** Cycle 2 | **NSBL** Cycle 2 / **NSBL** The Cycle 2 Championship |
| JULY | AUGUST | SEPTEMBER |
| **NSBL** Cycle 3 | **NSBL** Cycle 3 | **NSBL** Cycle 3 |
| OCTOBER | NOVEMBER | DECEMBER |
| **NSBL** CAROUSEL | **NSBL** CAROUSEL | **NSBL** THE **Rollers** |
| 2018 **NSBL** Cycle 1 | 2018 **NSBL** Cycle 1 | 2018 **NSBL** Cycle 1 |



BT0004386

# The Network Effect
Getting to Critical Mass



**NSBL**
National Skee-Ball League

## More Lanes + Increased Prize Pool + Roller Rewards + Social Media + Live Streaming = Network Growth

## INCREASED PRIZE POOL

**Year 1:** $0 (Pre-Launch)

**Year 2:** $50,000

**Year 3:** $125,000

**Year 4:** $245,000

**Year 5:** $425,000

Prize money is generated from sponsorships and a % of NSBL game play, microtransactions and merchandise revenue.

## ROLLER REWARDS

Rollers will get special "NSBL Scout" badges when they refer a friend to the NSBL Network.

These badges will be displayed on a Roller's Profile on NSBL Lanes.

Scouts that sign-up a significant amount of friends can also win tokens for NSBL game play and merchandise.



*Example of Foursquare badges*

## SOCIAL MEDIA

Social media has been a catalyst for the growth of eSports making gaming news more accessible.

Brings global community together.

Improves interaction with fans and players.

Ensures the integrity of the sport.

Follow tournaments and breaking news as it happens.

  

## LIVE STREAMING

eSports has been credited with making live streaming a true media experience.

Competitive gaming streams now rival television in terms of scale and reach.

Skee-Ball is ideal to live stream, as it combines real sport and arcade game like never before.





CONFIDENTIAL

# Business Model
Revenue Projections



**NSBL**
National Skee-Ball League

## As the network of rollers grows so does revenue from game play, sponsorships, microtransactions and merchandise

| Year | Rollers | Lanes | Game Play | Sponsorship | MTX / Merch | Brewskee-Ball | Total |
|------|---------|-------|-----------|-------------|-------------|---------------|-------|
| 1* | 0 | 0 | $180,960 | $0 | $0 | $45,240 | $226,200 |
| 2 | 4,450 | 150 | $1,440,000 | $288,000 | $115,200 | $71,460 | $1,914,660 |
| 3 | 15,700 | 450 | $4,500,000 | $1,158,000 | $463,200 | $101,460 | $6,222,660 |
| 4 | 41,260 | 930 | $10,224,000 | $3,373,800 | $1,349,520 | $134,340 | $15,081,660 |
| 5 | 82,500 | 1650 | $19,008,000 | $7,641,200 | $3,056,480 | $180,120 | $29,885,800 |

*Year 1 is Pre NSBL Launch - R&D (Only Includes Brewskee-Ball Game Play & Registration On Existing Classic Lanes)

BT0004388

CONFIDENTIAL



 
## New Lanes Grow The Network Each Year

| Year | New Lanes Purchased | Total Lanes Purchased |
|------|---------------------|------------------------|
| 1 | 0 (R&D) | 1,650 (First 5 Years) |
| 2 | 150 | |
| 3 | 300 | |
| 4 | 480 | |
| 5 | 720 | |

> These are projections based on our current growth model.
>
> See spreadsheet for month-to-month lane units.

