# PX EXHIBIT 12

| From: | Holly Hampton </O=BAY TEK INC/OU=BAY-TEK/CN=RECIPIENTS/CN=HOLLY> |
|---|---|
| Sent: | January 30, 2017 12:03 PM |
| To: | Eric Pavony |
| Subject: | RE: Skee-Ball Facebook |
| Importance: | Normal |

Thanks Pavony! Just watching that you tube video gets me so pumped about NSBL!!

Thanks and make it a great day.

**From:** Eric Pavony [mailto:eric@nsbl.com]
**Sent:** Monday, January 30, 2017 11:51 AM
**To:** Geena Pandolfi
**Cc:** Holly Hampton; Alan Winnikoff
**Subject:** Re: Skee-Ball Facebook

Hi Geena, Hi Guys,

I hope you had a sweet weekend. Apologies for the delay, but I've been traveling and hosting events like a madman since we last spoke.

I'd love to have a conversation about how we can most effectively help each other and work together regarding promotion and social media. I would have loved to have seen that press release copy about Brewskee-Ball before it went out. We have a plan for how we're rolling out new city leagues and also how we are going to launch the NSBL and market / discuss the National Skee-Ball League publicly.

Also, it would be good to let you guys know a bit more of our story and what our short term and longterm plans are. Check out this little site we whipped together for NSBL, it'll give you more context as to what we've been up. It has a timeline with pics and media clippings from the last 10 years. A very brief look as to how we got here. At some point, if you'd like, we can go into more detail on the phone about our vision moving forward.

Just click on the logo:
**Site:** www.NSBL.com
**Password:** 360

As for content for you guys to put up on the Official Skee-Ball facebook page. We truly have infinite content and coverage of competitive Skee-Ball - all types, vibes and scenarios. I think the best way to kick it off is to let folks know to join Brewskee-Ball. I attached a few various posters we use for general league promotion. The idea is to get people to the website where they can gather more info and also join online.

I included copy for you below to use in conjunction with these join posters. It includes the link to the website too.

**Copy to go with poster images:**

Nothing is better than good friends, beer and Skee-Ball! Let the good times roll by joining the official Skee-Ball

league. Check out www.brewskeeball.com for more info and sign up today.

---------------------------

Also, another great angle to kick-off promotion and content of the league on the Official Skee-Ball page is to tell bars they can host Brewskee-Ball. Below is a link to a video about hosting leagues. Also, there is copy below to use in conjunction with that video.

https://youtu.be/On20340wpFk

**Copy to go with video:**

Let the good times roll and host an official Skee-Ball league at your bar today! Check out www.brewskeeball.com for more info and say hello.

---------------------------

Thanks guys and chat more soon.

Rock n ROLL,
-e

On Wed, Jan 25, 2017 at 1:33 PM, Geena Pandolfi <geena@sayleswinnikoff.com> wrote:
>
> Hi Eric –
>
>
>
> I just want to follow up with this again. We just launched the Facebook page today (https://www.facebook.com/OfficialSkeeBall/) and I wanted to see about any content we could share from your page or from what you have.
>
>
>
> Thank you!
>
>
>
> Geena Pandolfi
>
> Sayles & Winnikoff Communications
>
> 1201 Broadway, Suite 904
>
> Office – (212) 725 – 5200 ext. 113
>

CONFIDENTIAL BT0004904

> Cell - (516) 382 – 3844
>
> geena@sayleswinnikoff.com
>
> www.sayleswinnikoff.com
>
>
>
> From: Geena Pandolfi
> Sent: Thursday, January 19, 2017 1:12 PM
> To: ericpavony@gmail.com
> Cc: Holly Hampton <hhampton@baytekgames.com>; Alan Winnikoff <alan@sayleswinnikoff.com>
> Subject: Skee-Ball Facebook
>
>
>
> Hi Eric –
>
>
>
> I hope you are doing well! As we discussed on the Skee-Ball call last week I am working on a social media content calendar for our page (Official: Skee Ball). I wanted to know if you had any content that you would be willing to let us share? I remember you saying there were a couple of interviews at the end of this month so we would love to share those as well as anything else like photos or videos that you have.
>
>
>
> Thanks, I appreciate it!
>
>
>
> Geena Pandolfi
>
> Sayles & Winnikoff Communications
>
> 1201 Broadway, Suite 904
>
> Office – (212) 725 – 5200 ext. 113
>
> Cell - (516) 382 – 3844
>
> geena@sayleswinnikoff.com
>
> www.sayleswinnikoff.com
>
>