# PX EXHIBIT 96

**From:** Eric Pavony <ericpavony@gmail.com>
**Sent:** Tue, 22 Sep 2020 23:16:00 -0400
**To:** Eric Pavony <ericpavony@gmail.com>
**Subject:** Bay Tek Photos - with Full Circle Jerks Scoreboard and Skee-Ball LIVE Lanes at BEEB
**Attachments:**
· 171126 BAY TEK AT BEEB 3.JPG  *(3 mb)*
· 171126 BAY TEK AT BEEB 2.JPG  *(3 mb)*
· 171126 Bay Tek at BEEB 1.JPG  *(3 mb)*
· 170716 Bay Tek with Full Circle Jerks Scoreboard 2.png  *(5 mb)*
· 170716 Bay Tek with Full Circle Jerks Scoreboard 1.png  *(3 mb)*

---

attached

CONFIDENTIAL
FCU000020330


CONFIDENTIAL FCU000020331



CONFIDENTIAL

FCU000020332




CONFIDENTIAL
FCU000020334



CONFIDENTIAL