UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FULL CIRCLE UNITED, LLC,<br><br>    Plaintiff,<br>v.<br><br>BAY TEK ENTERTAINMENT, INC.,<br><br>    Defendant. | CASE NO. 1:20-CV-03395 |
| BAY TEK ENTERTAINMENT, INC.,<br><br>    Counterclaim Plaintiff,<br>v.<br><br>FULL CIRCLE UNITED, LLC,<br><br>    Counterclaim Defendant,<br><br>and<br><br>ERIC PAVONY,<br><br>    Additional Counterclaim Defendant. | |

**FULL CIRCLE'S EXHIBITS TO WHICH BAY TEK ENTERTAINMENT OBJECTS SOLELY IN CONNECTION WITH ITS FORTHCOMING MOTION *IN LIMINE* REGARDING DOCUMENTS RELATED TO THE SEPT. 23, 2024 ORDER**