# PX EXHIBIT 7

Stage Gate Meeting

April 26 2016

Stage 4 – ToT Reload Kit, SB Classic
- o Consider George Dell for Skee Ball Assimilation

Stage 3 – Strings, Pop the Lock, Shocker Chair
- o Shocker –
  - o life testing
  - o Can we use their sw and board
  - o Ash wood
  - o Reverse engineering project – treat is as contract manufacture for now. Any deviations should be run past Glenn Kramer
- o Pop the Lock
  - o Look at the competitive space this game will be going up against to help determine BOM range and sell price. Note – strong rankings allow us to get more for the products we ultimately sell.
- o Strings
  - o Next, and likely last proto attempt about to go to market
  - o Action – provide some background to GP regarding the BOM, price positioning, competition landscape

Stage 2 – Skee Ball Video, Roll Down, Small Wheel, Brewskee Ball,
- o Brewskee Ball
  - o Share Brewskee slide deck (which has numbers)
  - o If we don't build it, they claim they have the rights in the agreement to have the games built by a competitor WITH the Skee Ball name
  - o Based on the biz case, we are leaning towards saying yes to 20-25 pieces built via our Stage Four process
  - o Blue sky biz case (subject to change)
    - ▪ 3 Skeesons per year, last 3 = $79.5; has been on a growth trajectory revenue-wise
    - ▪ In 5 years, they project 1650 machines needed @ 825 locations
    - ▪ Projected 5 year revenue from licensing revenue alone is $1.4MM
      - • $747K Merchandise
      - • $623K Sponsorship
      - • $31K App advertising
    - ▪ Project net sale of NSBL Alley - $1750 cost (ROF comparison) / .28 = $6250 / .89 dist disc = $7000 dist price / .90 = $7777 (10-points above distribution).
      - • Let's assume $7000 sale price * 1650 units = $11.5MM
      - • Alleys could be a $9MM-$12MM opportunity over 5-years



EXHIBIT
044
FCU v. BayTek

- There will be service revenue as well
  - Small wheel
    - Gem theme
    - BOM and pricing model?
  - Skee Ball Video
    - (This is based more on my convo with Eric last week)
      - Our opportunity to make hay on this concept is strongest in the FEC market, which is white hot right now. The bar market is cold
      - Steve Veach, Bowlmor, as a possibility to test in location where alleys are too big to reside

Stage 1 – Dice Game, Jet Ball, Cookie Cruncher
  - Dice game – own the skill definition.

Action – Populate the Project spreadsheet to show where each one is in priority, where it is in the stage gate process, BOM, target sell, etc….