# PX EXHIBIT 11

From:			Larry Treankler </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4B8C9FA7AF894774976F3D8909118914-LTREANKLER>
Sent:			January 21, 2017 8:07 PM
To:			Bob Rupp;Leadership Team
Subject:		Sales Shit
Importance:		Normal

Hey team,

Just want to give you a few updates. You may already have some info relating to them but figured I'd give some depth

CEC

Over the past 10 days we have been working on an order of Pop the Locks for 50 at $7305 or 100 at $7,135. We've been doing a dance with them over pricing. We are attempting to take out the haggling that goes on with pricing after they've established a desire to purchase a tittle. We held our ground on this one and they responded in kind. They were offering $6,995 for 100 so they weren't insulting us it's just that again we're looking to eliminate the dancing. Anna was down there this week on SPINcredible so we had her give our rationale in person. Mahesh said early on in the post Tom Ward era he needs some negotiating wins and stated he asked for the 2% disc so it would be easy for us to say yes. Sooo he said if we meet the $6,995 he'd add 50 units and take 150. Which did made it really really easy to say yes and still feel we started setting the table for dance free selling in the future. These games will be shipped over the course of 2017. I'd wait a day or two for Anna to send out the news and then you can high 5 her.

Ventas

Lance is working to finalize a deal for 45 Full Tilt's and 45 Grand Piano Keys that would ship over the course of the year. They also said if the Pop the Lock test goes well they'd add 25 of those too. The test units ship in February. As you would expect they are requesting a price concession for the size of the order and also because of the dollar kicking the living Shit out of other currencies. The negotiation is ongoing but they need some of these games sooner than later so I think we'll get answers soon.

Brewskee-Ball

Tom, Holly and I had a conversation yesterday with the Eric's(3). They were looking to us to fund the development of the first 25 alleys of a new proprietary design for them. Tom, Holly and Bay Tek have been adamant that they need to be funded by others to the time of 200k to purchase the first 25 before we bite off the design of it. We stayed the course and said no. What did agree to do was to provide them parts to modify 2 old Skeeball Classics they have so they can create prototypes of their design concept and test them in 2 of their locations. There is a significant social media component to what they're trying to do. We also gave them the option to take a new Bay Tek Skeeball Classic to modify but quoted at least the end of March for us to get it to them.

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY						BT0007589

They are going to decide which option they want to pursue. These guys have been at it for several years now and seem to have something but it's an always almost there kind of thing. They're good guys with a never give up mentality. If somehow they can pull this off and end up with a National Brewskee-Ball league format and tournaments it would be a big perpetual win for our Skeeball brand and we'd sell them several hundred if not a few thousand
Very expensive alleys. We'll keep you in the loop as we proceed.

Many many other things cooking but my fingers are worn out from typing on my friggin phone.

Lt


Get Outlook for iOS

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                                                          BT0007590