# PX EXHIBIT 21

**From:** "Eric Pavony <eric@nsbl.com>" <eric@nsbl.com>
**Sent:** Wed, 19 Jul 2017 23:08:15 +0000
**To:** Holly Hampton; Larry Treankler; Eric Schadrie
**CC:** Eric Wikman
**Subject:** Bay Tek / NSBL Recap
**Attachments:**
· FCM-BayTek-NSBL.jpg *(2 mb)*

---

Hi guys,

What a great couple of days with you here in Austin. Thank you again for taking the time to come see the league in action and discuss the NSBL. It was fun and productive, with a side of breakfast tacos, burgers and margaritas.

See attached for the latest issue of Full Circle Magazine hot off the presses. You guys made the cover! (It's a special Pulaski edition, made just for you)

We had the staff tubing trip for the Austin bar after you left. I'm typing now with sun burnt fingers, but wanted to get out a brief recap of our meeting and some next steps.

------------------------------------

**Regarding the 10 lanes for The BEEB and NSBL Showcase (October 27-29):**

Let us know as soon as you can if the R&D team will be able to make the discussed alterations and additions to the Skee-Ball Classic lane and add the new tech components in Pulaski. This would be the ideal way to do it for The BEEB this year.

If it's not possible, we will be able to add the tech to our current S-Models, but the more time we have to do that the better. So, the sooner we know if you can do it on your Classics in house or not, the quicker we can prepare to handle it on our S-Models, if needed.

As soon as you guys have an answer for us, we'll send you a breakdown of the tech components needed for purchase and the cost. They can be shipped to Pulaski or to us, depending on if they are going into your Classics or our S-Models. You mentioned you have HD screens and possibly some camera options that you've used for other games. Please confirm if those screens and cameras will work.

------------------------------------

**R&D "To-Do" List for 10 NSBL BEEB Lanes (part of the initial 25):**

-Build new cabinet to house 32" HD screen (with protective plastic)
-Add foot indentation to the front of the lane (it needs to be 9" deep)
-Figure out the mounting of both the "roller camera" and "board camera"
-Add phone holder (if possible for these lanes, but not necessary. also, doesn't need to be super polished.)
-Add cup holder (if possible for these lanes, but not necessary)
-Use the red lane cork (#1101) if possible
-You can use your same Skee-Ball Classic board, but preferably with the red cork
-Add NUC computer
-Add arduino
-No dollar bill units, no Classic display, no Classic computer needed

FCU000002450
CONFIDENTIAL

------------------------------------

**Meeting Highlights:**

-Bay Tek agreed to purchase all the technology components needed for 10 NSBL prototype lanes at The BEEB, as well as 10 Classic boards to be used. Waiting to hear if R&D team can make needed alterations and additions to the Classic lane in time for BEEB, or if we will be putting the new tech into the S-Models in Austin for The BEEB.

-Bay Tek said they "want to agree" to build the 25 NSBL lanes (with new limited scope of work) for the revenue share model that was presented - but Larry first needs to get with R&D team to make sure they can handle it. We all agreed that these 25 lanes will not include the final "NSBL board", just the agreed upon changes and additions that Eric said were "doable". We'll be using the current Classic board on these lanes and the plastic balls. The plan is to replace the 25 league lanes with these 25 NSBL lanes (sometime after The BEEB), while prototyping the NSBL board and finalizing a proper NSBL ball (wood composite or resin). These 25 lanes will be used to obtain pre-orders, collect data, beta test and court investors.

-Bay Tek said they want to take on the R&D for prototyping the new NSBL board. Bay Tek said they will let us know if the board R&D can be done for a revenue share.

-Wikman and Pavony to put together an NSBL equity proposal for Bay Tek.

-Wikman will review the detailed NSBL launch, roll-out and 5 year business model with Larry via WebEx, after Larry gets back from his trip.

-Wikman and Pavony to put together a snapshot of what just the Texas NSBL market would look like, if we do not involve operators, distributors or give a cut to the venues. This snapshot assumes that Bay Tek takes on lane expense and that Bay Tek and NSBL share in 100% of the gameplay revenue from all lanes.

------------------------------------

It's so incredibly exciting to know we're about to take that next level step together in bringing the NSBL to life. We have a lot more to discuss and work on of course, but it's all very positive, very big potential kind of stuff.

Looking forward to keeping the ball rolling with you after our solid day of conversations.

Thank you.

For the love of the lane,
-eric

FCU000002451
CONFIDENTIAL

