# PX EXHIBIT 24

| From: | Ryan Cravens </O=BAY TEK INC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=RYAN CRAVENSE38> |
|---|---|
| Sent: | July 28, 2017 4:53 PM |
| To: | Holly Hampton |
| Subject: | Eric Pavony Call |
| Importance: | Normal |

Holl,

I had a long and constructive conversation with Eric this afternoon. The guy oozes with love and passion for this game and it is nice to see that in an industry where people tend to take what we do for a living for granted. We spoke about his journey to where he is now as well as his vision for the future of NSBL. Here are some things that I want to accomplish with Eric and the rest of the gang.

- Establish a love connection between Eric Pavony and Joe Lucchese
    - Joe brought all sponsorships to Big Buck Hunter and helped elevate the event over years
    - Eric is sending me a deck on the NSBL Tournament to give to Joe
    - Joe was burned badly by Play Mechanix and I need to warm him up to this
    - Eric is in need of more cash to help with the upcoming tournament and this could be a big help
    - This tournament is the short term and Joe could be instrumental in growing the sponsorship element as the network grows
- Understand the scope of Full Circle
    - Get down to Austin before the NSBL Tournament and get a tour of the present setup and the plans for the future
    - Flesh out plan of rolling out the league and lanes (He was not aware how much of a Skee-Ball market that Minneapolis had become for example)
    - Continue to grow the relationship between Bay Tek and FCU
    - Polish up my Skee-Ball skills

Again, it was very positive and if we can bottle a tenth of his passion and spread it around the country, this is going to be a very successful project.

Take care,

Ryan

*Ryan Cravens*
Business Development Manager

**Bay Tek Games, Inc.**
1077 East Glenbrook Drive Pulaski, WI 54162
W: baytekgames.com
C: (425) 395-6135

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY	BT0007695