# PX EXHIBIT 25

| From: | Mark Johnson </O=BAY TEK INC/OU=BAY-TEK/CN=RECIPIENTS/CN=MARKJ> |
|---|---|
| Sent: | August 11, 2017 7:40 AM |
| To: | Fun-Yuen Chang |
| Cc: | William Jensen;Eric Wikman;Matt Henning |
| Subject: | RE: Bay Tek - Intel NUC Substitute - 17-08-11 |
| Importance: | Normal |

Matt and Fun-Yuen,

For this particular project I think we are going to build up to 25 to start.

After that it may be many more, but hard to determine. A safe working estimate would be 100.

We need to significantly beat the price of the NUC to make a design change worth our while.

Thanks,

Mark J

**From:** Fun-Yuen Chang [fchang@usa.ieiworld.com]
**Sent:** Friday, August 11, 2017 7:19 AM
**To:** Mark Johnson
**Cc:** William Jensen; 'Eric Wikman'; 'Matt Henning'
**Subject:** Bay Tek - Intel NUC Substitute - 17-08-11

Hi Mr. Johnson, and everyone,

Sorry for the delay as I'm still traveling in Chicago.

Our attached products in 4th Gen. Bay Trail **(uIBX-230-BT; VGA)** & 5th Gen. Braswell **(uIBX-250-BW; HDMI)**, would compare against Intel Nucs.

May we know a reference quantity and your target cost (with RAM & Storage), to send our offer for your review? Thank you.

Best Regards,

Fun-Yuen Chang
Business Development Manager - Central Region
IEI Technology USA Corp.

T: 909-595-2819 EXT. 113
C: 714-280-5879
E: fchang@usa.ieiworld.com
www.ieiworld.com

**From:** Mark Johnson [mailto:Mjohnson@baytekgames.com]
**Sent:** Thursday, August 10, 2017 9:28 AM
**To:** matt@maxtechsales.com; fchang@usa.ieiworld.com

**Cc:** William Jensen; Eric Wikman (eric@wikman.com)
**Subject:** Intel NUC Substitute

Hi Matt,

Sorry I missed your visit to Bay Tek Games. Will Jenson said you had a possible low cost NUC substitute you could offer us.

I know there are many different variety of NUC's. The NUC we are using is "NUC7i3BNH, 4 GB Mem, 128 GB Sata M.2 SSD, Ubuntu". How close of a cross can you get to this NUC and can I get some pricing?

Will told me this has 15 year support. Sounds really good.

Thanks,

Mark Johnson