# PX EXHIBIT 26

| From: | Tom Diedrich </O=BAY TEK INC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=THOMAS DIEDRICH304> |
|---|---|
| Sent: | August 21, 2017 8:20 PM |
| To: | Pat Scanlan |
| Cc: | Leadership Team |
| Subject: | Re: Leadership Team Meeting 9/5/17 |
| Importance: | Normal |

Given the potential this has if they get it off the ground, and the resources we are decking against it, it makes sense to give them 30 minutes.

Sent from my iPhone

On Aug 21, 2017, at 4:54 PM, Pat Scanlan <pscanlan@baytekgames.com> wrote:

Team,

Please see below for a request from Ryan Cravens. Do we have an interest in having this group spend a bit of time with us? These are the NSBL guys. Earlier in the day they are meeting with Larry and were wondering if they would be able to engage the rest of the team as well.

Thanks,

Pat

**From:** Ryan Cravens
**Sent:** Monday, August 21, 2017 4:35 PM
**To:** Pat Scanlan
**Cc:** Holly Hampton
**Subject:** Leadership Team Meeting 9/5/17

Pat,

The Full Circle group will be in town on September 5th and I would like to have them present to the Leadership Team that day and discuss their plans in regards to the Future of competitive and casual Skee-Ball play. If possible, can we have them speak for the first 30 minutes of the meeting?

Take care,

Ryan

*Ryan Cravens*
Business Development Manager

**Bay Tek Games, Inc.**

1077 East Glenbrook Drive Pulaski, WI 54162
W: [baytekgames.com](baytekgames.com)
C: (425) 395-6135