# PX EXHIBIT 27

| From: | Larry Treankler </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4B8C9FA7AF894774976F3D8909118914-LTREANKLER> |
|---|---|
| Sent: | September 05, 2017 9:21 PM |
| To: | Ryan Cravens |
| Subject: | Re: Full Circle Meeting Today |
| Importance: | Normal |

You're welcome. Let's discuss this further.

Get [Outlook for iOS](#)
**From:** Ryan Cravens <rcravens@baytekgames.com>
**Sent:** Tuesday, September 5, 2017 4:45:10 PM
**To:** Larry Treankler
**Cc:** Holly Hampton
**Subject:** Full Circle Meeting Today

Larry,

Thank you for your time today and I appreciate you letting me in the meeting with the group of Erics. It sounds like everyone is on the same page now and we can move forward at the same speed and in the same direction. I would like to work together with Full Circle to make sure that the next stab at this is more focused to what we would like to see.

My motivation for this project is not because this Skee-Ball project is neat and exciting but because the platform that they are building is powerful and could be the foundation for more games that we produce like Super Shot or we could license it to other manufacturers like Arachnid.

Also, we spoke about Gamer Green integration last week. I love where your head was at in the Leadership meeting today.

*Ryan Cravens*
Business Development Manager

**Bay Tek Games, Inc.**
1077 East Glenbrook Drive Pulaski, WI 54162
W: [baytekgames.com](#)
C: (425) 395-6135

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY          BT0002446