# PX EXHIBIT 28

**From:** "Ryan Cravens <rcravens@baytekgames.com>" <rcravens@baytekgames.com>
**Sent:** Wed, 06 Sep 2017 22:53:25 +0000
**To:** eric@nsbl.com
**Subject:** Thank you

Team Eric,

I am not sure if I said this enough, but thank you. Thank you for making the long trip, thank you for your vision, thank you for your hard work and of course, thank you for your passion.

This craziness that you all are creating is exciting, daunting and challenging and I am going to do everything in my power to make it as successful as possible.

The obstacles that you have all faced getting here will make for a great story one day. There will be more challenges ahead, however we at Bay Tek will try to make them easier and quicker to overcome.

Travel safely and I look forward to working with you all.

#teamryan

*Ryan Cravens*

Business Development Manager

**Bay Tek Games, Inc.**

[1077 East Glenbrook Drive Pulaski, WI 54162](#)

W: [baytekgames.com](#)

C: [(425) 395-6135](#)

FCU000004058
CONFIDENTIAL