# PX EXHIBIT 29

Holly,

This will be a Mega Week in Review as it will encompass two weeks. Apparently Mega means two weeks.

**Liveality** – This is a tough one. As long as I have been with Bay Tek, Dan has not been able to hit one deadline. We met on Wednesday the 6th and had a long conversation. I like Dan and he has some brilliant ideas, however the follow through is not there. He promised that the new version of the app would be ready for Helen's Birthday and late on Friday night he informed me that would not happen. In our conversation he was talking about his wins with Liveality and he included EAA as one of them and that raised serious red flags for me as the Liveality functionality was never included in that App. Also, I do not see a viable model for this app with the numbers first proposed, I believe that the value that Dan has given it is much higher than many would be able to pay. I agree with him that there is a need for scheduling functionality, but if he cannot get this app done, I do not want to wait for him to add something even more complex to it. We need to start looking at our exit options with Liveality.

**Full Circle** – Yes, I am now drinking the Kool-Aid with Full Circle, but it is really good Kool-Aid in fact they may have spiked it. Going down to the event with Mark J and Joe L was very eye opening. The event was well attended especially since it was a Monday night after a major storm. Mark is much more on board than he was before the trip. The following week, Team Eric came up to Pulaski and we had a whirlwind day of meetings on Tuesday the 5th. Team Eric really enjoyed the new lanes and it energized them a bit more.

The first meeting with Larry was not what anyone expected as there was a lot of misunderstanding between both parties and this helped clear it up a bit. Larry mentioned giving cash considerations for changing the contract as well as other ways to get investments from BT including trading Zymo time for equity as well as traditional investment for equity. Team Eric felt a little frustrated as they feel that they are forgotten when they are not in front of Larry and I talked to both parties and I will make myself responsible for making sure that the information flows a bit more clearly. The meeting with the leadership team was good for Team Eric as John and Bob were very engaged. The following day there was another meeting with Larry, Bob and Team Eric and there were more details laid out and Larry informed everyone that BT will be moving forward slowly with this project as he wants to see that this will work in other areas where Team Eric is not hands on.

Joe Lucchese will be getting a proposal and a detailed plan to us on how he would like to proceed with working with Full Circle. If it is something that would help grow and mature the concept this may be another avenue in which we can create equity for ourselves as well as grow the sponsorship revenue source. I expect the plan to be delivered this coming week.

**Vacuum Crane** – It looks like the trip to L.A. will be quite full, however there may not be a Full Circle event as there is nothing planned yet in L.A. (that kind of frightens me).

**10X Game Room** – Kyle Berger is a Rock Star (that is not a news flash). On Friday, the location was being mudded and they believe that they will start painting on Monday or Tuesday. The double door is in the front and the door to Cousins has

been installed. Internet is already installed. The non Bay Tek Games have already been assembled and tested. Sammy is working on the advertisement and we will have the ability to print a QR Code that all people would be able to use once, however if it gets online, all people would be able to use it. We should discuss if that is a wise route to take.

**Raw Thrills** – I am meeting with Andy on Thursday the 14th.

**Stern** – You and I need to discuss this.

I expect many stories about your trip as well as pictures.

Take care,

Ryan


*Ryan Cravens*
Business Development Manager

**Bay Tek Games, Inc.**
1077 East Glenbrook Drive Pulaski, WI 54162
W: baytekgames.com
C: (425) 395-6135

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY