# PX EXHIBIT 30

**From:** "Ryan Cravens <rcravens@baytekgames.com>" <rcravens@baytekgames.com>
**Sent:** Sat, 09 Sep 2017 01:34:58 +0000
**To:** eric@nsbl.com
**CC:** Holly Hampton
**Subject:** BEEB

Team Eric,

I just wanted you to know that Bob Rupp (CEO) came to the marketing office yesterday and told Sammy and I that he believes that it is very important to see the BEEB and he will be making the trip in October. It was totally unsolicited and he seemed very excited to see it.

In other words, you guys rocked the presentations. Great work.

Take care,

Ryan

*Ryan Cravens*

Business Development Manager

**Bay Tek Games, Inc.**

[1077 East Glenbrook Drive Pulaski, WI 54162](#)

W: [baytekgames.com](#)

C: [(425) 395-6135](#)

FCU000002624
CONFIDENTIAL