# PX EXHIBIT 31

From: Ryan Cravens </O=BAY TEK INC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=RYAN CRAVENSE38>
Sent: September 17, 2017 8:48 PM
To: Holly Hampton
Subject: Week in Review: 9/15/17
Importance: Normal

Holly,

Since there is no sporting event that is occurring tonight, I thought that you would want to curl up with a good email.

**Liveality** – I had a difficult but needed conversation with Dan on Friday and I gave the following reasons for why I am disappointed:
- As long as I have been with Bay Tek, Dan has not been able to hit one deadline.
- The app has yet to be tested with the latest version
- It is still not user friendly
- He does not seemed fazed by missing these deadlines

He stated that the new version that did finally come online last weekend still does not have updated functionality and we does not even know what people want. He became quite defensive and upset as would be expected but then sounded quite defeated at the end. I like Dan and his ideas, however his lack of follow through gives me pause as we need to rely on him to have a working product to sell and his track record is not a good indication at this point.

We have a meeting scheduled with him on The 27th at 10AM. We can change it as we have other meetings conflicting with that date.

**Full Circle** – I reached out to Larry in regards to the questions that Team Eric has for them. You may need to do the call with Eric solo as I am being FEC Tour Guide to the stars with Rick again tomorrow starting at 11AM. I should be getting the elusive proposal from Joe Lucchese this week and it might be another tool that we can use to work with FCU. On a side note, I have signed up for almost every Brewskee-ball league city so I can get their dispatches. L.A. does now have an event during the week we are planning on heading to SoCal.

**Vacuum Crane** – I would like to get this trip officially on the calendar this week so we can let these guys know and that we can nail down the schedule.

**10X Game Room** – You are back in the saddle with this and I cannot wait to see the paint job. I may even steal elements for my new office (more on that juicy tidbit later).

**Raw Thrills** – The meeting with Andy went very well and he is coming up to tour the factory and talk to the team either the 26th or 27th. I will firm up the date and get meetings scheduled. This could be a very fruitful relationship and quite fun.

**FEC Tour** – Sammy came down last week and spent time with Rick and I. We visited 6 FECs (Level 257, Gameworks, Dave & Busters, Round 1, Enchanted Castle and Main Event) and we hit the AMOA office, Betson and AVS. We did not have time for AAMA, but this will not be Sammy's last trip down here. She said that my wife may be here soulmate, so you two may have to duke it out for my wife's affections.

Take care,

Ryan


***Ryan Cravens***
Business Development Manager

**Bay Tek Games, Inc.**
1077 East Glenbrook Drive Pulaski, WI 54162
W: baytekgames.com
C: (425) 395-6135

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                                       BT0002528