# PX EXHIBIT 32

From: Ryan Cravens </O=BAY TEK INC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=RYAN CRAVENSE38>
Sent: September 19, 2017 10:18 AM
To: Holly Hampton
Subject: Team Eric Meeting
Importance: Normal

Holl,

Here are some of the topics that I want to discuss prior to the call with 3ric today:

Larry's Answers:
**1Q.** Beyond the 25 initial rev share lanes, how many more lanes do you want to manufacture to prove that model?

**1A.** Another 25 lanes. Proving the model is running the lanes through several Skeesons (2 at the minimum) on all 35 lanes. We would like to test 15 -20 lanes of our own if that is OK with FCU and BT.

**2Q.** What are the specific items that you want to change on the contract and what price tag do you want to attach to each one?

**2A.** Holly and I need to put our heads together on this. Larry has 2 (Putting a sunset clause on and being able to carve out more of the contract for us to try other events outside of bars)

**3Q.** What is the initial investment for equity once the small scale model is proven?

**3A.** 6 figures for the initial funding ($100,000), additional rounds would be similar. The additional rounds would need Bay Tek to perform due diligence

**4Q.** Will roll out of these lanes only be with the "Brew-Skee Owns all of them" model or will we look to work with a select few operators as well?

**4A.** Bay Tek would need additional funding to help with a full rollout if we continue with the fully owned lanes. Using operators or a partner like Betson could be an option.

**5Q.** Can we detail what a Zymo work for equity proposal would look like?

**5A.** How far along is the app? We have no idea what the scope of work would be

The Pro-Ject Proposal:

- This is the same path that Play Mechanix went down and was able to see big returns
- If we were to roll this out, I would want to roll it out in conjunction with the NSBL lanes
- The focus of the proposal needs to be narrowed for Brewskee-Ball and the bar market only
- Further, we need to focus on the seven Brewskee-Ball cities:
    o San Francisco
    o Los Angeles

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
BT0008171

- Brooklyn
- Austin
- Wilmington
- Gainesville
- Philadelphia

- I want to know what the pricing is after the initial work to actually get sponsors
- With a narrowed scope of work, can the price come down?
- How can we use this to push the project forward and how can it benefit BT?

Take care,

Ryan




*Ryan Cravens*
Business Development Manager

**Bay Tek Games, Inc.**
1077 East Glenbrook Drive Pulaski, WI 54162
W: baytekgames.com
C: (425) 395-6135