# PX EXHIBIT 33

**From:** "Ryan Cravens <rcravens@baytekgames.com>" <rcravens@baytekgames.com>
**Sent:** Tue, 19 Sep 2017 20:53:09 +0000
**To:** Holly Hampton; Eric Pavony
**Subject:** Larry Questions and Answers

Eric and Holly,

Here are the questions and answers so far from Larry.

Larry's Answers:

**1Q.** Beyond the 25 initial rev share lanes, how many more lanes do you want to manufacture to prove that model?

**1A.** Another 25 lanes. Proving the model is running the lanes through several Skee-sons (2 at the minimum) on all 35 lanes. He would like to test 15 -20 lanes of our own if that is OK with FCU and BT.

**2Q.** What are the specific items that you want to change on the contract and what price tag do you want to attach to each one?

**2A.** Holly and I will be attacking this over the next few days and will be getting back to you in greater detail.

**3Q.** What is the initial investment for equity once the small scale model is proven?

**3A.** 6 figures for the initial funding ($100,000), additional rounds would be similar. The additional rounds would need Bay Tek to perform due diligence

**4Q.** Will roll out of these lanes only be with the "Brew-Skee Owns all of them" model or will we look to work with a select few operators as well?

**4A.** Bay Tek would need additional funding to help with a full rollout if we continue with the fully owned lanes. Using operators or a partner like Betson could be an option.

FCU000002689
CONFIDENTIAL

**5Q**. Can we detail what a Zymo work for equity proposal would look like?

**5A**. How far along is the app? We have no idea what the scope of work would be

Take care,

Ryan

*Ryan Cravens*

Business Development Manager

**Bay Tek Games, Inc.**

1077 East Glenbrook Drive Pulaski, WI 54162

W: baytekgames.com

C: (425) 395-6135

FCU000002690
CONFIDENTIAL