# PX EXHIBIT 34

| From: | Andy Gerend <agerend@baytekgames.com> |
|---|---|
| Sent: | September 20, 2017 8:51 AM |
| To: | Ryan Cravens;Eric Schadrie;Holly Hampton |
| Subject: | Re: Skee-Ball Live TM |

I'm not worried about securing this trademark since it has SKEE-BALL in the title. If we want to just initially start with the arcade classification for trademark, we can always file for more when we have a better picture of what this will become.

**From:** Ryan Cravens <rcravens@baytekgames.com>
**Date:** Wednesday, September 20, 2017 at 8:45 AM
**To:** Eric Schadrie <eschadrie@baytekgames.com>, Andrew <agerend@baytekgames.com>, Holly Hampton <hhampton@baytekgames.com>
**Subject:** RE: Skee-Ball Live TM

Team,

Personally I would stay away from an app that would work with the lanes, however I would keep it for virtual app games as well as toys etc…

Holly, your thoughts?

Ryan

*Ryan Cravens*
Business Development Manager

**Bay Tek Games, Inc.**
1077 East Glenbrook Drive Pulaski, WI 54162
W: baytekgames.com
C: (425) 395-6135

**From:** Eric Schadrie
**Sent:** Wednesday, September 20, 2017 8:33 AM
**To:** Andy Gerend; Holly Hampton
**Cc:** Ryan Cravens
**Subject:** Re: Skee-Ball Live TM

That's a good question- I believe the Apps that function with the alleys will have different names based on the game plays, under the NSBL umbrella- and that the Skee Ball LIVE is only the cabinet/product- but I don't know how that works for trademark associations.

Holly or Ryan, what do you guys think? We are currently not controlling the back-end App development.

**ERIC SCHADRIE**
CONCEPT DEVELOPMENT MANAGER

**Bay Tek Games, Inc.**
1077 E. Glenbrook Dr., Pulaski, WI 54162

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY　　　　　　　　　　　　　　　　　　　　　　　　　　　BT0002573

W: baytekgames.com
P: 920.822.3951 x 1617

FACEBOOK • TWITTER • CATALOG

---

**From:** Andrew Gerend <agerend@baytekgames.com>
**Date:** Wednesday, September 20, 2017 8:29 AM
**To:** Holly Hampton <hhampton@baytekgames.com>, Eric Schadrie <eschadrie@baytekgames.com>
**Cc:** Ryan Cravens <rcravens@baytekgames.com>
**Subject:** Re: Skee-Ball Live TM

Is SKEE-BALL LIVE going to associated with any other items besides the arcade game? I'm working on the TM and our lawyer wants to know if there are any other categories that we should file under…i.e., apps, toys, etc.

Thanks
Andy

---

**From:** Holly Hampton <hhampton@baytekgames.com>
**Date:** Tuesday, September 19, 2017 at 5:41 PM
**To:** Eric Schadrie <eschadrie@baytekgames.com>, Andrew <agerend@baytekgames.com>
**Cc:** Ryan Cravens <rcravens@baytekgames.com>
**Subject:** Skee-Ball Live TM

Hey All,

I've heard this is what we are calling the NSBL lane, I love it!

Can we get it trademarked right away? Or perhaps we already have…

Thanks!

*Holly Hampton*
Director of Marketing & Innovation

**Bay Tek Games, Inc.**
1077 East Glenbrook Drive Pulaski, WI 54162
W: baytekgames.com
C: (920) 360-1491
P: (920) 822-3951 ext. 1707
F: (920) 822-8936