# PX EXHIBIT 35

**From:**                Ryan Cravens </O=BAY TEK INC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=RYAN CRAVENSE38>
**Sent:**                September 20, 2017 11:21 AM
**To:**                Joe Lucchese
**Cc:**                Holly Hampton
**Subject:**               RE: Bay Tek SOW 2017
**Importance:**          Normal

Joe,

Thank you for getting this proposal to us. I would like to make a few changes and let you know where we are with this project.

Changes:
- We want to have the focus of the program to be on Live Play of Skee-Ball in the Bar Market, essentially the Brewskee-Ball brand. We are working with marketing and PR firms in regards to Skee-Ball brand.
- The Brewskee-Ball Leagues are currently in the following cities and that is where are focus should be right now: Brooklyn, Wilmington, Philadelphia, Gainesville, Austin, San Francisco and Los Angeles.

Questions:
- With the narrowed focus does that bring down the initial cost of this 5 week plan?
- What is the cost of working with Pro-Ject after the initial 5 weeks?

Timing:
We are building 35 lanes for the Brewskee-Ball group to use in all of these cities and it will only interact with the app. We do not have a solid date yet for when the app will be done. We are looking to provide answers as soon as possible.

Take care,

Ryan

*Ryan Cravens*
Business Development Manager

**Bay Tek Games, Inc.**
1077 East Glenbrook Drive Pulaski, WI 54162
W: baytekgames.com
C: (425) 395-6135

**From:** Joe Lucchese [mailto:joe@pro-ject.is]
**Sent:** Monday, September 18, 2017 3:03 PM
**To:** Ryan Cravens
**Subject:** Bay Tek SOW 2017

Ryan -

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Please see attached.  Let me know if you need anything else or have any questions.


Thank you ~

**Joseph Lucchese**
Pro-Ject HQ
1550 W. Carroll Ave, Suite 210
Chicago, IL 60607
c. (702) 610-6661
www.pro-ject.is

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY