# PX EXHIBIT 37

**From:**          Ryan Cravens </O=BAY TEK INC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=RYAN CRAVENSE38>
**Sent:**          September 26, 2017 1:17 PM
**To:**          Holly Hampton
**Subject:**          Wrap them up
**Attachments:**          Full Circle United - Project.docx
**Importance:**          Normal

HH,

We need to bring them into the tent. https://www.go90.com/videos/9qpSURQsVBF

If we invested in Liveality without a solid revenue producing plan, I see no reason not to put resources towards a project that will help us sell more of our core product. I am not trying to hurt feelings with that statement, by the way.

Take care,

Ryan

***Ryan Cravens***
Business Development Manager

**Bay Tek Games, Inc.**
1077 East Glenbrook Drive Pulaski, WI 54162
W: baytekgames.com
C: (425) 395-6135

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

BT0007743

**Full Circle United**

**Elevator Pitch:**

Bring them under the Bay Tek umbrella to help further their growth and utilize their talents for future projects in conjunction with R&D

**Market Conditions:**

- Skee-Ball is simmering in bars across the U.S. Not just in territories that have been managed by FCU.
- The street market is in dire need of a new product
- FCU can be used for feeding R&D game ideas

**Solution:**

*Plan 1 –*

- Acqui-hire FCU
  - Offer all three Erics positions and salaries within the Bay Tek organization.
  - Include signing bonuses as well as yearly retention bonuses that grow over a certain finite time period
  - The Erics are still able to earn a percentage of any revenue coming from Brewskee-Ball Leagues, events and promotions
  - Gives us more of a hand in the planned rollout
  - Create

*Plan 2 –*

- Joint Venture
  - Create a new entity that is equal parts BT, FCU and possibly another partner (Betson)
  - Fund the entity to move forward with the plan
  - Gives us more of a say in the rollout

*Plan 3 –*

- Invest in FCU
  - Go slow and invest $100K at a time
  - Change the contract piecemeal
  - Keep the current antagonism

*Plan 4 –*

- Walk Away
  - Give them the 35 lanes and then let them raise money and buy additional lanes from us

Plan 1 not only gives them security and a place at the Bay Tek table, it also feeds their egos. Eric P is a good person, however he has a healthy ego. I have not met people that goes to business meetings with a personal cameraman.

BT0007745