# PX EXHIBIT 38

| | |
|---|---|
| **From:** | Eric Schadrie <eschadrie@baytekgames.com> |
| **Sent:** | September 27, 2017 1:42 PM |
| **To:** | Andy Gerend;Maria Deau;Eric Pavony;Eric Wikman |
| **Subject:** | FW: Art for NSBL |
| **Attachments:** | NSBL-A5DE6704_button.pdf, NSBL-A5DE6703_back_panel.pdf, NSBL-A5DE6702_rail_front_right.pdf, NSBL-A5DE6701_rail_front_left.pdf, NSBL-A5DE6700_monitor_frame.pdf |

Sorry, I meant to copy Andy and Maria.

**ERIC SCHADRIE**
CONCEPT DEVELOPMENT MANAGER

**Bay Tek Games, Inc.**
1077 E. Glenbrook Dr., Pulaski, WI 54162
W: baytekgames.com
P: 920.822.3951 x 1617

FACEBOOK • TWITTER • CATALOG

---

**From:** Eric Schadrie <eschadrie@baytekgames.com>
**Date:** Wednesday, September 27, 2017 1:37 PM
**To:** Eric Pavony <eric@nsbl.com>, Eric Wikman <eric@wikman.com>
**Subject:** Art for NSBL

Hey guys,
Here are the updated art files. With a few notes.

TV frame- adjusted per your request

Button- adjusted per your request, but added a stroke around the letters (once lit, it will give it a little more "pop")

Both front rails: If we adjust to a transparent, we will have a lot of space we are covering with unnecessary decal material, so instead we reduced the amount of area covered by each decal, and shifted the Bay Tek logo completely onto an independent decal- near the bottom tray. Now the Skee Ball and NSBL logos will be balanced on each side, with the Stainless Steel visible behind it and a thin yellow/marroon frame to "contain" it.

Rt Rail front: Because of the shape/design of the button ring (protecting the button), we don't think it makes sense to put a decal on top of that ring. We adjusted the font, but it still reads above and outside of that ring.

Lt Rail front: adjusted to your logo

Button: using red instead of pink. Sorry, but none of us here were happy adding this pinkish-red to the color palette and we looked at the S-model and the Classic to try to understand your request. We are not comfortable adding the pink color to our style guide.

Back Panel: we adjusted the LIVE logo, but felt the two pieces of logo-type were isolated from each other and not working together. I think we have a clever way of tying them together. Again, we went to red instead of pink for the Skee Ball logotype.

Let me know your thoughts. We still have time to make adjustments if necessary, but before we do so, would like to see these mocked up on the game. I'll share pics with you.

Thanks,
Eric

**ERIC SCHADRIE**
CONCEPT DEVELOPMENT MANAGER

**Bay Tek Games, Inc.**
1077 E. Glenbrook Dr., Pulaski, WI 54162
W: baytekgames.com
P: 920.822.3951 x 1617

FACEBOOK • TWITTER • CATALOG