PX EXHIBIT 39

**From:** Holly Hampton <hhampton@baytekgames.com>
**Sent:** October 01, 2017 10:51 PM
**To:** Maria Deau;Sammy Harrison
**Cc:** Eric Schadrie;Ryan Cravens
**Subject:** RE: NSBL Alley Decals

Hey Ladies,

I need a little more direction than the attached files.

I'm a big fan of calling it Skee-Ball Live and keeping the brand within our walls.

I think NSBL is just a subset of what the Live version can do.

Can we please set up an internal meeting late next week (I'm in office Thursday and Friday) to discuss internally?

I know we are on a tight schedule, so if that's too late, I trust you all to knock out the meeting this week.

I just will input that this is our brand and we get to decide what it looks like.

Thanks all!

Holly

---

**From:** Maria Deau
**Sent:** Tuesday, September 26, 2017 2:50 PM
**To:** Holly Hampton; Sammy Harrison
**Subject:** NSBL Alley Decals

Hey Guys!

We have been working with the Erics on their alleys for the BEEB and would like your opinion on the changes we have made to try and compromise their designs. We would like your opinion on the art. Please let me know your thoughts.

**Maria Deau**
Graphic Artist

**Bay Tek Games, Inc.**
1077 E. Glenbrook Dr.,
Pulaski, WI 54162

baytekgames.com
P: 920.822.3951
C: 920.655.4138

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY