# PX EXHIBIT 40

| From: | Eric Schadrie <eschadrie@baytekgames.com> |
|---|---|
| Sent: | October 09, 2017 11:41 AM |
| To: | Larry Treankler |
| Subject: | Skee Ball LIVE (NSBL) alleys |

LT, Dawg.

Can you and I chat on the financial model and BOM/margin of the Skee Ball product? I simply want to know what we need to shoot, or what was negotiated, for with the next 25 alleys to be built (and possibly redesigned) with a closer eye on BOM. The components being added to the product for their customization and utilization are adding a significant chunk to the BOM. (I think I emailed some of those details to you earlier). At what point need we be concerned?

Thanks,
Eric

**ERIC SCHADRIE**
CONCEPT DEVELOPMENT MANAGER

**Bay Tek Games, Inc.**
1077 E. Glenbrook Dr., Pulaski, WI 54162
W: baytekgames.com
P: 920.822.3951 x 1617

FACEBOOK • TWITTER • CATALOG