# PX EXHIBIT 41

| From: | Holly Hampton </O=BAY TEK INC/OU=BAY-TEK/CN=RECIPIENTS/CN=HOLLY> |
|---|---|
| Sent: | October 09, 2017 2:37 PM |
| To: | Ryan Cravens |
| Cc: | Eric Schadrie |
| Subject: | Re: NSBL Art |
| Importance: | Normal |

Agreed ryan, and we get final say from the brand side.

We have to remind ourselves, at least I do, that they are a licensor and just like all the rest of the licensors we get final say/approval.

I would think from an infringement/trade mark/copywrite standpoint they would be super safe considering what they went through with SBI, but yet we should take the lead and ensure we are on the up and up!!

Thanks guys!

Sent from my iPhone

On Oct 9, 2017, at 2:45 PM, Ryan Cravens <rcravens@baytekgames.com> wrote:

Eric,

I just want to have an early discussion regarding the direction. Like I mentioned earlier, we just need to own this entire project.

Take care,

Ryan

*Ryan Cravens*
Business Development Manager

**Bay Tek Games, Inc.**
1077 East Glenbrook Drive Pulaski, WI 54162
W: baytekgames.com
C: (425) 395-6135

**From:** Eric Schadrie
**Sent:** Monday, October 9, 2017 6:21 AM
**To:** Ryan Cravens; Holly Hampton
**Subject:** RE: NSBL Art

Morning Ryan,
Maybe we can discuss this afternoon or tomorrow? Personally, I was hoping we would provide direction of this level of detail after the BEEB, for the next 25 games.

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY						BT0006284

Thanks,
Eric

---

**From:** Ryan Cravens
**Sent:** Tuesday, October 03, 2017 3:08 PM
**To:** Eric Schadrie; Holly Hampton
**Subject:** NSBL Art

Eric and Holly,

We had some questions about the art that was being used on the screens in the NSBL lanes (like the poo and pizza emoji). Did we ever follow up with Eric about that? I think this is an opportunity to offer our art services to the group as well.

Take care,

Ryan

*Ryan Cravens*
Business Development Manager

**Bay Tek Games, Inc.**
1077 East Glenbrook Drive Pulaski, WI 54162
W: baytekgames.com
C: (425) 395-6135