# PX EXHIBIT 42

**From:** "Eric Schadrie <eschadrie@baytekgames.com>" <eschadrie@baytekgames.com>
**Sent:** Mon, 09 Oct 2017 03:28:18 +0000
**To:** Eric Pavony
**CC:** Eric Wikman; r. cooper
**Subject:** RE: Art for NSBL

---

thanks Eric,
I'll make sure we get that corrected, with the ® symbol. Thanks for bringing it to my attention.

---

**From:** Eric Pavony [eric@nsbl.com]
**Sent:** Saturday, October 07, 2017 11:45 AM
**To:** Eric Schadrie
**Cc:** Eric Wikman; r. cooper
**Subject:** Re: Art for NSBL

Hi Schadrie,

Happy Saturday.

I wanted to point this out again to you directly.

I know you are including the "registered trademark" symbol next to Skeeter on the right rail where the smaller Skee-Ball logo is. However, we are required to and always put the trademark symbol on "SKEE-BALL" to the right of the second "L". I didn't see it on the Skee-Ball logo on the back wall in the last photo of the Live lane you sent me.

Do you guys plan on putting it on there for the big logo on the back wall? When we use that logo we have to have the trademark symbol there and it's probably smart to have it on the actual lane where the Skee-Ball logo is biggest on the back wall.

Let me know.

Oh, I attached some mock-ups I had previously sent showing where we would put the trademark symbol.

Thanks, have an awesome weekend.
-e

On Thu, Sep 28, 2017 at 9:45 AM, Eric Pavony <eric@nsbl.com> wrote:
> Awesome stuff Eric. Sounds great.
>
> I forgot to mention that we have always put the "registered trademark symbol" to the right of the word SKEE-BALL, next to the last "L" and even with the bottom of the last "L". I whipped up a couple cleaner / bigger images of the SB Live logo draft with the trademark symbol on there to show you where we've been putting it.
>
> Lookin super fresh!
>
> Thanks,
> -eric
>
> On Thu, Sep 28, 2017 at 7:20 AM, Eric Schadrie <eschadrie@baytekgames.com> wrote:
>> Good stuff.
>> We like your suggestions and can adjust per the visual you provided.

FCU000004465
CONFIDENTIAL

One thing to note is that the "perceived" center of the SKEE-BALL logo (where the word breaks) is different than the true center, which is throwing the rest of the design off balance a bit (hence, the reason the graphics were a bit off-center). I do believe once we have this graphic in the game, behind the middle cups, the true center will need to be what we align to. I have no doubt we can make this look great!

We also feel pretty confident in a design that puts the "Let the Good times..." art in the ring surrounding the button. We have parts being cut for that to prove it out, but if it works, we will go that way- it is closer to your last design, so I'm sure you'll like it.

The Bay Tek logo will be a smaller manufacturing "stamp" like we put on all of our games- so we didn't provide it as it's necessary to move quickly on these other decals.

Thanks for your input!

Sent from my iPad

On Sep 27, 2017, at 5:59 PM, Eric Pavony <eric@nsbl.com> wrote:

> Hi Guys,
>
> Thanks for the email and the changes. They're great!
>
> We have just a couple notes on one file in particular. Everything else is ready to rock! See below for our responses, notes and attached for a sketch of the couple new tweaks.
>
> -------------------------------------
>
> **TV frame- adjusted per your request**
>
> Awesome.
>
> -------------------------------------
>
> **Button- adjusted per your request, but added a stroke around the letters (once lit, it will give it a little more "pop")**
>
> Love it.
>
> -------------------------------------
>
> **Both front rails: If we adjust to a transparent, we will have a lot of space we are covering with unnecessary decal material, so instead we reduced the amount of area covered by each decal, and shifted the Bay Tek logo completely onto an independent decal- near the bottom tray. Now the Skee Ball and NSBL logos will be balanced on each side, with the Stainless Steel visible behind it and a thin yellow/marroon frame to "contain" it.**
>
> Looks great! We don't see the Bay Tek logo anywhere in that file. Should we be seeing it there? Or, where else should we be looking?
>
> -------------------------------------
>
> **Rt Rail front: Because of the shape/design of the button ring (protecting the button), we**

FCU000004466
CONFIDENTIAL

**don't think it makes sense to put a decal on top of that ring. We adjusted the font, but it still reads above and outside of that ring.**

Excellent.

------------------------------------

**Lt Rail front: adjusted to your logo**

Cool.

