# PX EXHIBIT 43

**From:** Eric Schadrie <eschadrie@baytekgames.com>
**Sent:** October 11, 2017 11:22 AM
**To:** Launch Pad;Dan Jahnke;Chris Van Den Elzen;Luke Moore;William Jensen;Johnson Mark;Ryan Cravens
**Cc:** QAT
**Subject:** Skee-Ball LIVE development

Hey guys,
Just a couple things:
-I talked to Dan about the solenoids, and he is good with keeping the existing solenoids for these 11 units.
-I also understand that Adam discovered a challenge as it pertains to access to the play field with the new configuration of TV and camera in the head
-There has also been discussion about moving the electronics (all of it) to the head.

These changes and more are definitely worthy of discussion, but not to disrupt the current build of 11 units. These units are the first prototypes for the purpose of the BEEB and showcasing the future of the product, but being fully aware there are changes to come, both on our end, and for our partners at Full Circle. For this reason, I want to pull our expanded team together with the QAT team- I have that meeting set for next week Wednesday, when we have all of these lanes complete. A separate meeting will be had with the Full Circle United team.

After the BEEB, there is an agreement that we will build the next 25 lanes. That will include the potential design changes we determine, but there is not a time frame on that as of yet. As of now, I intend to have Skee-Ball LIVE take a development spot, go through a true-PPP schedule, and having the 25 lanes built on the line to fulfill our obligation.

Please forward this to others on your team as you feel is necessary,
Thanks
-e

**ERIC SCHADRIE**
CONCEPT DEVELOPMENT MANAGER

**Bay Tek Games, Inc.**
1077 E. Glenbrook Dr., Pulaski, WI 54162
W: baytekgames.com
P: 920.822.3951 x 1617

FACEBOOK • TWITTER • CATALOG

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY    BT0008189