# PX EXHIBIT 44

NSBL agreement:
10 + 25 will be part of a rev share program.
What is the value we expect to get from those 35? We owe them an answer?

They will provide us the brains
We will provide the box with the monitor
What is the percentage of Rev Share we would get, and the willingness to pay a premium. (50%)

36 making $1200/month and we're getting 15%?
2160

We were talking $4000 machine

$2751 @ 40% would sell @ $6900

Classic lists $4395
Distributor $3695 for Classic?

$4495/$5295

Margin of differences.

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                BT0009225