# PX EXHIBIT 59

| From: | Holly Hampton </O=BAY TEK INC/OU=BAY-TEK/CN=RECIPIENTS/CN=HOLLY> |
|---|---|
| Sent: | November 20, 2017 4:39 PM |
| To: | Bob Rupp;Leadership Team;Kyle Berger |
| Cc: | Larry Treankler |
| Subject: | RE: Skee Ball Product Manager |
| Importance: | Normal |

Team,

Below you'll find Marketing Opportunities + Challenges to discuss tomorrow. Thanks!

- FEC Market (classic and modern)
- o Increase market share, reduce cost, increase production efficiencies, raise price as market leader, kill ICE ball, source original wooden ball, licensed Skee-Ball lanes (Betson's sports licenses, Nickelodeon interest, etc.)
- o Challenges: minimal
- Home Market (centennial)
- o Eliminate quality issues
- o Investigate other options ($999 general lane, $9,999 high end lane), custom options, licensed MLB, NFL, NHL (Betson), 10' vs current 13'
- o Challenges: rough start, rebuilding to be had, current price point and size
- Skee-Ball Live
- o Likely the largest market Skee-Ball alleys could be sold into, s/w could be used for other BTG product, makes brand relevant, great PR
- o Challenges: FCU and current contract
- Carnival Market
- o Domestic and international appeal
- o Challenges: minimal
- Line Extensions
- o Expand brand into other amusement products like Beer Pong Skee-Ball, Track Ball Skee-Ball
- o Challenges: product development slots
- Event Market
- o Expand into event and promotions market, possibly offer a lighter weight, easier to transport lane for event rental
- o Challenges: virgin market for BTG, lots to learn

**From:** Bob Rupp [mailto:brupp@thevillage.bz]
**Sent:** Wednesday, November 8, 2017 3:29 PM
**To:** Leadership Team; Kyle Berger; Holly Hampton
**Cc:** Larry Treankler
**Subject:** Skee Ball Product Manager

Hi all,

I want to make sure that we keep the energy moving re the Skee Ball Product Manager discussion. To that end, here are my "take aways" with a few new adds:

-Looks like we are in agreement so it's not a matter of if but how

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY          BT0007831

-Kyle agreed to key off the doc I sent to create a Bay Tek **draft** for a Skee Ball Product Manager "roles & responsibilities" for a next steps starter discussion
-Kyle should meet with Shannon to discuss any operational contingencies if he wants to explore a job transition
-Bob should contact Chris C once we get consensus on the Product Manager position scope so we can code and salary grade
-Holly was going to frame in the primary marketing opportunities & challenges for a next steps starter discussion
-We will meet on these next steps on 11-21 so we can develop a path to move forward on all fronts

Let me know if I missed anything

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                                                       BT0007832