# PX EXHIBIT 60

**From:** Eric Schadrie <eschadrie@baytekgames.com>
**Sent:** November 20, 2017 1:51 PM
**To:** Holly Hampton
**Subject:** Re: NSBT

Hey Holly- tried calling once and also came to visit. Give me a ring if/when you are avail.

**ERIC SCHADRIE**
CONCEPT DEVELOPMENT MANAGER

**Bay Tek Games, Inc.**
1077 E. Glenbrook Dr., Pulaski, WI 54162
W: baytekgames.com
P: 920.822.3951 x 1617

FACEBOOK • TWITTER • CATALOG

---

**From:** Holly Hampton <hhampton@baytekgames.com>
**Date:** Monday, November 20, 2017 1:14 PM
**To:** Pat Scanlan <pscanlan@baytekgames.com>, Rick Rochetti <rrochetti@baytekgames.com>
**Cc:** Eric Schadrie <eschadrie@baytekgames.com>
**Subject:** RE: NSBT

Hey All,

I'm not sure who is responsible for this report for tomorrow's meeting, but I wanted to let you know that I met with LT last week at the show to discuss our partnership with FCU and we feel like we shouldn't move further until we come to an agreement with them on the licensing agreement we've inherited from SBI.

[REDACTED]

Eric- I know you had some questions on the next 25. Tried your office earlier today with no answer, let's connect today.

Thanks,
Holly

---

**From:** Bob Rupp [mailto:brupp@thevillage.bz]
**Sent:** Wednesday, November 8, 2017 6:47 PM
**To:** Holly Hampton; Pat Scanlan; Rick Rochetti
**Cc:** Leadership Team
**Subject:** NSBT

Hi folks

I have asked for a report on the outcome of the NSB tournament. Given IAAPA this week I would ask that a report/findings be presented at our 11-21 afternoon Leadership Team Meeting. Rick & Pat I addressed you in on this as I would expect Todd and the Development Team that went would want to weigh in on this as well.

The end game of this report would be to take the form of a recommendation re next steps:? either need more (and if so what) or no go.

Thanks

Sent from my iPhone