# PX EXHIBIT 62

| From: | Pat Scanlan <pscanlan@baytekgames.com> |
|---|---|
| Sent: | December 01, 2017 8:37 AM |
| To: | Holly Hampton;Larry Treankler;Todd Louthain;Bob Rupp |
| Cc: | Eric Schadrie |
| Subject: | FW: Next steps on Skee Ball LIVE |

Team,

Coming out of our Portfolio Team meeting, our Eric reached out to the NSBL guys for an update on the 10 lanes we sent them. Below is the update from Eric Pavony regarding NSBL progress since the BEEB. I wanted this group to be aware of this, specifically Holly and LT, as we press forward with working to rewrite the contract and determine our path forward with this opportunity.

Thanks,

Pat

**From:** Eric Pavony [mailto:eric@nsbl.com]
**Sent:** Friday, December 01, 2017 8:15 AM
**To:** Eric Schadrie
**Cc:** Eric Wikman; r. cooper; Pat Scanlan
**Subject:** Re: Next steps on Skee Ball LIVE

Hi Guys,

I hope you all had a super successful IAAPA and a very yummy and cozy Thanksgiving. Thanks for the update Eric.

I've been meaning to reach out to you, but our world has been a bit off kilter post-BEEB. Wikman has been dealing with important family issues and has been out of town all of November and still remains out of town and focused on family. We have not been able to have the post-BEEB meetings regarding the prototype lane that we were hoping for.

Schadrie – we have had 6 prototype lanes up and running at the bar in Austin since The BEEB and will be putting 4 prototype lanes into the Brooklyn bar in January. Due to Wikman being away, no software updates have been made since The BEEB and the payment features have not yet been integrated into the app or lanes. When Wikman is able to get back to normal working days, we plan on getting you and the dev team our notes on the prototype lanes, along with a timeline.

I'll keep you all posted on when we're ready to chat with you and move the ball forward with the prototype lane.

That said, I've been working on our 6 month plan, which includes the special NSBL Showcase event.

As for loose ends regarding higher level stuff, feel free to email us and we can discuss.

Thanks and Happy December!
-e

On Thu, Nov 30, 2017 at 10:25 AM, Eric Schadrie <eschadrie@baytekgames.com> wrote:
Hey guys,
I know there are some "ducks" to get in a row here, but since the IAAPA trade show and the holidays I've been scrambling to keep up with everything. I hope you guys had a great Thanksgiving weekend. I believe there are some loose ends to tie up (at a higher level) prior to us further discussing and developing the game cabinet- so I guess I'm saying that our dev team is going to stay idle on Skee-Ball Live, while focusing efforts on our other new product.

Can you tell me what the current status is on the 10 units we provided for the BEEB? Are they being used currently? Are they shipped to any other locations? If so, how are they performing and how long have they been on site?

Thanks,
Eric

**ERIC SCHADRIE**
CONCEPT DEVELOPMENT MANAGER

**Bay Tek Games, Inc.**
1077 E. Glenbrook Dr., Pulaski, WI 54162
W: baytekgames.com
P: 920.822.3951 x 1617

FACEBOOK • TWITTER • CATALOG

---

**From:** Eric Schadrie <eschadrie@baytekgames.com>
**Date:** Friday, November 10, 2017 1:39 PM
**To:** Eric Wikman <eric@wikman.com>, Eric Pavony <eric@nsbl.com>
**Cc:** "r. cooper" <ghostarm@hotmail.com>

**Subject:** Re: Next steps on Skee Ball LIVE

Hey guys,
About half of our team will be in Orlando next week, attending our largest tradeshow, IAAPA. Please meet as you had planned to and we will try to get in touch the week of the 20th?
Thanks for the article, I forwarded the link to the rest of Bay Tek!

Thanks,
Eric

**ERIC SCHADRIE**
CONCEPT DEVELOPMENT MANAGER

**Bay Tek Games, Inc.**
1077 E. Glenbrook Dr., Pulaski, WI 54162
W: baytekgames.com
P: 920.822.3951 x 1617

FACEBOOK • TWITTER • CATALOG

---

**From:** Eric Wikman <eric@wikman.com>
**Date:** Tuesday, November 7, 2017 4:51 PM
**To:** Eric Pavony <eric@nsbl.com>

**Cc:** Eric Schadrie <eschadrie@baytekgames.com>, "r. cooper" <ghostarm@hotmail.com>
**Subject:** Re: Next steps on Skee Ball LIVE

I've also been sick since Saturday which is slowing things down. I'm glad that I did not get sick before the BEEB, that would have been a lot more tough to deal with.


On Tue, Nov 7, 2017 at 12:45 PM, Eric Pavony <eric@nsbl.com> wrote:
Greetings from Hundo Island!

I hope you had a smooth trip back to Pulaski. Thank you again for being there, it was an amazing weekend for many reasons. And thank you and your team for all the help during the tournaments. Great energy and teamwork.

Me, Coop and Wik have not yet had time to do a proper post-BEEB / SB LIVE meeting. We're still cleaning and organizing after the event. We also had a couple other smaller events directly after the BEEB we had to prep for. That said, we do plan on having a productive meeting soon to discuss Skee-Ball LIVE plans. So, this week won't work for a joint meeting, but most likely sometime late next week could work. I'll reach out again to you, after us Erics have a solid sit down and make notes.

Check out this sweet BEEB article from a local newspaper. Just published yesterday.

http://www.512tech.com/technology/holey-rollers-austin-competitive-skee-ball-players-are-building-the-future-the-sport/Gr7wv1MCEm7ToBXeuIhAkM/

Looking forward to chatting next steps with you guys soon.

Thanks Eric,
-e


On Mon, Nov 6, 2017 at 12:45 PM, Eric Schadrie <eschadrie@baytekgames.com> wrote:
Hey guys,
Well after a week of recoup time, how are you all doing? What a frickin' fantastic event you hosted- nice work!

I guess I'm emailing you because I think it would be good for you guys to regroup (if you haven't already) and determine what the changes are to come (now that we all experienced the BEEB), and the product that will be Skee Ball LIVE (at least for the next 25 units). It's even more important that we get this one right- because this will be the design that will go down the production line- hopefully many, many times.

I've done the same with my team, and I'd like for our teams to have a conference call to compare notes- maybe yet this week if that time frame works for you.
Let me know.

Thanks again for allowing us to be a part of the 2017 BEEB (and personally for me to be a part of the Hundo Derby)- that was kickass.
Thanks,
Schadrie

**ERIC SCHADRIE**
CONCEPT DEVELOPMENT MANAGER

**Bay Tek Games, Inc.**
1077 E. Glenbrook Dr., Pulaski, WI 54162
W: baytekgames.com
P: 920.822.3951 x 1617

FACEBOOK • TWITTER • CATALOG