# PX EXHIBIT 63

| From: | Holly Hampton </O=BAY TEK INC/OU=BAY-TEK/CN=RECIPIENTS/CN=HOLLY> |
|---|---|
| Sent: | December 01, 2017 1:31 PM |
| To: | David Timm |
| Cc: | Larry Treankler |
| Subject: | RE: FCU Contract Discussion: 12/6 |
| Importance: | Normal |

That was the shortest email I've ever received from you. I dig it =)
Have a great weekend.

**From:** David Timm [mailto:DTimm@titletownlaw.com]
**Sent:** Friday, December 1, 2017 9:27 AM
**To:** Holly Hampton
**Cc:** Larry Treankler
**Subject:** RE: FCU Contract Discussion: 12/6

Understood

Attorney David J. Timm
Metzler, Timm, Treleven, S.C.
222 Cherry Street
Green Bay, WI 54301-4223
Telephone: (920) 435-9393
Fax: (920) 435-8866
Web Site: www.titletownlaw.com

NOTICES -- This e-mail and any attachments contain information which is confidential and privileged. This information is intended for the sole use of the referenced addressee. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachments is strictly prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete all copies from your system.

Pursuant to Treasury Circular 230, the IRS requires us to advise you that if this e-mail (or any attachment) contains advice concerning any Federal tax issue, unless expressly stated otherwise, it was not written or intended to be used, and cannot be used, by any person, for the purpose of avoiding Federal tax penalties or promoting, marketing, or recommending to another party any transaction or matter discussed herein.

DOCUMENT MODIFICATION -- Modification of legal documents, including without limitation documents attached to this e-mail, may have important legal consequences. Please seek advice of counsel prior to modifying the attached documents.

**From:** Holly Hampton [mailto:hhampton@baytekgames.com]
**Sent:** Thursday, November 30, 2017 10:47 PM
**To:** David Timm
**Cc:** Larry Treankler
**Subject:** FCU Contract Discussion: 12/6

David,

Next week's meeting with LT and I at the Vault is about Full Circle United (aka Brewskee-Ball, NSBL) contract, see attached marked up agreement. I think Sue might have thought it was for GamerGreen.

BT0008228



**From:** Holly Hampton
**Sent:** Thursday, October 12, 2017 2:28 PM
**To:** Larry Treankler (ltreankler@thevillage.bz); Ryan Cravens
**Subject:** FCU Contract

Guys,
I've attached the marked up agreement Ryan and I reviewed together.

Key Things:

**1. Basic updates need to be made**
- SBI to BTG
- Add effective Date
- Exhibit A
- Contact Info

**2. Remove Negative Tone/Sections**
- Fourth Paragraph: Entered into due to settlement
- 2. Agreement no to attack or contest

**3. Looking for Modifications**
- 5.3 and 13.2 Too narrow, this means we cannot run tournaments at a trade show, internally, at a customer location for promo, etc.
- 10. Territory is too broad, looking to identify just the bar market, or exclude amusement industry.
- 11. Term and Termination, currently in perpetuity, looking to add a term perhaps 3-5 years, with renewals.
- 14.4 can we move to WI?  Or should it be moved to TX?
- 18.7 Can we move to WI?

**4. Looking for clarity**
- 4.1 The FCU app is way more than what is outlined
- 4.3 What about in kind sponsorships vs monetary?
- 14. Indemnification and Insurance- looking for what this legal jargon means. And what happens in 14.1 with DBG when they are acquired by us?
- Exhibit D is not included.
- 17.2 DBG and Larry and John named, what about acquisition?  Does that just go away?

I would like to engage David Timm on ████████████████████████

Feedback?

CONFIDENTIAL

***Holly Hampton***
Director of Marketing & Innovation

**Bay Tek Games, Inc.**
1077 East Glenbrook Drive Pulaski, WI 54162
W: [baytekgames.com](baytekgames.com)
C: (920) 360-1491
P: (920) 822-3951 ext. 1707
F: (920) 822-8936