# PX EXHIBIT 64

| From: | Holly Hampton <hhampton@baytekgames.com> |
|---|---|
| Sent: | December 05, 2017 4:30 PM |
| To: | Jon Moreau;Cheri Peot;Dave Fochs (Village) |
| Cc: | Pat Scanlan;Eric Schadrie;Larry Treankler |
| Subject: | FW: Next steps on Skee Ball LIVE |
| Attachments: | Bay Tek - Lane Rev Share.pdf |

Hey All,

The 10 lanes we sent to Austin for the Beeb are part of a rev share deal with FCU. We never signed an actual contract with them, but already 6 are operational and the other 4 are moving to NY in January.

1. Do we have an old Rev Share contract we can modify, if yes please sent it to me and I'll do my best to edit.
2. Do we have best practices for rev share deals I can share with these guys?

I didn't realize these were up and running since the model called for mobile pay only but they must have added currency acceptors.

Any insight will help move this along so we get the money that is owed to us.

Thanks,
Holly

**From:** Holly Hampton
**Sent:** Tuesday, December 5, 2017 4:22 PM
**To:** Ryan Cravens; Eric Pavony
**Cc:** r. cooper; Eric Wikman
**Subject:** RE: Next steps on Skee Ball LIVE

Hey Guys,

Thanks for the update and accept my apologies for delay. I keep wondering when it will ever get back to a normal pace and yet I fear this is the new normal =(

Wikman- my thoughts are with your family, specifically your sister.

Pavony- we need to work out a revenue record keeping so we can start these lanes on our revenue share deal. I didn't realize you all had them operational as I was naïve and thought we had to use the app to monetize.

I can get you in touch with our accounting department so they can share examples and best practices from our past rev share deals. LMK how we can help!

Thanks guys,
Holly

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY    BT0007833

**From:** Ryan Cravens
**Sent:** Friday, December 1, 2017 1:37 PM
**To:** Eric Pavony; Holly Hampton
**Cc:** r. cooper; Eric Wikman
**Subject:** RE: Next steps on Skee Ball LIVE

EP,

Good to hear from you. Please let EW that we are thinking about him and giving him big hugs from the chilly Midwest. I know that we have been chasing a meeting, but let's get it set when it makes sense and we all have a chance to digest.

Take care,

Ryan

*Ryan Cravens*
Business Development Manager

**Bay Tek Games, Inc.**
1077 East Glenbrook Drive Pulaski, WI 54162
W: baytekgames.com
C: (425) 395-6135

**From:** Eric Pavony [mailto:eric@nsbl.com]
**Sent:** Friday, December 1, 2017 8:31 AM
**To:** Holly Hampton; Ryan Cravens
**Cc:** r. cooper; Eric Wikman
**Subject:** Fwd: Next steps on Skee Ball LIVE

Hi Holly and Ryan,

Good morning and Happy December.

I just gave Schadrie an update response to his email from yesterday. I was planning on reaching out to you guys as well. Below is the update I sent Eric and Pat this morning. Wikman has been away since The BEEB, so we have not been able to operate normally. We should hopefully be getting back into full swing soon.

Enjoy the weekend,
-e

---------------------------------

*(Email update)*

Hi Guys,

I hope you all had a super successful IAAPA and a very yummy and cozy Thanksgiving. Thanks for the update Eric.

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                                                    BT0007834

I've been meaning to reach out to you, but our world has been a bit off kilter post-BEEB. Wikman has been dealing with important family issues and has been out of town all of November and still remains out of town and focused on family. We have not been able to have the post-BEEB meetings regarding the prototype lane that we were hoping for.

Schadrie – we have had 6 prototype lanes up and running at the bar in Austin since The BEEB and will be putting 4 prototype lanes into the Brooklyn bar in January. Due to Wikman being away, no software updates have been made since The BEEB and the payment features have not yet been integrated into the app or lanes. When Wikman is able to get back to normal working days, we plan on getting you and the dev team our notes on the prototype lanes, along with a timeline.

I'll keep you all posted on when we're ready to chat with you and move the ball forward with the prototype lane.

That said, I've been working on our 6 month plan, which includes the special NSBL Showcase event.

As for loose ends regarding higher level stuff, feel free to email us and we can discuss.

Thanks and Happy December!
~C

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                                                                          BT0007835

# NSBL ASK & BAY TEK ROI

## BUILD NSBL LANES FOR REV SHARE

1 Lane = $4,500 (cost)

*Parts = $2,500   Labor = $2,000*

### 31.15% ROI

Bay Tek gets **15%** top line revenue from each lane until they receive 1.5x

**NO DISTRIBUTORS. NO OPERATORS.**

Revenue per Lane = $1,200/month

**Paid to Bay Tek = $180/month**

--- LANE PAYBACK ---

25 Months = $4,500
**38 Months = $6,750 (1.5x)**

--- YEAR 1 = 153 LANES DEPLOYED ---

Cost = $688,500    1.5x = $1,032,750
**153 LANE PROFIT = $344,250**



HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

BT0007836