# PX EXHIBIT 65

**From:** "Eric Pavony <eric@nsbl.com>" <eric@nsbl.com>
**Sent:** Thu, 21 Dec 2017 20:48:12 +0000
**To:** Holly Hampton
**CC:** Ryan Cravens; r. cooper; Eric Wikman; Eric Schadrie
**Subject:** Re: Next steps on Skee Ball LIVE

Hi Holly, Ryan and Eric,

Skeesons Greetings!

Holly – I got your message about The Blizzard / Bay Tek Skee-Ball tournament. I spoke to Wik and Coop about it and I'll follow up on that in a separate email.

I was planning on following up with you guys this week before Christmas, picking up from our last correspondence. In my last email I mentioned we were sketching out our 6 month plan. Now that we have a clearer picture, I wanted to let you know what we have planned on our end and what aspects involve Bay Tek – mainly just the building of the next 25 SB LIVE lanes. We need you guys to let us know if you can hit a late May delivery to our other league cities, for the next 25 SB LIVE lanes (production or prototype). It's in the timeline and summary below, so you can see how it fits in.

Schadrie – I know that in order to say whether you can hit that late May delivery or not for a <u>production version</u> of the SB LIVE lane, you first need our notes about the current prototypes. Wikman is recently back and we plan on getting you those notes before the end of the year. You and the R&D crew can sit with them and then we can plan a call to review for sometime in early January.

I should also note that Wikman has started building out the payment piece to the app. When he's ready he'll reach out to Bay Tek accounting to finalize the workings of the rev share relationship. Also, once he is finished with the payment integration, we'll order the credit card units. Wik will also follow up with you regarding which units are best and your help with pricing, which is much appreciated. Thank you.

-------------------------------

**Here is our plan for January – May:**

Revealing and rolling on the prototype lanes during BEEB Weekend was amazing and a super important step, but now it's time to finalize the Skee-Ball LIVE product (software + hardware). That is the bulk of what we'll be doing between now and the end of April. However, we have inked out a sweet plan on how to utilize the 10 prototypes we currently have – for testing, for data, for marketing and for raising the initial investment.

FCU000002744
CONFIDENTIAL

We'll be bringing the other 4 prototype SB LIVES to Full Circle Bar BK at the end of January. That will give us 6 prototypes in ATX and 4 in BK. We'll be able to use the two FCB's as a testing ground, to build Frames with Friends, analyze HUNDO Island, assess payment plans, work on animation, refine remote play and live streaming, etc.

We'll be doing all of this during the BK and Austin winter Brewskee-Ball skeesons, getting the software ready for a historic and important NSBL event. The BK and ATX winter skeesons will culminate in a first-of-its-kind tournament that will stream live on Twitch. This will also be the first official event presented by NSBL. We're calling it LANESANITY. It's an opportunity to showcase the finished NSBL product to the league, to other leagues, to investors, to future bar and vending partners, to all gamers...to the world!

**How it works:** The BK and ATX Winter Skeeson MUG Champions will square off in a remote play team match. The BK and ATX Winter Skeeson BROTY Final Four, will face off in a Tasty 8 bracket tournament similar to The Rollers. There will be dope sponsors and prizes, the Twitch live stream will be beautiful... and there will be COMMENTARY! We'll be promoting Lanesanity a ton, once both winter skeesons kick-off. There will be a lot of fun marketing and media for it, remote play scrimmages for testing and social media updates.

In May, after this special NSBL live stream event, we would like to deploy the next 25 Skee-Ball LIVES to the rest of the Brewskee-Ball league cities. The production version software will be done by May. Ideally, we will be able to complete the lane hardware with you (final play field boards, etc) in time to get them to the leagues at the end of May. However, if we still need more time to finalize SB LIVE lane hardware, then we would like the next 25 lanes to be the SB LIVE prototypes that we currently have. So, either way, come June we're hoping to have at least the 35 lanes in place in Brewskee-Ball venues. Upon these 35 lanes we'll continue to roll out the NSBL over those following 6 months – with a modified BEEB format in autumn and other tourneys mixed in during winter 2018. I have not yet sketched out June – December 2018.

--------------------------------

**Below is a cleaner breakdown of the next 6 months:**

**January 28** – Four SB Live prototype lanes delivered to FCB Brooklyn

**January 14** – Austin Brewskee-Ball Winter Skeeson Begins

**January 31** – Brooklyn Brewskee-Ball Kick-Off & New Lane Welcome Party (Plus Remote Play Tourney vs. FCB Austin)

**February 4** – Brooklyn Brewskee-Ball Winter Skeeson Begins

**March 25** – Austin Championship Sunday

**April 8** – Brooklyn Championship Sunday / Austin BROTY

**April 15** – Brooklyn BROTY

**April 28** – NSBL Lanesanity! (First-Ever NSBL Live Stream Twitch Tournament)

**Late May** – The next 25 Skee-Ball LIVE production (or prototype) lanes are delivered to each Brewskee-Ball city

-------------------------------

Gonna be a fun, exciting and productive 6 months!

Holly – I'll send that email about Blizzard tourney soon.

