# PX EXHIBIT 69

From: Pat Scanlan <pscanlan@baytekgames.com>
Sent: January 05, 2018 9:03 AM
To: Eric Pavony
Cc: Eric Wikman;r. cooper;Eric Schadrie
Subject: RE: Next steps on Skee Ball LIVE

Guys,

Thank you for your inquiry. Bay Tek has made an organizational decision to put this project in a holding pattern until further notice. Our team will be meeting on the 19th of this month to discuss next steps. We will reach out to you following that meeting.

Thanks,

Pat

**From:** Eric Pavony [mailto:eric@nsbl.com]
**Sent:** Friday, January 05, 2018 8:07 AM
**To:** Eric Schadrie
**Cc:** Eric Wikman; r. cooper; Pat Scanlan
**Subject:** Re: Next steps on Skee Ball LIVE

Hi guys,

Good morning.

Schadrie – we got all of our lane thoughts together in one place. Below you'll find our notes based on what we've noticed since the BEEB, with the 6 prototypes in a normal bar setting. We did our best to convey everything in email form so you can first digest it all before a group call. We can explain things in more detail on the phone and answer any questions.

A bunch of this stuff is on our dream list, some of it we hope can be done for the next version of the lane (the next 25 units) and a few things are must haves. Also, a lot of it we chatted about in our very first call and then again during our trips to Pulaski and your trips to Austin. It's now just a matter of figuring out what's doable and what's necessary for Skee-Ball LIVE v1. Also, what the timeline looks like and what the expected delivery will be. I mentioned in the NSBL Timeline email to you guys that we were hoping to have the next 25 lanes ready by end of May 2018, to place in all the league venues for June.

We left out the New Playfield / Hundo Island Board here. As discussed, that is a separate project and conversation.

Schadrie, let us know when you'd like to review on the phone with the gang.

Thanks, enjoy the first weekend of the year!
-e

-------------------------------------------

# SKEE-BALL LIVE PROTOTYPE NOTES

## LEVELING THE LANES

•Leveling the lanes is incredibly difficult to do and it's very important that the lanes can be accurately leveled

•Perhaps changing the shape of the lane will better accommodate for leveling. Right now the "flat box" in the back makes it nearly impossible to level and bars of course have all types of different and wonky floors. Can we change the "flat box"? Can we add feet to the "flat box"?

•The lane needs to not only be able to level UP, it needs to level DOWN. This is where the closed flat box on bottom might be an issue. It just has those thin pads on the bottom, doesn't allow for much "wiggle room".

•If the lane has adjustable feet we could have a built in level perhaps (possibly a level that a camera could see and let us know remotely when it's off)

-------------------------------------------

## LANE CABINET

•In general, the lane cabinet is too heavy. Can less material be used? Different material?

•The metal drawers that pull out in the front are super heavy. We don't need the drawers, just a black metal front would work. There is a good amount of storage inside the left rail (non ball side) anyway. We don't need the piece that holds the tickets either, can just be attached straight to the wood.

•A cabinet shape that is closer to S-Model shape would work better in a bar environment.

•Adding a custom "curtain" of some kind on the open side of lane would work well to keep balls from rolling underneath and it's also a cool branding area for NSBL or brand sponsorship. Curtain is just needed for the outside lane of a bank of lanes. Maybe the piece can be plastic and snap into the side? Also, there needs to be similar custom dividers that go in between the lanes to stop balls from going underneath through that gap. These too could perhaps be plastic and snap into the sides of the lanes.

•The back area behind playfield (where Skee-Ball LIVE Logo is) may be quite a few inches higher than S-Model. This may lead to easy back wall banking, which we are going to keep an eye on when collecting more data. This could be an opportunity to cut down on material and weight. It's probably only 3 to 4 inches, but seems like superfluous space.

-------------------------------------------

## HD TV CABINET

•The HD TV cabinet is too wide. It should be one seamless piece and fit through normal doorways. We have

already come across some 30" doorways and the front HD screen housing is roughly 31" and doesn't fit. If this is an issue of the monitor being too wide we should figure a way to remove the monitor easily. Access to behind the monitor may not be a bad thing to have in general.

•If the 32" screen is just a little too big, then making it easy to remove the upper housing when moving the lane would solve that problem. Also, one seamless piece looks better.

•The cabinet behind the screen is too big, now that the controller is in the front. Also, the access to it is not great. The lights on one of our lanes has a short and we are not able to fix it properly through the tiny door.

•The back is a huge empty box with a tiny little door. Luke removed the entire back panel during the BEEB to get in there. Seems like it could be easier and faster. A smaller cabinet design with a bigger opening would be ideal. The back shoots out like a big square right now, doesn't seem necessary. Takes up space and adds weight.

