# PX EXHIBIT 76

**From:** "Eric Pavony <eric@nsbl.com>" <eric@nsbl.com>
**Sent:** Wed, 28 Feb 2018 21:57:37 +0000
**To:** Larry Treankler
**CC:** Eric Wikman; Eric Cooper
**Subject:** Skee-Ball LIVE

Hi Larry,

We have no idea where Bay Tek stands with our project. You made a commitment to us in Austin that you would make a decision to either work with us or not and there would be no ambiguity. A decision was made to work with us, but we were informed a couple months ago that the project was put on hold until a meeting took place on February 12th to decide if you would continue to work with us. It has now been over 2 weeks since that meeting took place and we have had zero communication from your team regarding what your intentions are.

We need to know if you are going to work with us or not. If you are going to work with us then we need a real commitment and follow through on items you commit to, we cannot continue to have Bay Tek putting forth mediocre efforts and causing material harm to our business. This is an urgent matter. If you are not going to work with us then you need to communicate that and make your stance clear.

Please respond within a week if Bay Tek is going to be actively and adequately working with us, or if Bay Tek has decided to not work with us.

-eric

FCU000002782
CONFIDENTIAL