# PX EXHIBIT 79

Skeeball LIVE
Revenue Share Analysis

| **Capital Expenditures** | | | | | | |
|---|---|---|---|---|---|---|
| Equipment (purchase and modify) | 5000 | | | | | |
| Shipping | 300 | | | | | |
| Warranty and Repairs | 1000 | | | | | |
| SUBTOTAL | 6300 | | | | | |
| | | | | | | |
| **Income** | | 1Q18 | 2Q18 | 3Q18(est) | 4Q18(est) | 1Q19(est) |
| Revenue Share (50/50 after locat | 10852 | 1434 | 1578 | 1400 | 1400 | 1260 |
| Online revenue | 360 | 45 | 45 | 45 | 45 | 45 |
| SUBTOTAL | 11212 | 1479 | 1623 | 1445 | 1445 | 1305 |
| | | | | | | |
| **Expenses** | | | | | | |
| Spare Parts | 0 | | | | | |
| Depreciation Expenses (7yr SL) | 1800 | 225 | 225 | 225 | 225 | 225 |
| SUBTOTAL | 1800 | 225 | 225 | 225 | 225 | 225 |
| | | | | | | |
| GROSS INCOME | 9412 | 1254 | 1398 | 1220 | 1220 | 1080 |
| | | | | | | |
| Residual Value of Capital Expend | 4500 | | | | | |

Assumptions:
- Raw Thrills pays for, modifies and owns equipment
- Location gets 20% of gross revenue
- Raw Thrills splits with NSBL 50/50 after location split

**EXHIBIT 12**

| 2Q19(est) | 3Q19(est) | 4Q19(est) | 1Q20 | 2Q20 | 3Q20 | 4Q20 | |
|---|---|---|---|---|---|---|---|
| 1260 | 1260 | 1260 | 0 | 0 | 0 | 0 | |
| 45 | 45 | 45 | | | | | |
| 1305 | 1305 | 1305 | 0 | 0 | 0 | 0 | |
| | | | | | | | |
| 225 | 225 | 225 | 0 | 0 | 0 | 0 | |
| 225 | 225 | 225 | 0 | 0 | 0 | 0 | |
| | | | | | | | |
| 1080 | 1080 | 1080 | 0 | 0 | 0 | 0 |