**PX EXHIBIT 107**

Jan/Feb/March 2018





1366556896

- Posting Date: 09/12/2018
- Sequence Number: 4090306728
- Amount: 5,377.80
- Account:
- Routing Transit Number:
- Check/Serial Number:
- Bank Number: 1
- IRD: 0
- Image type: P
- BOFD: 000000000
- Cost Center:
- Teller Number:
- Teller Sequence Number:
- Capture Source: PV
- Entry Number: 0000005080
- UDK: 1180912004090306728

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved

April, May, June, July
— 2018 —

JPMorgan

282111107 NFW 01/08 8610004306

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**CASHIER'S CHECK**

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

CHASE

[redacted]

25-3
440

Remitter: ERIC H PAVONY

Date 08/27/2018

Void after 7 years

Pay To The Order Of: BAY TEK GAMES, INC

Pay: SEVEN THOUSAND NINE HUNDRED SEVENTY EIGHT DOLLARS AND 05 CENT $** 7,978.05 **

Do not write outside this box

Memo:

Note: For information only. Comment has no effect on bank's payment.

Drawer: JPMORGAN CHASE BANK, N.A.

Ryan A. Crowley, Managing Director
JPMorgan Chase Bank, N.A.
Columbus, OH

[redacted]

Posting Date: 09/12/2018

Sequence Number: 4090306727

Amount: 7,978.05

Account: [redacted]

Routing Transit Number: [redacted]

Check/Serial Number: [redacted]

Bank Number: 1

IRD: 0

Image type: P

BOFD: 000000000

Cost Center:

Teller Number:

Teller Sequence Number:

Capture Source: PV

Entry Number: 0000005080

UDK: 1180912004090306727

For Deposit Only - JPMC

FOR INFORMATION CONCERNING THIS INSTRUMENT CONTACT:
JPMORGAN CHASE BANK, N.A.
1-866-593-0355

WARNING — DO NOT CASH CHECK WITHOUT NOTING WATERMARK. HOLD TO LIGHT TO VIEW WATERMARK

PAY TO THE ORDER OF
JPMORGAN CHASE BANK, N.A.
MILWAUKEE, WISCONSIN 53202
FOR DEPOSIT ONLY
BAY TEK GAMES, INC

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE

1379408845

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved







JPMorgan

282111107 NEW 01/08 8810004306

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**CASHIER'S CHECK**

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**CHASE**

Date 09/28/2018 Void after 7 years [redacted] 25-3 / 440

**Remitter:** ERIC H PAVONY

**Pay To The Order Of:** BAY TEK GAMES, INC

**Pay:** ONE THOUSAND ELEVEN DOLLARS AND 30 CENTS $** 1,011.30 **

Do not write outside this box

Memo:

Note: For information only. Comment has no effect on bank's payment.

**Drawer: JPMORGAN CHASE BANK, N.A.**

Ryan A. Crowley, Managing Director
JPMorgan Chase Bank, N.A.
Columbus, OH

[redacted]

| |
|---|
| Posting Date: 10/09/2018 |
| Sequence Number: 4470932227 |
| Amount: 1,011.30 |
| Account: [redacted] |
| Routing Transit Number: [redacted] |
| Check/Serial Number: [redacted] |
| Bank Number: 1 |
| IRD: 0 |
| Image type: P |
| BOFD: 000000000 |
| Cost Center: |
| Teller Number: |
| Teller Sequence Number: |
| Capture Source: PV |
| Entry Number: 0000017431 |
| UDK: 1181009004470932227 |

For Deposit Only - JPMC

FOR INFORMATION CONCERNING THIS INSTRUMENT CONTACT JPMORGAN CHASE BANK, N.A.

WARNING – DO NOT CASH CHECK WITHOUT NOTING WATERMARK
HOLD TO LIGHT TO VERIFY WATERMARK

PAY TO THE ORDER OF
JPMORGAN CHASE BANK, N.A.
MILWAUKEE, WISCONSIN 53202
FOR DEPOSIT ONLY
BAY TEK GAMES, INC.

