UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FULL CIRCLE UNITED, LLC,<br><br>    Plaintiff,<br><br> v.<br><br>BAY TEK ENTERTAINMENT, INC.,<br><br>    Defendant. | CASE NO. 1:20-CV-03395-BMC |
| BAY TEK ENTERTAINMENT, INC.,<br><br>    Counterclaim Plaintiff,<br><br> v.<br><br>FULL CIRCLE UNITED, LLC,<br><br>    Counterclaim Defendant,<br><br>and<br><br>ERIC PAVONY,<br><br>    Additional Counterclaim Defendant. | **ORAL ARGUMENT REQUESTED** |

**NOTICE OF MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OFFERED TO SEEK TO ESTABLISH A CONTRACTUAL OBLIGATION OF BAY TEK TO MANUFACTURE CUSTOM LANES FOR FCU**

PLEASE TAKE NOTICE that pursuant to Rules 402 and 403 of the Federal Rules of Evidence and upon the accompanying Memorandum of Law and the Declaration of Andrew Nietes dated February 6, 2025 and exhibits appended thereto, and all prior pleadings and proceedings herein, Defendant and Counterclaim Plaintiff Bay Tek Entertainment, Inc. hereby

moves this Court to exclude any evidence and testimony proffered by Full Circle United, LLC ("FCU") to show that Bay Tek had a contractual obligation to build custom Skee-Ball® branded lanes for FCU.

| | |
|---|---|
| DATED: New York, New York<br>February 6, 2025 | Respectfully submitted,<br><br>Mitchell Silberberg & Knupp LLP<br><br>By: /s/Andrew Nietes<br>Christine Lepera (CL 9311)<br>Andrew Nietes<br>437 Madison Ave., 25th Floor<br>New York, New York 10022-7001<br>Telephone: (212) 509-3900<br>Facsimile: (212) 509-7239<br>Email: ctl@msk.com<br>Email: afn@msk.com<br><br>Mark C. Humphrey (*pro hac vice*)<br>2049 Century Park East, 18th Floor<br>Los Angeles, California 90067-3120<br>Telephone: (310) 312-2000<br>Facsimile: (310) 312-3100<br>Email: mxh@msk.com<br><br>*Attorneys for Bay Tek Entertainment, Inc.* |