UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FULL CIRCLE UNITED, LLC,<br><br>    Plaintiff,<br>v.<br><br>BAY TEK ENTERTAINMENT, INC.,<br><br>    Defendant.<br><br>BAY TEK ENTERTAINMENT, INC.,<br><br>    Counterclaim Plaintiff,<br>v.<br><br>FULL CIRCLE UNITED, LLC,<br><br>    Counterclaim Defendant,<br><br>and<br><br>ERIC PAVONY,<br><br>    Additional Counterclaim Defendant. | CASE NO. 1:20-CV-03395 |

**FULL CIRCLE'S EXHIBITS TO WHICH BAY TEK ENTERTAINMENT OBJECTS ON ADDITIONAL OR SEPARATE GROUNDS FROM ITS PENDING MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OFFERED TO SEEK TO ESTABLISH A CONTRACTUAL OBLIGATION OF BAY TEK TO <u>MANUFACTURE CUSTOM LANES FOR FCU</u>**