# PX EXHIBIT 81

| | |
|---|---|
| **From:** | Holly Hampton </O=BAY TEK INC/OU=BAY-TEK/CN=RECIPIENTS/CN=HOLLY> |
| **Sent:** | January 12, 2019 8:05 PM |
| **To:** | Larry Treankler |
| **Subject:** | FCU Documents 2 of 2 |
| **Attachments:** | NationalSkee-BallLeague2017.pdf |
| **Importance:** | Normal |

**HOLLY HAMPTON**
Director of Innovation, Bay Tek Entertainment
**P** 920-822-3951 x1707  **M** 920-360-1491
**W** baytekent.com **E** hhampton@baytekent.com
**A** 1077 E. Glenbrook Dr, Pulaski, WI 54162

CONFIDENTIAL



Turning Skee-Ball® into a national sport

# NSBL
## National Skee-Ball League

CONFIDENTIAL 2017

CONFIDENTIAL





**NSBL POINT LEADERS**

| | | | |
|---|---|---|---|
| 1 | Jon Johnson | 24,344 | IA |
| 2 | Jose El Gato | 22,097 | CA |
| 3 | Brewbacca | 21,346 | TX |
| 4 | Trace Face | 20,962 | NC |
| 5 | Young Bull | 20,518 | NY |

Turn Skee-Ball® into a national sport by building networked, live-streamed Skee-Ball® lanes played competitively and socially by adult gamers in bars across the country

CONFIDENTIAL



## Why Skee-Ball® Has It All:



100-year old classic tactile game with nostalgia

**Recreational Bar Games**

**Buck Hunter Golden Tee**

**Video Games "Live-Streaming"**

Online networked game with HD screen

50/50 men & women

**Darts Billiards**

**Dota 2 League of Legends**

Easy to learn & play

Great spectator sport

**Professional Sports "ESPN Coverage"**

Cash prize pools, microtransactions, big name sponsors

BT0007077

# Validation



Since placing the first classic lanes into a bar 10 years ago,
we have turned the nostalgic game of Skee-Ball® into a:

**Social Bar Game**   **Competitive Adult Sport**   **Community**



**1,000+** active league rollers in 6 cities

**550+** bars now have Skee-Ball®

**400+** sanctioned league events in 2016

**7** national league championships

**2** owned and operated dedicated Skee-Ball® bars

**Countless** national media coverage

**Diverse** national and regional brand sponsors

We created and validated the competitive and bar market
in which to launch the modern day Skee-Ball® lane

CONFIDENTIAL

# Press Validation



*We are responsible for making Skee-Ball® both a bar game and a sport*



**2007**

"A game that has been an arcade favorite for years is invading the bar scene. New Yorkers are living it up playing Skee-Ball® and the competition is fierce."



**2008**

"Skee-Ball® is serious. What was once a staple of arcades and amusement parks is now a competitive sport, thanks to the advent of Brewskee-Ball."



**2010**

"Now Skee-Ball® has the one thing it needs to make it a bona fide sport: a national champion."

**ESPN**

**2011**

"It's not exactly the Heisman, but the Best Roller of the Year award, given to the top Skee-Baller offers its own cachet. The March Madnessy showdown features the land's 64 top rollers."

**SALON**

**2013**

"The 100-year-old arcade game has not just persisted, it has thrived: Skee-Ball® is, to a certain extent, the new darts, only less British, with just as much beer."

**PORTCITY DAILY**

**2016**

"A World War II maritime vessel is the last place you'd expect to find a beloved childhood arcade game. Then again, until a decade ago, your favorite bar wasn't a likely locale either. It's the era of adult Skee-Ball® - now a popular pastime across the country."

CONFIDENTIAL

# Sponsor / Advertising Validation



*The league has had many beverage, lifestyle and tech brand sponsors*

    

     

     

    



*Each bar lane today*



**Skee-Ball**®
$1,500/month
*Pre-NSBL lane and technology*

BT0007081

# Growth Validation



*We have 50 registered rollers per classic lane today*





**20 lanes in 6 bars**

**1,000 rollers**

*In 5 years, with modern networked NSBL lanes*






**2,000 lanes in 1,000 bars**

**100,000 rollers**

# Revenue Model



As the network grows so does revenue from game play, sponsorships, microtransactions and merchandise

| Year | Lanes | Rollers | Revenue | Expense | Profit |
|------|-------|---------|---------|---------|--------|
| 1 | 150 | 4,000 | $505,600 | $1,055,600 | $-551,000 |
| 2 | 450 | 15,000 | $3,343,900 | $3,211,000 | $132,900 |
| 3 | 930 | 40,000 | $9,876,800 | $6,695,600 | $3,181,200 |
| 4 | 1,650 | 82,500 | $21,529,200 | $12,156,400 | $9,372,700 |
| 5 | 2,600 | 130,000 | $39,206,900 | $20,020,200 | $19,186,700 |



