UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FULL CIRCLE UNITED, LLC, <br><br> Plaintiff, <br> v. <br><br> BAY TEK ENTERTAINMENT, INC., <br><br> Defendant. <br><br><br> BAY TEK ENTERTAINMENT, INC., <br><br> Counterclaim Plaintiff, <br> v. <br><br> FULL CIRCLE UNITED, LLC, <br><br> Counterclaim Defendant, <br><br> and <br><br> ERIC PAVONY, <br><br> Additional Counterclaim Defendant. | CASE NO. 1:20-CV-03395 |

**FULL CIRCLE'S EXHIBITS TO WHICH BAY TEK ENTERTAINMENT OBJECTS SOLELY IN CONNECTION WITH ITS PENDING MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OFFERED TO SEEK TO ESTABLISH A CONTRACTUAL OBLIGATION OF BAY TEK TO <u>MANUFACTURE CUSTOM LANES FOR FCU</u>**