# PX EXHIBIT 5

| From: | Holly Hampton <hhampton@baytekgames.com> |
|---|---|
| Sent: | April 11, 2016 1:22 PM |
| To: | Gaetan Philippon;Tom Diedrich;Eric Schadrie;Lance Treankler;Rick Rochetti |
| Subject: | Full Circle United (BrewSkee Ball) |
| Attachments: | Full Circle United Agenda_April 2016.docx |
| Importance: | High |

Gents,

The gentlemen from Full Circle United will be here this week Thursday and Friday, three Eric's from the company. Along with 2 crew members of a film documentary company that has been chronically their story the past 3.5 years.

QUESTION: Are we okay with the film crew coming?

Here is the agenda:

Thursday:
| | |
|---|---|
| 10:30-11:30 | Tour (Gaetan) |
| 11:30-1:30 | Full Circle Business Case Presentation (All) Includes Lunch |
| 1:30 | Break and let them set up Skee Ball game in R&D |
| 2:30-4:30 | Product review and future plans discussion |
| 5:00 | Happy Hour if anyone is interested (I cannot go) |

Friday:
| | |
|---|---|
| 11:00-2/3:00 | Wrap up, next steps Includes Lunch |
| 5:00 | 1919 for Dinner and then Blizzard Game |

Please RSVP via email what parts you'll be attending so we can plan on food, reservations, etc.

Eric- can you help get space made for Thursday in the R&D game room??

BTW, I've attached what they suggested for an Agenda, we modified it a bit today.

Thanks All,

**HOLLY HAMPTON**
DIRECTOR OF INNOVATION

**Bay Tek Games, Inc.**
1077 E. Glennbrook Dr., Pulaski, WI 54162
W: baytekgames.com
C: 920.360.1491
P: 920.822.3951 x 1707
Skype: holly.meidl

FACEBOOK • TWITTER • CATALOG

EXHIBIT 13
FCU v. BayTek

CONFIDENTIAL
BT0004259

**Bay Tek & Full Circle United Meetings to Discuss National Skee-Ball League (NSBL)**
Thursday, April 14 & Friday, April 15

---

**Thursday, April 14**

**Facility Tour**

**Time:** 10:30 a.m. - 11:30 a.m

---

**NSBL Business Model Overview**

**Time:** 11:30 a.m. - 1:30 p.m.

**Attendees:** CEO
Head of Marketing & Innovation
Director of Finance
Director of R&D
Director of Operations
Marketing Department

**Discussion:** Go over NSBL vision, structure and business model

---

**Lunch @ 1:30 p.m.** - Bay Tek's Yummy Recommmmendation

---

**NSBL Lane of the Future**

**Time:** 2:30 p.m. - 4:30 p.m.

**Attendees:** Director of R&D

**Discussion:** Discuss the specific needs for the NSBL lane and begin the process to determine the cost of the lane as well as the lead time for delivery.

**Topics:** NSBL Lane Requirements and Innovation
NSBL Lane Production
Beer Ball / Fire Ball Fury Discussion
Current Stock of S-Model Classic Skee-Ball Lanes & Parts

---

**Finance Meeting**

**Time:** 4:30 p.m. - 5:30 p.m.

**Attendees:** Director of Finance

**Discussion:** Minimum order quantities
Financing terms for orders
Quantity discounts

---

**Bay Tek & Full Circle United Meetings to Discuss National Skee-Ball League (NSBL)**
Thursday, April 14 & Friday, April 15

---

**Thursday, April 14**

**Facility Tour**

**Time:** 10:30 a.m. - 11:30 a.m

---

**NSBL Business Model Overview**

**Time:** 11:30 a.m. - 1:30 p.m.

**Attendees:** CEO
Head of Marketing & Innovation
Director of Finance
Director of R&D
Director of Operations
Marketing Department

**Discussion:** Go over NSBL vision, structure and business model

---

**Lunch @ 1:30 p.m.** - Bay Tek's Yummy Recommmmendation

---

**NSBL Lane of the Future**

**Time:** 2:30 p.m. - 4:30 p.m.

**Attendees:** Director of R&D

**Discussion:** Discuss the specific needs for the NSBL lane and begin the process to determine the cost of the lane as well as the lead time for delivery.

**Topics:** NSBL Lane Requirements and Innovation
NSBL Lane Production
Beer Ball / Fire Ball Fury Discussion
Current Stock of S-Model Classic Skee-Ball Lanes & Parts

---

**Finance Meeting**

**Time:** 4:30 p.m. - 5:30 p.m.

**Attendees:** Director of Finance

**Discussion:** Minimum order quantities
Financing terms for orders
Quantity discounts

---

**Friday, April 15**

**Marketing Meeting**

**Time:** 11:00 a.m. - 12:30 p.m.

**Attendee's:** Director of Marketing & Innovation / Marketing Department

**Discussion:** Bay Tek BEEB Sponsorship (National Championship this June)
Data on where Beer Ball was successful
NSBL sponsorship, advertising and merchandise opportunities
NSBL Network Effect
NSBL Location Scouting

---------------------------------------------------

**Lunch with Gaetan Philippon: Relationship Overview (Manufacturing Parnter / NSBL Investor)**

**Time:** 12:30 p.m. - 2:30 p.m.

**Attendee's:** CEO

**Discussion:** Manufacturing NSBL Lanes
Investing in The NSBL
Current Bay Tek Distribution Network
Intellectual Property: The policing of Skee-Ball trademark

---------------------------------------------------

**Dinner**

**Time:** 7:00 p.m.

**Attendee's:** Gaetan Philippon, Larry and Kathy Treankler