# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FULL CIRCLE UNITED, LLC,<br><br>    *Plaintiff*,<br>  v.<br><br>BAY TEK ENTERTAINMENT, INC.,<br><br>    *Defendant*. | CASE NO. 1:20-cv-03395-BMC |
| BAY TEK ENTERTAINMENT, INC.,<br><br>    *Counterclaim Plaintiff*,<br>  v.<br><br>FULL CIRCLE UNITED, LLC,<br><br>    *Counterclaim Defendant*,<br><br>  *and*<br><br>ERIC PAVONY,<br><br>    *Additional Counterclaim Defendant*. | |

## DECLARATION OF MARK C. HUMPHREY

I, Mark C. Humphrey, hereby declare as follows:

    1.    I am an attorney-at-law, and a partner with the law firm of Mitchell Silberberg & Knupp LLP ("MSK"), counsel of record for Defendant and Counterclaim Plaintiff Bay Tek Entertainment, Inc. ("Bay Tek") in this action. Since April 29, 2022, I have been admitted *pro hac vice* to practice before this Court in connection with this matter. I make this declaration of my own personal knowledge, and if called to testify as a witness in this matter could and would

testify competently thereto. I submit this declaration in support of Bay Tek's Memorandum of Law in Opposition to the Motions *in Limine* of Plaintiff and Counterclaim Defendant Full Circle United, LLC.

2. Attached hereto as **Exhibit 1** is a true and correct copy of email correspondence dated between February 10, 2025 and February 27, 2025, between myself, on the one hand, and Rishi Bhandari and Robert Glunt, counsel for Full Circle United, LLC, on the other hand.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 14th day of March, 2025 at Los Angeles, California.

*/s/ Mark C. Humphrey*
Mark C. Humphrey