## EXHIBIT 6 TO JOINT PRETRIAL ORDER

## BAY TEK'S EXHIBIT LIST

Bay Tek Entertainment, Inc. ("Bay Tek") hereby submits the following list of exhibits it intends to offer at the trial in this matter, excluding exhibits to be used for purposes of rebuttal and/or impeachment. The following table includes Full Circle's objections and basis for those objections, if any, as required by the Court's form Joint Pretrial Order. Where many documents are objected to on substantially identical grounds, a description of the categorical objections follows the table.

Bay Tek reserves the right to amend and/or supplement this list as necessary.

| Ex. | Document Description | Objection | Basis for Objection |
|-----|---------------------|-----------|---------------------|
| _A | Confidential Settlement Agreement between Skee Ball, Inc. and Full Circle United, LLC (FCU000000024-FCU000000038) | No Objection | |
| _B | Confidential Trademark License Agreement between Skee Ball, Inc. and Full Circle United, LLC (FCU000000052-FCU000000074) | No Objection | |
| _C | Assignment and Assumption Agreement between Skee Ball, Inc. and Bay Tek Games, Inc. | No Objection | |

| Ex.* | Document Description | Objection | Basis for Objection |
|---|---|---|---|
| _D* | Email thread between T. Diedrich, Lance Treankler, H. Hampton, Larry Treankler, Leadership Team, E. Schadrie, J. Bonnin, E. Pavony, and E. Wikman regarding NSBL Investment (BT0004504-BT0004505) | Foundation; Relevance; Hearsay | The document is internal to BayTek and contains hearsay statements about which personal knowledge cannot be assumed and which are not subject to any hearsay exception. |
| _E* | Email thread between T. Diedrich, M. Connell, Lance Treankler, H. Hampton, M. Connell, E. Pavony, and E. Wikman regarding Scheduling call for this week-vetting of financials (BT0004680-BT0004689) | Foundation; Relevance; Hearsay | The document is internal to BayTek and contains hearsay statements about which personal knowledge cannot be assumed and which are not subject to any hearsay exception. |
| _F* | Email thread between T. Diedrich, M. Connell, Lance Treankler, H. Hampton, M. Connell, E. Pavony, and E. Wikman regarding Scheduling call for this week-vetting of financials (BT0004698-BT0004702) | Foundation; Relevance; Hearsay | The document is internal to BayTek and contains hearsay statements about which personal knowledge cannot be assumed and which are not subject to any hearsay exception. |
| _G* | Email with attachment from T. Diedrich to E. Pavony, M. Connell, H. Hampton and L. Treankler regarding Intent to Manufacture (BT0002021-BT0002022) | No Objection | |
| _H* | Email thread between E. Wikman and J. Hines (Firestone Financial) regarding Contact Info (FCU000010267-FCU000010271) | No Objection | |

* Bay Tek intends to withdraw exhibits denoted with an (*) if the Court grants in its entirety Bay Tek's Motion *In Limine* to Exclude Evidence Offered to Seek to Establish a Contractual Obligation of Bay Tek to Manufacture Custom Lanes for FCU (*See* ECF No. 240)

| Ex. | Document Description | Objection | Basis for Objection |
|---|---|---|---|
| _I* | Email from E. Wikman to T. Diedrich, CC H. Hampton, E. Schadrie, R. Rochetti and E. Pavony regarding New Scope of Work (BT0009210) | No Objection | |
| _J* | Email thread between H. Hampton, E. Pavony and E. Wikman regarding Beer Ball Operators (BT0005208-BT0005211) | Foundation; Relevance; Hearsay | The document is internal to BayTek and contains hearsay statements about which personal knowledge cannot be assumed and which are not subject to any hearsay exception. |
| _K | Email thread between E. Pavony and Eric Bruner, Adam Fletcher, E. Wikman and Brooks Chambers (FCU000014898-FCU000014907) | No Objection | |
| _L | Email thread between E. Wikman, E. Pavony, and R. Cooper regarding WHOOP, THERE IT IS!!! (FCU000015294-FCU000015296) | Foundation, Relevance | It is unclear how this document relates to any remaining claim. |
| _M | Email from P. Scanlan to E. Pavony, E. Wikman, R. Cooper, and E. Schadrie regarding Next setps on Skee Ball LIVE | No Objection | |
| _N | Facebook post by Eric Pavony of Skee-Ball Live lanes in Brooklyn | No Objection | |
| _O | Email from E. Pavony to E. Pavony regarding Brooklyn Brewskee-Ball-Week 3 Skee Mail! (FCU000015457-FCU000015461) | No Objection | |
| _P | Email from Twitch Support to E. Pavony regarding [Twitch] Your Application has been Accepted! (FCU000015627-FCU000015628) | No Objection | |

| Ex. | Document Description | Objection | Basis for Objection |
|---|---|---|---|
| _Q | Email thread with attachments from E. Pavony to E. Brunner regarding Follow up (FCU000015693-FCU000015698) | No Objection | |
| _R | Email from E. Pavony to Brooklyn Brewskee-Ball, CC R. Lynch, R. Dexter, R. Talbert, C. Long, P. O'Neill, N. Ronayne, J. Gregg, tokimturner@gmail.com, markdnathan@gmail.com, vc.cookies@gmail.com, C. Lynd, R. Dodge, R. Cooper, and E. Wikman regarding Welcome to LANESANITY! (FCU000015762-FCU000015764) | No Objection | |
| _S | Email from Brooklyn Brewskee-Ball to E. Pavony regarding Tomorrow is LANESANITY! (FCU000015807-FCU000015813) | No Objection | |
| _T | Email thread between E. Pavony and A. Naslund, CC A. Soriano, A. Naslund, A. Berrones, and A. St. Germain, regarding External Front Page Request - National Skee-Ball League LIVE (FCU000015821-FCU000015825) | No Objection | |
| _U | Email with attachments from E. Cooper to S. Oehrlein and E. Wikman regarding Week 1 Schedule and Skeemail (FCU000015850-FCU000015857) | No Objection | |

| Ex. | Document Description | Objection | Basis for Objection |
|------|--------------------|-----------|--------------------|
| _V | Email thread between Bill Clark and E. Pavony regarding NSBL and Skee-Ball Live (FCU000008715-FCU000008716) | No Objection as to email, but video links need to be refreshed.<br><br>https://fb.watch/xeDPRfouq4/<br><br>https://drive.google.com/file/d/11VO-jCso0MjfHq3sMIvEgAOcDeog5ftC/view | |
| _W | Email thread between Stephen Lahti and E. Pavony regarding Bar Partners & National Skee-Ball League (FCU000008730-FCU000008740) | No Objection as to email, but video links need to be refreshed.<br><br>https://fb.watch/xeDPRfouq4/<br><br>https://drive.google.com/file/d/11VO-jCso0MjfHq3sMIvEgAOcDeog5ftC/view | |
| _X | Email thread between E. Pavony and E. Wikman regarding Reasoning and Plan for Press We Discussed (FCU000016077) | Relevance | It is unclear how this document relates to any remaining claim. |
| _Y | Email from Brooklyn Brewskee-Ball to E. Pavony regarding Register for Summer Skeeson Brewskee-Ball (Week 1 Schedule) (FCU000016086-FCU000016094) | No Objection | |
| _Z | Email from E. Pavony to E. Pavony regarding Congratulations to this Sseason's Winners! BEEB Dates Announced! (FCU000016354-FCU000016361) | No Objection | |

