# Exhibit D

```
 1            UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF WISCONSIN
 3   - - - - - - - - - - - - - - - - - - - - - - - - - -
     FULL CIRCLE UNITED, LLC,
 4
                  Plaintiff,
 5
          vs.                          Case No.
 6                                     1:20-cv-03395
     BAY TEK ENTERTAINMENT, INC,
 7
                  Defendant.           CONFIDENTIAL
 8   _____
 9   BAY TEK ENTERTAINMENT, INC.,
10            Counterclaim Plaintiff,
11    vs.
12   FULL CIRCLE UNITED, LLC,
13            Counterclaim Defendant,
14    and
15   ERIC PAVONY,
16            Additional Counterclaim
              Defendant.
17
     - - - - - - - - - - - - - - - - - - - - - - - - - - -
18
                      CONFIDENTIAL
19       VIRTUAL VIDEO-RECORDED DEPOSITION OF:
                    LARRY TREANKLER
20
           TAKEN AT:  The Witness's Residence
21
         LOCATED AT:  6747 Kawula Lane
22              Sobieski, Wisconsin
23                July 12, 2022
              9:24 a.m. to 7:12 p.m.
24
         REPORTED BY:  VICKY L. ST. GEORGE, RMR.
25   - - - - - - - - - - - - - - - - - - - - - - - - - -
     JOB NO. 5304329
```

1  Q.   Did you -- did anyone at Bay Tek to your knowledge
2       tell Full Circle why Bay Tek was pausing its efforts?
3            MS. LEPERA:  Objection to form.
4            THE WITNESS:  Yes.
5  BY MS. CASADONTE-ASPSTOLOU:
6  Q.   And what was the reason for the pause Bay Tek
7       communicated to Full Circle?
8  A.   Can you repeat the question?
9  Q.   Did Bay Tek communicate -- what was the reason to
10      communicate to Full Circle for the pause?
11 A.   We had asked them if we could do a nonrevenue
12      generating tournament for the football team that we
13      own, and they wanted to do a contract to do that.
14      And after we had made them 10 lanes and stopped
15      everything that we were doing to pull that off for
16      them, take my people off of other projects and do it
17      all hands on deck effort to produce those things for
18      them, that really irritated us.  And then we found
19      out that they were recording us, and that was
20      double -- that was double irritating.
21 Q.   Do you know what resources Bay Tek invested in
22      manufacturing the 10 custom lanes for Full Circle?
23 A.   Sure.
24           MS. LEPERA:  Object to the form.  Go
25      ahead.

1                MS. LEPERA:  I want to put on the record
2        my objection to the form to the extent it implies or
3        assumes any obligation to continue.  Subject to
4        that, you may answer.
5                COURT REPORTER:  I'd like you to repeat
6        the question because it was interrupted.
7   BY MS. CASADONTE-ASPSTOLOU:
8   Q.   When did Bay Tek -- did Bay Tek ever make a decision
9        prior to this litigation to stop manufacturing NSBL
10       lanes for Full Circle?
11               MS. LEPERA:  My objection is that it
12       assumes facts not in evidence, i.e., an obligation
13       to continue.  Subject to that, you can answer.
14               THE WITNESS:  I don't know that we
15       specifically said we are not going to continue or
16       that we're going to stop.  That became apparent by
17       the way the relationship was going.
18  BY MS. CASADONTE-ASPSTOLOU:
19  Q.   What do you mean by the way the relationship was
20       going?
21  A.   It just was not going well.
22  Q.   Do you recall when the relationship between Bay Tek
23       and Full Circle in Bay Tek's opinion stopped going
24       well?
25  A.   Well, I gave you the two instances that were

1   material.  Prior to that most of our angst was how
2   pushy they were, how aggressive they were and how it
3   was pretty much everything was on our dime, on our
4   nickel.
5   Q.  Did you at any time prior to the manufacture of the
6       NSBL lanes for Full Circle tell Full Circle that Full
7       Circle could stop trying to raise money from third
8       parties to manufacture the NSBL lanes?
9               MS. LEPERA:  Objection, form of the
10      question.
11              THE WITNESS:  That they could stop trying
12      to raise money?
13  BY MS. CASADONTE-ASPSTOLOU:
14  Q.  Yes.
15  A.  No, not to my knowledge.
16  Q.  Did you ever tell Full Circle prior to the delivery
17      of the NSBL lanes to Full Circle that Bay Tek wanted
18      to invest in the manufacture of the NSBL lanes?
19              MS. LEPERA:  Objection to the form of the
20      question, vague and ambiguous, assumes facts not in
21      evidence.  You can answer if you understand.
22              THE WITNESS:  I don't understand it.  In
23      the cost of manufacture or -- I'm confused.
24  BY MS. CASADONTE-ASPSTOLOU:
25  Q.  Okay.  Did you ever tell Full Circle at any time that