# Exhibit F

1   CONFIDENTIAL - E. PAVONY

2      UNITED STATES DISTRICT COURT

3      EASTERN DISTRICT OF NEW YORK

4  FULL CIRCLE UNITED, LLC,       )
                                  )
5      Plaintiff,                 )
                                  ) Case No.
6  vs.                            ) 1:20-cv-03395
                                  )
7  BAY TEK ENTERTAINMENT, INC.,   )
                                  )
8      Defendant.                 )
   ------------------------------ )
9  BAY TEK ENTERTAINMENT, INC.,   )
                                  )
10     Counterclaim Plaintiff,    )
                                  )
11 vs.                            )
                                  )
12 FULL CIRCLE UNITED, LLC,       )
                                  )
13     Counterclaim Defendant,    )
                                  )
14 and                            )
                                  )
15 ERIC PAVONY,                   )
                                  )
16     Additional Counterclaim    )
       Defendant.                 )
17

18

19                CONFIDENTIAL

20 REMOTE VIDEO-RECORDED DEPOSITION OF ERIC PAVONY

21              June 13, 2022

22                 Volume I

23 Reported by:

24 KATHY S. KLEPFER, RMR, RPR, CRR, CLR

25 JOB NO. 211444

1  CONFIDENTIAL - E. PAVONY

2  A.  There was the use of "Brewskee-Ball"
3  as well.
4  Q.  Brewskee-Ball was formed in order to
5  utilize the [REDACTED] in connection with
6  the business enterprise, correct?
7      MR. SKIBELL:  Objection to form.
8  A.  Brewskee-Ball was formed --
9      Can you repeat the question?
10 Brewskee-Ball was formed?
11     MS. LEPERA:  Can you read it back,
12     reporter?
13     (Record read.)
14     THE WITNESS:  Brewskee-Ball was formed
15     to -- I'm sorry, I -- that -- is that a --
16     is that a computer reading or is that a
17     person reading it?  I couldn't get that.
18 BY MS. LEPERA:
19 Q.  A court reporter.
20 A.  It's a reporter, okay.
21     Brewskee-Ball was formed -- I just
22 want to make sure I understand this question.
23     Brewskee-Ball was formed for the
24 purpose of using -- I'm sorry.  Can you repeat
25 it again?

1  CONFIDENTIAL - E. PAVONY

2  Sorry, reporter.

3  (Record read.)

4  THE WITNESS: I don't know -- I don't

5  know if I understand that question.

6  Brewskee-Ball was formed so that we

7  could play Skee-Ball in -- so we could play

8  Skee-Ball in the fashion that we envisioned

9  it at that time.

10 BY MS. LEPERA:

11  Q. In a business enterprise, correct?

12  A. Brewskee-Ball was for a business

13 enterprise, yes.

14  Q. Okay. Right.

15  So it centered around the ▇▇▇▇

16 ▇▇▇, correct?

17  A. Yes.

18  Q. Okay. So, to the extent Brewskee-Ball

19 was part of the litigation, that as well as the

20 Skee-Ball mark all related to the ▇▇▇▇

21 ▇▇▇, essentially, correct?

