MANDEL BHANDARI LLP

80 Pine Street | 33rd Floor | New York, NY | 10005 | T. (212) 269-5600 | F. (646) 964-6667 | www.mandelbhandari.com

March 25, 2025

**By ECF**

The Honorable Brian M. Cogan
United States District Court – E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   <u>*Full Circle United, LLC v. Bay Tek Entertainment, Inc.* 20 Civ. 3395 (BMC)</u>

Dear Judge Cogan:

    We represent Plaintiff Full Circle United, LLC ("Full Circle") in the above-captioned action against Defendant Bay Tek Entertainment, Inc. ("Bay Tek"). We write in brief response to Bay Tek's March 20, 2025 letter motion seeking to withdraw certain previously-designated exhibits and witnesses (ECF 273).

    Full Circle does not oppose Bay Tek's application.

                                   Respectfully submitted,

                                   /s/ Rishi Bhandari
                                   Rishi Bhandari