UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FULL CIRCLE UNITED, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BAY TEK ENTERTAINMENT, INC., <br><br> Defendant. <br><br> BAY TEK ENTERTAINMENT, INC., <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> FULL CIRCLE UNITED, LLC, <br><br> Counterclaim Defendant, <br><br> and <br><br> ERIC PAVONY, <br><br> Additional Counterclaim Defendant. | CASE NO. 1:20-CV-03395-BMC <br><br> **MOTION TO WITHDRAW ELAINE NGUYEN AS ATTORNEY OF RECORD** |

The undersigned counsel of record, Mitchell Silberberg & Knupp LLP ("MSK"), moves this Honorable Court to enter an order permitting **Elaine Nguyen, Esq.**, to withdraw as counsel of record for Bay Tek Entertainment, Inc. in the above-captioned matter, as Ms. Nguyen is no longer with MSK. Bay Tek Entertainment, Inc. continues to be represented in this case by attorneys Christine Lepera, Andrew Nietes, Mark Humphrey (*pro hac vice*) and James Berkley (*pro hac vice*) of the MSK law firm and will not be prejudiced by the granting of this Motion.

20594324.1

Bay Tek consents to this withdrawal.

WHEREFORE, the undersigned respectfully request that this Honorable Court enter an Order granting Ms. Nguyen's withdrawal as counsel of record in this matter.

DATED: New York, New York
March 28, 2025

Respectfully submitted,

Mitchell Silberberg & Knupp LLP

By: *Mark C. Humphrey*
Christine Lepera (CL 9311)
Andrew Nietes
437 Madison Ave., 25th Floor
New York, New York 10022-7001
Telephone: (212) 509-3900
Facsimile: (212) 509-7239
Email: ctl@msk.com
Email: afn@msk.com

Mark C. Humphrey (*pro hac vice*)
James Berkley (*pro hac vice*)
2049 Century Park East, 18th Floor
Los Angeles, California 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100
Email: mxh@msk.com
Email: jdb@msk.com

*Attorneys for Bay Tek Entertainment, Inc.*