UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FULL CIRCLE UNITED, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BAY TEK ENTERTAINMENT, INC.,<br><br>    Defendant. | CASE NO. 1:20-CV-03395-BMC<br><br>**PROPOSED ORDER ON MOTION TO WITHDRAW ELAINE NGUYEN AS ATTORNEY OF RECORD** |
| BAY TEK ENTERTAINMENT, INC.,<br><br>    Counterclaim Plaintiff,<br><br>v.<br><br>FULL CIRCLE UNITED, LLC,<br><br>    Counterclaim Defendant,<br><br>and<br><br>ERIC PAVONY,<br><br>    Additional Counterclaim Defendant. | |

    IT IS HEREBY ORDERED that the Motion to Withdraw Elaine Nguyen by Mitchell Silberberg and Knupp, LLP is GRANTED. The clerk is directed to remove Elaine Nguyen as counsel of record for Defendant/Counterclaim Plaintiff Bay Tek Entertainment, Inc.

Dated: _____	_____
                                                                        HONORABLE BRIAN M. COGAN, USDJ