UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FULL CIRCLE UNITED, LLC, <br><br>　　　　Plaintiff, <br><br>v. <br><br>BAY TEK ENTERTAINMENT, INC., <br><br>　　　　Defendant. | CASE NO. 1:20-CV-03395-BMC <br><br><br><br>**PROPOSED ORDER ON MOTION TO WITHDRAW J. MATTHEW WILLIAMS AS ATTORNEY OF RECORD** |
| BAY TEK ENTERTAINMENT, INC., <br><br>　　　　Counterclaim Plaintiff, <br><br>v. <br><br>FULL CIRCLE UNITED, LLC, <br><br>　　　　Counterclaim Defendant, <br><br>and <br><br>ERIC PAVONY, <br><br>　　　　Additional Counterclaim Defendant. | |

　　　　IT IS HEREBY ORDERED that the Motion to Withdraw J. Matthew Williams by

Mitchell Silberberg and Knupp, LLP is GRANTED. The clerk is directed to remove Matthew

Williams as counsel of record for Defendant/Counterclaim Plaintiff Bay Tek Entertainment, Inc.


Dated: _____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE BRIAN M. COGAN, USDJ

20555770.1