

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Mark C. Humphrey
Partner
(310) 312-3265 Phone
(310) 231-8315 Fax
mxh@msk.com

April 22, 2025

**VIA ECF ONLY**

Hon. Brian M. Cogan, U.S.D.J.
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:   Full Circle United, LLC v. Bay Tek Entm't, Inc., No. 1:20-cv-03395-BMC**

Dear Judge Cogan:

We are counsel for Bay Tek Entertainment, Inc. ("Bay Tek") in the above matter, and write regarding the upcoming trial date ordered for June 16, 2025.

As that trial date is fast approaching, Bay Tek respectfully inquires as to status of the Court's determinations on the parties' respective pending pre-trial motions, as those determinations impact the evidence for the parties' preparation for the June 16th trial. Counsel for Full Circle United, LLC ("FCU") have indicated that they have no objection to Bay Tek making an inquiry to the Court regarding the status of these matters.

Further, for scheduling purposes, Bay Tek also respectfully requests that should the Court wish to schedule any further pre-trial conference in the coming weeks that it not be held from May 13-21, 2025, as lead counsel will be out of the country, or on June 5-6, 2025, as counsel also will be away then. Bay Tek asked FCU's counsel if they wished to advise the Court of any conflicts with their schedule for this purpose, and they advised that they also have a conflict on June 5 and May 14, as well as on April 25 and from April 28-May 2, and respectfully request that any pre-trial conference not be set at those times.

We thank the Court for its consideration of this matter.

Respectfully,

*/s/ Mark C. Humphrey*

Mark C. Humphrey
Partner of
MITCHELL SILBERBERG & KNUPP LLP

MCH/szm

2049 Century Park East, 18th Floor, Los Angeles, California 90067-3120
Phone: (310) 312-2000 Fax: (310) 312-3100 Website: WWW.MSK.COM