UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FULL CIRCLE UNITED, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BAY TEK ENTERTAINMENT, INC., <br><br> Defendant. <br><br><br> BAY TEK ENTERTAINMENT, INC., <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> FULL CIRCLE UNITED, LLC, <br><br> Counterclaim Defendant, <br><br> and <br><br> ERIC PAVONY, <br><br> Additional Counterclaim Defendant. | CASE NO. 1:20-CV-03395-BMC |

**[PROPOSED] JOINT LIST OF NAMES
THAT MAY BE MENTIONED AT TRIAL**

1

**Witnesses**
- Eric Pavony
- Eric Cooper
- Eric Wikman
- Holly Hampton
- Larry Treankler
- Ryan Cravens
- Gaetan Philippon
- Pat Scanlan
- Eric Schadrie

**Other Individuals**
- George Petro
- Joseph Sladek
- Lance Treankler
- Bob Rupp
- Tom Diedrich
- Joe Lucchese
- Rick Rochetti
- Brett Pavony
- Howard Pavony
- Evan Tobias
- Mark Johnson
- Johanna Goldblatt
- Adam Fletcher
- Brooks Chambers
- Ryan Lynch
- Andrew Naslund
- Bill Clark
- Stephen Lahti
- Steve Marzocca
- Andrew Gerend
- Luke Moore
- Maria Deau
- Sammy Harrison
- Todd Louthain
- William Jensen
- Fun-Yuen Chang
- Jon Moreau
- Amy Ambrosius
- Cheri Peot
- Dave Fochs
- Larry Seidman
- Matt Henning
- Molly Van Lannen
- Whitney Froelich

**Relevant Entities**
- Full Circle United, LLC
- Brewskee-Ball
- Full Circle Bar LLC
- Extra Positive Land, LLC
- Bay Tek Entertainment, Inc.
- Bay Tek Games, Inc.
- Skee-Ball, Inc.
- Twitch
- ESPN
- Menn Law Firm Ltd.
- Metzler, Timm, Treleven, S.C.
- Mandel Bhandari LLP
- Mitchell Silberberg & Knupp LLP
- McIntyre, Thanasides, Bringgold, Elliot, Grimaldi, Guito & Matthews, P.A.

**Former and Current Counsel for the Parties (names appearing in exhibits)**

- David Timm
- Patrick Coffey
- Christina Casadonte-Apostolou
- Christine Lepera
- Elaine Nguyen
- Mark Humphrey
- Andrew Nietes
- James Berkley
- Matthew Williams
- Reid Skibell
- Megan Reilly
- Mouhannad Atfeh
- Nathaniel E. Frank-White
- Paul Thanasides
- Rishi Bhandari
- Robert Glunt
- Evan Mandel
- Jeffrey Movit
- Leo Lichtman

**Proposed Joint List of Places to Be Mentioned at Trial**

- Full Circle Bar (Brooklyn, New York)

- Full Circle Bar (Austin, Texas)

- Bay Tek Entertainment's offices (Pulaski, Wisconsin)

- Battleship Park (Wilmington, North Carolina)

DATED:  New York, New York  
          May 27, 2025

Respectfully submitted,

MANDEL BHANDARI LLP

MITCHELL SILBERBERG & KNUPP LLP

By: */s/ Robert Glunt*  
    Robert Glunt  
    Rishi Bhandari  
    Evan Mandel  
    80 Pine Street, 33rd Floor  
    New York, NY 10005  
    Telephone: (212) 269-5600  
    Facsimile: (646)964-6667

*Attorneys for Full Circle United, Inc.*

By: */s/ Mark C. Humphrey*  
    Christine Lepera  
    Andrew Nietes  
    437 Madison Ave., 25th Floor  
    New York, New York 10022-7001  
    Telephone: (212) 509-3900  
    Facsimile: (212) 509-7239  
    Email: ctl@msk.com  
    Email: afn@msk.com

    Mark C. Humphrey (*pro hac vice*)  
    James D. Berkley (*pro hac vice*)  
    2049 Century Park East, 18th Floor  
    Los Angeles, California 90067-3120  
    Telephone: (310) 312-2000  
    Facsimile: (310) 312-3100  
    Email: mxh@msk.com  
    Email: jdb@msk.com

*Attorneys for Bay Tek Entertainment, Inc.*

20755296.1