UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FULL CIRCLE UNITED, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BAY TEK ENTERTAINMENT, INC., <br><br> Defendant. | CASE NO. 1:20-cv-03395-BMC <br><br><br> **ORDER ON MOTION TO WITHDRAW J. MATTHEW WILLIAMS AS ATTORNEY OF RECORD** |
| BAY TEK ENTERTAINMENT, INC., <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> FULL CIRCLE UNITED, LLC, <br><br> Counterclaim Defendant, <br><br> and <br><br> ERIC PAVONY, <br><br> Additional Counterclaim Defendant. | |

IT IS HEREBY ORDERED that the Motion to Withdraw J. Matthew Williams by Mitchell Silberberg and Knupp, LLP is GRANTED. The clerk is directed to remove Matthew Williams as counsel of record for Defendant/Counterclaim Plaintiff Bay Tek Entertainment, Inc.

Dated:  Brooklyn, NY
        June 1, 2025
        _____

*Brian M. Cogan*
_____
HONORABLE BRIAN M. COGAN, USDJ

20555770.1