

Mark C. Humphrey
Partner
(310) 312-3265 Phone
(310) 231-8315 Fax
mxh@msk.com

June 2, 2025

**VIA ECF ONLY**

Hon. Marcia M. Henry, U.S.M.J.
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:  Full Circle United, LLC v. Bay Tek Entm't, Inc., No. 1:20-cv-03395-BMC**

Dear Judge Henry:

We are counsel for Bay Tek Entertainment, Inc. in the above matter, and write pursuant to the Court's order entered May 30, 2025 and directions at the pre-trial conference held that day.

Counsel for the parties have conferred and the parties have agreed to participate in a video settlement conference per the Court's invitation. Principals for each party with full settlement authority are available on June 6, 2025 at 10 A.M. Please advise whether the Court would prefer the parties to provide a link or if the Court will provide one.

We thank the Court for its assistance in this matter.

Respectfully,

*/s/ Mark C. Humphrey*

Mark C. Humphrey
Partner of
MITCHELL SILBERBERG & KNUPP LLP

MCH/szm

CC: Counsel of Record via ECF