UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FULL CIRCLE UNITED, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BAY TEK ENTERTAINMENT, INC., <br><br> Defendant. <br><br><br> BAY TEK ENTERTAINMENT, INC., <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> FULL CIRCLE UNITED, LLC, <br><br> Counterclaim Defendant, <br><br> and <br><br> ERIC PAVONY, <br><br> Additional Counterclaim Defendant. | CASE NO. 1:20-CV-03395-BMC |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
PURSUANT TO FRCP 41(A)(1)(A)(II)**

Docusign Envelope ID: 61D6624D-8D74-4B8A-B833-AE71C9BA4E34

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Counterclaim Defendant Full Circle United, LLC, Counterclaim Defendant Eric Pavony, and Defendant and Counterclaim Plaintiff Bay Tek Entertainment, Inc. (collectively, the "Parties"), through their undersigned counsel of record, that, pursuant to FRCP Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action (and all claims therein) are hereby dismissed with prejudice, as of the filing date of this Stipulation of Dismissal, with each Party to bear its own fees and costs.

DATED: New York, New York
June 11, 2025

Respectfully submitted,

MANDEL BHANDARI LLP

MITCHELL SILBERBERG & KNUPP LLP

By: _____
Robert Glunt
Rishi Bhandari
Evan Mandel
80 Pine Street, 33rd Floor
New York, NY 10005
Telephone: (212) 269-5600
Facsimile: (646)964-6667

*Attorneys for Full Circle United, Inc.*

By: _____
Christine Lepera
Andrew Nietes
437 Madison Ave., 25th Floor
New York, New York 10022-7001
Telephone: (212) 509-3900
Facsimile: (212) 509-7239
Email: ctl@msk.com
Email: afn@msk.com

Mark C. Humphrey (*pro hac vice*)
James D. Berkley (*pro hac vice*)
2049 Century Park East, 18th Floor
Los Angeles, California 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100
Email: mxh@msk.com
Email: jdb@msk.com

*Attorneys for Bay Tek Entertainment, Inc.*

20812940.1