**LANE OF THE FUTURE!**

## Bay Tek's Shared NSBL Licensing Revenue with Full Circle United

| Year | Merchandise | Sponsorship | App Advertising | Total |
|------|-------------|-------------|-----------------|-------|
| 1 | $0 | $0 | $0 | $0 |
| 2 | $17,280 | $14,400 | $720 | $32,400 |
| 3 | $69,480 | $57,900 | $2,895 | $130,275 |
| 4 | $202,428 | $168,690 | $8,435 | $379,553 |
| 5 | $458,472 | $382,060 | $19,103 | $895,635 |
| **Total** | **$747,660** | **$623,050** | **$31,153** | **$1,401,863** |

> 15% of Merchandise
> 5% of Sponsorship
> 5% of App Advertising

BT0004389

CONFIDENTIAL

# Business Model
## Expense Projections


**NSBL**
*National Skee-Ball League*

| EXPENSE | YEAR 1 | YEAR 2 | YEAR 3 | YEAR 4 | YEAR 5 |
|---|---|---|---|---|---|
| Salary | $280,000 | $580,000 | $825,000 | $1,280,000 | $1,630,000 |
| App Development | $150,000 | $50,000 | $50,000 | $50,000 | $50,000 |
| Lane Development | $100,000 | $20,000 | $20,000 | $20,000 | $20,000 |
| Web Development | $25,000 | $5,000 | $5,000 | $5,000 | $5,000 |
| Accounting/Finance | $15,000 | $15,000 | $20,000 | $25,000 | $30,000 |
| Legal | $50,000 | $25,000 | $25,000 | $25,000 | $25,000 |
| Project Management | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 |
| Animation | $100,000 | $25,000 | $25,000 | $25,000 | $25,000 |
| General Design | $50,000 | $100,000 | $100,000 | $100,000 | $100,000 |
| Office/Warehouse | $30,000 | $60,000 | $75,000 | $90,000 | $120,000 |
| Insurance | $4,000 | $8,000 | $12,000 | $16,000 | $20,000 |
| Travel | $15,000 | $50,000 | $100,000 | $150,000 | $200,000 |
| Scouting | $30,000 | $30,000 | $30,000 | $30,000 | $30,000 |
| Misc | $150,000 | $300,000 | $450,000 | $600,000 | $700,000 |
| PR | $0 | $30,000 | $30,000 | $30,000 | $30,000 |
| Advertising | $0 | $100,000 | $150,000 | $200,000 | $200,000 |
| Production | $0 | $100,000 | $150,000 | $200,000 | $200,000 |
| Events | $30,000 | $100,000 | $150,000 | $200,000 | $250,000 |
| Lanes | $0 | $1,500,000 | $3,000,000 | $4,800,000 | $7,200,000 |
| **Total** | **$1,044,000** | **$3,113,000** | **$5,337,000** | **$7,861,000** | **$10,850,000** |

BT0004390

CONFIDENTIAL

# Go To Market



**NSBL**
National Skee-Ball League

## MANUFACTURE NSBL LANES

Our lane innovation team, in conjunction with Bay Tek Games, are designing the most cutting edge and first-ever networked Skee-Ball lane on the planet. These professional NSBL Skee-Ball lanes will be built by Bay Tek Games, our manufacturing partner. Bay Tek has been a leader in coin-op game development since 1977 and they have recently acquired the iconic Skee-Ball brand.

## DEVELOP NSBL APP

The NSBL app will work together with the NSBL lanes to create a full interactive, social and competitive experience. Eric Wikman, former VP of Operations at Epicom, is leading a team of top Meteor developers to create the NSBL app, which will allow rollers to compete for prize money and qualify for tournaments year round.

## SECURE NSBL LOCATIONS

Our NSBL locations team will scout and secure proper NSBL bars and venues in targeted US cities, where NSBL lanes can thrive. We already have Skee-Ball lanes in six cities at ten venues.

## DISTRIBUTE NSBL LANES

To place NSBL lanes in venues across the country, we're tapping into Bay Tek's National Distribution Network. We have proven industry leaders on our team who collectively span every market in the US.

## GROW NSBL ROLLER NETWORK

Our PR, social media and sponsorship teams will expand the NSBL roller network by driving prize pools, increasing online interaction, streaming live events, offering rewards and garnering national media coverage.

BT0004391

CONFIDENTIAL





BT0004392