------------------------------------

**Button: using red instead of pink. Sorry, but none of us here were happy adding this pinkish-red to the color palette and we looked at the S-model and the Classic to try to understand your request. We are not comfortable adding the pink color to our style guide.**

No problem. That red is close to that pink and pops.

------------------------------------

**Back Panel: we adjusted the LIVE logo, but felt the two pieces of logo-type were isolated from each other and not working together. I think we have a clever way of tying them together. Again, we went to red instead of pink for the Skee Ball logotype.**

We totally dig tying the two pieces together more. Great idea. That embodies the concept of "networked" lanes and the "connectivity" of the roller network as well. Rad.

We'd love to see that yellow bar and black outline match the thickness of the yellow bar and black outline that runs through the word "SKEE-BALL". Pops even more and also creates the look and shape of a "lane" a little too : ) I sketched this out for you to see in the file attached.

Also, we thought about this a lot. We like the black box around LIVE, that's another way "live icons" are done for sure. However, it doesn't work as well with the "ball". We think it's cleaner, more centered and gets the point across better without the "ball" when there is a black box around "LIVE".

The ball and the box serve the same purpose, so we should just go with one of them and we think your black box is stronger here. The word LIVE can now be perfectly centered inside the black box. And the black box can now be perfectly centered under the word SKEE-BALL.

We'd love to use a box shape similar to the one on the image attached. It's closer to other types of "live icons" and without the ball this shaped box is possible now.

Oh also, the black outline around the yellow bar and the black box itself should be the same black as used in the SKEE-BALL logo. It's not a true black, it's a little lighter. That's reflected in the file attached too.

------------------------------------

**Let me know your thoughts. We still have time to make adjustments if necessary, but before we do so, would like to see these mocked up on the game. I'll share pics with you.**

CONFIDENTIAL

We'd love to see pics!

-----------------------------------

Thanks so much Schadrie, Andy and Maria. Lookin sweet.

Have a nice night,
-eric

On Wed, Sep 27, 2017 at 2:42 PM, Eric Schadrie <eschadrie@baytekgames.com> wrote:
Sorry, I meant to copy Andy and Maria.

**ERIC SCHADRIE**
CONCEPT DEVELOPMENT MANAGER

**Bay Tek Games, Inc.**
1077 E. Glenbrook Dr., Pulaski, WI 54162
W: baytekgames.com
P: 920.822.3951 x 1617

FACEBOOK   TWITTER   CATALOG

**From:** Eric Schadrie <eschadrie@baytekgames.com>
**Date:** Wednesday, September 27, 2017 1:37 PM
**To:** Eric Pavony <eric@nsbl.com>, Eric Wikman <eric@wikman.com>
**Subject:** Art for NSBL

Hey guys,
Here are the updated art files. With a few notes.

TV frame- adjusted per your request

Button- adjusted per your request, but added a stroke around the letters (once lit, it will give it a little more "pop")

Both front rails: If we adjust to a transparent, we will have a lot of space we are covering with unnecessary decal material, so instead we reduced the amount of area covered by each decal, and shifted the Bay Tek logo completely onto an independent decal- near the bottom tray. Now the Skee Ball and NSBL logos will be balanced on each side, with the Stainless Steel visible behind it and a thin yellow/marroon frame to "contain" it.

Rt Rail front: Because of the shape/design of the button ring (protecting the button), we don't think it makes sense to put a decal on top of that ring. We adjusted the font, but it still reads above and outside of that ring.

Lt Rail front: adjusted to your logo

Button: using red instead of pink. Sorry, but none of us here were happy adding this pinkish-red to the color palette and we looked at the S-model and the Classic to try to understand your request. We are not comfortable adding the pink color to our style guide.

Back Panel: we adjusted the LIVE logo, but felt the two pieces of logo-type were isolated from each other and not working together. I think we have a clever way of tying them

FCU000004468
CONFIDENTIAL

together. Again, we went to red instead of pink for the Skee Ball logotype.

Let me know your thoughts. We still have time to make adjustments if necessary, but before we do so, would like to see these mocked up on the game. I'll share pics with you.

Thanks,
Eric

**ERIC SCHADRIE**
CONCEPT DEVELOPMENT MANAGER

**Bay Tek Games, Inc.**
1077 E. Glenbrook Dr., Pulaski, WI 54162
W: baytekgames.com
P: 920.822.3951 x 1617

FACEBOOK  TWITTER  CATALOG

<NSBL-SBL-Back-Panel-4.jpg>

FCU000004469
CONFIDENTIAL