Schadrie – Keep a look out for our SB LIVE prototype notes.

Have a warm, cozy, cheerful Christmas guys.

Happy Rollidays!

-eric

On Tue, Dec 5, 2017 at 8:59 PM, Holly Hampton <[hhampton@baytekgames.com](hhampton@baytekgames.com)> wrote:

> Busy is way better than the alternative, for sure!
>
> Ok, I'll start to work with our accounting department on best practices. Let us know if you need help getting credit card readers, we may be able to get better pricing.

Thanks,
Holly


**From:** Eric Pavony [mailto:eric@nsbl.com]
**Sent:** Tuesday, December 5, 2017 4:45 PM
**To:** Holly Hampton
**Cc:** Ryan Cravens; r. cooper; Eric Wikman
**Subject:** Re: Next steps on Skee Ball LIVE

Hey Holly,

Busy is good : )

Yeah, 6 of the 10 prototype lanes have been operational since The BEEB, but they have been set to Free Play. No money is going through them just yet. That is however Wikman's top priority when he gets back from Houston. He will be adding the payment features (token packages and plans) onto the app. Wikman has also not yet purchased and installed the credit card units. We plan on putting one CC unit on a lane in Austin and one CC unit on a lane in BK to start. The other 4 prototype lanes will be set up and operational at the Brooklyn bar by January 31.

So, you are right that most of the money will be coming in through the app. Rollers' NSBL accounts will be linked to their credit card. However, there will also be some money coming in through credit cards swiped directly on the lanes for folks that do not sign up for an NSBL account through their phone. When we get the payments rocking (through app and CC units) all of the money coming in on the 10 lanes will be well tracked by us and shared routinely with you guys.

I think it's an awesome idea to have Wikman chat with your accounting department to understand how you guys have handled these rev shares in the past.

Wik, whenever you have time, please let Holly know when you'd like that call to be set up.

Thanks Holly,

-e


On Tue, Dec 5, 2017 at 4:21 PM, Holly Hampton <hhampton@baytekgames.com> wrote:

Hey Guys,

Thanks for the update and accept my apologies for delay. I keep wondering when it will ever get back to a normal pace and yet I fear this is the new normal =(

Wikman- my thoughts are with your family, specifically your sister.

Pavony- we need to work out a revenue record keeping so we can start these lanes on our revenue share deal. I didn't realize you all had them operational as I was naïve and thought we had to use the app to monetize.

I can get you in touch with our accounting department so they can share examples and best practices from our past rev share deals. LMK how we can help!

Thanks guys,

Holly

---

**From:** Ryan Cravens
**Sent:** Friday, December 1, 2017 1:37 PM
**To:** Eric Pavony; Holly Hampton
**Cc:** r. cooper; Eric Wikman
**Subject:** RE: Next steps on Skee Ball LIVE

EP,

Good to hear from you. Please let EW that we are thinking about him and giving him big hugs from the chilly Midwest. I know that we have been chasing a meeting, but let's get it set when it makes sense and we all have a chance to digest.

Take care,

Ryan

FCU000002748
CONFIDENTIAL

**Ryan Cravens**

Business Development Manager

**Bay Tek Games, Inc.**

1077 East Glenbrook Drive Pulaski, WI 54162

W: baytekgames.com

C: (425) 395-6135

**From:** Eric Pavony [mailto:eric@nsbl.com]
**Sent:** Friday, December 1, 2017 8:31 AM
**To:** Holly Hampton; Ryan Cravens
**Cc:** r. cooper; Eric Wikman
**Subject:** Fwd: Next steps on Skee Ball LIVE

Hi Holly and Ryan,

Good morning and Happy December.

I just gave Schadrie an update response to his email from yesterday. I was planning on reaching out to you guys as well. Below is the update I sent Eric and Pat this morning. Wikman has been away since The BEEB, so we have not been able to operate normally. We should hopefully be getting back into full swing soon.

Enjoy the weekend,

-e


---------------------------- ---


(Email update)

Hi Guys,

I hope you all had a super successful IAAPA and a very yummy and cozy Thanksgiving. Thanks for the

FCU000002749
CONFIDENTIAL

update Eric.

I've been meaning to reach out to you, but our world has been a bit off kilter post-BEEB. Wikman has been dealing with important family issues and has been out of town all of November and still remains out of town and focused on family. We have not been able to have the post-BEEB meetings regarding the prototype lane that we were hoping for.

Schadrie – we have had 6 prototype lanes up and running at the bar in Austin since The BEEB and will be putting 4 prototype lanes into the Brooklyn bar in January. Due to Wikman being away, no software updates have been made since The BEEB and the payment features have not yet been integrated into the app or lanes. When Wikman is able to get back to normal working days, we plan on getting you and the dev team our notes on the prototype lanes, along with a timeline.

I'll keep you all posted on when we're ready to chat with you and move the ball forward with the prototype lane.

That said, I've been working on our 6 month plan, which includes the special NSBL Showcase event.

As for loose ends regarding higher level stuff, feel free to email us and we can discuss.

Thanks and Happy December!
-e

FCU000002750
CONFIDENTIAL