•The HDTV screens are not level on any lane, the graphics are cut off.

•We should cover the IR sensor so people don't mess with the TV

---------------------------------------------

## THE RAMP / LANE

•All six lanes that have been in use after the BEEB have bumps on them now. Right in the middle before the ramp. Is it a glue problem? The bump seems to be where the flat of the lane meets the ramp. Maybe there is something wrong with the wood underneath?

•We like the thicker cork and cinnamon bark color

•The material on the back of playfield (with SB Live logo) is peeling off. Glue issue?

---------------------------------------------

## RIGHT SIDE BALL CHANNEL

•Ball release mechanism seems to be too much. Solenoid is super powerful. We've already had 2 springs snap. Is there another mechanism other than solenoid that can do this? Perhaps from another game? Also, the balls are getting stuck there. The lane doesn't work when that jam happens, we have to take off the cover to fix. Is there a sturdier alternative?

•The "ball holding" and "ball playing" areas in the channel seem to be disproportionate. Only just enough room in the ball holding area for nine balls and plenty on "the ball playing side". Can this be switched? More balls in the ball holding area, less in the "ball drop area".

•The ball release solenoid seems to be backwards. The soft side of the release hook is facing the balls. Should it be the flat side? This may be hard to explain without visuals but we think the way they are assembled now seems backwards.

- The ball release sensor should be further down the channel.

---

## SCORING

- The scoring has been working a little inconsistently, but nothing major. Protecting the sensors might be all that needs to happen.

---

## LIGHTING

- The light in the cabinet is too bright. Need at least 2 less strips or a LED dimmer that can be controlled with computer brain. We have put red gels in the cabinet and it makes the lighting look really nice and it's the right brightness too for a bar.

- No lights needed up the side of the lanes for the next version.

---

## CAMERAS

- Camera needs to be way better resolution, better quality.

- Wik found a camera online that seems to be a similar camera to what is in the lanes now. The current cameras don't do any pre-processing of the video. They send a raw file so that makes the NUC have to work harder. The current cameras only do 640x480 at 15fps, but we need at least 720p at 30fps.

Below is a link to a camera Wik found. Higher quality (1920X1080) but still cheap ($35 in order quantities of 100+)

What's the best way to source?

https://wholesaler.alibaba.com/product-detail/ELP-2MP-HD-1920-1080P-H_60666854090.html?spm=a2700.7724838.2017115.1.3aae1d609MBHC7

- The angle of the camera needs to show the ball release from a roller's hand onto the lane.

---

## CUP HOLDER / PHONE HOLDER / ROLL BUTTON

- We love the cup holder and roll button, but they could be flush, "recessed", with the metal end caps on the lane, still retaining the set back roll button so people can't step on it.

•Cup holder and phone holder drainage issue still needs to be addressed

•Might want to label / brand the phone area "Phone Home" ; )

-------------------------------------------

## FRONT CAGE

•Front cage length works, no need to shorten it.

-------------------------------------------

## NEW BALLS

•We have a solid resin option, but need to convince the company to make it at our desired weight

•You guys mentioned that perhaps MCL might be able to make the wood composite balls. Is that a possibility?

On Fri, Dec 1, 2017 at 8:14 AM, Eric Pavony <eric@nsbl.com> wrote:
Hi Guys,

I hope you all had a super successful IAAPA and a very yummy and cozy Thanksgiving. Thanks for the update Eric.

I've been meaning to reach out to you, but our world has been a bit off kilter post-BEEB. Wikman has been dealing with important family issues and has been out of town all of November and still remains out of town and focused on family. We have not been able to have the post-BEEB meetings regarding the prototype lane that we were hoping for.

Schadrie – we have had 6 prototype lanes up and running at the bar in Austin since The BEEB and will be putting 4 prototype lanes into the Brooklyn bar in January. Due to Wikman being away, no software updates have been made since The BEEB and the payment features have not yet been integrated into the app or lanes. When Wikman is able to get back to normal working days, we plan on getting you and the dev team our notes on the prototype lanes, along with a timeline.

I'll keep you all posted on when we're ready to chat with you and move the ball forward with the prototype lane.

That said, I've been working on our 6 month plan, which includes the special NSBL Showcase event.

As for loose ends regarding higher level stuff, feel free to email us and we can discuss.