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE

DEPOSITORY BANK ENDORSEMENT

1379409144

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved

**JPMorgan**

282111107 NEW 01/08 8810004306

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**CASHIER'S CHECK**

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**CHASE**

Date 10/29/2018 Void after 7 years [redacted] 25-3 / 440

**Remitter:** FULL CIRCLE UNITED, LLC

**Pay To The Order Of:** BAY TEK GAMES, INC

**Pay:** TWO THOUSAND FOUR HUNDRED NINETY SEVEN DOLLARS AND 50 CENTS $** 2,497.50 **

**Drawer: JPMORGAN CHASE BANK, N.A.**

Do not write outside this box

Memo:

Note: For information only. Comment has no effect on bank's payment.

Sol Gindi, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH

[redacted]

For Deposit Only - JPMC

FOR INFORMATION CONCERNING THIS INSTRUMENT
CONTACT
JPMORGAN CHASE BANK, N.A
1-866-593-0356

Security features on this document include a Micro-Print Endorsement Line, Watermark and Visible Fibers. Absence of these features may indicate alteration.
Padlock design is a certification mark of Check Payment Systems Association

1379524050

WARNING — DO NOT CASH CHECK WITHOUT NOTING WATERMARK.
HOLD TO LIGHT TO VERIFY WATERMARK.

X

PAY TO THE ORDER OF
JPMORGAN CHASE BANK, N.A
MILWAUKEE, WISCONSIN 53202
FOR DEPOSIT ONLY
BAY TEK GAMES, INC.

DO NOT WRITE / SI[illegible]ELOW THIS LINE

DEPOSITORY BANK ENDORSEMENT

Posting Date: 11/13/2018

Sequence Number: 8380128184

Amount: 2,497.50

Account: [redacted]

Routing Transit Number: [redacted]

Check/Serial Number: [redacted]

Bank Number: 1

IRD: 0

Image type: P

BOFD: 000000000

Cost Center:

Teller Number:

Teller Sequence Number:

Capture Source: PV

Entry Number: 0000015963

UDK: 1181113008380128184

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved

JPMorgan

262111107 NEW 01/08 8810004306

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**CASHIER'S CHECK**

HOLD DOCUMENT U[redacted]UE WATERMARK

**CHASE**

Date 11/27/2018 Void after 7 years 25-3 / 440

**Remitter:** FULL CIRCLE UNITED, LLC

**Pay To The Order Of:** BAY TEK GAMES INC

**Pay:** TWO THOUSAND TWO HUNDRED FIFTY NINE DOLLARS AND 30 CENTS $** 2,259.30 **

Do not write outside this box

Memo:

Note: For information only. Comment has no effect on bank's payment.

Drawee JPMORGAN CHASE BANK, N.A.

Sol Gindi, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH

[redacted]

Posting Date: 11/30/2018

Sequence Number: 9070212919

Amount: 2,259.30

Account: [redacted]

Routing Transit Number: [redacted]

Check/Serial Number: [redacted]

Bank Number: 1

IRD: 0

Image type: P

BOFD: 000000000

Cost Center:

Teller Number:

Teller Sequence Number:

Capture Source: PV

Entry Number: 0000003359

UDK: 1181130009070212919

For Deposit Only - JPMC

FOR INFORMATION CONCERNING THIS INSTRUMENT CONTACT JPMORGAN CHASE BANK, N.A. 1-866-593-0356

WARNING — DO NOT CASH CHECK WITHOUT NOTING WATERMARK HOLD TO LIGHT TO VERIFY WATERMARK

X

BAY TEK GAMES, INC
FOR DEPOSIT ONLY
66378299

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

1378101106

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved

JPMorgan

282111107 NEW 01/08 8810004306

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK — **CASHIER'S CHECK** — HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**CHASE**

Date 12/27/2018 [redacted] Void after 7 years 25-3/440

**Remitter:** FULL CIRCLE UNITED, LLC

**Pay To The Order Of:** BAY TEK ENTERTAINMENT

**Pay:** TWO THOUSAND TWO HUNDRED NINETY FOUR DOLLARS AND 10 CENTS $** 2,294.10 **

Do not write outside this box

Memo

Note: For information only. Comment has no effect on bank's payment.