*Revenue from live streaming, events and licensing of NSBL software not listed*

BT0007083

# The Network Effect



*Getting to critical mass*

**More Lanes**

+

**Increased Prize Pool**

+

**Roller Rewards**

+

**Social Media**

+

**Live Streaming**

=

**Network Growth**

CONFIDENTIAL

# Product





**NSBL LANES are networked and link to league app**

Rollers can play and see each other remotely live on camera

Sponsor and bar advertising on HD screens

Animation and cut scenes

NSBL event promotion, standings, stats and video coverage

Social media integration

Lanes stream live online

Customizable roller profiles



**NSBL APP facilitates competitive play and community**

Bars and rollers can host their own tournaments

Timely released original NSBL games

Unlock in-game rewards for quality of play

Win game tokens and NSBL shop discounts for quality of play

Purchase avatars, skins, unique features and NSBL gear

Follow the careers of friends and rollers in the network

Locate NSBL lanes anywhere in the country

"Match Maker" pairs up rollers with similar stats and ability



**NSBL LIVE EVENTS incentivize play with cash prizes**

Hundreds of rollers will qualify, thousands will watch live and online

Venues with sporting event and festival atmosphere

CONFIDENTIAL

# User Experience



*A Skee-Ball® lover walks into a bar...*

| **They see a NSBL Lane** | **They download the NSBL App** | **They play 10 free NSBL games** | **They pay for NSBL games** |
|---|---|---|---|









| **The screen will also say:** Download NSBL app 10 free games Current prize pool | The app is free and links to their Facebook account | The 10 free games include a tutorial with tips and info about NSBL features | They also have the option to continue by paying $1 per game |
|---|---|---|---|

BT0007086



# WE ARE THE ONLY ONES WHO CAN DO THIS

We have the **exclusive and perpetual rights** from Bay Tek Games, Inc.
to run competitive live play Skee-Ball® worldwide

**Patentable NSBL
Lane Technology**

**We already own the
exclusive live play rights**

**Patentable NSBL
App Technology**





**We own NSBL.com**



CONFIDENTIAL

# Go To Market



### Manufacture NSBL Lanes

Bay Tek Games, leader in coin-op game development,
is building lanes to our specifications

### Develop NSBL Technology

Eric Wikman (CTO) is developing the NSBL app
and software that will power the lanes

### Deploy NSBL Lanes

25 lanes to be placed in our current league venues,
50 lanes to be placed by NSBL bar and operator partners

### Host NSBL Showcase

NSBL venues will host a beta pre-launch tournament
to generate buzz around product and network

### Grow NSBL Roller Network

Social media integration, live-streamed events, in-game rewards,
climbing prize pools and national coverage will expand playerbase

CONFIDENTIAL



## *Meet The Erics*



**Eric Pavony**
*President & Founder*

Founded Brewskee-Ball in 2005.
Creator of Major League Dreidel
and inventor of the Spinagogue.
Holds a patent for his game
Five Hole Cornhole.



**Eric Wikman**
*Technology*

CTO of Everycontractor.com
and VP of Operations at Epicom.
Software engineer and manager
of all technology projects. Has a BBA
in business management from Baylor.



**Eric Cooper**
*Operations*

Venue and tour manager for
20 years in the music industry.
Operator of Austin league for
8 years and Event Coordinator
of the National Championship.

**Mike Woster**, CRO of the Linux Foundation, is advising with go-to-market plan and rollout.

CONFIDENTIAL

# Revenue Based Finance



## % of top line revenue will be paid monthly until investor receives a 2x return

| Investment | Top Line Rev | IRR | Payback Period |
|---|---|---|---|
| $1,000 | 0.0009% | 13.64% | 84 months |
| $5,000 | 0.0071% | 16.22% | 75 months |
| $10,000 | 0.0157% | 16.79% | 72 months |
| $15,000 | 0.0262% | 17.37% | 70 months |
| $25,000 | 0.0538% | 18.61% | 66 months |

*IRR and payback period are estimations*

**If you are interested in investing above $25k contact eric@nsbl.com**

CONFIDENTIAL

# The Future



## IF WE BUILD IT, THEY WILL ROLL



1,000 BARS    2,000 LANES    100,000 ROLLERS    $39M REVENUE

CONFIDENTIAL                                                                                     BT0007091

# THE OFFICIAL SKEE-BALL LANE OF THE

# NSBL ®

*Host entire national network of rollers at your bar!*

**BECOME A SANCTIONED NSBL VENUE TODAY!**

## 32" HD SCREEN WITH LIVE STREAMING

- ○ **LEAGUE AND TOURNAMENT SOFTWARE**
- ○ **CAMERAS ALLOW FOR REMOTE PLAY**
- ○ **CONNECT WITH PLAYERS VIA NSBL APP**
- ○ **BAR AND PRODUCT ADVERTISING**
- ○ **ORIGINAL GAMES AND ANIMATION**
- ○ **SMARTPHONE PAYMENT SYSTEM**
- ○ **SOCIAL MEDIA INTEGRATION**
- ○ **CASH PRIZE POOL**

*Financing Available!*

✓ *Social*
✓ *Competitive*
✓ *Community*



Not actual NSBL lane

*Connectivity by*

**T···Mobile·**

**twilio**

**Buy Lane at NSBL.com**

## THE NEXT 100 YEARS OF SKEE-BALL BEGINS NOW





THE OFFICIAL SKEE-BALL LANE OF THE

# NSBL®

Compete and connect on *your time!*

AT HOME OR OFFICE
LET THE GOOD TIMES ROLL!

## 32" HD SCREEN WITH LIVE STREAMING

Not actual NSBL lane

- HOST YOUR OWN TOURNAMENTS
- PLAY FRIENDS AND COLLEAGUES REMOTELY
- COMPETE AGAINST ENTIRE NETWORK
- CLIMB LEADERBOARDS WIN REWARDS
- QUALIFY FOR NATIONAL EVENTS
- CONTEND FOR CASH PRIZE POOL
- ENJOY ORIGINAL GAMES
- HALF PRICE NSBL FEATURES
- FREE PLAY MODE

*Financing Available!*

Connectivity by
T··Mobile·
twilio

Buy Lane at
NSBL.com

**THE NEXT 100 YEARS OF SKEE-BALL BEGINS NOW**

BAYTEK GAMES

CONFIDENTIAL