| Ex. | Document Description | Objection | Basis for Objection |
|------|---------------------|-----------|---------------------|
| AA | Email thread between Steve Marzocca (Twitch) and E. Pavony regarding Skee-Ball on Twitch (FCU000016464-FCU000016467) | No Objection | |
| AB | Email from P. Coffey to E. Pavony regarding BayTek Entertainment/Full Circle (FCU000005627-FCU000005628) | Foundation, Relevance; Hearsay | The document is an email from BayTek's counsel. It is an out of court statement from a party lacking personal knowledge to which no hearsay exception applies. |
| AC | Facebook post by NSBL with video titled, "Folks new to the lanecast on Sunday wanted to know what Skee-Ball LIVE is all about. Here's a brief discussion about the "Lane of the Future: and its…" | Relevance | It is unclear how this document relates to any remaining claim. |
| AD | Email thread between E. Pavony and Johanna R. Goldblatt (ESPN) regarding Brewskee-Ball & ESPN  (FCU000009722-FCU000009724) | No Objection | |
| AE | Email thread between E. Pavony and Johanna R. Goldblatt (ESPN) regarding Update  (FCU000009726) | No Objection | |
| AF | Email with attachments from H. Hampton to E. Pavony regarding Request for Quote (FCU000002974-FCU000002982) | No Objection | |
| AG | Facebook post by NSBL advertising NSBL Skee-Ball LIVE tournaments | No Objection | |

| Ex. | Document Description | Objection | Basis for Objection |
|---|---|---|---|
| AH | Email thread between Johanna R. Goldblatt (ESPN) and E. Pavony regarding ESPN Production Guidelines (FCU000009807-FCU000009808) | No Objection | |
| AI | Facebook post by NSBL advertising Skee-Ball LIVE on Twitch | No Objection | |
| AJ | Email from Johanna R. Goldblatt (ESPN) to E. Pavony regarding Draft of ESPN + NSBL Deal Points (FCU000009814-FCU000009816) | No Objection | |
| AK | Email with attachment from Johanna R. Goldblatt (ESPN) to E. Pavony, CC C. Shoemaker regarding Air Hockey + ESPN Deal Points (FCU000009829-FCU000009845) | No Objection | |
| AL | Email thread with attachments between Johanna R. Goldblatt (ESPN) and E. Pavony regarding NSBL 1+ ESPN Deal Points (FCU000009929-FCU000009970) | No Objection | |
| AM | Letter from P. Thanadises to BayTek Entertainment dated 2/12/2020; with cover email | No Objection | |
| AN | Email thread between P. Thanasides, D. Timm, CC P. Coffey, J. Swiekatowski and C. Casadonte-Apostolou regarding Full Circle United/ESPN | No Objection | |

| Ex. | Document Description | Objection | Basis for Objection |
|---|---|---|---|
| AO | Email thread between P. Thanasides, P. Coffey, C. Casadonte-Apostolou and all CL Staff regarding Full Circle United/Bay Tek Entertainment | No Objection | |
| AP | Email thread between P. Coffey, P. Thanasides, CC A. Fisher and D. Timm regarding Bay Tek/Full Circle | No Objection | |
| AQ | Email thread between Johanna R. Goldblatt (ESPN) and E. Pavony regarding NSBL 1+ ESPN Deal Points (FCU000010028-FCU000010038) | No Objection | |
| AR | Website Printout: Scoreboards and Full Circle Magazine Covers (BT0000070-BT0000091) | No Objection | |
| AS | Email with attachment from P. Coffey to P. Thanasides dated March 11, 2020 regarding Full Circle United/Bay Tek | No Objection | |
| AT | Facebook post by Full Circle Bar with Skee-Ball machines | No Objection | |
| AU | Email thread between E. Pavony and Alex Garra (American Bocce Co) regarding Great Clip on Insta! (FCU000018337-FCU000018339) | No Objection | |
| AV | Website Printout: Asheville Website (BT0000113-BT0000116) | Foundation; Relevance | *See* **Objection One** |
| AW | Website Printout: Brooklyn Website (BT0000143-BT0000148) | No Objection | |

| Ex. | Document Description | Objection | Basis for Objection |
|------|---------------------|-----------|---------------------|
| AX | Website Printout: Oakland Website (BT0000168-BT0000175) | Foundation; Relevance | *See* **Objection One** |
| AY | Website Printout: Brewskeeball Products (BT0000065-BT0000069) | No Objection | |
| AZ | Website Printout: Hepatitis Skee Merchandise (BT0000096-BT0000098) | No Objection | |
| BA | Full Circle Magazine: Phillskoo Phanaties (BT0000102) | No Objection | |
| BB | Letter from J. Movit to Jon R. Fetterolf, Esq. dated 9/23/2020 | No Objection | |
| BC | Website Printout: Brewskeeball-Philadelphia (FCU000020350-FCU000020352) | Foundation; Relevance | *See* **Objection One** |
| BD | Website Printout: Gainesville Website (BT0000276-BT0000282) | Foundation; Relevance | *See* **Objection One** |
| BE | Website Printout: San Francisco Website (BT0000307-BT0000324) | Foundation; Relevance | *See* **Objection One** |
| BF | Screenshots of Twith Videos related to NSBL (BT0000426-BT0000445) | No Objection | |
| BG | Website Printout: Facebook Full Circle Bar Post | No Objection | |
| BH | Website Printout: Facebook Full Circle Bar Post | No Objection | |
| BI | Forensic Collection: Instagram Post--Full Circle Bar Brooklyn on Instagram: "Ahoy! Here's the Week 1 Match Schedule ya'Il. Let the Fall Skeeson commence! There's still plenty of time to register for the upcoming..." (BT0010859-BT0010863) | No Objection | |

| Ex. | Document Description | Objection | Basis for Objection |
|---|---|---|---|
| BJ | Forensic Collection: Instagram Post--Extra Positive Land on Instagram: "Skeeson 47 began at FCB this week, as rookie and veteran rollers got back in the Brew York Groove. Congrats to Lex-skee, Killapino and..." (BT0010864-BT0010866) | No Objection | |
| BK | Forensic Collection: Instagram Post--Extra Positive Land on Instagram: "We mashed. We bashed. We smashed. Halloweek in Brooklyn was spooky and kooky D Here are the Top TEAM Costumes. Please Vote for ONE of ... " (BT0010867-BT0010874) | No Objection | |
| BL | Forensic Collection: Instagram Post--Extra Positive Land on Instagram: "Rollers, mount up! Championship Sunday 47 is tomorrow. Here's the Championship Sunday Program, Updated BMT Bracket and Round 1 & 2 Match ... " (BT0010875-BT0010879) | No Objection | |
| BM | Forensic Collection: Instagram Post--Extra Positive Land on Instagram: "Post-Skeeson begins tonite in Brooklyn with The BMT #goodluck #godskeed #everyballcounts #brewskeeball" (BT0010880-BT0010883) | No Objection | |

| Ex. | Document Description | Objection | Basis for Objection |
|---|---|---|---|
| BN | Forensic Collection: Instagram Post--Full Circle Bar Brooklyn on lnstagram: 'The Final Week of the Regular Skeeson Hath Commeth! Here are the WEEK 8 Match Schedules and some Post-Skeeson details, as we gear up for..." (BT0010888-BT0010892) | No Objection | |
| BO | Forensic Collection: Instagram Post--Extra Positive Land on lnstagram: "Amidst the sea of flannel shirts and cider, rollers and teams posted some sweet scores on Week 3. Congrats to Torstein from Cloudy with a.. ." (BT0010893-BT0010895) | No Objection | |
| BP | Full Circle Bar's Website - Austin Location | No Objection | |
| BQ | Facebook page of NSBL | No Objection | |
| BR | WebCapture: NSBL - Twitch | No Objection | |
| BS | WebCapture: About NSBL - Twitch | No Objection | |
| BT | WebCapture: NSBL's Schedule - Twitch | No Objection | |
| BU | WebCapture: NSBL's Videos- Twitch | No Objection | |
| BV | WebCapture: All Products - Page 2 - Spinagogue | No Objection | |
| BW | Website Printout: Los Angeles Website | Foundation; Relevance | *See* **Objection One** |
| BX | Website Printout: Los Angeles Website - Photo 1 | Foundation; Relevance | *See* **Objection One** |
| BY | Website Printout: Los Angeles Website - Photo 2 | Foundation; Relevance | *See* **Objection One** |
| BZ | Website Printout: Los Angeles Website - Photo 3 | Foundation; Relevance | *See* **Objection One** |
| CA | Website Printout: Los Angeles Website - Photo 4 | Foundation; Relevance | *See* **Objection One** |
| CB | Website Printout: Los Angeles Website - Photo 5 | Foundation; Relevance | *See* **Objection One** |