22  MR. SKIBELL: Objection to form.

23  A. Brewskee-Ball was related to the

24 Skee-Ball game, yes.

25  Q. Now -- and the Skee-Ball mark was

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF WISCONSIN
 3   - - - - - - - - - - - - - - - - - - - - - - - - - - -
     FULL CIRCLE UNITED, LLC,
 4
                  Plaintiff,
 5
          vs.                              Case No.
 6                                         1:20-cv-03395
     BAY TEK ENTERTAINMENT, INC,
 7
                  Defendant.             CONFIDENTIAL
 8   _____
 9   BAY TEK ENTERTAINMENT, INC.,
10          Counterclaim Plaintiff,
11    vs.
12   FULL CIRCLE UNITED, LLC,
13          Counterclaim Defendant,
14    and
15   ERIC PAVONY,
16          Additional Counterclaim
            Defendant.
17
     - - - - - - - - - - - - - - - - - - - - - - - - - - -
18
                        CONFIDENTIAL
19        VIRTUAL VIDEO-RECORDED DEPOSITION OF:
                        LARRY TREANKLER
20
             TAKEN AT:  The Witness's Residence
21
            LOCATED AT:  6747 Kawula Lane
22                Sobieski, Wisconsin
23                  July 12, 2022
                 9:24 a.m. to 7:12 p.m.
24
          REPORTED BY:  VICKY L. ST. GEORGE, RMR.
25   - - - - - - - - - - - - - - - - - - - - - - - - - - -
     JOB NO. 5304329
```

1  BY MS. CASADONTE-ASPSTOLOU:
2  Q.  Did Bay Tek ever agree to manufacture Bay Tek custom
3      lanes?
4          MS. LEPERA:  Objection to the form of the
5      question, also calls for a legal conclusion.  You
6      can answer as a lay person.
7          THE WITNESS:  We made 10 ▓▓▓▓▓▓▓▓▓▓
8      for them.
9  BY MS. CASADONTE-ASPSTOLOU:
10 Q.  Did the prototype games that you made for Full Circle
11     have a name?
12         MS. LEPERA:  Object to the form, vague and
13     ambiguous.
14         THE WITNESS:  You mean like a product
15     development code name kind of thing or -- we just
16     referred to them as custom lanes.
17 BY MS. CASADONTE-ASPSTOLOU:
18 Q.  Does the term NSBL mean anything to you?
19         MS. LEPERA:  Objection to form, vague and
20     ambiguous.  You can answer if you understand.
21         THE WITNESS:  Yes.
22 BY MS. CASADONTE-ASPSTOLOU:
23 Q.  What does it mean?
24 A.  National Skee-Ball League.
25 Q.  Do you recall when you first heard the term NSBL?

1    something in your question.  I don't think you heard
2    him.
3             MS. CASADONTE-ASPSTOLOU:  I misheard you
4    then.  I'm sorry.  Go ahead.
5             THE WITNESS:  Are you talking about the 10
6    lanes or one single prototype?
7    BY MS. CASADONTE-ASPSTOLOU:
8    Q.   I'm talking about the prototype lanes.
9             MS. LEPERA:  Well, plural or singular is
10   what he's asking you.
11            THE WITNESS:  This one prototype for the
12   purposes of this question.
13            MS. LEPERA:  One I think she said, Larry.
14   I can't hear her myself.
15            THE WITNESS:  That one is in reference to
16   the one that they modified, the old, old ▓▓▓▓▓▓
17   ▓▓▓▓?
18   BY MS. CASADONTE-ASPSTOLOU:
19   Q.   Yes.
20   A.   You're asking me when?
21   Q.   Yes.  When did Bay Tek and Full Circle start working
22   together?
23   A.   I told you before, I think it was the summer of 2017.
24   Q.   Okay.  And at that point had Bay Tek made any
25   commitment to build more than one prototype NSBL lane

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF NEW YORK
 2
    FULL CIRCLE UNITED, LLC,
 3
         Plaintiff,
 4  vs.                       Civ. Action No. 1:20-cv-03395
 5  BAY TEK ENTERTAINMENT, INC.,
 6       Defendant.
    _____/
 7
    BAY TEK ENTERTAINMENT, INC.,
 8
         Counterclaim Plaintiff,
 9  vs.
10  FULL CIRCLE UNITED, LLC,
11       Counterclaim Defendant,
    and
12
    ERIC PAVONY,
13
         Additional Counterclaim Defendant.
14  _____/
15
                      VOLUME II OF III
16                   (Pages 210 - 374)
17  VIDEOTAPED
    DEPOSITION OF:     HOLLY HAMPTON
18
    TAKEN BY:          The Plaintiff/Counterclaim
19                     Defendants
20  DATE TAKEN:        Wednesday, June 22, 2022
21  TIME:              9:07 a.m. - 3:13 p.m.
                       Central Standard Time
22
    PLACE:             Via Zoom Videoconference
23
    REPORTED BY:       Tonya H. Magee, Registered
24                     Professional Reporter and Notary
                       Public, State of Florida at Large
25
```

1    CONFIDENTIAL - E. PAVONY

2        Sorry, reporter.

3        (Record read.)