Thanks and Happy December!
-e


On Thu, Nov 30, 2017 at 10:25 AM, Eric Schadrie <eschadrie@baytekgames.com> wrote:
Hey guys,

I know there are some "ducks" to get in a row here, but since the IAAPA trade show and the holidays I've been scrambling to keep up with everything. I hope you guys had a great Thanksgiving weekend. I believe there are some loose ends to tie up (at a higher level) prior to us further discussing and developing the game cabinet- so I guess I'm saying that our dev team is going to stay idle on Skee-Ball Live, while focusing efforts on our other new product.

Can you tell me what the current status is on the 10 units we provided for the BEEB? Are they being used currently? Are they shipped to any other locations? If so, how are they performing and how long have they been on site?

Thanks,
Eric

**ERIC SCHADRIE**
CONCEPT DEVELOPMENT MANAGER

**Bay Tek Games, Inc.**
1077 E. Glenbrook Dr., Pulaski, WI 54162
W: baytekgames.com
P: 920.822.3951 x 1617

FACEBOOK • TWITTER • CATALOG

---

**From:** Eric Schadrie <eschadrie@baytekgames.com>
**Date:** Friday, November 10, 2017 1:39 PM
**To:** Eric Wikman <eric@wikman.com>, Eric Pavony <eric@nsbl.com>
**Cc:** "r. cooper" <ghostarm@hotmail.com>

**Subject:** Re: Next steps on Skee Ball LIVE

Hey guys,
About half of our team will be in Orlando next week, attending our largest tradeshow, IAAPA. Please meet as you had planned to and we will try to get in touch the week of the 20th?
Thanks for the article, I forwarded the link to the rest of Bay Tek!

Thanks,
Eric

**ERIC SCHADRIE**
CONCEPT DEVELOPMENT MANAGER

**Bay Tek Games, Inc.**
1077 E. Glenbrook Dr., Pulaski, WI 54162
W: baytekgames.com
P: 920.822.3951 x 1617

FACEBOOK • TWITTER • CATALOG

---

**From:** Eric Wikman <eric@wikman.com>
**Date:** Tuesday, November 7, 2017 4:51 PM
**To:** Eric Pavony <eric@nsbl.com>
**Cc:** Eric Schadrie <eschadrie@baytekgames.com>, "r. cooper" <ghostarm@hotmail.com>
**Subject:** Re: Next steps on Skee Ball LIVE

I've also been sick since Saturday which is slowing things down. I'm glad that I did not get sick before the BEEB, that would have been a lot more tough to deal with.

On Tue, Nov 7, 2017 at 12:45 PM, Eric Pavony <eric@nsbl.com> wrote:
Greetings from Hundo Island!

I hope you had a smooth trip back to Pulaski. Thank you again for being there, it was an amazing weekend for many reasons. And thank you and your team for all the help during the tournaments. Great energy and teamwork.

Me, Coop and Wik have not yet had time to do a proper post-BEEB / SB LIVE meeting. We're still cleaning and organizing after the event. We also had a couple other smaller events directly after the BEEB we had to prep for. That said, we do plan on having a productive meeting soon to discuss Skee-Ball LIVE plans. So, this week won't work for a joint meeting, but most likely sometime late next week could work. I'll reach out again to you, after us Erics have a solid sit down and make notes.

Check out this sweet BEEB article from a local newspaper. Just published yesterday.

http://www.512tech.com/technology/holey-rollers-austin-competitive-skee-ball-players-are-building-the-future-the-sport/Gr7wv1MCEm7ToBXeuIhAkM/

Looking forward to chatting next steps with you guys soon.

Thanks Eric,
-e


On Mon, Nov 6, 2017 at 12:45 PM, Eric Schadrie <eschadrie@baytekgames.com> wrote:
Hey guys,
Well after a week of recoup time, how are you all doing? What a frickin' fantastic event you hosted- nice work!

I guess I'm emailing you because I think it would be good for you guys to regroup (if you haven't already) and determine what the changes are to come (now that we all experienced the BEEB), and the product that will be Skee Ball LIVE (at least for the next 25 units). It's even more important that we get this one right- because this will be the design that will go down the production line- hopefully many, many times.

I've done the same with my team, and I'd like for our teams to have a conference call to compare notes- maybe yet this week if that time frame works for you.
Let me know.

Thanks again for allowing us to be a part of the 2017 BEEB (and personally for me to be a part of the Hundo Derby)- that was kickass.
Thanks,
Schadrie

**ERIC SCHADRIE**
CONCEPT DEVELOPMENT MANAGER

**Bay Tek Games, Inc.**
1077 E. Glenbrook Dr., Pulaski, WI 54162
W: baytekgames.com
P: 920.822.3951 x 1617

FACEBOOK • TWITTER • CATALOG