Drawee **JPMORGAN CHASE BANK, N.A.**

Sol Gindi, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH

[redacted]

For Deposit Only - JPMC

FOR INFORMATION CONCERNING THIS INSTRUMENT CONTACT: JPMORGAN CHASE BANK N.A. 1-866-993-0356

1381770083

WARNING — DO NOT CASH CHECK WITHOUT NOTING WATERMARK. HOLD TO LIGHT TO VERIFY WATERMARK.

X FOR DEPOSIT ONLY BAY TEK ENTERTAINMENT INC 663787299

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE

DEPOSITORY BANK ENDORSEMENT

Posting Date: 01/14/2019
Sequence Number: 5690938288
Amount: 2,294.10
Account: [redacted]
Routing Transit Number: [redacted]
Check/Serial Number: [redacted]
Bank Number: 1
IRD: 0
Image type: P
BOFD: 000000000
Cost Center:
Teller Number:
Teller Sequence Number:
Capture Source: PV
Entry Number: 0000010984
UDK: 1190114005690938288

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved

JPMorgan

282111107 NEW 01/08 8810004306

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**CASHIER'S CHECK**

**CHASE**

Date 01/22/2019 Void after 7 years [redacted] 25-3 / 440

**Remitter:** FULL CIRCLE UNITED, LLC

**Pay To The Order Of:** BAY TEK ENTERTAINMENT

**Pay:** TWO THOUSAND ONE HUNDRED FIVE DOLLARS AND 10 CENTS $** 2,105.10 **

Do not write outside this box

Memo:

Note: For information only. Comment has no effect on bank's payment.

**Drawer: JPMORGAN CHASE BANK, N.A.**

Sol Gindi, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH

[redacted]

| | |
|---|---|
| Posting Date: | 02/11/2019 |
| Sequence Number: | 7080382442 |
| Amount: | 2,105.10 |
| Account: | [redacted] |
| Routing Transit Number: | [redacted] |
| Check/Serial Number: | [redacted] |
| Bank Number: | 1 |
| IRD: | 0 |
| Image type: | P |
| BOFD: | 000000000 |
| Cost Center: | |
| Teller Number: | |
| Teller Sequence Number: | |
| Capture Source: | PV |
| Entry Number: | 0000013280 |
| UDK: | 1190211007080382442 |

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved

For Deposit Only - JPMC

FOR INFORMATION CONCERNING THIS INSTRUMENT CONTACT:
JPMORGAN CHASE BANK, NA
1-866-953-0356

Security features on this document include a Micro-Print Endorsement Line, Watermark and Visible Fibers. Absence of these features may indicate alteration.

1381825610

WARNING — DO NOT CASH CHECK WITHOUT NOTING WATERMARK. HOLD TO LIGHT TO VERIFY WATERMARK.

X

FOR DEPOSIT ONLY
BAY TEK ENTERTAINMENT INC
663787299

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE

DEPOSITORY BANK ENDORSEMENT

**JPMorgan**

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**CASHIER'S CHECK**

282111107 NEW 01/08 8810004306

[redacted]

25-3
440

**CHASE**

Date 02/28/2019 Void after 7 years

**Remitter:** FULL CIRCLE UNITED, LLC

**Pay To The Order Of:** BAY TEK ENTERTAINMENT

**Pay:** TWO THOUSAND TWO HUNDRED NINETY THREE DOLLARS AND 20 CENTS $** 2,293.20 **

Do not write outside this box

Memo:

Note: For information only. Comment has no effect on bank's payment.