| Ex. | Document Description | Objection | Basis for Objection |
|---|---|---|---|
| CC | Intentionally Omitted | No Objection | |
| CD | Full Circle United's Sixth Month Revenue Report to Bay Tek; January 1, 2016 - June 30, 2016 | No Objection | |
| CE | Full Circle United's Sixth Month Revenue Report to Bay Tek; July 1, 2016 - December 31, 2016 | No Objection | |
| CF | Full Circle United's Sixth Month Revenue Report to Bay Tek; January 1, 2017 - June 30, 2017 | No Objection | |
| CG | Email thread between E. Pavony and Brooklyn World Mug regarding BK BEEB Team Sponsor (FCU000016558-FCU000016561) | No Objection | |
| CH | Full Circle United's Sixth Month Revenue Report to Bay Tek; July 1, 2018 - December 31, 2018 (FCU000016764-FCU000016767) | No Objection | |
| CI | Email from E. Pavony to D. Timm, CC H. Hampton regarding Sponsorships (FCU000002947) | No Objection | |
| CJ | Email with attachments from E. Pavony to H. Hampton regarding 2019 Revenue Report (July 1-December 31) (FCU000002987-FCU000002991) | No Objection | |
| CK | Full Circle United's Revenue Report to Bay Tek; May & June 2020; Full Circle United's Sixth Month Revenue Report to Bay Tek; January 1, 2020 - June 30, 2020 (FCU000018310-FCU000018315) | No Objection | |

| Ex. | Document Description | Objection | Basis for Objection |
|---|---|---|---|
| CL | Full Circle United's Revenue Report to Bay Tek; December 2020; Full Circle United's Sixth Month Revenue Report to Bay Tek; July 1, 2020 - December 31, 2020 (FCU000003041-FCU000003045) | No Objection | |
| CM | Full Circle United's Sixth Month Revenue Report to Bay Tek; July 1, 2021 - December 31, 2021 (FCU000020471-FCU000020475) | No Objection | |
| CN | Full Circle United's Sixth Month Revenue Report to Bay Tek; January 1, 2022 - June 30, 2022 | No Objection | |
| CO | Full Circle United's 2023 Six Month Revenue Report to Bay Tek; July 1, 2023 – December 31, 2023 | No Objection | |
| CP | Full Circle United's 2024 Six Month Revenue Report to Bay Tek; January 1, 2024 – June 30, 2024 | No Objection | |
| CQ | Receipts for domains (FCU EXPERT 0001098-FCU EXPERT 0001120) | Relevance | It is unclear how this document relates to the remaining claims. |
| CR | 2014 Chase Bank Statements for Full Circle United LLC (FCU000007059-FCU000007132) | Cumulative/Waste of Time; Relevance | *See* **Objection Two** |
| CS | 2015-2016 Chase Bank Statements for Full Circle United LLC (FCU000007133-FCU000007212) | Cumulative/Waste of Time; Relevance | *See* **Objection Two** |
| CT | University Federal Credit Union for Eric Cooper (FCU000007679-FCU000007697) | Cumulative/Waste of Time; Relevance | *See* **Objection Two** |

| Ex. | Document Description | Objection | Basis for Objection |
|---|---|---|---|
| CU | 2018-2021 Chase Bank Statements for Full Circle United LLC (FCU000005399-FCU000005546) | Cumulative/Waste of Time; Relevance | *See* **Objection Two** |
| CV | Report:  Information regarding Model S Lanes/non-Skee Ball Live Lanes (FCU EXPERT 0000002-FCU EXPERT 0000004) | No Objection | |
| CW | Report:  FCU Lane Data for Laura (FCU EXPERT 0000966) | No Objection | |
| CX | Eric Pavony's Amended Answers to Bay Tek Entertainment, Inc.'s First Set of Interrogatories to Eric Pavony | Relevance | *See* **Objection Three** |
| CY | Full Circle United LLC's Amended Answers to Bay Tek Entertainment Inc.'s First Set of Interrogatories to Full Circle United LLC | Relevance | *See* **Objection Three** |
| CZ | Eric Pavony's Amended Responses to Second Set of Requests for Admission of Bay Tek Entertainment, Inc. | Relevance | *See* **Objection Three** |
| DA | Plaintiff/Counterclaim Defendant Full Circle United, LLC's Amended Answers to Defendant/Counterclaim Plaintiff Bay Tek Entertainment, Inc.'s Second Set of Interrogatories | Relevance | *See* **Objection Three** |
| DB | Counterclaim Defendant Eric Pavony's Amended Answers to Defendant Counterclaim Plaintiff Bay Tek Entertainment, Inc.s' Second Set of Interrogatories | No Objection | |

| Ex. | Document Description | Objection | Basis for Objection |
|---|---|---|---|
| DC | Plaintiff/Counterclaim Defendant Full Circle United, LLC's Amended Answers to Defendant/Counterclaim Plaintiff Bay Tek Entertainment, Inc.'s Second Set of Interrogatories | Relevance; Prejudice; Confusion | The interrogatory asks for a legal conclusion concerning the parties contractual rights, including claims no longer in this case. |
| DD | Full Circle United, LLC's and Eric Pavony's Memorandum in Support of Motion for Clarification or Reconsideration | Foundation; Relevance; Hearsay | The document is a legal memorandum containing factual representations by counsel who lack personal knowledge and legal arguments not properly put before the jury. |
| DE | U.S. trademark registrations for the word mark for AC DC | No Objection | |
| DF | U.S. trademark registrations for the word mark for BEYONCE | No Objection | |
| DG | U.S. trademark registrations for the word mark for G.I. JOE | No Objection | |
| DH | U.S. trademark registrations for the word mark for PUSSYCAT DOLLS | No Objection | |
| DI | U.S. trademark registrations for the word mark for SHANG-CHI | No Objection | |
| DJ | U.S. trademark registrations for the word mark for TEENAGE MUTANT NINJA TURTLES | No Objection | |
| DK | U.S. trademark registrations for the word mark for RAGE AGAINST THE MACHINE | No Objection | |
| DL | U.S. trademark registrations for the word mark for THE FORCE AWAKENS | No Objection | |
| DM | U.S. trademark registrations for BUZZBALLZ marks | No Objection | |
| DN | U.S. trademark registrations for APEROL marks | No Objection | |

| Ex. | Document Description | Objection | Basis for Objection |
|---|---|---|---|
| DO | U.S. trademark registrations for the mark MILLER HIGH LIFE | No Objection | |
| DP | U.S. trademark registrations for the word mark for WILD TURKEY | No Objection | |
| DQ | USPTO Reel: 005752 Frame No. 0285 - 0289 | No Objection | |
| DR | Email thread with attachments between E. Schadrie, T. Diedrich, G. Philippon, J. Fortunato, and M. Connell regarding Skee-Ball, Inc. Trademark Portfolio Transfer; attaching Notice of Recordation and Trademark Assignment (BT0007931-BT0007941) | Relevance | |
| DS | Skee-Ball A True American Classic A Guide to Skee-Ball Licensing (BT0004430-BT0004445) | Foundation, Relevance | |
| DT | Skee-Ball Brand Guide (BT0007559-BT0007567) | Foundation, Relevance | |
| DU | U.S. Trademark Registration Certificates for Reg. No. 256,496 for SKEE-BALL | No Objection | |
| DV | U.S. trademark registrations for 8 SKEE-BALL No. 4,627,972 | No Objection | |
| DW | U.S. Trademark Registration Certificate for 8 SKEE-BALL No. 4,627,972 | No Objection | |
| DX | U.S. Trademark Registration Certificate for SKEE-BALL No. Reg. No. 5,429,760 | No Objection | |
| DY | U.S. Trademark Registration Certificate for SKEE-BALL PLUS No. Reg. No. 5,499,619 | No Objection | |

| Ex. | Document Description | Objection | Basis for Objection |
|---|---|---|---|
| DZ | U.S. Trademark Registration Certificate for SKEE-BALL LIVE No. Reg. No. 5,657,039 | No Objection | |
| EA | U.S. trademark registrations for No. 6,389,191 | No Objection | |
| EB | U.S. Trademark Registration Certificate for SKEE-BALL No. Reg. No. 6,520,809 | No Objection | |
| EC | U.S. Trademark Registration Certificate for SKEE-BALL No. Reg. No. 6,912,996 | No Objection | |
| ED | Internet Archive - Declaration of Nathaniel E. Frank-White | Foundation; Relevance; Hearsay | *See* **Objection One** |
| EE* | Email thread between H. Hampton, A. Heck and R. Rochetti regarding Beer Ball Operators (BT0005206-BT0005207) | Foundation; Relevance; Hearsay | The document is internal to BayTek and contains hearsay statements about which personal knowledge cannot be assumed and which are not subject to any hearsay exception. |
| EF* | Email thread between M. Johnson and E. Schadrie and W. Jensen regarding NUC (BT0005556-BT0005557) | Foundation; Relevance; Hearsay | The document is internal to BayTek and contains hearsay statements about which personal knowledge cannot be assumed and which are not subject to any hearsay exception. |
| EG* | Email with attachment from T. Diedrich to H. Hampton and Larry Treankler regarding NSBL Background (BT0004879-BT0004880) | Foundation; Relevance; Hearsay | The document is internal to BayTek and contains hearsay statements about which personal knowledge cannot be assumed and which are not subject to any hearsay exception. |
| EH | Email thread between H. Hampton and R. Rochetti regarding FCU (BT0008700-BT0008701) | Foundation; Hearsay; Relevance | The document is internal to BayTek and contains hearsay statements about which personal knowledge cannot be assumed and which are not subject to any hearsay exception. |
| EI | Intentionally Omitted | | |
| EJ | Intentionally Omitted | | |
| EK | Intentionally Omitted | | |
| EL | Intentionally Omitted | | |
| EM | Intentionally Omitted | | |

| Ex. | Document Description | Objection | Basis for Objection |
|---|---|---|---|
| EN | Intentionally Omitted | | |
| EO | Intentionally Omitted | | |
| EP | Intentionally Omitted | | |
| EQ | Intentionally Omitted | | |
| ER | Intentionally Omitted | | |
| ES | Intentionally Omitted | | |
| ET | Intentionally Omitted | | |
| EU[†] | Video: Chug Chanting (BT0000514) | No Objection | |
| EV | Streams:  2017 Rollers Championship | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |
| EW | Streams:  - Lanesanity Part 1 | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |
| EX | Streams: Lanesanity Part 2 | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |
| EY | Streams: Lanesanity Part 3 | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |
| EZ | Streams: 2017 Skee-Ball Championship | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |
| FA | Streams: 2018 Hundo Derby | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |
| FB | Streams: 2018 World Mug Part 2 | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |

[†] Exhibits EU-FT are videos of live broadcasts of Live Play matches on Twitch posted by Full Circle and Pavony (the "Videos"), as admitted in Full Circle's and Pavony's Interrogatory responses. During the meet and confer process for the previous Joint Pre-trial Order (ECF 238), Full Circle objected to the purportedly cumulative nature of these exhibits and requested Bay Tek limit the number of streams to be presented at trial or Bay Tek identify what portions of the streams would be used at trial. Bay Tek represented that, *inter alia*, the content, number, volume, and length of the Videos is necessary to prove the materiality of Full Circle's breach that the Court has already found with respect to broadcasting. Moreover, given that each is a separate and discrete video, showing different content, the evidence is not cumulative. Notwithstanding, in an effort to streamline the trial and obviate the need for these objections, Bay Tek agreed that it would remove the Videos from the exhibit list contingent on stipulations regarding the Videos. Bay Tek then prepared a series of stipulations including: the number and titles of the Videos; the dates and locations of the events depicted in the Videos; the appearance of Mr. Pavony and the SKEE-BALL® mark in the Videos; the total overall length of the Videos; and the continued availability of the Videos. The parties continue to be unable to reach an agreement on stipulations. As a result, Bay Tek must include all Videos in their entirety on the list for the reasons described above. Recognizing the difficulties for trial, though, raised by the volume of Full Circle's livestreaming, Bay Tek will attempt to elicit facts that the stipulations were intended to establish through examination of Full Circle's witnesses.  Full Circle continues to object to the introduction of these exhibits and will be moving *in limine* on this issue.

| Ex. | Document Description | Objection | Basis for Objection |
|---|---|---|---|
| FC | Streams: Lanesanity 2 | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |
| FD | Streams: 2019 Skee-Ball National Championship Part 1 | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |
| FE | Streams: 2019 Skee-Ball National Championship Part 2 | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |
| FF | Streams: 2019 Skee-Ball National Championship Part 3 | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |
| FG | Streams: 2019 Skee-Ball National Championship Part 4 | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |
| FH | Streams: Quaranstream E01 | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |
| FI | Streams: Quaranstream E02 | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |
| FJ | Streams: Quaranstream E03 | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |
| FK | Streams: Quaranstream E04 | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |
| FL | Streams: Quaranstream E05 | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |
| FM | Streams: Quaranstream E06 | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |
| FN | Streams: Quaranstream E07 | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |
| FO | Streams: 2019 Hundo Derby Highlights | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |
| FP | Streams: 2019 Rollers Championship – Rnd 2 | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |
| FQ | Streams: Phoenix (ATX) vs The Alskeemist (ILM) – 2019 Rollers | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |

| Ex. | Document Description | Objection | Basis for Objection |
|-----|---------------------|-----------|---------------------|
| FR | Streams: Serpico (BK) vs Phoenix (ATX) – 2019 Lanesanity | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |
| FS | Streams: Floator (ATX) vs Woody (CGN) – 2019 Rollers | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |
| FT | Streams: L Train (BK) vs Texas Lanesaw Massivescore (TX) – 2019 World Mug | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |

**Objection One:** These exhibits were downloaded from the internet. The authorship of the exhibit, when it was generated, what it depicts, whether it has been modified, and whether the author has personal knowledge any facts asserted cannot be established. To the extent authored by third parties, the document is irrelevant to the remaining claims.

**Objection Two**: These exhibits are lengthy bank statements. Bay Tek has identified hundreds of pages of bank statements from Plaintiff without any reference to what portions (if any) are relevant to this case. To the extent that Bay Tek intends to introduce all of Plaintiff's bank statements, that would be needlessly cumulative and a waste of time.

**Objection Three**: These exhibits are discovery responses containing many statements, at least some of which should not be received into evidence given the narrowed scope of the case.

**Objection Four**: Intentionally Omitted.

**Objection Five**: These exhibits are lengthy video files, each one of over twenty-six identified by Bay Tek. To the extent the file is offered for the statements it contains, they should be specifically identified to assess whether any hearsay exception applies. Plaintiff has repeatedly requested that Bay Tek indicate the portions of the videos that they intend to play, but has been rebuffed. To the extent that BayTek intends to show the jury forty-six hours of Skee-Ball videos, that would be needlessly cumulative and a waste of time. While Bay Tek proposed a set of stipulations in lieu of offering video exhibits, the parties could not reach agreement on final language, as Bay Tek sought to characterize the videos and what was done with them rather than neutrally presenting facts that could be agreed to.

<u>**EXHIBIT 6 TO JOINT PRETRIAL ORDER**</u>

<u>**BAY TEK'S EXHIBIT LIST**</u>

Bay Tek Entertainment, Inc. ("Bay Tek") hereby submits the following list of exhibits it intends to offer at the trial in this matter, excluding exhibits to be used for purposes of rebuttal and/or impeachment. The following table includes Full Circle's objections and basis for those objections, if any, as required by the Court's form Joint Pretrial Order. Where many documents are objected to on substantially identical grounds, a description of the categorical objections follows the table.

Bay Tek reserves the right to amend and/or supplement this list as necessary.

| Ex. | Document Description | Objection | Basis for Objection |
|---|---|---|---|
| _A | Confidential Settlement Agreement between Skee Ball, Inc. and Full Circle United, LLC (FCU000000024-FCU000000038) | No Objection | |
| _B | Confidential Trademark License Agreement between Skee Ball, Inc. and Full Circle United, LLC (FCU000000052-FCU000000074) | No Objection | |
| _C | Assignment and Assumption Agreement between Skee Ball, Inc. and Bay Tek Games, Inc. | No Objection | |

| Ex. | Document Description | Objection | Basis for Objection |
|---|---|---|---|
| _D* | Email thread between T. Diedrich, Lance Treankler, H. Hampton, Larry Treankler, Leadership Team, E. Schadrie, J. Bonnin, E. Pavony, and E. Wikman regarding NSBL Investment (BT0004504-BT0004505) | Foundation; Relevance; Hearsay | The document is internal to BayTek and contains hearsay statements about which personal knowledge cannot be assumed and which are not subject to any hearsay exception. |
| _E* | Email thread between T. Diedrich, M. Connell, Lance Treankler, H. Hampton, M. Connell, E. Pavony, and E. Wikman regarding Scheduling call for this week-vetting of financials (BT0004680-BT0004689) | Foundation; Relevance; Hearsay | The document is internal to BayTek and contains hearsay statements about which personal knowledge cannot be assumed and which are not subject to any hearsay exception. |
| _F* | Email thread between T. Diedrich, M. Connell, Lance Treankler, H. Hampton, M. Connell, E. Pavony, and E. Wikman regarding Scheduling call for this week-vetting of financials (BT0004698-BT0004702) | Foundation; Relevance; Hearsay | The document is internal to BayTek and contains hearsay statements about which personal knowledge cannot be assumed and which are not subject to any hearsay exception. |
| _G* | Email with attachment from T. Diedrich to E. Pavony, M. Connell, H. Hampton and L. Treankler regarding Intent to Manufacture (BT0002021-BT0002022) | No Objection | |
| _H* | Email thread between E. Wikman and J. Hines (Firestone Financial) regarding Contact Info (FCU000010267-FCU000010271) | No Objection | |

* Bay Tek intends to withdraw exhibits denoted with an (*) if the Court grants in its entirety Bay Tek's Motion *In Limine* to Exclude Evidence Offered to Seek to Establish a Contractual Obligation of Bay Tek to Manufacture Custom Lanes for FCU (*See* ECF No. 240)

20535194.2

| Ex. | Document Description | Objection | Basis for Objection |
|---|---|---|---|
| _I* | Email from E. Wikman to T. Diedrich, CC H. Hampton, E. Schadrie, R. Rochetti and E. Pavony regarding New Scope of Work (BT0009210) | No Objection | |
| _J* | Email thread between H. Hampton, E. Pavony and E. Wikman regarding Beer Ball Operators (BT0005208-BT0005211) | Foundation; Relevance; Hearsay | The document is internal to BayTek and contains hearsay statements about which personal knowledge cannot be assumed and which are not subject to any hearsay exception. |
| _K | Email thread between E. Pavony and Eric Bruner, Adam Fletcher, E. Wikman and Brooks Chambers (FCU000014898-FCU000014907) | No Objection | |
| _L | Email thread between E. Wikman, E. Pavony, and R. Cooper regarding WHOOP, THERE IT IS!!! (FCU000015294-FCU000015296) | Foundation, Relevance | It is unclear how this document relates to any remaining claim. |
| _M | Email from P. Scanlan to E. Pavony, E. Wikman, R. Cooper, and E. Schadrie regarding Next setps on Skee Ball LIVE | No Objection | |
| _N | Facebook post by Eric Pavony of Skee-Ball Live lanes in Brooklyn | No Objection | |
| _O | Email from E. Pavony to E. Pavony regarding Brooklyn Brewskee-Ball-Week 3 Skee Mail! (FCU000015457-FCU000015461) | No Objection | |
| _P | Email from Twitch Support to E. Pavony regarding [Twitch] Your Application has been Accepted! (FCU000015627-FCU000015628) | No Objection | |

20535194.2

| Ex. | Document Description | Objection | Basis for Objection |
|---|---|---|---|
| _Q | Email thread with attachments from E. Pavony to E. Brunner regarding Follow up (FCU000015693-FCU000015698) | No Objection | |
| _R | Email from E. Pavony to Brooklyn Brewskee-Ball, CC R. Lynch, R. Dexter, R. Talbert, C. Long, P. O'Neill, N. Ronayne, J. Gregg, tokimturner@gmail.com, markdnathan@gmail.com, vc.cookies@gmail.com, C. Lynd, R. Dodge, R. Cooper, and E. Wikman regarding Welcome to LANESANITY! (FCU000015762-FCU000015764) | No Objection | |
| _S | Email from Brooklyn Brewskee-Ball to E. Pavony regarding Tomorrow is LANESANITY! (FCU000015807-FCU000015813) | No Objection | |
| _T | Email thread between E. Pavony and A. Naslund, CC A. Soriano, A. Naslund, A. Berrones, and A. St. Germain, regarding External Front Page Request - National Skee-Ball League LIVE (FCU000015821-FCU000015825) | No Objection | |
| _U | Email with attachments from E. Cooper to S. Oehrlein and E. Wikman regarding Week 1 Schedule and Skeemail (FCU000015850-FCU000015857) | No Objection | |

20535194.2

| Ex. | Document Description | Objection | Basis for Objection |
|---|---|---|---|
| _V | Email thread between Bill Clark and E. Pavony regarding NSBL and Skee-Ball Live (FCU000008715-FCU000008716) | No Objection as to email, but video links need to be refreshed.<br><br>https://fb.watch/xeDPRfouq4/<br><br>https://drive.google.com/file/d/11VO-jCso0MjfHq3sMIvEgAOcDeog5ftC/view | |
| _W | Email thread between Stephen Lahti and E. Pavony regarding Bar Partners & National Skee-Ball League (FCU000008730-FCU000008740) | No Objection as to email, but video links need to be refreshed.<br><br>https://fb.watch/xeDPRfouq4/<br><br>https://drive.google.com/file/d/11VO-jCso0MjfHq3sMIvEgAOcDeog5ftC/view | |
| _X | Email thread between E. Pavony and E. Wikman regarding Reasoning and Plan for Press We Discussed (FCU000016077) | Relevance | It is unclear how this document relates to any remaining claim. |
| _Y | Email from Brooklyn Brewskee-Ball to E. Pavony regarding Register for Summer Skeeson Brewskee-Ball (Week 1 Schedule) (FCU000016086-FCU000016094) | No Objection | |
| _Z | Email from E. Pavony to E. Pavony regarding Congratulations to this Sseason's Winners! BEEB Dates Announced! (FCU000016354-FCU000016361) | No Objection | |

20535194.2

| Ex. | Document Description | Objection | Basis for Objection |
|-----|--------------------|-----------|--------------------|
| AA | Email thread between Steve Marzocca (Twitch) and E. Pavony regarding Skee-Ball on Twitch (FCU000016464-FCU000016467) | No Objection | |
| AB | Email from P. Coffey to E. Pavony regarding BayTek Entertainment/Full Circle (FCU000005627-FCU000005628) | Foundation, Relevance; Hearsay | The document is an email from BayTek's counsel. It is an out of court statement from a party lacking personal knowledge to which no hearsay exception applies. |
| AC | Facebook post by NSBL with video titled, "Folks new to the lanecast on Sunday wanted to know what Skee-Ball LIVE is all about. Here's a brief discussion about the "Lane of the Future: and its…" | Relevance | It is unclear how this document relates to any remaining claim. |
| AD | Email thread between E. Pavony and Johanna R. Goldblatt (ESPN) regarding Brewskee-Ball & ESPN (FCU000009722-FCU000009724) | No Objection | |
| AE | Email thread between E. Pavony and Johanna R. Goldblatt (ESPN) regarding Update (FCU000009726) | No Objection | |
| AF | Email with attachments from H. Hampton to E. Pavony regarding Request for Quote (FCU000002974-FCU000002982) | No Objection | |
| AG | Facebook post by NSBL advertising NSBL Skee-Ball LIVE tournaments | No Objection | |

20535194.2

| Ex. | Document Description | Objection | Basis for Objection |
|---|---|---|---|
| AH | Email thread between Johanna R. Goldblatt (ESPN) and E. Pavony regarding ESPN Production Guidelines (FCU000009807-FCU000009808) | No Objection | |
| AI | Facebook post by NSBL advertising Skee-Ball LIVE on Twitch | No Objection | |
| AJ | Email from Johanna R. Goldblatt (ESPN) to E. Pavony regarding Draft of ESPN + NSBL Deal Points (FCU000009814-FCU000009816) | No Objection | |
| AK | Email with attachment from Johanna R. Goldblatt (ESPN) to E. Pavony, CC C. Shoemaker regarding Air Hockey + ESPN Deal Points (FCU000009829-FCU000009845) | No Objection | |
| AL | Email thread with attachments between Johanna R. Goldblatt (ESPN) and E. Pavony regarding NSBL 1+ ESPN Deal Points (FCU000009929-FCU000009970) | No Objection | |
| AM | Letter from P. Thanadises to BayTek Entertainment dated 2/12/2020; with cover email | No Objection | |
| AN | Email thread between P. Thanasides, D. Timm, CC P. Coffey, J. Swiekatowski and C. Casadonte-Apostolou regarding Full Circle United/ESPN | No Objection | |

20535194.2

| Ex. | Document Description | Objection | Basis for Objection |
|---|---|---|---|
| AO | Email thread between P. Thanasides, P. Coffey, C. Casadonte-Apostolou and all CL Staff regarding Full Circle United/Bay Tek Entertainment | No Objection | |
| AP | Email thread between P. Coffey, P. Thanasides, CC A. Fisher and D. Timm regarding Bay Tek/Full Circle | No Objection | |
| AQ | Email thread between Johanna R. Goldblatt (ESPN) and E. Pavony regarding NSBL 1+ ESPN Deal Points (FCU000010028-FCU000010038) | No Objection | |
| AR | Website Printout: Scoreboards and Full Circle Magazine Covers (BT0000070-BT0000091) | No Objection | |
| AS | Email with attachment from P. Coffey to P. Thanasides dated March 11, 2020 regarding Full Circle United/Bay Tek | No Objection | |
| AT | Facebook post by Full Circle Bar with Skee-Ball machines | No Objection | |
| AU | Email thread between E. Pavony and Alex Garra (American Bocce Co) regarding Great Clip on Insta! (FCU000018337-FCU000018339) | No Objection | |
| AV | Website Printout: Asheville Website (BT0000113-BT0000116) | Foundation; Relevance | *See* **Objection One** |
| AW | Website Printout: Brooklyn Website (BT0000143-BT0000148) | No Objection | |

20535194.2

| Ex. | Document Description | Objection | Basis for Objection |
|---|---|---|---|
| AX | Website Printout: Oakland Website (BT0000168-BT0000175) | Foundation; Relevance | *See* **Objection One** |
| AY | Website Printout: Brewskeeball Products (BT0000065-BT0000069) | No Objection | |
| AZ | Website Printout: Hepatitis Skee Merchandise (BT0000096-BT0000098) | No Objection | |
| BA | Full Circle Magazine: Phillskoo Phanaties (BT0000102) | No Objection | |
| BB | Letter from J. Movit to Jon R. Fetterolf, Esq. dated 9/23/2020 | No Objection | |
| BC | Website Printout: Brewskeeball-Philadelphia (FCU000020350-FCU000020352) | Foundation; Relevance | *See* **Objection One** |
| BD | Website Printout: Gainesville Website (BT0000276-BT0000282) | Foundation; Relevance | *See* **Objection One** |
| BE | Website Printout: San Francisco Website (BT0000307-BT0000324) | Foundation; Relevance | *See* **Objection One** |
| BF | Screenshots of Twith Videos related to NSBL (BT0000426-BT0000445) | No Objection | |
| BG | Website Printout: Facebook Full Circle Bar Post | No Objection | |
| BH | Website Printout: Facebook Full Circle Bar Post | No Objection | |
| BI | Forensic Collection: Instagram Post--Full Circle Bar Brooklyn on Instagram: "Ahoy! Here's the Week 1 Match Schedule ya'Il. Let the Fall Skeeson commence! There's still plenty of time to register for the upcoming..." (BT0010859-BT0010863) | No Objection | |

20535194.2

| Ex. | Document Description | Objection | Basis for Objection |
|-----|---------------------|-----------|---------------------|
| BJ | Forensic Collection: Instagram Post--Extra Positive Land on Instagram: "Skeeson 47 began at FCB this week, as rookie and veteran rollers got back in the Brew York Groove. Congrats to Lex-skee, Killapino and..." (BT0010864-BT0010866) | No Objection | |
| BK | Forensic Collection: Instagram Post--Extra Positive Land on Instagram: "We mashed. We bashed. We smashed. Halloweek in Brooklyn was spooky and kooky D Here are the Top TEAM Costumes. Please Vote for ONE of ... " (BT0010867-BT0010874) | No Objection | |
| BL | Forensic Collection: Instagram Post--Extra Positive Land on Instagram: "Rollers, mount up! Championship Sunday 47 is tomorrow. Here's the Championship Sunday Program, Updated BMT Bracket and Round 1 & 2 Match ... " (BT0010875-BT0010879) | No Objection | |
| BM | Forensic Collection: Instagram Post--Extra Positive Land on Instagram: "Post-Skeeson begins tonite in Brooklyn with The BMT #goodluck #godskeed #everyballcounts #brewskeeball" (BT0010880-BT0010883) | No Objection | |

20535194.2

| Ex. | Document Description | Objection | Basis for Objection |
|------|---------------------|-----------|---------------------|
| BN | Forensic Collection: Instagram Post--Full Circle Bar Brooklyn on lnstagram: 'The Final Week of the Regular Skeeson Hath Commeth!  Here are the WEEK  8 Match Schedules and some Post-Skeeson details, as we gear up for..." (BT0010888-BT0010892) | No Objection | |
| BO | Forensic Collection: Instagram Post--Extra Positive Land on lnstagram: "Amidst the sea of flannel shirts and cider, rollers and teams posted some sweet scores on Week 3. Congrats to Torstein from Cloudy with a.. ." (BT0010893-BT0010895) | No Objection | |
| BP | Full Circle Bar's Website - Austin Location | No Objection | |
| BQ | Facebook page of NSBL | No Objection | |
| BR | WebCapture: NSBL - Twitch | No Objection | |
| BS | WebCapture: About NSBL - Twitch | No Objection | |
| BT | WebCapture: NSBL's Schedule - Twitch | No Objection | |
| BU | WebCapture: NSBL's Videos- Twitch | No Objection | |
| BV | WebCapture: All Products - Page 2 - Spinagogue | No Objection | |
| BW | Website Printout: Los Angeles Website | Foundation; Relevance | *See* **Objection One** |
| BX | Website Printout: Los Angeles Website - Photo 1 | Foundation; Relevance | *See* **Objection One** |
| BY | Website Printout: Los Angeles Website - Photo 2 | Foundation; Relevance | *See* **Objection One** |
| BZ | Website Printout: Los Angeles Website - Photo 3 | Foundation; Relevance | *See* **Objection One** |
| CA | Website Printout: Los Angeles Website - Photo 4 | Foundation; Relevance | *See* **Objection One** |
| CB | Website Printout: Los Angeles Website - Photo 5 | Foundation; Relevance | *See* **Objection One** |

20535194.2

| Ex. | Document Description | Objection | Basis for Objection |
|---|---|---|---|
| CC | Intentionally Omitted | No Objection | |
| CD | Full Circle United's Sixth Month Revenue Report to Bay Tek; January 1, 2016 - June 30, 2016 | No Objection | |
| CE | Full Circle United's Sixth Month Revenue Report to Bay Tek; July 1, 2016 - December 31, 2016 | No Objection | |
| CF | Full Circle United's Sixth Month Revenue Report to Bay Tek; January 1, 2017 - June 30, 2017 | No Objection | |
| CG | Email thread between E. Pavony and Brooklyn World Mug regarding BK BEEB Team Sponsor (FCU000016558-FCU000016561) | No Objection | |
| CH | Full Circle United's Sixth Month Revenue Report to Bay Tek; July 1, 2018 - December 31, 2018 (FCU000016764-FCU000016767) | No Objection | |
| CI | Email from E. Pavony to D. Timm, CC H. Hampton regarding Sponsorships (FCU000002947) | No Objection | |
| CJ | Email with attachments from E. Pavony to H. Hampton regarding 2019 Revenue Report (July 1-December 31) (FCU000002987-FCU000002991) | No Objection | |
| CK | Full Circle United's Revenue Report to Bay Tek; May & June 2020; Full Circle United's Sixth Month Revenue Report to Bay Tek; January 1, 2020 - June 30, 2020 (FCU000018310-FCU000018315) | No Objection | |

20535194.2

| Ex. | Document Description | Objection | Basis for Objection |
|------|---------------------|-----------|---------------------|
| CL | Full Circle United's Revenue Report to Bay Tek; December 2020; Full Circle United's Sixth Month Revenue Report to Bay Tek; July 1, 2020 - December 31, 2020 (FCU000003041-FCU000003045) | No Objection | |
| CM | Full Circle United's Sixth Month Revenue Report to Bay Tek; July 1, 2021 - December 31, 2021 (FCU000020471-FCU000020475) | No Objection | |
| CN | Full Circle United's Sixth Month Revenue Report to Bay Tek; January 1, 2022 - June 30, 2022 | No Objection | |
| CO | Full Circle United's 2023 Six Month Revenue Report to Bay Tek; July 1, 2023 – December 31, 2023 | No Objection | |
| CP | Full Circle United's 2024 Six Month Revenue Report to Bay Tek; January 1, 2024 – June 30, 2024 | No Objection | |
| CQ | Receipts for domains (FCU EXPERT 0001098-FCU EXPERT 0001120) | Relevance | It is unclear how this document relates to the remaining claims. |
| CR | 2014 Chase Bank Statements for Full Circle United LLC (FCU000007059-FCU000007132) | Cumulative/Waste of Time; Relevance | *See* **Objection Two** |
| CS | 2015-2016 Chase Bank Statements for Full Circle United LLC (FCU000007133-FCU000007212) | Cumulative/Waste of Time; Relevance | *See* **Objection Two** |
| CT | University Federal Credit Union for Eric Cooper (FCU000007679-FCU000007697) | Cumulative/Waste of Time; Relevance | *See* **Objection Two** |

20535194.2

| Ex. | Document Description | Objection | Basis for Objection |
|---|---|---|---|
| CU | 2018-2021 Chase Bank Statements for Full Circle United LLC (FCU000005399-FCU000005546) | Cumulative/Waste of Time; Relevance | *See* **Objection Two** |
| CV | Report: Information regarding Model S Lanes/non-Skee Ball Live Lanes (FCU EXPERT 0000002-FCU EXPERT 0000004) | No Objection | |
| CW | Report: FCU Lane Data for Laura (FCU EXPERT 0000966) | No Objection | |
| CX | Eric Pavony's Amended Answers to Bay Tek Entertainment, Inc.'s First Set of Interrogatories to Eric Pavony | Relevance | *See* **Objection Three** |
| CY | Full Circle United LLC's Amended Answers to Bay Tek Entertainment Inc.'s First Set of Interrogatories to Full Circle United LLC | Relevance | *See* **Objection Three** |
| CZ | Eric Pavony's Amended Responses to Second Set of Requests for Admission of Bay Tek Entertainment, Inc. | Relevance | *See* **Objection Three** |
| DA | Plaintiff/Counterclaim Defendant Full Circle United, LLC's Amended Answers to Defendant/Counterclaim Plaintiff Bay Tek Entertainment, Inc.'s Second Set of Interrogatories | Relevance | *See* **Objection Three** |
| DB | Counterclaim Defendant Eric Pavony's Amended Answers to Defendant Counterclaim Plaintiff Bay Tek Entertainment, Inc.s' Second Set of Interrogatories | No Objection | |

20535194.2

| Ex. | Document Description | Objection | Basis for Objection |
|---|---|---|---|
| DC | Plaintiff/Counterclaim Defendant Full Circle United, LLC's Amended Answers to Defendant/Counterclaim Plaintiff Bay Tek Entertainment, Inc.'s Second Set of Interrogatories | Relevance; Prejudice; Confusion | The interrogatory asks for a legal conclusion concerning the parties contractual rights, including claims no longer in this case. |
| DD | Full Circle United, LLC's and Eric Pavony's Memorandum in Support of Motion for Clarification or Reconsideration | Foundation; Relevance; Hearsay | The document is a legal memorandum containing factual representations by counsel who lack personal knowledge and legal arguments not properly put before the jury. |
| DE | U.S. trademark registrations for the word mark for AC DC | No Objection | |
| DF | U.S. trademark registrations for the word mark for BEYONCE | No Objection | |
| DG | U.S. trademark registrations for the word mark for G.I. JOE | No Objection | |
| DH | U.S. trademark registrations for the word mark for PUSSYCAT DOLLS | No Objection | |
| DI | U.S. trademark registrations for the word mark for SHANG-CHI | No Objection | |
| DJ | U.S. trademark registrations for the word mark for TEENAGE MUTANT NINJA TURTLES | No Objection | |
| DK | U.S. trademark registrations for the word mark for RAGE AGAINST THE MACHINE | No Objection | |
| DL | U.S. trademark registrations for the word mark for THE FORCE AWAKENS | No Objection | |
| DM | U.S. trademark registrations for BUZZBALLZ marks | No Objection | |
| DN | U.S. trademark registrations for APEROL marks | No Objection | |

20535194.2

| Ex. | Document Description | Objection | Basis for Objection |
|------|---------------------|-----------|---------------------|
| DO | U.S. trademark registrations for the mark MILLER HIGH LIFE | No Objection | |
| DP | U.S. trademark registrations for the word mark for WILD TURKEY | No Objection | |
| DQ | USPTO Reel: 005752 Frame No. 0285 - 0289 | No Objection | |
| DR | Email thread with attachments between E. Schadrie, T. Diedrich, G. Philippon, J. Fortunato, and M. Connell regarding Skee Ball, Inc. Trademark Portfolio Transfer; attaching Notice of Recordation and Trademark Assignment (BT0007931-BT0007941) | Relevance | |
| DS | Skee-Ball A True American Classic A Guide to Skee-Ball Licensing (BT0004430-BT0004445) | Foundation, Relevance | |
| DT | Skee-Ball Brand Guide (BT0007559-BT0007567) | Foundation, Relevance | |
| DU | U.S. Trademark Registration Certificates for Reg. No. 256,496 for SKEE-BALL | No Objection | |
| DV | U.S. trademark registrations for 8 SKEE-BALL No. 4,627,972 | No Objection | |
| DW | U.S. Trademark Registration Certificate for 8 SKEE-BALL No. 4,627,972 | No Objection | |
| DX | U.S. Trademark Registration Certificate for SKEE-BALL No. Reg. No. 5,429,760 | No Objection | |
| DY | U.S. Trademark Registration Certificate for SKEE-BALL PLUS No. Reg. No. 5,499,619 | No Objection | |

20535194.2

| Ex. | Document Description | Objection | Basis for Objection |
|------|---------------------|-----------|---------------------|
| DZ | U.S. Trademark Registration Certificate for SKEE-BALL LIVE No. Reg. No. 5,657,039 | No Objection | |
| EA | U.S. trademark registrations for No. 6,389,191 | No Objection | |
| EB | U.S. Trademark Registration Certificate for SKEE-BALL No. Reg. No. 6,520,809 | No Objection | |
| EC | U.S. Trademark Registration Certificate for SKEE-BALL No. Reg. No. 6,912,996 | No Objection | |
| ED | Internet Archive - Declaration of Nathaniel E. Frank-White | Foundation; Relevance; Hearsay | *See* **Objection One** |
| EE* | Email thread between H. Hampton, A. Heck and R. Rochetti regarding Beer Ball Operators (BT0005206-BT0005207) | Foundation; Relevance; Hearsay | The document is internal to BayTek and contains hearsay statements about which personal knowledge cannot be assumed and which are not subject to any hearsay exception. |
| EF* | Email thread between M. Johnson and E. Schadrie and W. Jensen regarding NUC (BT0005556-BT0005557) | Foundation; Relevance; Hearsay | The document is internal to BayTek and contains hearsay statements about which personal knowledge cannot be assumed and which are not subject to any hearsay exception. |
| EG* | Email with attachment from T. Diedrich to H. Hampton and Larry Treankler regarding NSBL Background (BT0004879-BT0004880) | Foundation; Relevance; Hearsay | The document is internal to BayTek and contains hearsay statements about which personal knowledge cannot be assumed and which are not subject to any hearsay exception. |
| EH | Email thread between H. Hampton and R. Rochetti regarding FCU (BT0008700-BT0008701) | Foundation; Hearsay; Relevance | The document is internal to BayTek and contains hearsay statements about which personal knowledge cannot be assumed and which are not subject to any hearsay exception. |
| EI | ~~Investigator Photo: Brooklyn 1~~Intentionally Omitted | ~~Authenticity; Relevance~~ | *~~See~~* **~~Objection Four~~** |

20535194.2

| Ex. | Document Description | Objection | Basis for Objection |
|---|---|---|---|
| EJ | ~~Investigator Photo: Brooklyn 2~~Intentionally Omitted | ~~Authenticity; Relevance~~ | ~~*See* **Objection Four**~~ |
| EK | ~~Investigator Photo: Brooklyn 3~~Intentionally Omitted | ~~Authenticity; Relevance~~ | ~~*See* **Objection Four**~~ |
| EL | ~~Investigator Photo: Brooklyn 4~~Intentionally Omitted | ~~Authenticity; Relevance~~ | ~~*See* **Objection Four**~~ |
| EM | ~~Investigator Photo: Brooklyn 5~~Intentionally Omitted | ~~Authenticity; Relevance~~ | ~~*See* **Objection Four**~~ |
| EN | ~~Investigator Photo: Brooklyn 6~~Intentionally Omitted | ~~Authenticity; Relevance~~ | ~~*See* **Objection Four**~~ |
| EO | ~~Investigator Photo: Brooklyn 7~~Intentionally Omitted | ~~Authenticity; Relevance~~ | ~~*See* **Objection Four**~~ |
| EP | ~~Investigator Photo: Brooklyn 8~~Intentionally Omitted | ~~Authenticity; Relevance~~ | ~~*See* **Objection Four**~~ |
| EQ | ~~Investigator Photo: Austin 1~~ Intentionally Omitted | ~~Authenticity; Relevance~~ | ~~*See* **Objection Four**~~ |
| ER | ~~Investigator Photo: Austin 2~~Intentionally Omitted | ~~Authenticity; Relevance~~ | ~~*See* **Objection Four**~~ |
| ES | ~~Investigator Photo: Austin 3~~Intentionally Omitted | ~~Authenticity; Relevance~~ | ~~*See* **Objection Four**~~ |
| ET | ~~Investigator Photo: Austin 4~~Intentionally Omitted | ~~Authenticity; Relevance~~ | ~~*See* **Objection Four**~~ |
| EU[†] | Video: Chug Chanting (BT0000514) | No Objection | |

---

[†] Exhibits EU-FT are videos of live broadcasts of Live Play matches on Twitch posted by Full Circle and Pavony (the "Videos"), as admitted in Full Circle's and Pavony's Interrogatory responses. During the meet and confer process for the previous Joint Pre-trial Order (ECF 238), Full Circle objected to the purportedly cumulative nature of these exhibits and requested Bay Tek limit the number of streams to be presented at trial or Bay Tek identify what portions of the streams would be used at trial. Bay Tek represented that, *inter alia*, the content, number, volume, and length of the Videos is necessary to prove the materiality of Full Circle's breach that the Court has already found with respect to broadcasting. Moreover, given that each is a separate and discrete video, showing different content, the evidence is not cumulative. Notwithstanding, in an effort to streamline the trial and obviate the need for these objections, Bay Tek agreed that it would remove the Videos from the exhibit list contingent on stipulations regarding the Videos. Bay Tek then prepared a series of stipulations including: the number and titles of the Videos; the dates and locations of the events depicted in the Videos; the appearance of Mr. Pavony and the SKEE-BALL® mark in the Videos; the total overall length of the Videos; and the continued availability of the Videos. The parties continue to be unable to reach an agreement on stipulations. As a result, Bay Tek must include all Videos in their entirety on the list for the reasons described above. Recognizing the difficulties for trial, though, raised by the volume of Full Circle's livestreaming, Bay Tek will attempt to elicit facts that the stipulations were intended to

20535194.2

| Ex. | Document Description | Objection | Basis for Objection |
|---|---|---|---|
| EV | Streams: 2017 Rollers Championship | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |
| EW | Streams: - Lanesanity Part 1 | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |
| EX | Streams: Lanesanity Part 2 | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |
| EY | Streams: Lanesanity Part 3 | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |
| EZ | Streams: 2017 Skee-Ball Championship | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |
| FA | Streams: 2018 Hundo Derby | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |
| FB | Streams: 2018 World Mug Part 2 | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |
| FC | Streams: Lanesanity 2 | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |
| FD | Streams: 2019 Skee-Ball National Championship Part 1 | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |
| FE | Streams: 2019 Skee-Ball National Championship Part 2 | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |
| FF | Streams: 2019 Skee-Ball National Championship Part 3 | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |
| FG | Streams: 2019 Skee-Ball National Championship Part 4 | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |
| FH | Streams: Quaranstream E01 | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |
| FI | Streams: Quaranstream E02 | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |
| FJ | Streams: Quaranstream E03 | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |

establish through examination of Full Circle's witnesses. Full Circle continues to object to the introduction of these exhibits and will be moving *in limine* on this issue.

20535194.2

| Ex. | Document Description | Objection | Basis for Objection |
|---|---|---|---|
| FK | Streams: Quaranstream E04 | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |
| FL | Streams: Quaranstream E05 | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |
| FM | Streams: Quaranstream E06 | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |
| FN | Streams: Quaranstream E07 | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |
| FO | Streams: 2019 Hundo Derby Highlights | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |
| FP | Streams: 2019 Rollers Championship – Rnd 2 | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |
| FQ | Streams: Phoenix (ATX) vs The Alskeemist (ILM) – 2019 Rollers | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |
| FR | Streams: Serpico (BK) vs Phoenix (ATX) – 2019 Lanesanity | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |
| FS | Streams: Floator (ATX) vs Woody (CGN) – 2019 Rollers | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |
| FT | Streams: L Train (BK) vs Texas Lanesaw Massivescore (TX) – 2019 World Mug | Cumulative/Waste of Time; Foundation; Relevance; Hearsay | *See* **Objection Five** |

**Objection One:** These exhibits were downloaded from the internet. The authorship of the exhibit, when it was generated, what it depicts, whether it has been modified, and whether the author has personal knowledge any facts asserted cannot be established. To the extent authored by third parties, the document is irrelevant to the remaining claims.

**Objection Two**: These exhibits are lengthy bank statements. Bay Tek has identified hundreds of pages of bank statements from Plaintiff without any reference to what portions (if any) are relevant to this case. To the extent that Bay Tek intends to introduce all of Plaintiff's bank statements, that would be needlessly cumulative and a waste of time.

**Objection Three**: These exhibits are discovery responses containing many statements, at least some of which should not be received into evidence given the narrowed scope of the case.

20535194.2

**Objection Four**: ~~These exhibits are photographs taken of a bar and never produced in discovery. They may be admissible, but only if they can be authenticated, if the date taken can be established, and if such date shows them to be relevant to the remaining claims.~~ Intentionally Omitted.

**Objection Five**: These exhibits are lengthy video files, each one of over twenty-six identified by Bay Tek. To the extent the file is offered for the statements it contains, they should be specifically identified to assess whether any hearsay exception applies. Plaintiff has repeatedly requested that Bay Tek indicate the portions of the videos that they intend to play, but has been rebuffed. To the extent that BayTek intends to show the jury forty-six hours of Skee-Ball videos, that would be needlessly cumulative and a waste of time. While Bay Tek proposed a set of stipulations in lieu of offering video exhibits, the parties could not reach agreement on final language, as Bay Tek sought to characterize the videos and what was done with them rather than neutrally presenting facts that could be agreed to.

20535194.2