4        THE WITNESS: I don't know -- I don't

5    know if I understand that question.

6        Brewskee-Ball was formed so that we

7    could play Skee-Ball in -- so we could play

8    Skee-Ball in the fashion that we envisioned

9    it at that time.

10   BY MS. LEPERA:

11   Q.   In a business enterprise, correct?

12   A.   Brewskee-Ball was for a business

13   enterprise, yes.

14   Q.   Okay. Right.

15        So it centered around the Skee-Ball

16   game, correct?

17   A.   Yes.

18   Q.   Okay. So, to the extent Brewskee-Ball

19   was ▓▓▓▓▓▓ the litigation, that as well as the

20   Ske▓▓▓▓l mark all related to the ▓▓▓▓▓▓l

21   game, essentially, correct?

22        MR. SKIBELL: Objection to form.

23   A.   Brewskee-Ball was related to the

24   Skee-Ball game, yes.

25   Q.   Now -- and the Skee-Ball mark was

1     UNITED STATES DISTRICT COURT
2     EASTERN DISTRICT OF NEW YORK
   _____
3
   FULL CIRCLE UNITED, LLC,
4
        Plaintiff,
5
   vs.              Civ. Action No. 1:20-cv-03395
6
   BAY TEK ENTERTAINMENT, INC.,
7
        Defendant.
8  _____/
9  BAY TEK ENTERTAINMENT, INC.,
10       Counterclaim Plaintiff,
11 vs.
12 FULL CIRCLE UNITED, LLC,
13       Counterclaim Defendant,
14 and
15 ERIC PAVONY,
16       Additional Counterclaim Defendant.
   _____
17
18           Remote Videotaped Deposition of
19 HOLLY HAMPTON, Volume III of III, taken at the
20 instance of the Plaintiff/Counterclaim
21 Defendants, before KATHY P. PABICH, a Notary
22 Public in and for the State of Wisconsin,
23 taken from Green Bay, Wisconsin, on June 30,
24 2022, commencing at 12:49 p.m. and concluding
25 at 6:16 p.m., Central Standard Time.

1 to our games, we talked about this previously, so it
2 -- regardless if it was -- we've done that with our
3 games, um --
4     Q   Will -- will you please --
5         MR. MOVIT:  Let her finish.  Let her finish.
6 We've done that with your -- you're -- "we've done
7 that with our games" you were saying Ms. Hampton.
8 Please go on.
9         THE WITNESS:  We've done that with our [redacted],
10 so whether it was [redacted] specifically or
11 not, we created the smart meter that had the ability
12 to speak to all of our games using a cell phone.
13 BY MS. CASADONTE-APOSTOLOU:
14     Q   The API protocol used by Bay Tek prior to its
15 development of the Skee-Ball Live lanes with Full
16 Circle, did it communicate with a cloud-based
17 server?
18     A   Can you repeat that.
19     Q   Did the API call used by Bay Tek prior to its
20 work with Full Circle in connection with the
21 Skee-Ball Live lanes effectuate communications
22 between a game and a cloud-based server?
23     A   I believe that our Beer Ball game did exactly
24 that.
25     Q   Your Beer Ball game didn't use a cloud-based

```
 1   BY MS. CASADONTE-ASPSTOLOU:
 2   Q.   Did Bay Tek ever agree to manufacture Bay Tek custom
 3        lanes?
 4               MS. LEPERA:  Objection to the form of the
 5        question, also calls for a legal conclusion.  You
 6        can answer as a lay person.
 7               THE WITNESS:  We made 10 prototype games
 8        for them.
 9   BY MS. CASADONTE-ASPSTOLOU:
10   Q.   Did the prototype games that you made for Full Circle
11        have a name?
12               MS. LEPERA:  Object to the form, vague and
13        ambiguous.
14               THE WITNESS:  You mean like a product
15        development code name kind of thing or -- we just
16        referred to them as custom lanes.
17   BY MS. CASADONTE-ASPSTOLOU:
18   Q.   Does the term NSBL  mean anything to you?
19               MS. LEPERA:  Objection to form, vague and
20        ambiguous.  You can answer if you understand.
21               THE WITNESS:  Yes.
22   BY MS. CASADONTE-ASPSTOLOU:
23   Q.   What does it mean?
24   A.   National Skee-Ball League.
25   Q.   Do you recall when you first heard the term NSBL?
```

1        something in your question.  I don't think you heard
2        him.
3                MS. CASADONTE-ASPSTOLOU:  I misheard you
4        then.  I'm sorry.  Go ahead.
5                THE WITNESS:  Are you talking about the 10
6        lanes or one single prototype?
7    BY MS. CASADONTE-ASPSTOLOU:
8    Q.  I'm talking about the prototype lanes.
9                MS. LEPERA:  Well, plural or singular is
10       what he's asking you.
11               THE WITNESS:  This one prototype for the
12       purposes of this question.
13               MS. LEPERA:  One I think she said, Larry.
14       I can't hear her myself.
15               THE WITNESS:  That one is in reference to
16       the one that they modified, the old, old Skee-Ball
17       game?
18   BY MS. CASADONTE-ASPSTOLOU:
19   Q.  Yes.
20   A.  You're asking me when?
21   Q.  Yes.  When did Bay Tek and Full Circle start working
22       together?
23   A.  I told you before, I think it was the summer of 2017.
24   Q.  Okay.  And at that point had Bay Tek made any
25       commitment to build more than one prototype NSBL lane

1   A.   We do.

2   Q.   What is the criteria of the policy that Bay
3   Tek had in place concerning a national account?

4   A.   It's been a while, so bear with me.  It
5   involves the -- I believe, the size of the organization
6   or the route.  It involves the potential for that
7   account to be able -- the volume that they can buy.  It
8   includes the ability to pay within terms.  It involves
9   the ability for them not to resell product that's high
10  level.

11  Q.   So is -- is it fair to say the certain
12  criteria that can be met that -- strike that.

13       So it -- if certain criteria are met, Bay Tek
14  will directly sell product reflecting the Skee-Ball
15  mark?

16       MR. MOVIT:  Object to the form of the
17       question.

18  A.   So it doesn't -- so we don't just sell
19  Skee-Ball brand at alleys.  We have a portfolio of
20  games.  So we don't just look at Skee-Ball.  And even if
21  someone meets the criteria, we can still choose not to
22  sell them.

23  Q.   (BY MS. CASADONTE-APOSTOLOU)  So it's
24  discretionary.  Is that fair to say?

25  A.   We -- we choose to support our distribution

1  to our games, we talked about this previously, so it
2  -- regardless if it was -- we've done that with our
3  games, um --
4      Q   Will -- will you please --
5          MR. MOVIT:  Let her finish.  Let her finish.
6  We've done that with your -- you're -- "we've done
7  that with our games" you were saying Ms. Hampton.
8  Please go on.
9          THE WITNESS:  We've done that with our games,
10 so whether it was Skee-Ball lanes specifically or
11 not, we created the smart meter that had the ability
12 to speak to all of our games using a cell phone.
13 BY MS. CASADONTE-APOSTOLOU:
14     Q   The API protocol used by Bay Tek prior to its
15 development of the Skee-Ball Live lanes with Full
16 Circle, did it communicate with a cloud-based
17 server?
18     A   Can you repeat that.
19     Q   Did the API call used by Bay Tek prior to its
20 work with Full Circle in connection with the
21 Skee-Ball Live lanes effectuate communications
22 between a game and a cloud-based server?
23     A   I believe that our Beer Ball game did exactly
24 that.
25     Q   Your Beer Ball game didn't use a cloud-based