Drawer: **JPMORGAN CHASE BANK, N.A.**

Sol Gindi, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH

[redacted]

Posting Date: 03/20/2019

Sequence Number: 4090713939

Amount: 2,293.20

Account: [redacted]

Routing Transit Number: [redacted]

Check/Serial Number: [redacted]

Bank Number: 1

IRD: 0

Image type: P

BOFD: 000000000

Cost Center:

Teller Number:

Teller Sequence Number:

Capture Source: PV

Entry Number: 0000006403

UDK: 1190320004090713939

FOR INFORMATION CONCERNING THIS INSTRUMENT CONTACT
JPMORGAN CHASE BANK, N.A.
1-866-593-0356

For Deposit Only - JPMC

WARNING — DO NOT CASH CHECK WITHOUT NOTING WATERMARK
HOLD TO LIGHT TO VERIFY WATERMARK

X

FOR DEPOSIT ONLY
**BAY TEK ENTERTAINMENT INC**
**663787299**

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE

DEPOSITORY BANK ENDORSEMENT

1374259123

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved

JPMorgan

282111107 NEW 01/08 8610004306

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK **CASHIER'S CHECK** HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

CHASE

Date 03/30/2019 Void after 7 years [redacted] 25-3 / 440

**Remitter:** FULL CIRCLE UNITED, LLC

**Pay To The Order Of:** BAY TEK ENTERTAINMENT

**Pay:** TWO THOUSAND TWO HUNDRED THIRTY SIX DOLLARS AND 20 CENTS $** 2,236.20 **

Do not write outside this box

Memo:

Note: For information only. Comment has no effect on bank's payment.

**Drawer:** JPMORGAN CHASE BANK, N.A.

Sol Gindi, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH

[redacted]

| | |
|---|---|
| Posting Date: | 04/05/2019 |
| Sequence Number: | 1070229420 |
| Amount: | 2,236.20 |
| Account: | [redacted] |
| Routing Transit Number: | [redacted] |
| Check/Serial Number: | [redacted] |
| Bank Number: | 1 |
| IRD: | 0 |
| Image type: | P |
| BOFD: | 000000000 |
| Cost Center: | |
| Teller Number: | |
| Teller Sequence Number: | |
| Capture Source: | PV |
| Entry Number: | 0000005936 |
| UDK: | 1190405001070229420 |

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved

For Deposit Only - JPMC

Security features on this document include a Micro Print Endorsement Line, Watermark and Void After 7 years. Absence of these features may indicate alteration.

FOR INFORMATION CONCERNING THIS INSTRUMENT CONTACT:
JPMORGAN CHASE BANK, N.A.
1-866-593-0356

WARNING — DO NOT CASH CHECK WITHOUT NOTING WATERMARK. HOLD TO LIGHT TO VERIFY WATERMARK

X

FOR DEPOSIT ONLY
BAY TEK ENTERTAINMENT INC
663787299

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE

DEPOSITORY BANK ENDORSEMENT

1385011741

JPMorgan

262111107 NEW 01/06 8810004306

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**CASHIER'S CHECK**

HOLD DOCUMENT [redacted] TRUE WATERMARK

25-3
440

CHASE

Date 05/01/2019 Void after 7 years

**Remitter:** ERIC H PAVONY

**Pay To The Order Of:** BAY TEK ENTERTAINMENT

**Pay:** TWO THOUSAND FIVE HUNDRED FIFTY SIX DOLLARS AND 60 CENTS $** 2,556.60 **

Do not write outside this box

Memo:

Note: For information only. Comment has no effect on bank's payment.

Drawer **JPMORGAN CHASE BANK, N.A.**

Sol Gindi, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH

[redacted]

For Deposit Only - JPMC

FOR INFORMATION CONCERNING THIS INSTRUMENT CONTACT JPMORGAN CHASE BANK, N.A.

1381406117

WARNING -- DO NOT CASH CHECK WITHOUT NOTING WATERMARK HOLD TO LIGHT TO VERIFY WATERMARK

X BAY TEK ENTERTAINMENT INC FOR DEPOSIT ONLY

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE

DEPOSITORY BANK ENDORSEMENT

Posting Date: 05/07/2019

Sequence Number: 4270319142

Amount: 2,556.60

Account: [redacted]

Routing Transit Number: [redacted]

Check/Serial Number: [redacted]

Bank Number: 1

IRD: 0

Image type: P

BOFD: 000000000

Cost Center:

Teller Number:

Teller Sequence Number:

Capture Source: PV

Entry Number: 0000007349

UDK: 1190507004270319142

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved









